EXHIBIT 1

Electronically Filed
12/2/2019 2:32 PM
Steven D. Grierson
CLERK OF THE COURT

**COMP**
Jeffrey R. Hall (9572)
Joshua O. Igeleke, Jr. (13506)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:    (702) 385-2500
Fax:    (702) 385-2086

*Counsel for Plaintiffs SOLEIL MANAGEMENT, LLC;
CLUB DE SOLEIL VACATION CLUB; TAHITI
VILLAGE VACATION CLUB; and TAHITI VACATION
CLUB*

**CASE NO: A-19-806212-C**
**Department 24**

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| SOLEIL MANAGEMENT, LLC; CLUB DE SOLEIL VACATION CLUB; TAHITI VILLAGE VACATION CLUB; and TAHITI VACATION CLUB,<br><br>Plaintiffs,<br><br>vs.<br><br>MITCHELL REED SUSSMAN, an individual; STEVE PEYTON, an individual; TERRY LEE DURST, an individual; TOM STANFORD, an individual; JOSE ALEX GOMEZ, an individual; and JEFFREY CORCORAN, an individual.<br><br>Defendants. | Case No.:<br>Dept. No.:<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED**<br>**Exempt from Arbitration (Amount in Controversy over $50,000)** |

Plaintiffs, SOLEIL MANAGEMENT, LLC; CLUB DE SOLEIL VACATION CLUB; TAHITI VILLAGE VACATION CLUB; and TAHITI VACATION CLUB (collectively "Plaintiffs"), by and through their counsel, the law firm of Hutchison & Steffen, PLLC, hereby file this Complaint against Defendants MITCHELL REED SUSSMAN, STEVE PEYTON; TERRY LEE DURST; TOM STANFORD; JOSE ALEX GOMEZ; and JEFFREY CORCORAN

(collectively "Defendants") as follows:

## JURISDICTION AND VENUE

1.    Jurisdiction and venue are proper because the facts and circumstances of the case arose in Nevada, and the amount in controversy exceeds $15,000.

## PARTIES

2.    Plaintiff SOLEIL MANAGEMENT, LLC ("SOLEIL") is a Nevada limited liability company that owns real property in Clark County, State of Nevada.

3.    Plaintiff CLUB DE SOLEIL VACATION CLUB ("CLUB DE SOLEIL") is a Nevada Non-Profit Corporation that manages real property in Clark County, State of Nevada.

4.    Plaintiff TAHITI VILLAGE VACATION CLUB ("TAHITI VILLAGE") is a Nevada Non-Profit Corporation that manages real property in Clark County, State of Nevada.

5.    Plaintiff TAHITI VACATION CLUB ("TAHITI") is a Nevada Non-Profit Corporation that manages real property in Clark County, State of Nevada.

6.    Defendant MITCHELL REED SUSSMAN ("SUSSMAN") is an individual who facilitates the purported transfer of real property in Clark County, State of Nevada.

7.    Defendant STEVE PEYTON ("PEYTON") is an individual who purports to own real property in Clark County, State of Nevada.

8.    Defendant TERRY LEE DURST ("DURST") is an individual who purports to own real property in Clark County, State of Nevada.

9.    Defendant TOM STANFORD ("STANFORD") is an individual who purports to own real property in Clark County, State of Nevada.

10.    Defendant JOSE ALEX GOMEZ ("GOMEZ") is an individual who purports to own real property in Clark County, State of Nevada.

11.    Defendant JEFFREY CORCORAN ("CORCORAN") is an individual who purports to participate in the transfer of real property in Clark County, State of Nevada.

12.    The true names and capacities of defendants sued herein as DOES and ROES I through X, inclusive, and each of them, are unknown to Plaintiffs, who therefore sue said defendants by such fictitious names. Plaintiff will seek to amend this complaint to set forth the true names and capacities of said fictitiously named defendants when the same have been fully ascertained.

## GENERAL ALLEGATION

### *Background of Timeshare Management*

13.    CLUB DE SOLEIL, TAHITI VILLAGE and TAHITI (referred to herein collectively as the "Vacation Clubs"), are Nevada non-profit corporations that are the timeshare owners' associations (similar to a homeowners' association) for the Club De Soleil, Tahiti Village and Tahiti resort properties located in Las Vegas, Nevada.  The Vacation Clubs' responsibility is to provide the upkeep, maintenance and management of the common areas and amenities offered at each of the respective resort properties.

14.    The Vacation Clubs rely on maintenance fees and assessment dues paid by timeshare owners in order to effectively maintain and manage the resort properties.

15.    Soleil Management, LLC ("SOLEIL") is a management company employed by the Vacation Clubs to provide the management of the respective resort properties.  SOLEIL does not own, market or sell any timeshare interests.  Rather, its role is solely that of a management company tasked with executing the responsibilities that the Vacation Clubs have contracted with it to perform, including, but not limited to, keeping track of the ownership accounts of those who own timeshare interests in the Vacation Clubs.

16.     The developers of the Club De Soleil, Tahiti Village and Tahiti resort properties sold deeded timeshare interests within these respective resorts *via* a Vacation Plan Purchase Agreement (the "Agreement") by which buyers would own title and rights to use the timeshare interests for a certain amount of time either annually or bi-annually. The timeshare interests were deeded real property interests.

17.     Upon the closing of the sale and the recording of the deed transferring the timeshare interest to the buyers, the buyers become members of the respective Vacation Clubs as set forth in the Declaration of Covenants, Conditions and Restrictions that are recorded on each timeshare resort property (collectively, the "Declarations"). Under the Declarations, buyers, as members of the Vacation Clubs, are obligated to pay the annual maintenance fees, assessment dues and any additional charges (collectively, the "Maintenance Fees") to the respective Vacation Clubs for the management and upkeep of the timeshare resorts.

18.     In accordance with the Nevada Timeshare Act, the Agreement provides timeshare buyers with the right to cancel their purchase of the timeshare interest for up to five calendar days following the date they execute the Agreement. As such, buyers have sufficient time to change their minds even after they have purchased the timeshare interest without penalty.

*Scheme to Improperly Transfer Timeshare Interests*

19.     SUSSMAN is a licensed attorney and licensed real estate broker in the State of California and bills himself to be a "Timeshare Exit Attorney." However, SUSSMAN is neither a licensed attorney nor a licensed real estate broker in the State of Nevada.

20.     SUSSMAN maintains the website www.timesharelegalaction.com (the "Sussman Website"), under which SUSSMAN markets himself as a "Timeshare Exit Attorney" and purports to "Cancel Your Timeshare Contract and End Your Timeshare Obligations Forever, Even if You Have a Mortgage!". *See* **Exhibit A**.

21.     The Sussman Website includes links to various webpages which purport to show SUSSMAN's achievements as a so-called "Timeshare Exit Attorney."

22.     Over the course of the past six years, SUSSMAN has purported to represent numerous "Customers" [1] of timeshare interests in the Vacation Clubs.

23.     Upon information and belief, SUSSMAN obtains the majority of his Customers through third-party timeshare exit companies, such as the Timeshare Exit Team[2], who aggressively market to timeshare owners across the country.

24.     Although SUSSMAN claims these Customers referred to him from the third-party timeshare exit companies are his "clients," he refuses to speak with them. In the October 2018 Deposition, SUSSMAN stated that "if [a Customer] had called into my office and said they were a [Timeshare Exit Team] customer, I would let them know that they needed to discuss the matter directly with [Timeshare Exit Team]." Similarly, in a more recent deposition[3], SUSSMAN was asked, "[i]f you receive files from one of these timeshare exit businesses, does your office have any communication with the client?" To which SUSSMAN responded, "No."

25.     Through the assistance of these exit companies, SUSSMAN instructs the Customers to stop paying Maintenance Fees to the Vacation Clubs.

26.     In the course of SUSSMAN's purported representation of Customers, he sent "Cease and Desist" letters to the Vacation Clubs on behalf his Customers.

---

[1] In a deposition on October 3, 2018, for a matter dealing with similar conduct describe herein (hereinafter, the "October 2018 Deposition"), SUSSMAN stated that he has in excess of 8,000 time-share related "clients." Plaintiffs contend that SUSSMAN's so-called clients are simply "Customers" because he provides them no legal advice.

[2] *See* www.timeshareexitteam.com; The Timeshare Exit Team relies on celebrity endorsements, such as Dave Ramsey, to encourage owners of timeshares to cancel their contracts.

[3] On August 8, 2019, SUSSMAN was deposed by counsel for Plaintiffs in a related Federal Court case.

27.    SUSSMAN's letters are almost all identical in their content.  The letters state that SUSSMAN has been retained to represent a timeshare owner "with respect to their *claims of misrepresentation* arising from your time – share presentation and sale" [sic].  An example of one such letter is attached hereto as **Exhibit B**.

28.    From December 2015 to the present, SUSSMAN has sent a total of 51 so called Cease and Desist letters to the Vacation Clubs for his Customers.

29.    Each letter demands that the Vacation Clubs cease all contact with SUSSMAN's purported Customer(s) regarding their ownership aside from statements of account. In the October 2018 Deposition, SUSSMAN admitted that "every single" letter he sends to timeshare developers accuse them of misrepresentation/fraud. He goes on to justify this practice by stating that he makes these accusations regardless of true facts because "it doesn't matter what you say to them or what you offer them. The answer is always the same."

30.    Upon information and belief, SUSSMAN's efforts to prevent the Vacation Clubs from contacting the Customers is central to his scheme to attempt to illegally and unlawfully quitclaim the Customers' timeshare interests without the Customers knowing that the scheme is in fact illegal.

31.    Despite SUSSMAN sending at least 51 Cease and Desist letters to the Vacation Clubs on behalf of his Customers, SUSSMAN has never sued any entity affiliated with the resort properties for so-called misrepresentations in sales presentations.  Instead, SUSSMAN's hope has been that the Vacation Clubs will "take back"[4] his Customers' timeshare interest, thereby purportedly terminating their obligations to pay the Maintenance Fees associated with the timeshare interest.

---

[4] The Vacation Clubs were not involved in the development or sale of the timeshare developments.

32.    To date, the Vacation Clubs have never agreed to "take-back" ownership of any timeshare interest with any SUSSMAN Customer.  In fact, the Vacation Clubs did not sell and were never in the business of selling the Customers their timeshare interests.

33.    Upon information and belief, SUSSMAN has guaranteed his Customers that he would terminate their timeshare interest for a flat fee, thereby promising to successfully litigate his Customers' so-called claims of misrepresentation[5] without any additional consideration from the Customer aside from the agreed upon flat fee.

34.    Since SUSSMAN has been unwilling to litigate even one case associated with a Customer's interest in the Vacation Clubs and has never negotiated the termination of any of his Customer's timeshare interests in the Club De Soleil, Tahiti Village or Tahiti resort properties, SUSSMAN has been forced to find alternative methods to make good on his empty "guarantee" to his Customers.

35.    To that end, SUSSMAN has developed and effectuated a scheme whereby he orchestrates a purported transfer of a Customer's timeshare interest to a strawman by way of a quitclaim deed.  The strawman has no intention of paying the associated annual Maintenance Fees and SUSSMAN's strawmen, in fact, have never paid such fees. Further, if SUSSMAN's Customer has an unpaid mortgage balance in their timeshare interest, that obligation remains with the Customer despite SUSSMAN's false promises.

---

[5] Though Plaintiffs are not in the business of selling timeshare interests, they are unaware of any instance of so-called misrepresentations within the sales presentations to those who have purchased timeshare interests within the Vacation Clubs.  Plaintiffs consider SUSSMAN's litigation threats to be entirely empty threats.

36. Since 2016, SUSSMAN has caused numerous quitclaim deeds to be recorded purportedly transferring the deeded timeshare interest of his Customers to one of his strawman transferees.

37. Upon information and belief, once SUSSMAN effectuates the transfer to the strawman, he informs the Customer that his or her timeshare interest has been legally and lawfully cancelled.

38. Once a quitclaim deed is recorded in the name of one of SUSSMAN's strawmen, neither the Customer nor the purported transferee strawman pays any of the Maintenance Fees associated with the subject timeshare interest.

39. SUSSMAN uses his very own employees and/or business associates to act as strawman transferees. DURST, GOMEZ, PEYTON, or STANFORD (collectively, "Transferees") all have direct ties with SUSSMAN and have all accepted the role of strawmen to perpetuate this scheme.

40. The Transferees had no intention of paying any of the Maintenance Fees to the Vacation Clubs when they accepted the quitclaim transfers from SUSSMAN's Customers. This is evidenced by the fact that none of the Transferees have ever paid any Maintenance Fees associated with the quitclaim deed transfers they have accepted even though each Transferee now owns multiple timeshare interests in the Vacations Clubs' respective resorts.

41. In fact, collectively, the Transferees collectively now own more than a hundred timeshare interests in the Clark County, Nevada area alone. They own even more when considering timeshare properties outside of Nevada.

42. Upon information and belief, SUSSMAN does not communicate with his Customers to inform them that by defaulting on their Maintenance Fee payments and then transferring said timeshare interest to a strawman, the Customers actually engage in conduct that

violates Nevada statute, as more fully described herein. It is also believed that SUSSMAN's Customers may be entirely unaware that SUSSMAN is simply recording a quitclaim deed purportedly conveying their timeshare interest to a strawman who has no intention of paying the Maintenance Fees associated with ownership of the timeshare interest. SUSSMAN does not provide any notice to the Vacation Clubs or anyone else when he records his quitclaim deeds on behalf of a Customer. He simply unilaterally records the purported deeds in the office of the Clark County Recorder.

43.    Per SUSSMAN in the October 2018 Deposition, he pays the Transferees $100 for each timeshare interest that is transferred to them with full understanding that none of the Transferees intend to pay the Maintenance Fees associated with the timeshare interests. In fact, he does "nothing" to ensure the Transferees have the ability and intent to pay the Maintenance Fees. Further, SUSSMAN informs the Customers that once they are no longer on title to the timeshares "they are relieved of their obligations" to pay their Maintenance Fees and any associated notes tied to the timeshare interests. When his Customers receive subsequent demands to pay these Maintenance Fees, SUSSMAN tells them to ignore them because he does not "believe that they are still the owners."

44.    This scheme by SUSSMAN and the Transferees is intended and designed to cause his Customers to pay money to SUSSMAN in lieu of paying their legitimate and legally enforceable contractual obligations to the Vacation Clubs, including Maintenance Fees.

45.    Per SUSSMAN in the October 2018 Deposition, even the Timeshare Exit Team expressed their concerns regarding the validity of transferring deeds to these strawmen. In fact, the Timeshare Exit Team not only instructed SUSSMAN to no longer use this as an exit strategy for the Customers they refer to him, but they also had him unwind "a hundred" of such transfers. Per

SUSSMAN, he agreed to unwind those transfers and to cease this strategy for Customers received from Timeshare Exit Team but has continued this strategy for his other Customers.

46.    SUSSMAN and the Transferees have successfully caused SUSSMAN's Customers to pay him for sham services instead of paying their legally valid obligations to the Vacation Clubs.

47.    This scheme has damaged the Vacation Clubs by the loss of Maintenance Fees that the Vacation Clubs rely on for the successful operation of the associated resorts and damages the other members of the Vacation Clubs who do pay their Maintenance Fees.

48.    In furtherance of this scheme, SUSSMAN and the Transferees employed CORCORAN to handle the preparation and recording of the numerous quitclaim deeds used to transfer the Customers' timeshare interests.

49.    Upon information and belief, CORCORAN is an employee at SUSSMAN's law firm. The quitclaim deeds instruct the Clark County Recorder's Office to return the original deeds to CORCORAN at SUSSMAN's law firm.

50.    Upon information and belief, the Transferees have purportedly taken title of at least 87 timeshare properties under the management of the Plaintiffs via quitclaim deeds prepared by CORCORAN (details of the known transfers below).

*Property Transfers to Defendant Steve Peyton*

51.    PEYTON is employed at SUSSMAN's law office.

52.    PEYTON has taken title to five different timeshare interests within the Vacation Clubs from people who were SUSSMAN's Customers by way of quitclaim deed consisting of the following:

   a.    On June 24, 2016, title to a Club de Soleil resort timeshare transferring ownership from Scott & Brittany Ryder to PEYTON was recorded by way of quitclaim deed in the recorders' office of Clark County, NV.

b. On September 22, 2016, title to a Club de Soleil resort timeshare transferring ownership from Thomas & Linda Dunn to PEYTON was recorded in the recorders' office of Clark County, NV.

c. On October 14, 2016, title to a Tahiti Village resort timeshare transferring ownership from Harley & Janet Chegwidden to PEYTON was recorded in the recorders' office of Clark County, NV.

d. On November 21, 2016, title to a Tahiti Village resort timeshare transferring ownership from Joseph & Kathleen Botsko to PEYTON was recorded in the recorders' office of Clark County, NV.

e. On January 26, 2017, title to a Club de Soleil resort timeshare transferring ownership from Martha & Jose Silva to PEYTON was recorded in the recorders' office of Clark County, NV.

53.    Documents evidencing these transfers to PEYTON are attached hereto as **Exhibit C.**

54.    In addition to these transfers, PEYTON took ownership of at least six different timeshare interests in Nevada that are not part of the Vacation Clubs. Additionally, PEYTON likely owns any number of timeshare interests to properties outside of the State of Nevada.

55.    PEYTON has not paid any of the Maintenance Fees associated with the timeshare interests within the Vacation Clubs purportedly transferred to him since the quitclaim deeds were recorded.

56.    Upon information and belief, all of the Transferors of quitclaim deeds to PEYTON were SUSSMAN Customers.

57.    Additionally, each of the quitclaim deeds were prepared and recorded by CORCORAN.

Page 11 of 30

*Property Transfers to Defendant Terry Durst*

58.    DURST is a real estate agent licensed by the State of California's Department of Real Estate whose employing broker was SUSSMAN.

59.    DURST has taken title to nine different timeshare interests within the Vacation Clubs from people who were SUSSMAN's Customers by way of quitclaim deed consisting of the following:

   a.   On December 28, 2015, title to a Tahiti Village resort timeshare transferring ownership from Danny & Terry Gomez to DURST was recorded in the recorders' office of Clark County, NV.

   b.   On January 25, 2016, title to a Tahiti Village resort timeshare transferring ownership from Robert Eusey & Louise Fortune to DURST was recorded in the recorders' office of Clark County, NV.

   c.   On January 26, 2017, title to a Club de Soleil resort timeshare transferring ownership from James & Sharron Turner to DURST was recorded in the recorders' office of Clark County, NV.

   d.   On March 2, 2017, title to a Club de Soleil resort timeshare transferring ownership from Frank & Herlinda Sifuentes to DURST was recorded in the recorders' office of Clark County, NV

   e.   On March 15, 2017, title to a Tahiti resort timeshare transferring ownership from Barbara & John Danylak to DURST was recorded in the recorders' office of Clark County, NV.

   f.   On March 15, 2017, title to a Club de Soleil resort timeshare transferring ownership from Thomas & Jeanne Bordenkircher to DURST was recorded in the recorders' office of Clark County, NV.

g. On August 16, 2017, title to a Tahiti Village resort timeshare transferring ownership from Ben & Bernice Kayaani to DURST was recorded in the recorders' office of Clark County, NV.

h. On August 22, 2017, title to a Tahiti resort timeshare transferring ownership from Robert & Kelly Kramer to DURST was recorded in the recorders' office of Clark County, NV.

i. On April 27, 2018, title to a Tahiti Village resort timeshare transferring ownership from William & Diane Voigt to DURST was recorded in the recorders' office of Clark County, NV.

60. Documents evidencing these transfers to DURST are attached hereto as **Exhibit D**.

61. In addition to these transfers, DURST took ownership of at least 26 different timeshare interests in Nevada that are not part of the Vacation Clubs. Additionally, DURST likely owns any number of timeshare interests to properties outside of the State of Nevada.

62. DURST has not paid any of the Maintenance Fees associated with the timeshare interests within the Vacation Clubs purportedly transferred to him since the quitclaim deeds were recorded.

63. Upon information and belief, all of the Transferors of quitclaim deeds to DURST were SUSSMAN Customers.

64. Additionally, each of the quitclaim deeds were prepared and recorded by CORCORAN.

*Property Transfers to Defendant Tom Stanford*

65. STANFORD is employed in SUSSMAN's "client intake department" according to the Sussman Website (www.timesharelegalaction.com).

66. STANFORD has taken title to seventeen different timeshare interests within the Vacation Clubs from people who were SUSSMAN's Customers by way of quitclaim deed consisting of the following:

a. On February 15, 2013, title to a Tahiti Village resort timeshare transferring ownership from John & Susan Bellin to STANFORD was recorded in the recorders' office of Clark County, NV.

b. On December 2, 2014, title to a Tahiti Village resort timeshare transferring ownership from Sara Rowan to STANFORD was recorded in the recorders' office of Clark County, NV.

c. On April 15, 2013, title to a Club de Soleil resort timeshare transferring ownership from Melvin & Debra Szymczk to STANFORD was recorded in the recorders' office of Clark County, NV.

d. On May 28, 2015, title to a Club de Soleil resort timeshare transferring ownership from Kerrick & Linda Lambert STANFORD was recorded in the recorders' office of Clark County, NV.

e. On October 5, 2015, title to a Tahiti Village resort timeshare transferring ownership from Flint & Lori Rudnick to STANFORD was recorded in the recorders' office of Clark County, NV.

f. On October 9, 2015, title to a Tahiti Village resort timeshare transferring ownership from Bernard & Deborah Vail to STANFORD was recorded in the recorders' office of Clark County, NV.

g. On December 21, 2015, title to a Tahiti Village resort timeshare transferring ownership from Angelo & Carole Gioia to STANFORD was recorded in the recorders' office of Clark County, NV.

h. On January 8, 2016, title to a Tahiti resort timeshare transferring ownership from David & Deborah Wetz to STANFORD was recorded in the recorders' office of Clark County, NV.

i. On January 8, 2016, title to a Tahiti Village resort timeshare transferring ownership from Jack Nelson & Julie McKee to STANFORD was recorded in the recorders' office of Clark County, NV.

j. On January 20, 2016, title to a Tahiti Village resort timeshare transferring ownership from Alex Garcia to STANFORD was recorded in the recorders' office of Clark County, NV.

k. On April 8, 2016, title to a Tahiti Village resort timeshare transferring ownership from James & Sheryl Mar to STANFORD was recorded in the recorders' office of Clark County, NV.

l. On June 1, 2016, title to a Tahiti resort timeshare transferring ownership from Rodney Epstein to STANFORD was recorded in the recorders' office of Clark County, NV.

m. On June 2, 2016, title to a Club de Soleil resort timeshare transferring ownership from Michael & Kathleen Weber to STANFORD was recorded in the recorders' office of Clark County, NV.

n. On September 22, 2016, title to a Club de Soleil resort timeshare transferring ownership from Jason & Dena Rulo to STANFORD was recorded in the recorders' office of Clark County, NV.

o. On November 15, 2016, title to a Tahiti Village resort timeshare transferring ownership from Mary Wilson to STANFORD was recorded in the recorders' office of Clark County, NV.

p.    On January 26, 2017, title to a Tahiti Village resort timeshare transferring ownership from Michelle Hill to STANFORD was recorded in the recorders' office of Clark County, NV.

q.    On January 26, 2017, title to a Club de Soleil resort timeshare transferring ownership from Edna Obar-Helmuth to STANFORD was recorded in the recorders' office of Clark County, NV.

67.    Documents evidencing these transfers to STANFORD are attached hereto as **Exhibit E.**

68.    In addition to these transfers, STANFORD took ownership of at least 85 different timeshare interests in Nevada that are not part of the Vacation Clubs. Additionally, STANFORD likely owns any number of timeshare interests to properties outside of the State of Nevada.

69.    STANFORD has not paid any of the Maintenance Fees associated with the timeshare interests within the Vacation Clubs purportedly transferred to him since the quitclaim deeds were recorded.

70.    Upon information and belief, all of the Transferors of quitclaim deeds to STANFORD were SUSSMAN Customers.

71.    Additionally, each of the quitclaim deeds were prepared and recorded by CORCORAN.

*Property Transfers to Defendant Jose Alex Gomez*

72.    GOMEZ is employed as SUSSMAN's "legal assistant/client services manager."

73.    GOMEZ has taken title to sixteen different timeshare interests within the Vacation Clubs from people who were SUSSMAN's Customers by way of quitclaim deed consisting of the following:

a. On October 21, 2014, title to a Tahiti Village resort timeshare transferring ownership from Shawn & Rachel Gould to GOMEZ was recorded in the recorders' office of Clark County, NV.

b. On October 24, 2014, title to a Tahiti Village resort timeshare transferring ownership from Jeffrey & Julia Hedberg to GOMEZ was recorded in the recorders' office of Clark County, NV.

c. On December 5, 2014, title to a Tahiti Village resort timeshare transferring ownership from Salvador & Leonor Pena to GOMEZ was recorded in the recorders' office of Clark County, NV.

d. On December 2, 2014, title to a Tahiti Village resort timeshare transferring ownership from Shawn & Rachel Gould to GOMEZ was recorded in the recorders' office of Clark County, NV.

e. On September 15, 2015, title to a Tahiti Village resort timeshare transferring ownership from Stephen & Angie Skrabak to GOMEZ was recorded in the recorders' office of Clark County, NV.

f. On December 1, 2015, title to a Tahiti Village resort timeshare transferring ownership from Melvin & Aline Henderson to GOMEZ was recorded in the recorders' office of Clark County, NV.

g. On December 4, 2015, title to a Tahiti resort timeshare transferring ownership from Raymond Bronco & Linda Moskovic to GOMEZ was recorded in the recorders' office of Clark County, NV.

h. On January 19, 2016, title to a Tahiti Village resort timeshare transferring ownership from Orlando & Barbara Roman to GOMEZ was recorded in the recorders' office of Clark County, NV.

i. On February 18, 2016, title to a Tahiti Village resort timeshare transferring ownership from Benidito Camacho to GOMEZ was recorded in the recorders' office of Clark County, NV.

j. On June 24, 2016, title to a Tahiti Village resort timeshare transferring ownership from Shirley & Dale Yearick to GOMEZ was recorded in the recorders' office of Clark County, NV.

k. On June 24, 2016, title to a Tahiti Village resort timeshare transferring ownership from Fernando & Maria Ponce to GOMEZ was recorded in the recorders' office of Clark County, NV.

l. On August 9, 2016, title to a Club de Soleil resort timeshare transferring ownership from William & Laura Martin to GOMEZ was recorded in the recorders' office of Clark County, NV.

m. On November 1, 2016, title to a Club de Soleil resort timeshare transferring ownership from Jack & Katherine Mendez to GOMEZ was recorded in the recorders' office of Clark County, NV.

n. On March 2, 2017, title to a Club de Soleil resort timeshare transferring ownership from Dennis & Sharon Noster to GOMEZ was recorded in the recorders' office of Clark County, NV.

o. On July 31, 2017, title to a Tahiti Village resort timeshare transferring ownership from Fernando & Lusta Lopez to GOMEZ was recorded in the recorders' office of Clark County, NV.

p. On June 28, 2018, title to a Tahiti resort timeshare transferring ownership from Steven & Kathleen Kalfman to GOMEZ was recorded in the recorders' office of Clark County, NV.

74. Documents evidencing these transfers to GOMEZ are attached hereto as **Exhibit F**.

75. In addition to these transfers, GOMEZ took ownership of at least 52 different timeshare interests in Nevada that are not part of the Vacation Clubs. Additionally, GOMEZ likely owns any number of timeshare interests to properties outside of the State of Nevada.

76. GOMEZ has not paid any of the Maintenance Fees associated with the timeshare interests within the Vacation Clubs purportedly transferred to him since the quitclaim deeds were recorded.

77. Upon information and belief, all of the Transferors of quitclaim deeds to GOMEZ were SUSSMAN Customers.

78. Additionally, each of the quitclaim deeds were prepared and recorded by CORCORAN.

79. Upon information and belief, none of the Transferees paid any consideration to SUSSMAN's Customers for the transfer of title to the respective timeshare interests, despite what the recorded documents indicate.

*Property Transfers to Defunct Entities*

80. In addition to the above transfers to Transferees, SUSSMAN has also perpetrated his scheme by purporting to transfer timeshares from his Customers to various entities related to the original (now-defunct) developers and current developers of Club De Soleil, Tahiti Village and Tahiti resort properties.

81. In large part, this has been the approach SUSSMAN has chosen to take following his receipt of the cease and desist letter from the Plaintiffs on May 22, 2018 as referenced *infra*.

82.    In addition to the transfers detailed above, the Vacation Clubs have identified an additional 40 timeshare interests within the Vacation Clubs that SUSSMAN has transferred *via* quitclaim deed to following entities:

a. **Club de Soleil Vacation Club**

    i. The association of Club de Soleil Resort owners that is responsible for the day-to-day operations of the Resort, such as reservations, collection of Maintenance Fees, housekeeping, etc. The Club is not involved in the sale and marketing of any timeshares.

    ii. SUSSMAN has purportedly transferred three timeshare interests within the Vacation Clubs to Club de Soleil Vacation Club from people who were SUSSMAN's Customers by way of quitclaim deed without any prior notice to or authorization from Club de Soleil Vacation Club.

b. **Soleil LV LLC**

    i. Formerly a seller/developer of deeded timeshare ownership interests at Club de Soleil Resort, Tahiti Resort and Tahiti Village Resort.  On or about July 8, 2009, Soleil LV, LLC filed for Chapter 7 Bankruptcy.

    ii. SUSSMAN has purportedly transferred 25 timeshare interests within the Vacation Clubs to Soleil LV LLC from people who were SUSSMAN's Customers by way of quitclaim deed without any prior notice to or authorization from Soleil LV LLC.

c. **Consolidated Tahiti Inc.**

    i. Formerly a seller/developer of deeded timeshare ownership interests at Club de Soleil Resort, Tahiti Resort and Tahiti Village Resort.  On or about July 8, 2009, Consolidated Tahiti Inc. filed for Chapter 7 Bankruptcy.

ii. SUSSMAN has purportedly transferred three timeshare interests within the Vacation Clubs to Consolidated Tahiti, Inc., from people who were SUSSMAN's Customers by way of quitclaim deed without any prior notice to or authorization from Consolidated Tahiti Inc.

**d. The ASNY Company LLC**

i. Currently acts as a seller of deeded timeshare ownership interests at Club de Soleil Resort, Tahiti Resort and Tahiti Village Resort.

ii. SUSSMAN has purportedly transferred nine timeshare interests within the Vacation Clubs to The ASNY Company, LLC, from people who were SUSSMAN's Customers by way of quitclaim deed without any prior notice to or authorization from The ASNY Company, LLC.

*Vacation Clubs Demand SUSSMAN Stop his Conduct*

83. In or about February of 2017, the Vacation Clubs began to notice that quitclaim deeds were being recorded as to SUSSMAN's Customers. The Vacation Clubs began to further investigate the extent of SUSSMAN's activities.

84. Defendants' scheme was not readily apparent because SUSSMAN would not provide any notice to the Vacation Clubs that his office was recording quitclaim deeds purportedly transferring title of multiple timeshare interests.

85. The Vacation Clubs have not approved any of the transfers identified herein.

86. On May 22, 2018, Plaintiffs caused a cease and desist letter to be sent to SUSSMAN and the Transferees demanding that they immediately cease the above described scheme, among other things.

87. On May 25, 2018, SUSSMAN responded to the cease and desist letter stating that he was under the impression that NRS 199A.720 was a statute recently enacted, but that after doing

research, he acknowledged it dated back to 2013. He further indicated that he had no issue with the demand to cease and desist the fraudulent scheme, thereby acknowledging that the scheme did in fact violate Nevada law. However, he was unwilling to further address the damage caused by this activity. None of the other Defendants responded to the demand.

88. Despite SUSSMAN's representations in his letter of May 25, 2018, the Defendants have not stopped their fraudulent activity of recording quitclaim deeds purportedly transferring the timeshare interests of SUSSMAN's Customers to strawmen in an effort to excuse the payment of the contractually obligated fees associated with the timeshare interests.

### FIRST CAUSE OF ACTION

### (Violation of NRS 119A.720)

89. Plaintiffs repeat and re-allege the preceding and subsequent allegations of the Complaint and incorporates the same herein as if set forth in full.

90. Pursuant to NRS 119A.720 "any person...who knowingly participates...in any plan or scheme...to transfer a previously sold time share to a transferee who does not have the ability, means or intent to pay all assessments and taxes for that time share commits a false, misleading or deceptive act or practice."

91. Defendants each knowingly participated in the improper transfers of timeshare interests *via* quitclaim deeds.

92. Prior to initiating the transfers, SUSSMAN had a relationship with each Transferee and with CORCORAN.

93. CORCORAN prepared and filed the quitclaim deeds knowing the extent of the scheme and that the Transferees had no intent to pay all assessments and taxes related to the timeshares transferred to the Transferees.

94.     Transferees agreed to accept transfers of the timeshare interests with no intent to ever pay any of the assessments and taxes related to the timeshare interests they acquired.

95.     SUSSMAN and the Transferees knew that the Transferees had no intent to pay all assessments and taxes related to the timeshares transferred to the Transferees.

96.      Defendants received, or expected to receive, consideration in exchange for their known participation in this scheme.

97.     Each timeshare transferred to the Transferees was previously sold to the related transferors.

98.     The Vacation Clubs and their members are damaged by SUSSMAN's conduct because his scheme has interfered with the Vacation Clubs receipts of his Customers' duly owed Maintenance Fees, impacting the Vacation Club's ability to maintain the associated resort properties to the degree expected by club members, which also damages the Vacation Club members that do pay the Maintenance Fees associated with their timeshare interests.

99.     Plaintiffs have suffered damages by the conduct of Defendants in an amount in in a sum to be proven at the time of trial of this matter.

100.     The conduct of Defendants have been fraudulent and malicious entitling the Plaintiffs to punitive damages against the Defendants in an amount sufficient to punish the Defendants and to deter similar conduct in those similarly situated.

101.     Plaintiffs have been forced to obtain counsel in order to demand payment in full from Defendants.

102.     Plaintiffs seek attorneys' fees and costs for having to bring forth this action.

//

//

//

## SECOND CAUSE OF ACTION

### (Violation of NRS 119A.4771 and NRS 598.0923 against SUSSMAN)

103.    Plaintiffs repeat and re-allege the preceding and subsequent allegations of the Complaint and incorporates the same herein as if set forth in full.

104.    In 2016, SUSSMAN assisted in transferring 14 timeshares within the Club De Soleil, Tahiti Village and Tahiti timeshare resorts to the Transferees.

105.    In 2017, SUSSMAN assisted in transferring 23 timeshares within the Club De Soleil, Tahiti Village and Tahiti timeshare resorts to the Transferees.

106.    In 2018, SUSSMAN assisted in transferring 33 timeshares within the Club De Soleil, Tahiti Village and Tahiti timeshare resorts to the Transferees.

107.    Pursuant to NRS 119A.4771, SUSSMAN was required to be a licensed real estate broker in the State of Nevada, register as a timeshare resale broker and pay any associated fees.

108.    SUSSMAN did not have a valid Nevada real estate broker's license during 2016, 2017 or 2018.

109.    SUSSMAN engaged in a deceptive trade practice by coordinating the above referenced transfers without the required licenses.

110.    SUSSMAN conducted the improper transfers without informing the transferees that their obligation to pay Maintenance Fees would remain, thereby damaging his own Customers.

111.    The Vacation Clubs and their members are damaged by SUSSMAN's conduct because his scheme has interfered with the Vacation Clubs receipts of his Customers' duly owed Maintenance Fees, impacting the Vacation Club's ability to maintain the associated resort properties to the degree expected by club members.

112.    Plaintiffs have suffered damages by the conduct of Defendants in an amount in in a sum to be proven at the time of trial of this matter.

113.    The conduct of Defendants have been fraudulent and malicious entitling the Plaintiffs to punitive damages against the Defendant in an amount sufficient to punish the Defendants and to deter similar conduct in those similarly situated.

114.    Plaintiffs have been forced to obtain counsel in order to demand payment in full from Defendants.

115.    Plaintiffs seek attorneys' fees and costs for having to bring forth this action.

## THIRD CAUSE OF ACTION

### (Civil Conspiracy)

116.    Plaintiffs repeat and re-allege the preceding and subsequent allegations of the Complaint and incorporates the same herein as if set forth in full.

117.    SUSSMAN acted in concert with Transferees and CORCORAN to unlawfully execute and record quitclaim deeds purportedly to transfer timeshare interests to the Transferees as described herein.

118.    Defendants engaged in this conduct knowing that Transferees took their purported ownership in the timeshares with no intention to ever pay the Maintenance Fees.

119.    Defendants knew that Transferees failure to pay Maintenance Fees would cause severe harm to Plaintiffs.

120.    Defendants' intentional interference with Plaintiffs' contractual rights regarding Maintenance Fees is an unlawful objective that caused damages to Plaintiffs.

121.    Defendants' execution of a scheme that constituted a deceptive trade practice under Nevada law is an unlawful objective that caused damage to Plaintiffs.

122.    Plaintiffs have suffered damages by the conduct of Defendants in an amount in in a sum to be proven at the time of trial of this matter.

123. The conduct of Defendants have been fraudulent and malicious entitling the Plaintiffs to punitive damages against the Defendants in an amount sufficient to punish the Defendants and to deter similar conduct in those similarly situated.

124. Plaintiffs have been forced to obtain counsel in order to demand payment in full from Defendants.

125. Plaintiffs seek attorneys' fees and costs for having to bring forth this action.

### FOURTH CAUSE OF ACTION

### (Intentional Interference with Contractual Relations)

126. Plaintiffs repeat and re-allege the preceding and subsequent allegations of the Complaint and incorporates the same herein as if set forth in full.

127. Each Customer who hired SUSSMAN executed the Agreement in order to purchase their respective timeshare interests. Upon the closing of the purchase of the timeshare interest and recording of the purchase deed, the Customers became members of the Vacation Club and became subject to the obligations under the respective Declarations, which included the duty to pay Maintenance Fees.

128. The Declarations are each valid contracts.

129. Defendants knew that the Customers had an obligation to pay Plaintiffs Maintenance Fees as a result of their ownership of the timeshares.

130. SUSSMAN represented to his Customers, either directly or indirectly, that he could assist them to cancel their valid obligations under the Declarations and, thereby, end their contractual obligation to pay Maintenance Fees.

131. Defendants intentionally transferred the timeshare interests to Transferees in an ill-conceived attempt to preclude the payment of Maintenance Fees to Plaintiffs.

132.    Plaintiffs stopped receiving payments of Maintenance Fees related to the transferred timeshare interests since Defendants completed the improper transfers of the timeshare interests to the Transferees.

133.    Plaintiffs have suffered damages by the conduct of Defendants in an amount in in a sum to be proven at the time of trial of this matter.

134.    The conduct of Defendants have been fraudulent and malicious entitling the Plaintiffs to punitive damages against the Defendants in an amount sufficient to punish the Defendants and to deter similar conduct in those similarly situated.

135.    Plaintiffs have been forced to obtain counsel in order to demand payment in full from Defendants.

136.    Plaintiffs seek attorneys' fees and costs for having to bring forth this action.

### FIFTH CAUSE OF ACTION

### (Violation of the Federal Racketeer Influenced and Corrupt Organizations Act)

137.    Plaintiffs repeat and re-allege the preceding and subsequent allegations of the Complaint and incorporates the same herein as if set forth in full.

138.    Defendants falsely represented to the Customers that their financial obligations related to their timeshares would cease.

139.    Defendants worked together as an enterprise to entice the Customers to breach their respective Declaration for Defendants' pecuniary gain.

140.    Defendants were complicit in their scheme to have the Customers stop making their Maintenance Fee payments to Plaintiffs.

141.    Defendants used mail, telephone and the internet to communicate to the Customers regarding their purported ability to cancel their timeshare interests and obligations under the Declarations.

142. Defendants' misrepresentation that they could relieve the Customers of their contractual obligations to the timeshares combined with the fact that Defendants had no intent to ever pay the Maintenance Fees constitutes a scheme of fraud.

143. Defendants' ongoing pattern of conduct is evident by the large number of transfers to Transferees over multiple years.

144. Defendants' conduct was the actual and proximate cause of the Customers' breach of their obligations under the Declarations.

145. Defendants' conduct was the actual and proximate cause of the Customers no longer submitting Maintenance Fee payments to Plaintiffs pursuant to the contractual duty under their Declarations.

146. Plaintiffs in no way participated in the commission of Defendants conduct. In fact, Plaintiffs did not know of Defendants' conduct until a large number of transfers occurred showing an apparent pattern.

147. Plaintiffs have suffered damages by the conduct of Defendants in an amount in in a sum to be proven at the time of trial of this matter.

148. The conduct of Defendants have been fraudulent and malicious entitling the Plaintiffs to treble damages, attorneys' fees and punitive damages against the Defendants in an amount sufficient to punish the Defendants and to deter similar conduct in those similarly situated.

## SIXTH CAUSE OF ACTION

### (Request for Preliminary and Permanent Injunction Relief)

149. Plaintiffs repeat and re-allege the preceding and subsequent allegations of the Complaint and incorporates the same herein as if set forth in full.

150. Plaintiffs have and will continue to suffer immediate and irreparable injury, loss and damage unless the Defendants complained of herein are enjoined and restrained by the Court.

151.    Further, if Defendants conduct is allowed to continue, other timeshare owners who rely on the Vacation Clubs and the collected Maintenance Fees for the upkeep of the timeshare resorts will be unnecessarily harmed.

152.    Plaintiffs' claims have a high likelihood of success on the merits and enjoining Defendants' conduct will not cause any harm to Defendants.

153.    Plaintiffs have no adequate remedy at law.

154.    Pursuant the FRCP 65, Plaintiffs request that the Defendants be enjoined from executing and recording any quitclaim deeds that purport to transfer any timeshare interests in Nevada.

155.    Further, Plaintiffs request that SUSSMAN be required to execute and record the appropriate documents to unwind any timeshare interest transferred (or purported to have been transferred) from any Customer related to Plaintiffs' resorts in connection with this ongoing scheme.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs prays for the following relief:

1.    Plaintiffs take nothing by way of its Complaint;

2.    An award of monetary damages as a result of Defendants unlawful actions set forth herein, in an amount to be proved at trial;

3.    An award of punitive damages in an amount sufficient to deter future conduct similar to that of the Defendants as described herein;

4.    Injunctive relief as requested herein;

5.    An award of attorneys' fees and litigation costs for having to bring this action;

6.    For such other and further relief that the Court deems proper.

//

## **DEMAND FOR JURY TRIAL**

Plaintiff demands that this matter be tried by jury as to all claims for all damages including statutory and punitive damages.

DATED this 2nd day of December, 2019.

HUTCHISON & STEFFEN, PLLC

Jeffrey R. Hall
Joshua O. Igeleke, Jr.
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Counsel for Plaintiffs*

INTENTIONALLY LEFT BLANK
EXHIBIT PAGE ONLY

# EXHIBIT A



HUTCHISON & STEFFEN

A PROFESSIONAL LLC

Click here for your
FREE EVALUATION

# Timeshare Exit Attorney
Little-known Timeshare Law Protects Consumers

Existing Customer?


Pay Now

**Click Here
to see Proof
of Performance!**

## Lowest Fixed Fee in the U.S.!

"Thank you so very much for helping us eliminate the
burden of timeshare ownership." --Mr. & Mrs. M  **(Read more)**

## "We don't just write letters, we take legal action!"

# Cancel Your Timeshare Contract and End Your Timeshare Obligations Forever, Even if You Have a Mortgage!



VIEW VIDEO

Attorney Mitchell Sussman being
interviewed on Real Estate Today.

The Law Offices of Mitchell Reed Sussman & Associates specializes in timeshare exit, cancellation and relief for embattled timeshare owners no longer interested in paying the ever escalating fees that are associated with timeshare ownership.

Mitchell Reed Sussman & Associates is a consumer advocacy firm that specializes in protecting individuals from misleading and predatory timeshare practices. Our offices have obtained timeshare exits for thousands of timeshare owners from all over the world.



➤ Click here to read About Our
  Victory Against Diamond .

➤ Click here to see Attorney Mitchell
  Sussman in *The GateHouse*.

➤ Click here to see Attorney Mitchell
  Sussman in *the Niche Report* .

➤ Should You Get a Timeshare.

## FREE EVALUATION For Timeshare Owners

With over 40+ years of experience, our law firm has a proven track record of helping distressed owners who have been the victim of fraud and misrepresentation. Take advantage of our free attorney evaluation so you can make an educated decision about rescinding or returning your timeshare property.

CLICK HERE for your
Free Evaluation

See samples of our Proof of See the recent Proof of our
Timeshare Exit Attorney Performance

# Timeshare Attorney

While it's true that a timeshare contract is a legally binding document, it is mistaken to think that such a contract cannot

be cancelled. This is a myth perpetuated by timeshare developers and user groups that are funded maintained and controlled by the timeshare industry. Under general contract law, the truth of the matter is contracts are cancellable for a variety of reasons including fraud, misrepresentation and failure of consideration. In addition to obtaining thousands of **Timeshare Exit Attorneys** our firm has filed and won, either by judgment or settlement, multiple lawsuits against the worlds largest timeshare developers and continues to pursue such actions seeking not only a permanent cancellation of your timeshare contract, but in some instances the return of client money. All told five actions were filed against Wyndham and later actions have been filed against <u>Diamond</u> and <u>others</u>.

A lecturer and author on the subject of real estate the law offices of Mitchell Reed Sussman & Associates has been in business for over 40+ years specializing in real estate litigation. Its founder, Mitchell Sussman, is licensed both as an attorney and real estate broker and has written and lectured extensively on the subject of real estate, bankruptcy, foreclosure and timeshare.

If you have been the victim of timeshare fraud, contact the law offices of Mitchell Reed Sussman & Associates for a FREE EVALUATION of your right to <u>terminate your timeshare contract.</u>

Moreover if you are suffering from a financial hardship and are no longer able to afford or simply want to sell your timeshare, call your time share company and see if they are willing to take back their timeshare as many of the timeshare developers have programs designed for those in financial distress or simply want to sell.

If, however, your timeshare does not have a program that fits your needs and its seems like you will be stuck with the timeshare and its obligations to pay maintenance fees for life, you should consult with a lawyer familiar with these laws.

In sum, do not despair, hope exists for those timeshare owners, who wish to cancel their timeshare contract and no longer be burdened by their timeshare and it's lifetime of financial obligations.



**Our Team**





Listen to our Podcasts



## Mitchell Sussman

★★★★★ 16 reviews          ***Avvo* Rating: 10.0**          Licensed for 38 years

MITCHELL REED SUSSMAN, born and raised in Brooklyn, New York in 1973 he graduated from George Washington University with a Bachelor of Business Administration. He came to the west coast upon graduation...

**Practice areas & skills:** Real Estate, Litigation, Bankruptcy & Debt

# <u>Why Timeshare Legal Action and the Law offices of Mitchell Reed Sussman & Associates is your best hope for Timeshare Relief</u>

In today's economy many timeshare owners are finding that they are burdened by the financial commitments that are part and parcel of timeshare ownership.

Led by Attorney Mitchell Reed Sussman with over 40 years of experience, Timeshare Legal Action and the Law Office of Mitchell Sussman & Associates is a law firm that is dedicated to consumer protection. Having specialized in real estate matters for more than forty years with a concentration on timeshare law, our firm has a unique understanding of the pitfalls of timeshare ownership and what is essentially a non - existent secondary market of timeshare resales.

At the Law Office of Mitchell Reed Sussman & Associates we have heard countless stories from our clients' about sales practices that involve a variety of enticements in order to make a timeshare sale. Complimentary cruises, free vacations, gifts of designer luggage or the latest iPad. And for this, each was asked to sit through an hour long presentation that turned in to an all-day sales pitch, filled with high pressure sales delivery while trapped in a small room. The hard core sales delivery was followed by rapid-fire signings of mountains of "closing" documentation as the salesman explained very little of what each piece of paper contained. It is customary for us to hear from our clients' an awakening of sorts when the reality of the first bill comes in the mail.

In addition to high pressure sales tactics, we frequently hear the frustration in trying to book vacations, with peak rooms and times unavailable for years or there was simply not enough points to make the desired reservation.

We understand that there is a very high probability that the timeshare developer is exposed legally in ways that are relatively straightforward and provable. This is where the choice to hire experienced, competent counsel comes into play.

At the Law Office of Mitchell Reed Sussman & Associates we have pioneered the field of timeshare exit and cancellation. Moreover, unlike private non – lawyer companies, which are focused on their bottom line, an attorney has a fiduciary and legal obligation, to put their client's interests first. At the Law Office of Mitchell Reed Sussman & Associates our duty is to pursue justice for our clients and our clients' alone.

**YOUR LEGAL PROBLEMS ARE SOLVABLE**

The Law Office of Mitchell Reed Sussman & Associates is available to help should you no longer desire to be a timeshare owner.

There are a number of avenues available to consumers interested in relief from the heavy burden a timeshare obligation can bring. Your first attempt should always be to call your timeshare to see if they have a program available to you. Should that fail, a licensed attorney is a consumer's best bet when it comes to Timeshare Exit Attorney.

Along with the knowledge of the laws of the state and the nuances of timeshare contracts, an attorney experienced in this field can offer you protection from debt collectors and litigation.

When it comes to protection from debt collectors, only a licensed attorney can provide the legal representation necessary to prohibit the harassing and incessant debt collection phone calls that are part of any debt cancellation work.

The Fair Debt Collection Practices Act stipulates that third party debt collectors are legally prohibited from directly contacting a debtor (such as a timeshare owner withholding a resort payment) if that debtor has retained an attorney.  With that stated, the debt collector now must make contact with the working attorney.  The only way they are able to contact the consumer is if granted permission, or should the attorney fail to respond to the debt collector in a reasonable period of time.

Protection from debt collectors can provide you the peace of mind that will allow you to go about your day unburdened from harassing creditor calls.  Be preventing outside debt collectors from calling and harassing you, the Law offices of Mitchell Reed Sussman & Associates and Timeshare Legal Action are able to provide the timeshare owner with a layer of protection that will give the attorney and you the timeshare owner the leverage to negotiate your timeshare relief.

The final piece to the puzzle in securing your Timeshare Exit Attorney and exit is litigation against the timeshare. Our law office has commenced multiple pieces of litigation against timeshare developers with outstanding results, gaining not only exits but the return of money.  Needless to say the potential threat of litigation by a firm that specializes in such cases is a powerful tool in the arsenal of a timeshare attorney..

Our founder Mitchell Sussman has established a cultural at our firm that can best be summarized as follows:

*"...Unlike most time share exit companies, the law offices of Mitchell Reed Sussman & Associates consider ourselves counselors not sales people. We are not here to sell you anything!*


*If we can help you with your timeshare we would only be too happy to do so. That is our mission, to counsel and provide solutions for those burdened by the financial obligations related to timeshare ownership. "*

To gain more information about timeshare exit and relief, visit the rest of our www.timesharelegalaction.com or feel free to contact us at 800 – 233 – 8521.


**Mitchell Reed Sussman has been licensedby the California State Bar since 1977**



Copyright © 2017-2018 TimeshareLegalAction.com - Timeshare Attorney & Cancellation, Best Timeshare Attorney -
All Rights Reserved. | Privacy Policy | Sitemap Timeshare Attorney

**No attorney-client relationship.** The Law Office of Mitchell Sussman maintains this website exclusively for informational purposes. Viewing this site, using information from it, or communicating with The Law Office of Mitchell Sussman through this site by email does not create an attorney-client relationship between you The Law Office of Mitchell Sussman.

**Nonreliance.** Online readers should not act or decline to act, based on content from this site, without first consulting an attorney or other appropriate professional. Because the law changes constantly, this website's content may not indicate the current state of the law. Nothing on this site predicts or guarantees future results.

INTENTIONALLY LEFT BLANK
EXHIBIT PAGE ONLY

# EXHIBIT B



HUTCHISON & STEFFEN

A PROFESSIONAL LLC

Envelope 1 - page 1 of 2  Batch 99999 - page 1 of 15                LAC-504460 2016101715

1394646 —

RECEIVED
Oct 25, 2016

*Law offices*

# Mitchell Reed Sussman & Associates

October 14, 2016

Tahiti Village
PO Box 29352
Phoenix, AZ 85038

**Tahiti Village Vacation Club**
**File 50446**
**Los Angeles, CA 90074**

**Re: Stephens, Calvin & Shaneris**
   **Account #724187974**

Attn:  Customer Service

I have been retained by and represent the above - named with respect to their claims of fraud and misrepresentation in connection with their time - share

In light of the foregoing, they will no longer be making any payments on the time - share including any future or past due maintenance assessments.

My clients' understand that you have the legal right to foreclose and take back the property and are willing to allow you to do so.

Because my clients' have no ill will towards your company they are prepared to execute a "deed in lieu" or other appropriate document by which my client will return the timeshare interest to you without you having to incur the expense of a drawn out foreclosure proceeding.

Please understand that this is not a negotiation of any kind. This office is not seeking money on behalf of the above - named. The purpose of this letter is simply to advise that no additional funds will be forthcoming.

**1053 S. Palm Canyon Dr., Palm Springs, Ca. 92264**
**Phone  760 - 325 - 7191 /  760 - 325 – 7258 Fax**

Envelope 1 - page 2 of 2  Batch 99999 - page 2 of 15                    LAC 504400 20161017 17

*Law offices of*
*Mitchell Reed Sussman & Assoc.*
**Page 2**

Moreover, my clients are aware of **NRS 40.459(1)(c)**, which limits the ability of a creditor who purchases a loan secured by Nevada real estate to recover a deficiency.

Finally, pursuant to my clients' request, please forward all future communications regarding the above referenced time – share to my attention as follows: Mitchell Reed Sussman, Attorney at Law, 1053 S. Palm Canyon Dr., Palm Springs, Ca. 92664 – Telephone 760 – 325 – 7191

Moreover, both the **Federal Fair Debt Collection Practices Act 15 USC 1692c** prohibits communications, other than statements of account with the debtor with regard to a consumer debt, when the debt collector has been previously notified in writing by the debtor's attorney that the debtor is represented by such attorney with respect to the consumer debt.

You are hereby notified not to contact by phone, mail or initiate any communication with my clients, other than statements of account, as more fully set forth in **15 USC 1692.**

Very truly yours,
**Law offices of**
**Mitchell Reed Sussman**

*Mitchell Reed Sussman*

Mitchell Reed Sussman

**1053 S. Palm Canyon Dr., Palm Springs, Ca. 92264**
**Phone  760 - 325 - 7191 /  760 - 325 – 7258 Fax**

INTENTIONALLY LEFT BLANK
EXHIBIT PAGE ONLY

# EXHIBIT C



HUTCHISON & STEFFEN

A PROFESSIONAL LLC



APN# 163-25-511-048

WHEN RECORDED, MAIL
TAX STATEMENTS TO:
    The ANSY Company, LLC
    801 S. Rampart Suite 200
    Las Vegas, NV 89145

RETURN ORIGINAL TO:
    Jeffrey S. Corcoran
    c/o Law Offices of Mitchell Reed Sussman
    30720 Palmetto Palm Ave.
    Homeland, CA 92548

Inst #: 20160624-0001904
Fees: $19.00 N/C Fee: $0.00
RPTT: $2.55 Ex: #
06/24/2016 02:53:29 PM
Receipt #: 2800747
Requestor:
- JEFFREY CORCORAN
Recorded By: DROY   Pgs: 4
**DEBBIE CONWAY**
CLARK COUNTY RECORDER

## QUIT CLAIM DEED

This Deed, created this __15th__ day of __May__, __2016__ between __Brittany A. Ryder and Scott W. Ryder, as Joint Tenants with Right of Survivorship__ as "Grantor", whose address is __2792 S. Victoria Park Drive, Salt Lake City, UT 84119__

____, for and in consideration of $10.00 hereby acknowledged as received, does hereby conveys, transfers, relinquishes, and surrenders to __Steve Peyton__ as "Grantee", whose address is __1775 S. Palm Canyon Dr., Palm Springs, CA 92264__ the real property in the city of __Las Vegas__, County of Clark, State of Nevada (the "Land"), more particularly described as:
Unit Number: 3016, Unit Type: One Bedroom, Season: Regular, Number of Vacation Plans: 1, Type of Vacation Plan: Every Other Year - Odd Years.
A) An undivided one one hundred and fourth (1/104th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Club de Soleil condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.
B) For each Odd Year One Half Vacation Plan identified, the right to reserve and then elusively to occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the right and easements appurtenant to the condominium and the nonexclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified, inclusive, in each "Owner's Use Year" which ends in "1", "3", "5", "7", or "9".
Note, the terms "Use Week", "Season", "Unit Type", and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions, and Restrictions for Vacation Ownership in the Club de Soleil Vacation Club.
The condominium and its appurtenant undivided interest in the common elements (including the land) are more particularly described as:
All of the premises comprising a portion of the Condominium common interest community known as "Club de Soleil" (herein called the "Condominium"), which Condominium consists of the land more particularly described in that certain Declaration of Condominium of Club de Soleil dated May 14, 1998, and recorded in Book 980701 as Instrument 01615, Official Records, Clark County, Nevada (herein with any amendments called the "Declaration"), to which reference is hereby made and which land description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described and established by said Declaration, described as follows:
A) The condominium identified as that condominium is described in the Declaration and as shown on the Plat of Club de Soleil Condominiums recorded May 13, 1998, in Book 84, Page 40 of Plats, Official Records, Clark County, Nevada (herein with any amendments called the "Condominium Map").
Together with the following appurtenant rights and easements:
1) Nonexclusive easement for ingress, egress, and support of said condominium through the common elements of the Condominium and for repair of said condominium through all other condominium and through the common elements of the Condominium, all as more fully described in the Declaration.

\* Continued on Exhibit "A" attached

Exhibit "A"
Continuation of Legal Description

2) All other rights, privileges, limited common elements, and easements described in the Declaration as being appurtenant to the condominium.

Subject to an easement in favor of the owners of all other condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines, and other common elements serving such other condominiums, and other parts of the building and for support and repair of the common elements and all other condominiums.
Excepting and reserving easements through said condominium appurtenant to the elements of the Condominium and all other condominiums of the Condominium for support and repair of both the common elements of the Condominium and all other condominiums of the Condominium.

B) An undivided percentage interest equal to the percentage interest appurtenant to said condominium as established by the Declaration, or as set forth in any replacement declaration covering the Condominium, or if the Condominium is removed from the condominium property regime, then as set forth in the Declaration immediately preceding such removal, as tenant in common with the other owners of condominiums of the Condominium, in and to the common elements of the Condominium, including the land, as described in the Declaration, subject to nonexclusive easements appurtenant to all condominiums for ingress, egress, support, and repair.
 Together with appurtenant easements described in said Declaration, and subject to encumbrances, restrictions, covenants, agreements, obligations, conditions, and other provisions set forth in said Declaration, and the above mentioned Condominium Map, to which reference is hereby made.

Subject to:
1) The lien of real property taxes not yet due and owing.
2) The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in said Declaration and said Bylaws, and any amendments to either of them.
3) Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Club de Soleil Vacation Club, dated May 14, 1998, and recorded in Book 980701 as Instrument 01615, Official Records, Clark County, Nevada.
4) Amended and Restated Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Club de Soleil Vacation Club, dated September 25, 1998, and recorded October 16, 1998, in Book 981016 as Instrument 01823, Official Records, Clark County, Nevada.
5) Such other covenants, conditions, restrictions, easements, rights of way, and other matters of record, if any, which may now affect the Property.

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 163-25-511-048 _____
   b. _____
   c. _____
   d. _____
2. Type of Property:
   a. ☐ Vacant Land    b. ☐ Single Fam. Res.
   c. ☐ Condo/Twnhse    d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg    f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural    h. ☐ Mobile Home
   ☑ Other  Timeshare

| FOR RECORDERS OPTIONAL USE ONLY |
|---|
| Book_____ Page:_____ |
| Date of Recording: _____ |
| Notes: |

3.a. Total Value/Sales Price of Property       $ 500.00
   b. Deed in Lieu of Foreclosure Only (value of property ( 0.00       )
   c. Transfer Tax Value:       $ 500.00
   d. Real Property Transfer Tax Due       $ 2.55

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred:_____ %
The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____    Capacity: Grantor / Seller _____

Signature _____    Capacity: Grantor / Seller _____

| **SELLER (GRANTOR) INFORMATION**<br>**(REQUIRED)** | **BUYER (GRANTEE) INFORMATION**<br>**(REQUIRED)** |
|---|---|
| Print Name: Brittany A. Ryder and Scott W. Ryder | Print Name: Steve Peyton |
| Address: 2792 S. Victoria Park Drive | Address: 1775 S. Palm Canyon Dr. |
| City: Salt Lake City | City: Palm Springs |
| State: Utah       Zip: 84119 | State: California       Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| Print Name: c/o Law Offices of Mitchell Reed Sussman | Escrow # |
|---|---|
| Address: 30720 Palmetto Palm Ave | |
| City: Homeland | State: California    Zip: 92548 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

$C \; ④ \; -1$

Inst #: 20160922-0001180
Fees: $19.00 N/C Fee: $25.00
RPTT: $2.55 Ex: #
09/22/2016 11:33:29 AM
Receipt #: 2879844
Requestor:
JEFFREY CORCORAN
Recorded By: MAYSM   Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN# 163-25-511-050

WHEN RECORDED, MAIL
TAX STATEMENTS TO:
   Soleil LV LLC
   801 S. Rampart Suite 200
   Las Vegas, NV 89145

RETURN ORIGINAL TO:
   Jeffrey S. Corcoran
   c/o Law Offices of Mitchell Reed Sussman
   30720 Palmetto Palm Ave.
   Homeland, CA 92548

## QUIT CLAIM DEED

This Deed, created this __22nd__ day of _____June_____, __2016__ between Thomas H. Dunn and Linda S. Dunn, as Joint Tenants with Right of Survivorship _____ as "Grantor", whose address is 1390 West Mount Harmony Road, Owings, MD 20736 _____, for and in consideration of $10.00 hereby acknowledged as received, does hereby conveys, transfers, relinquishes, and surrenders to Steve Peyton _____ as "Grantee", whose address is 1775 E. Palm Canyon Dr. Suite 110-237, Palm Springs, CA 92264 _____the real property in the city of Las Vegas _____, County of Clark, State of Nevada (the "Land"), more particularly described as: Unit Number: 1018, Unit Type: One Bedroom, Season: Regular, Number of Vacation Plans: 1, Type of Vacation Plan: Every Year in the property described below including, among other things, (i) the number of Vacation Plans (as shown above) in the condominium identified (the "Unit") of the Club de Soleil condominiums project (the "condominiums"); (ii) all rights and privileges that pertain to or otherwise go with the property described; and (iii) all rights of the seller in that property (in legal terms, the "reservations, remainders, rents, profits, easements, and appurtenances"), to keep in fee simple, subject to the documents which created and govern the condominium project (the "condominium documents"); and the vacation plan program (the "vacation plan documents").

A) An undivided one fifty second (1/52) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Club de Soleil condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.

B) The right to reserve and then exclusively to occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the nonexclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified, inclusive, in each "Owner's Use Year".

Note, the terms "Use Week", "Season", "Unit Type", and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions, and Reservations for Vacation Ownership in the Club de Soleil Vacation Club.

The condominium and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:

All of the premises comprising a portion of the Condominium common interest community known as "Club de Soleil" (therein called the "Condominium"), which Condominium consists of the land more particularly described in that certain Declaration of Condominium of Club de Soleil dated May 14, 1998, and recorded in Book 980701 as Instrument 01615, Official Records, Clark County, Nevada, (herein with any amendments called the "Declaration") to which reference is hereby made and which land description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by said Declaration, described as follows:

A) The condominium identified as that condominium is described in the Declaration and as shown on the Plat of Club de Soleil Condominiums recorded May 13, 1998, in Book 84, Page 40 of Plats, Official Records, Clark County, Nevada (herein with any amendments called the "Condominium Map").

* Continued on Exhibit "A" attached

Exhibit "A"
Continuation of Legal Description

Together with the following appurtenant rights and easements:
1) Nonexclusive easements for ingress, egress, and support of said condominium through the common elements of the Condominium and for repair of said condominium though the common elements of the Condominium and for repair of said condominium through all other condominium and through the common elements of the Condominium, all as more fully described in the Declaration.
2) All other rights, privileges, limited common elements, and easements described in the Declaration as being appurtenant to the condominium.

Subject to an easement in favor of the owners of all other condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines, and other common elements serving such other condominiums, and other parts of the building and for support and repair of the common elements and all other condominiums.

Excepting and reserving easements through said condominium appurtenant to the common elements of the Condominium and all other condominiums of the Condominium for support and repair of both the common elements of the Condominium and all other condominiums of the Condominium.

B) An undivided percentage interest equal to the percentage interest appurtenant to said condominium as established by the Declaration, or as set forth in any replacement declaration covering the Condominium, or if the Condominium is removed from the condominium property regime, then as set forth in the Declaration immediately preceding such removal, as tenant in common with the other owners of condominiums of the Condominium, in and to the common elements of the Condominium, including the land, as described in the Declaration, subject to nonexclusive easements appurtenant to all condominiums for ingress, egress, support, and repair.

Together with appurtenant easements described in said Declaration, and subject to the encumbrances, restrictions, covenants, agreements, obligations, conditions, and other provisions set forth in said Declaration, and the above mentioned Condominium Map, to which reference is hereby made.

Subject to:
1) The lien of real property taxes not yet due and owing.
2) The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in said Declaration and by the Bylaws, and any amendments to either of them.
3) Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Club de Soleil Vacation Club, dated May 14, 1998, and recorded in book 980701 as Instrument 01615, Official Records, Clark County, Nevada.
4) Amended and Restated Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Club de Soleil Vacation Club, dated September 25, 1998, and recorded October 16, 1998, in Book 981016 as Instrument 01823, Official Records, Clark County, Nevada.
5) Such other covenants, conditions, restrictions, easements, rights of way, and other matters of record, if any, which may now affect the Property.

IN WITNESS WHEREOF, Grantor has caused its name to be affixed hereto and this instrument to be executed by its general partner thereunto duly authorized.

Dated as of _6/28/16_

"GRANTOR"

Name: _____
Thomas H. Dunn

Name: _____
Linda S. Dunn

STATE OF ~~NEVADA~~ Maryland

COUNTY OF _Calvert_

This instrument was acknowledged before me on _June 28, 2016_ (date) by _Thomas H. Dunn and Linda S. Dunn_ (name(s) of person(s)).

_____
Notary Public

Printed Name _Margaret C. Chaney_

My Commission Expires:
_7/20/18_

**RECORDER'S NOTE:**
NOTARY STAMP/SEAL IS VISIBLE,
HOWEVER IT IS FRAGMENTED AND
MAY NOT BE REPRODUCIBLE

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 163-25-511-050
   b. _____
   c. _____
   d. _____

2. Type of Property:
   a. ☐ Vacant Land      b. ☐ Single Fam. Res.
   c. ☐ Condo/Twnhse     d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg        f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural     h. ☐ Mobile Home
      ☑ Other  Timeshare

   | FOR RECORDERS OPTIONAL USE ONLY |
   |---|
   | Book_____ Page:_____ |
   | Date of Recording: _____ |
   | Notes: |

3. a. Total Value/Sales Price of Property        $  500.00
   b. Deed in Lieu of Foreclosure Only (value of property ( 0.00        )
   c. Transfer Tax Value:                         $  500.00
   d. Real Property Transfer Tax Due              $  2.55

**4. If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: _____%
The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060
and NRS 375.110, that the information provided is correct to the best of their information and belief,
and can be supported by documentation if called upon to substantiate the information provided herein.
Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of
additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant
to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____    Capacity: Grantor / Seller
Signature  Linda Dunn                        Capacity: Grantor / Seller

| **SELLER (GRANTOR) INFORMATION** **(REQUIRED)** | **BUYER (GRANTEE) INFORMATION** **(REQUIRED)** |
|---|---|
| Print Name: Thomas H. Dunn and Linda S. Dunn | Print Name: Steve Peyton |
| Address: 1390 West Mount Harmony Road | Address: 1775 E. Palm Canyon Dr. Suite 110-237 |
| City: Owings | City: Palm Springs |
| State: Maryland       Zip: 20736 | State: California       Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| | |
|---|---|
| Print Name: c/o Law Offices of Mitchell Reed Sussman | Escrow # |
| Address: 30720 Palmetto Palm Ave | |
| City: Homeland | State: California     Zip: 92548 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

C

Ⓐ ᷉₁

APN# 177-04-414-437, -439

.WHEN RECORDED, MAIL
TAX STATEMENTS TO:
   c/o Consolidated Tahiti, Inc.
   801 South Rampart, Suite 200
   Las Vegas, NV 89145

RETURN ORIGINAL TO:
   Jeffrey S. Corcoran
   c/o Law Offices of Mitchell Reed Sussman
   30720 Palmetto Palm Ave.
   Homeland, CA 92548

Inst #: 20161014-0000686
Fees: $19.00 N/C Fee: $25.00
RPTT: $2.55 Ex: #
10/14/2016 10:52:04 AM
Receipt #: 2901951
Requestor:
JEFFREY CORCORAN
Recorded By: SAO  Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

## QUIT CLAIM DEED

This Deed, created this __9th__ day of __August__, __2016__ between __Harley D. Chegwidden__ and Janet M. Chegwidden, as Joint Tenants with Right of Survivorship _____ as "Grantor", whose address is __2897 Bonita Circle, East Lansing, MI 48823__ _____, for and in consideration of $10.00 hereby acknowledged as received, does hereby conveys, transfers, relinquishes, and surrenders to __Steve Peyton__ _____ as "Grantee", whose address is __1775 E. Palm Canyon Dr., Suite 110-237, Palm Springs, CA 92264__ the real property in the city of __Las Vegas__, County of Clark, State of Nevada (the "Land"), more particularly described as: Unit Nos.: 5817 and 5819, Interval Number: 084, Unit Type: Two Bedroom (Royal Tahitian), Season: Regular, Number of Vacation Plans: 1, Type of Vacation Plan: Every Year.
An undivided one fifty second (1/52) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

The right to reserve and then exclusively to occupy and use such Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the nonexclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified, inclusive, in each "Owner's Use Year".

Note: the terms "Use Week", "Season", "Unit Type", and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in the Tahiti Village Vacation Club dated January 6, 2004, and recorded January 7, 2004, in Book 2004017 as Instrument 00951, Official Records, Clark County, Nevada (as amended from time to time, the "Vacation Plan Declaration")

The Unit and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:

All of the premises comprising a portion of the Condominium's common interest community known as "Tahiti Village", which Condominiums consist of the land more particularly described int hat certain Declaration of Condominium of Tahiti Village dated December 24, 2003, and recorded December 24, 2003 in Book 20031224 as Instrument 02271, Official Records, Clark County, Nevada, as amended and fully restated in the Amended and Restated Declaration of Condominium for Tahiti Village, dated February 18, 2004, as recorded February 23, 2004, in Book 20040223 as Instrument 01027, Official Records, Clark County, Nevada (herein with any amendments called the "Master Declaration") to which reference is hereby made and which land description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by the Master Declaration, described in Exhibit "A" attached.   .

7243973164
unit 5819/5817

IN WITNESS WHEREOF, Grantor has caused its name to be affixed hereto and this instrument to be executed by its general partner thereunto duly authorized.

Dated as of ___Aug. 22, 2016___

"GRANTOR"

Name: ___Harley D. Chegwidden___
Harley D. Chegwidden

Name: ___Janet M. Chegwidden___
Janet M. Chegwidden

STATE OF ~~NEVADA~~ Michigan
COUNTY OF ___Ingham___

This instrument was acknowledged before me on ___Aug. 22, 2016___ (date) by ___Harley D Chegwidden & Janet M. Chegwidden___ (name(s) of person(s)).

___Ofelia Bristol___
Notary Public

Printed Name: ___Ofelia Bristol___

OFELIA BRISTOL
Notary Public - Michigan
Ingham County
My Commission Expires Aug 1, 2020
Acting in the County of ___Ingham___

My Commission Expires:

___8-1-2020___

Exhibit "A"
Continuation of Legal Description

A) The Unit identified as that Unit is described in the Master Declaration and as shown on either (a) the Third Amended Final Map of Tahiti Village Phase 1, recorded April 28, 2006 in Book 131, Page 0005 of Plats, Office of the Clark County Recorder, Clark County, Nevada (herein with any amendments called the "Phase 1 Map" and, collectively with Phase 2 map, the "Condominium Map"); or (b) the Final Map of Tahiti Village Phase 2 recorded on December 22, 2005, in Book 128, Page 85 of Plats, Official Records, Clark County, Nevada (herein with any amendments called the "Phase 2 Map" and, collectively with the Phase 1 Map, the "Condominium Map").

Together with the following appurtenant rights and easements:

1) Nonexclusive easements for ingress and egress and support of such Unit through the common elements of the Condominiums and for repair of such Unit through all other Units of the Condominiums and through the common elements of the Condominiums, all as more fully described in the Master Declaration.

2) All other rights, privileges, limited common elements, and easements described in the Master Declaration as being appurtenant to the Unit.

Subject to an easement in favor of the owners of all other Units of the Condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines, and other common elements serving such other Units, and other parts of the building and for support and repair of the common elements and all other Units.

Excepting and reserving easements through the Unit appurtenant to the common elements of the Condominiums and all other Units of the Condominiums for support and repair of both the common elements of the Condominiums and all other Units of the Condominiums.

B) An undivided percentage interest equal to the percentage interest appurtenant to the Unit as established by the Master Declaration, or as set forth in any replacement declaration covering the Condominiums, or if the Condominiums is removed from the condominium property regime, then as set forth in the Master Declaration immediately preceding such removal, as tenant in common with the other owners of Units of the Condominiums, in and to the common elements of the Condominiums, including the land, as described in the Master Declaration, subject to nonexclusive easements appurtenant to all Units for ingress, egress, support, and repair.

Together with appurtenant easements described in the Master Declaration, and subject to the encumbrances, restrictions, covenants, agreements, obligations, conditions, and other provisions set forth in the Master Declaration, and the above mentioned Condominium Map, to which reference is hereby made.

Subject to:
1) The lien of real property taxes not yet due and owing.
2) The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Master Declaration and the Bylaws, and any amendments to either of them.
3) The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Vacation Plan Declaration and Bylaws contemplated by the Vacation Plan Declaration, and any amendments to either of them.
4) Such other covenants, conditions, restrictions, easements, rights of way, and other matters of record, if any, which may now affect the Property.

STATE OF NEVADA
DECLARATION OF VALUE

1.  Assessor Parcel Number(s)
    a. 177-04-414-437
    b. 177-04-414-439
    c. _____
    d. _____
2.  Type of Property:
    a. [ ] Vacant Land      b. [ ] Single Fam. Res.
    c. [ ] Condo/Twnhse     d. [ ] 2-4 Plex
    e. [ ] Apt. Bldg        f. [ ] Comm'l/Ind'l
    g. [ ] Agricultural     h. [ ] Mobile Home
       [✓] Other  Timeshare

| FOR RECORDERS OPTIONAL USE ONLY |
|---|
| Book_____ Page:_____ |
| Date of Recording: _____ |
| Notes: |

3.a. Total Value/Sales Price of Property        $  500.00
   b. Deed in Lieu of Foreclosure Only (value of property ( 0.00                    )
   c. Transfer Tax Value:                       $  500.00
   d. Real Property Transfer Tax Due            $  2.55

**4.  If Exemption Claimed:**
    a. Transfer Tax Exemption per NRS 375.090, Section_____
    b. Explain Reason for Exemption: _____

5.  Partial Interest: Percentage being transferred: _____ %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _Harley D. Chegwidden_        Capacity: Grantor / Seller

Signature _Janet McChegwidden_          Capacity: Grantor / Seller

| **SELLER (GRANTOR) INFORMATION**<br>**(REQUIRED)** | **BUYER (GRANTEE) INFORMATION**<br>**(REQUIRED)** |
|---|---|
| Print Name: Harley D. and Janet M. Chegwidden | Print Name: Steve Peyton |
| Address: 2897 Bonita Circle | Address: 1775 E. Palm Canyon Dr., Suite 110-237 |
| City: East Lansing | City: Palm Springs |
| State: Michigan    Zip: 48823 | State: California    Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| Print Name: c/o Law Offices of Mitchell Reed Sussman | Escrow # |
|---|---|
| Address: 30720 Palmetto Palm Ave | |
| City:  Homeland | State: California    Zip: 92548 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

④

−ι

Inst #: 20161121-0000347
Fees: $19.00 N/C Fee: $0.00
RPTT: $2.55 Ex: #
11/21/2016 09:13:43 AM
Receipt #: 2934347
Requestor:
JEFFREY CORCORAN
Recorded By: DROY   Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN# 177-04-414-370

WHEN RECORDED, MAIL
TAX STATEMENTS TO:
    c/o Soleil LV, LLC
    801 South Rampart, Suite 200
    Las Vegas, NV 89145

RETURN ORIGINAL TO:
    Jeffrey S. Corcoran
    c/o Law Offices of Mitchell Reed Sussman
    30720 Pelmetto Palm Ave.
    Homeland, CA 92548

## QUIT CLAIM DEED

This Deed, created this __11th__ day of _____October_____, __2016__ between Joseph G. Botsko and Kathleen R. Botsko, as Joint Tenants with Right of Survivorship ____as "Grantor", whose address is 9630 N. 36 Ave., Phoenix, AZ 85051 ____, for and in consideration of $10.00 hereby acknowledged as received, does hereby conveys, transfers, relinquishes, and surrenders to Steve Peyton ____as "Grantee", whose address is 1775 E. Palm Canyon Dr., Suite 110-237, Palm Springs, CA 92264 ____the real property in the city of Las Vegas ____, County of Clark, State of Nevada (the "Land"), more particularly described as: Unit Number: 5710, Interval Number: 45Y, Unit Type: One Bedroom (Broa Bora), Season, Regular, Number of Vacation Plans: 1, Type of Vacation Plan: Every Year.

The property consists of the following:

A) An undivided one fifty second (1/52) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified in the Tahiti Village Condominiums, and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

B) The right to reserve and then exclusively to occupy and use such Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the nonexclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the season identified, inclusive, in each "Owner's Use Year".

Note: the terms "Use Week", "Season", "Unit Type", and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in the Tahiti Village Vacation Club dated January 6, 2004, and recorded January 7, 2004, in Book 2004017 as Instrument 00951, Official Records, Clark County, Nevada (as amended from time to time, the "Vacation Plan Declaration").

The Unit and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:

All of the premises comprising a portion of the Condominium's common interest commonly known as "Tahiti Village", which Condominiums consist of the land more particularly described in that certain Declaration of Condominium of Tahiti Village dated December 24, 2003, and recorded December 24, 2003 in Book 20031224 as Instrument 02271, Official Records, Clark County, Nevada, as amended and fully restated in the Amended and Restated Declaration of Condominium for Tahiti Village, dated February 18, 2004, and recorded February 23, 2004, in book 20040223 as Instrument 01027, Amended September 15, 2004 in Book 20040915 as Instrument 0001861 and Amended December 22, 2005 in Book 20051222 as Instrument 0002215, Official Records, Clark County, Nevada (herein with any amendments called the "Master Declaration") to which reference is hereby made and which land description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by the Master Declaration, described as follows:

* Continues on Exhibit "A" attached

IN WITNESS WHEREOF, Grantor has caused its name to be affixed hereto and this instrument to be executed by its general partner thereunto duly authorized.

Dated as of 10/18/2016

"GRANTOR"

Name: _____
Joseph G. Botsko

Name: _____
Kathleen R. Botsko

Arizona EV
STATE OF ~~NEVADA~~
COUNTY OF Maricopa

This instrument was acknowledged before me on 10/18/2016 (date) by Joseph G Botsko & Kathleen R. Botsko (name(s) of person(s)).

_____
Notary Public

Printed Name: Erica Vaughn

NOTARY PUBLIC
STATE OF ARIZONA
Maricopa County
ERICA VAUGHN
My Commission Expires October 22, 2017

My Commission Expires:
10/22/2017

Exhibit "A"
Continuation of Legal Description

FIRST:

A) The Unit identified as that Unit is described in the Master Declaration and as shown on either (a) the Third Amended Final Map of Tahiti Village Phase 1, recorded April 28, 2006 in Book 11131, Page 0005 of Plats, Office of the Clark County Recorder, Clark County, Nevada (herein with any amendments called the "Phase 1 Map" and, collectively with the Phase 2 Map, the "Condominium Map"), or (b) the Final Map of Tahiti Village Phase 2 recorded on December 22, 2005, in Book 128, Page 85 of Plats, Official Records, Clark County, Nevada (herein with any amendments called the "Phase 2 Map" and, collectively with the Phase 1 Map, the "Condominium Map").

Together with the following appurtenant rights and easements:
1) Nonexclusive easements for ingress, egress, and support of such Unit through the common elements of the Condominiums and for repair of such Unit through all other Units of the Condominiums and through the common elements of the Condominiums, all as more fully described in the Master Declaration.
2) All other rights, privileges, limited common elements, and easements described in the Master Declaration as being appurtenant to the Unit.

Subject to an easement in favor of the owners of all other Units of the Condominiums to use the piper, conduits, ducts, cables, wires, public utility lines, and other common elements serving such other Units, and other parts of the building and for support and repair of the common elements and all other Units.

Excepting and reserving easements through the Unit appurtenant to the common elements of the Condominiums and all other Units of the Condominiums for support and repair of both the common elements of the Condominiums and all other Units of the Condominiums.

B) An undivided percentage interest equal to the percentage interest appurtenant to the Unit as established by the Master Declaration, or as set forth in any replacement declaration covering the Condominium, or if the Condominiums is removed from the condominium property regime, then as set forth in the Master Declaration immediately preceding such removal, as tenant in common with the other owners of Units of the Condominiums, in and to the common elements of the Condominiums, including the land, as described in the Master Declaration, subject to nonexclusive easements appurtenant to all Units for ingress, egress, support, and repair.

Together with appurtenant easements described in the Master Declaration, and subject to the encumbrances, restrictions, covenants, agreements, obligations, conditions, and other provisions set forth in the Master Declaration, and the above mentioned Condominium Map, to which reference is hereby made.

Subject to:
1) The lien for real property taxes not yet due and owing.
2) The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Master Declaration and the Bylaws, and any amendments to either of them.
3) The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Vacation Plan Declaration and Bylaws contemplated by the Vacation Plan Declaration, and any amendments to either of them
4) Such other covenants, conditions, restrictions, easements, rights of way, and other matters of record, if any, which may now affect the Property.

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 177-04-414-370
   b. _____
   c. _____
   d. _____

2. Type of Property:

| | | | |
|---|---|---|---|
| a.☐ Vacant Land | b.☐ Single Fam. Res. | | |
| c.☐ Condo/Twnhse | d.☐ 2-4 Plex | | |
| e.☐ Apt. Bldg | f.☐ Comm'l/Ind'l | | |
| g.☐ Agricultural | h.☐ Mobile Home | | |
| ☑ Other  Timeshare | | | |

FOR RECORDERS OPTIONAL USE ONLY
Book_____ Page:_____
Date of Recording: _____
Notes:

3.a. Total Value/Sales Price of Property        $   500.00
   b. Deed in Lieu of Foreclosure Only (value of property ( 0.00                                                    )
   c. Transfer Tax Value:                              $   500.00
   d. Real Property Transfer Tax Due           $   2.55

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred:_____%

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____        Capacity: Grantor / Seller _____

Signature _____        Capacity: Grantor / Seller _____

| **SELLER (GRANTOR) INFORMATION** | **BUYER (GRANTEE) INFORMATION** |
|---|---|
| **(REQUIRED)** | **(REQUIRED)** |
| Print Name: Joseph G. and Kathleen R. Botsko | Print Name: Steve Peyton |
| Address: 9630 N. 36 Ave. | Address: 1775 E. Palm Canyon Dr., Suite 110-237 |
| City: Phoenix | City: Palm Springs |
| State: Arizona          Zip: 85051 | State: California          Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| | |
|---|---|
| Print Name: c/o Law Offices of Mitchell Reed Sussman | Escrow # |
| Address: 30720 Palmetto Palm Ave | |
| City: Homeland | State: California     Zip: 92548 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

(4)-1

Inst #: 20170126-0003977
Fees: $19.00 N/C Fee: $0.00
RPTT: $2.55 Ex: #
01/26/2017 03:06:40 PM
Receipt #: 2994162
Requestor:
LAW OFFICES OF MITCHELL REE
Recorded By: WONGC  Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN# 163-25-511-082

WHEN RECORDED, MAIL
TAX STATEMENTS TO:
    Steve Peyton
    1775 E. Palm Canyon Dr.
    Suite 110-237
    Palm Springs, CA 92264
RETURN ORIGINAL TO:
    Jeffrey S. Corcoran
    c/o U.S. Consumer Attorneys
    30720 Palmetto Palm Ave.
    Homeland, CA 92548

## QUIT CLAIM DEED

This Deed, created this __14th__ day of _____December_____, __2016__ between __Martha A. Silva and Jose L. Silva Jr., as Joint Tenants with Right of Survivorship__ as "Grantor", whose address is __1453 Sierra De Oro Drive, El Paso, TX 79936__ _____, for and in consideration of $10.00 hereby acknowledged as received, does hereby conveys, transfers, relinquishes, and surrenders to __Steve Peyton__ _____ as "Grantee", whose address is __1775 E. Palm Canyon Dr, Suite 110-237, Palm Springs, CA 92264__ the real property in the city of __Las Vegas__, County of Clark, State of Nevada (the "Land"), more particularly described as: Unit Number: F, Unit Type: Two Bedroom, Season: Regular, Number of Vacation Plans: 1, Type of Vacation Plan: Every Other Year - Odd Years.

The property consists of the following:

A) An undivided one one hundred and fourth (1/104th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Club de Soleil condominium; (ii) its appurtenant undivided interest in the common elements of the condominium.

B) The right to reserve and then exclusively to occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium for the number of "Use Weeks" and during the Season identified, inclusive, in each "Owner's Use Year" which ends in "1", "3", "5", "7", or "9".

Note: The terms "Use Week", "Season", "Unit Type", and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions, and Restrictions for Vacation Ownership in the Club de Soleil Vacation Club.

The condominium and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:

All of the premises comprising a portion of the Condominium common interest community known as "Club de Soleil" (herein called the "Condominium"), which Condominium consists of the land more particularly decribed in that certain Declaration of Condominium of Club de Soleil dated May 14, 1998, and recorded in Book 980701 as Instrument 01615, Official Records, Clark County, Nevada (herein with any amendments called the "Declaration") to which reference is hereby made and which land description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by said Declaration, described as follows:

FIRST:

A) The condominium identified as that condominium is described in the Declaration and as shown in the Plat of Club de Soleil condominiums recorded on May 13, 1998, in Book 84, Page 40 of Plats, Official Records, Clark County, Nevada (herein with any amendments called the "Condominium Map").

\* Continued on Exhibit "A" attached

Exhibit "A"
Continuation of Legal Description

Together with the following appurtenant rights and easements:
1) Nonexclusive easements for ingress and egress and support of said condominium through the common elements of the Condominium and for repair of said condominium through all other condominium and through the common elements of the Condominium, all as more fully described in the Declaration.
2) All other rights, privileges, limited common elements, and easements described in the Declaration as being appurtenant to the condominium.

Subject to an easement in favor of the owners of all other condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines, and other common elements serving such other condominiums, and other parts of the building and for support and repair of the common elements and all other condominiums.

Excepting and reserving easements through said condominium appurtenant to the common elements of the Condominium and all other condominiums of the Condominium for support and repair of both the common elements of the Condominium and all other condominiums of the Condominium.

B) An undivided percentage interest equal to the percentage interest appurtenant to said condominium as established by the Declaration, or as set forth in any replacement declaration covering the Condominium, or if the Condominium is removed from the condominium property regime, then as set forth in the Declaration immediately preceding such removal, as tenant in common with the other owners of condominiums of the Condominium, in and to the condominium elements of the Condominium, including the land, as described in the Declaration, subject to nonexclusive easements appurtenant to all condominiums for ingress, egress, support, and repair.

Together with appurtenant easements described in and said Declaration, and subject to the encumbrances, restrictions, covenants, agreements, obligations, conditions, and other provisions set forth in said Declaration, and the above mentioned Condominium Map, to which reference is hereby made.

Subject to:
1) The lien of real property taxes not yet due and owing.
2) The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in said Declaration and said Bylaws, and any amendments to either of them.
3) Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Club de Soleil Vacation Club, dated May 14, 1998, and recorded in Book 980701 as Instrument 01615, Official Records, Clark County, Nevada.
4) Amended and Restated Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Club de Soleil Vacation Club, dated September 25, 1998, and recorded October 16, 1998, in Book 981016 as Instrument 01823, Official Records, Clark County, Nevada.
5) Such other covenants, conditions, restrictions easements, rights of way, and other matters of record, if any, which may now affect the Property.

STATE OF NEVADA
DECLARATION OF VALUE

1. Assessor Parcel Number(s)
   a. 163-25-511-082
   b. _____
   c. _____
   d. _____

2. Type of Property:

| | | | | |
|---|---|---|---|---|
| a. ☐ | Vacant Land | b. ☐ | Single Fam. Res. | |
| c. ☐ | Condo/Twnhse | d. ☐ | 2-4 Plex | |
| e. ☐ | Apt. Bldg | f. ☐ | Comm'l/Ind'l | |
| g. ☐ | Agricultural | h. ☐ | Mobile Home | |
| ☑ | Other Timeshare | | | |

V

FOR RECORDERS OPTIONAL USE ONLY
Book_____ Page:_____
Date of Recording: _____
Notes:

3.a. Total Value/Sales Price of Property         $ 500.00
   b. Deed in Lieu of Foreclosure Only (value of property ( 0.00                    )
   c. Transfer Tax Value:                        $ 500.00
   d. Real Property Transfer Tax Due             $ 2.55

**4. If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred:_____ %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _Martha A Silva_                  Capacity: Grantor / Seller

Signature _Jose J. Silva Jr._               Capacity: Grantor / Seller

| **SELLER (GRANTOR) INFORMATION** (REQUIRED) | **BUYER (GRANTEE) INFORMATION** (REQUIRED) |
|---|---|
| Print Name: Martha A. Silva and Jose L. Silva Jr. | Print Name: Steve Peyton |
| Address: 1453 Sierra De Oro Drive | Address: 1775 E. Palm Canyon Dr, Suite 110-237 |
| City: El Paso | City: Palm Springs |
| State: Texas    Zip: 79936 | State: California    Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| | |
|---|---|
| Print Name: c/o Law Offices of Mitchell Reed Sussman | Escrow # |
| Address: 30720 Palmetto Palm Ave | |
| City: Homeland | State: California    Zip: 92548 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

INTENTIONALLY LEFT BLANK
EXHIBIT PAGE ONLY

# EXHIBIT D



HUTCHISON & STEFFEN

A PROFESSIONAL LLC

APN# 163-25-511-009

WHEN RECORDED, MAIL
TAX STATEMENTS TO:

Soleil LV, LLC
801 S. Rampart Suite 200
Las Vegas, NV 89149

RETURN ORIGINAL TO:
Jeffrey S Corcoran
c/o Mitchell Reed Sussman
30720 Palmetto Palm Ave
Homeland, CA 92548

## QUIT CLAIM DEED

Danny Gomez and Terry Gomez                               as  "Grantor",  whose  address  is

17 Donnington St., Pueblo, CO 81005                        does  hereby  conveys,  transfers,

relinquishes, and surrenders to Terry Durst

as  "Grantee",  whose  address  is  2345 S. Cherokee Way #163, Palm Springs, CA 92264

the real property in the city of Las Vegas              , County of Clark, State of Nevada (the "Land"), more

particularly described as:

Time Share interest in Club De Soleil Vacation Club of the Club de Soleil condominiums project (the
"condominiums"), identified as:
Unit Number: 1009
Unit Type: One Bedroom
Number of Vacation Plans: 1
Type of Vacation Plan: Every Other Year - Odd Years
together with all rights and privileges that pertain to or otherwise go with the property including "reservations,
remainders, rents, profits, easements, and appurtenances."
Not includes is any rights as the "developer" under the condominium documents or the vacation plan documents.
Subject to all covenants, conditions, restrictions, limitations, easements, rights-of-way of record.

IN WITNESS WHEREOF, Grantor has caused its name to be affixed hereto and this instrument to be
executed by its general partner thereunto duly authorized.

Dated as of  Nov. 18th 2015

"GRANTOR" Danny Gomez and Terry Gomez

Name: _____
Danny Gomez

Name: _____
Terry Gomez

STATE OF NEVADA

COUNTY OF _CLARK_

This instrument was acknowledged before me on _11-18-15_ (date) by

_DANNY & TERRY GOMEZ_ (name(s) of person(s)).

Notary Public _May T. Mohorich_

Printed Name: _Mary T. Mohorich_

(Seal)

My Commission Expires

_5/23/2019_

MARY T MOHORICH
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20034017304
MY COMMISSION EXPIRES MAY 23, 2019

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 163-25-511-009
   b. _____
   c. _____
   d. _____

2. Type of Property:
   | | | | |
   |---|---|---|---|
   | a.☐ | Vacant Land | b.☐ | Single Fam. Res. |
   | c.☐ | Condo/Twnhse | d.☐ | 2-4 Plex |
   | e.☐ | Apt. Bldg | f.☐ | Comm'l/Ind'l |
   | g.☐ | Agricultural | h.☐ | Mobile Home |
   | ☑ | Other Timeshare | | |

   FOR RECORDERS OPTIONAL USE ONLY
   Book_____ Page:_____
   Date of Recording: _____
   Notes:

3.a. Total Value/Sales Price of Property          $ 500.00
   b. Deed in Lieu of Foreclosure Only (value of property ( 0.00                                    )
   c. Transfer Tax Value:                          $ 500.00
   d. Real Property Transfer Tax Due               $ 2.55

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred:_____ %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060
and NRS 375.110, that the information provided is correct to the best of their information and belief,
and can be supported by documentation if called upon to substantiate the information provided herein.
Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of
additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant
to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _Jeffrey J Corcoran_____ Capacity: Deed Preparer_____

Signature _____ Capacity: _____

**SELLER (GRANTOR) INFORMATION**
**(REQUIRED)**
Print Name: Danny and Terry Gomez
Address: 17 Donnington St.
City: Pueblo
State: Colorado          Zip: 81005

**BUYER (GRANTEE) INFORMATION**
**(REQUIRED)**
Print Name: Terry Durst
Address: 2345 S. Cherokee Way #163
City: Palm Springs
State: California          Zip: 92264

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**
Print Name: Jeffrey S. Corcoran
Address: 30720 Palmetto Palm Ave
City: Homeland

Escrow #

State: California     Zip: 92548

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

C ⑧⁴

Inst #: 20160125-0000191
Fees: $23.00 N/C Fee: $25.00
RPTT: $2.55 Ex: #
01/25/2016 09:07:18 AM
Receipt #: 2664878
Requestor:
MITCHELL SUSSMAN
Recorded By: TAH    Pgs: 8
DEBBIE CONWAY
CLARK COUNTY RECORDER

A.P.N 163-25-115-001

WHEN RECORDED MAIL TO:
Tricia Ruiz
C/O: Mitchell R. Sussman, Attorney at Law
9176 San Luis Obispo Lane
Riverside, CA 92508

MAIL TAX STATEMENTS TO:
Terry Durst
2345 S. Cherokee Way #163
Palm Springs, Ca. 92264

## QUITCLAIM DEED

This indenture witnesseth that:
**ROBERT DEAN EUSEY, (Grantors): An unmarried man,** who resides at: 11800 W. 30th Place Lakewood, Colorado 80215,
**LOUISE E. FORTUNE, (Grantors): An unmarried Woman,** who resides at: 912 N. Inglewood Ave #11, Inglewood, California 90302, RELEASES AND QUIT CLAIMS TO:

For and in consideration of:   The sum of $10 dollars

**TERRY DURST (Grantee), a Single Man who resides at:** 2345 S. Cherokee Way #163, Palm Springs, California 92264, in the County of Riverside, the following described real property:

The following described real property: Situated in the City of Las Vegas, County of Clark, State of Nevada:

An undivided ONE-ONE HUMDRED FOURTH (1/104) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated as unit number, ONE(1) bedroom, Regular Season in that real property in the Sate of Nevada, County of Clark, more Particularly described in Exhibit "A" which is attached to and part of this Quit Claim Deed.

Subject to:

(i)     Taxes for the fiscal year
(ii)    Rights of way, reservations, restrictions, easements and conditions of record.

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or otherwise appertaining.

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ___Los Angeles___

On ___10-21-15___ before me, ___Maria P. Jimenez   Notary public___,
       Date                                      Here Insert Name and Title of the Officer
personally appeared ___Robert Dean Fusey___
                                    Name(s) of Signer(s)
___and   LOUISE E. FORTUNE___,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

> MARIA PATRICIA JIMENEZ
> Commission # 1977690
> Notary Public - California
> Los Angeles County
> My Comm. Expires May 10, 2016

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ___Maria Jim___
                  Signature of Notary Public

*Place Notary Seal Above*

--- **OPTIONAL** ---

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: ___Quitclaim Deed___ Document Date: ___10-21-15___
Number of Pages: ___2___ Signer(s) Other Than Named Above: ___None___

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee        ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee        ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

---

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

## EXHIBIT A

THE PROPERTY CONSISTS OF THE FOLLOWING:

1.    For each (whole) Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document to which this Exhibit is attached:

   A.    An undivided one fifty-second (1/52) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

   B.    The right to reserve and then exclusively to occupy and use such Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year".

2.    For each One-Half Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document:

   A.    An undivided one one-hundred and fourth (1/104th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

   B.

      1. For each Odd-Year One-Half Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document, the right to reserve and then exclusively to occupy and use said Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "1", "3", "5", "7", or "9".

2.   For each Even-Year One-Half Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document, the right to reserve and then exclusively to occupy and use said Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "0", "2", "4", "6", or "8".

3.   For each One-Third Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document:

A.   An undivided one one hundred fifty-sixth (1/156th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

B.   The right to reserve and then exclusively to occupy and use such Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for one "Use Week" during the Season identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year", the first Use Year being the calendar year in which your use is designated and every third calendar year thereafter.

NOTE AS TO 1, 2 & 3: The terms "Use Week", "Season", "Unit Type" and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions and Restrictions for Vacation Plan Ownership in the Tahiti Village Vacation Club dated January 6, 2004, and recorded January 7, 2004, in Book 2004017 as Instrument 00951, Official Records, Clark County, Nevada (as amended from time to time, the "Vacation Plan Declaration")..

---

**The Unit and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:**

All of the premises comprising a portion of the Condominium's common interest community known as "Tahiti Village", which Condominiums consists of the land more particularly described in that certain Declaration of Condominium of Tahiti Village dated December 24, 2003, and recorded December 24, 2003 in Book 20031224 as Instrument 02271, Official Records, Clark County, Nevada, as amended and fully restated in the Amended and Restated Declaration of Condominium for Tahiti Village, dated February 18, 2004, and recorded February 23, 2004, in Book 20040223 as Instrument 01027, Amended September 15, 2004 in Book 20040915 as Instrument 0001861 and Amended December 22, 2005 in Book 20051222 as Instrument 0002215, Official Records, Clark county, Nevada (herein with any amendments called the "Master Declaration") to which reference is hereby made and which land description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by the Master Declaration, described as follows:

**FIRST:**

A.  The Unit identified on page 1 of the Vacation Plan Conveyance Document to which this Exhibit is attached, as that Unit is described in the Master Declaration and as shown on either (a) the Third Amended Final Map of Tahiti Village Phase 1, recorded April 28, 2006 in Book 131, Page 0005 of Plats, Office of the Clark County Recorder, Clark County, Nevada (herein with any amendments called the "Phase 1 Map" and, collectively with the Phase 2 Map, the "Condominium Map"); or (b) the Final Map of Tahiti Village Phase 2 recorded on December 22, 2005, in Book 128, Page 85 of Plats, Official Records, Clark County, Nevada (herein with any amendments called the "Phase 2 Map" and, collectively with the Phase 1 Map, the "Condominium Map").

**TOGETHER WITH** the following appurtenant rights and easements:

1.  Nonexclusive easements for ingress and egress and support of such Unit through the common elements of the Condominiums and for repair of such Unit through all other Units of the Condominiums and through the common elements of the Condominiums, all as more fully described in the Master Declaration; and

2.  All other rights, privileges, limited common elements and easements described in the Master Declaration as being appurtenant to the Unit.

SUBJECT, HOWEVER, to an easement in favor of the owners of all other Units of the Condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines and other common elements serving such other Units, and other parts of the building and for support and repair of the common elements and all other Units.

EXCEPTING AND RESERVING easements through the Unit appurtenant to the common elements of the Condominiums and all other Units of the Condominiums for support and repair of both the common elements of the Condominiums and all other Units of the Condominiums.

B.    An undivided percentage interest equal to the percentage interest appurtenant to the Unit as established by the Master Declaration, or as set forth in any replacement declaration covering the Condominiums, or if the Condominiums is removed from the condominium property regime, then as set forth in the Master Declaration immediately preceding such removal, as tenant in common with the other owners of Units of the Condominiums, in and to the common elements of the Condominiums, including the land, as described in the Master Declaration, subject to nonexclusive easements appurtenant to all Units for ingress, egress, support and repair.

**TOGETHER WITH** appurtenant easements described in the Master Declaration, and **SUBJECT TO** the encumbrances, restrictions, covenants, agreements, obligations, conditions and other provisions set forth in the Master Declaration, and the above-mentioned Condominium Map, to which reference is hereby made.

**SUBJECT, HOWEVER, TO:**

1.    The lien of real property taxes not yet due and owing.

2.    The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Master Declaration and the Bylaws, and any amendments to either of them.

3.    The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Vacation Plan Declaration and Bylaws contemplated by the Vacation Plan Declaration, and any amendments to either of them.

Such other covenants, conditions, restrictions, easements, rights of way and other matters of record, if any, which may now affect the Property.

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 163-25-115 - *001*
   b. _____
   c. _____
   d. _____

2. Type of Property:

| | | | |
|---|---|---|---|
| a. ☐ Vacant Land | b. ☐ Single Fam. Res. |
| c. ☐ Condo/Twnhse | d. ☐ 2-4 Plex |
| e. ☐ Apt. Bldg | f. ☐ Comm'l/Ind'l |
| g. ☐ Agricultural | h. ☐ Mobile Home |
| ☑ Other *Timeshare* | | |

FOR RECORDERS OPTIONAL USE ONLY
Book_____ Page:_____
Date of Recording: _____
Notes:

3.a. Total Value/Sales Price of Property       $ 500.00
   b. Deed in Lieu of Foreclosure Only (value of property ( _____ )
   c. Transfer Tax Value:                      $   *500⁰⁰*
   d. Real Property Transfer Tax Due           $ 2.55

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: 1/2      %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _Robert Eusey_          Capacity: Seller

Signature _Lorrine Forth_         Capacity: Seller

| **SELLER (GRANTOR) INFORMATION** **(REQUIRED)** | **BUYER (GRANTEE) INFORMATION** **(REQUIRED)** |
|---|---|
| Print Name: Robert Eusey/Louise Fortune | Print Name: Terry Durst |
| Address: 921 No. Inglewood, No: 11 | Address: 2345 S. Cherokee Way #163 |
| City: Inglewood | City: Palm Springs |
| State: CA          Zip: 90302 | State: CA          Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| | |
|---|---|
| Print Name: M. Sussman c/o Tricia Ruiz | Escrow # |
| Address: 9176 San Luis Obispo | |
| City: Riverside CA | State: CA          Zip: 92508 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

④-1

Inst #: 20170126-0003980
Fees: $19.00 N/C Fee: $0.00
RPTT: $2.55 Ex: #
01/26/2017 03:06:40 PM
Receipt #: 2994162
Requestor:
LAW OFFICES OF MITCHELL REE
Recorded By: WONGC    Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN# 163-25-102-003

WHEN RECORDED, MAIL
TAX STATEMENTS TO:
    Soleil LV LLC
    801 S. Rampart Suite 200
    Las Vegas, NV 89145

RETURN ORIGINAL TO:
    Jeffrey S. Corcoran
    c/o U.S. Consumer Attorneys
    30720 Palmetto Palm Ave.
    Homeland, CA 92548

## QUIT CLAIM DEED

This Deed, created this __28th__ day of _____November_____, __2016__ between James E. Turner and
Sharron V. Turner, as Joint Tenants with Right of Survivorship _____as "Grantor",
whose address is 6992 Carreta Lane, Sloughhouse, CA 95683
_____, for and in consideration of $10.00 hereby acknowledged as received, does
hereby conveys, transfers, relinquishes, and surrenders to Terry Durst
_____ as "Grantee", whose address is 1775 E. Palm Canyon Dr.
Suite 110-162, Palm Springs, CA 92264 _____the real property in the
city of Las Vegas_____, County of Clark, State of Nevada (the "Land"), more particularly described as:
Unit Number: 117, Unit Type: Two Bedroom, Season: Regular, Number of Vacation Plans: 1, Type of Vacation
Plan: Every Other Year - Even Years.
The property consists of the following:
A) An undivided one one hundred and fourth (1/104) interest (as tenants in common with the holders of other
undivided interests) in and to (i) that certain condominium designated below in the Club de Soleil condominium;
and (ii) its appurtenant undivided interest in the common elements of the condominium.
B) The right to reserve and then exclusively to occupy and use said condominium (or another condominium which
is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and
easements appurtenant to the condominium and the nonexclusive right to use and enjoy the common elements of the
condominium for the number of "Use Weeks" and during the Season identified, inclusive, in each "Owner's Use
Year" which ends in "0", "2", "4", "6", or "8".

Note: The terms "Use Week", "Season", "Use Type", and "Owner's Use Year" are defined in the Declaration of
Covenants, Conditions, and Restrictions for Vacation Ownership in the Club de Soleil Vacation Club.

The condominium and its appurtenant undivided interest in the common elements (including the land) are more
particularly described as follows:
All of the premises comprising a portion of the Condominium common interest community known as "Club de
Soleil" (herein called the "Condominium"), which Condominium consists of the land more particularly described in
that certain Declaration of Condominium of Club de Soleil dated May 14, 1998, and recorded in Book 980701 as
Instrument 01615, Official Records, Clark County, Nevada (herein with any amendments called the "Declaration"),
to which reference is hereby made and which land description as, is incorporated herein by this reference, and the
improvements and appurtenances thereof, as described in and established by said Declaration, described as follows:
FIRST:
A) The condominium identified as that condominium is described in the Declaration and as shown on the Plat of
Club de Soleil condominiums recorded on May 14, 2001, in Book 99, Page 88 of Plats, Official Records, Clark
County, Nevada (herein with any amendments called the "Condominium Map").
Together with the following appurtenant rights and easements:

* Continued on Exhibit "A" attached

Exhibit "A"
Continuation of Legal Description

1) Nonexclusive easements for ingress and egress and support of said condominium through the common elements of the Condominium and for repair of said condominium through all other condominium and through the common elements of the Condominium, all as more fully described in the Declaration.
2) All other rights, privileges, limited common elements, and easements described in the Declaration as being appurtenant to the condominium.

Subject to an easements in favor of the owners of all other condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines, and other common elements serving such other condominiums, and other parts of the building and for support and repair of the common elements and all other condominiums.

Excepting and reserving easements through said condominium appurtenant to the common elements of the Condominium and all other condominiums of the Condominium for support and repair of both the common elements of the Condominium and all other condominiums of the Condominium.

B) An undivided percentage interest equal to the percentage interest appurtenant to said condominium as established by the Declaration, or as set forth in any replacement declaration covering the Condominium, or if the Condominium is removed from the condominium property regime, then as set forth in the Declaration immediately preceding such removal, as tenant in common with the other owners of condominiums of the Condominium, in and to the common elements of the Condominium, including the land, as described in the Declaration, subject to nonexclusive easements appurtenant to all condominiums for ingress, egress, support, and repair.

Together with appurtenant easements described in said Declaration, and subject to the encumbrances, restrictions, covenants, agreements, obligations, conditions, and other provisions set forth in said Declaration, and the above mentioned Condominium Map, to which reference is hereby made.

Subject to:
1) The lien of real property taxes not yet due and owing.
2) The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in said Declaration and said Bylaws, and any amendments to either of them.
3) Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Club de Soliel Vacation Club, dated May 14, 1998, and recorded in Book 980701 as Instrument 01615, Official Records, Clark County, Nevada.
4) Amended and Restated Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Club de Soleil Vacation Club, dates September 25, 1998, and recorded October 16, 1998, in Book 981016 as Instrument 01823, Official Records, Clark County, Nevada.
5) Such other covenants, conditions, restrictions, easements, rights of way, and other matters of record, if any, which may now affect the Property.

IN WITNESS WHEREOF, Grantor has caused its name to be affixed hereto and this instrument to be executed by its general partner thereunto duly authorized.

Dated as of December 9th, 2016

"GRANTOR"

Name: _____
James E. Turner

Name: _____
Sharron V. Turner

STATE OF ~~NEVADA~~ California
COUNTY OF Sacramento

This instrument was acknowledged before me on 12/9/16 (date) by James E. Turner & Sharron V. Turner (name(s) of person(s)).

_____
Notary Public

Printed Name: Greg Nelson

GREG NELSON
Commission # 2132636
Notary Public - California
Sacramento County
My Comm. Expires Dec 1, 2019

My Commission Expires:
12/1/19

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1.  Assessor Parcel Number(s)
    a. 163-25-102-003
    b. _____
    c. _____
    d. _____

2.  Type of Property:
    a. ☐ Vacant Land    b. ☐ Single Fam. Res.
    c. ☐ Condo/Twnhse   d. ☐ 2-4 Plex
    e. ☐ Apt. Bldg      f. ☐ Comm'l/Ind'l
    g. ☐ Agricultural   h. ☐ Mobile Home
    ☑ Other  Timeshare

| | FOR RECORDERS OPTIONAL USE ONLY |
|---|---|
| | Book_____ Page:_____ |
| | Date of Recording: _____ |
| | Notes: |

3.a. Total Value/Sales Price of Property      $  500.00
   b. Deed in Lieu of Foreclosure Only (value of property ( 0.00      )
   c. Transfer Tax Value:                     $  500.00
   d. Real Property Transfer Tax Due          $  2.55

4.  **If Exemption Claimed:**
    a. Transfer Tax Exemption per NRS 375.090, Section_____
    b. Explain Reason for Exemption: _____

5.  Partial Interest: Percentage being transferred: _____ %
The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060
and NRS 375.110, that the information provided is correct to the best of their information and belief,
and can be supported by documentation if called upon to substantiate the information provided herein.
Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of
additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant
to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____  Capacity: Grantor / Seller

Signature _____  Capacity: Grantor / Seller

| **SELLER (GRANTOR) INFORMATION** **(REQUIRED)** | **BUYER (GRANTEE) INFORMATION** **(REQUIRED)** |
|---|---|
| Print Name: James E. Turner and Sharron V. Turner | Print Name: Terry Durst |
| Address: 6992 Carreta Lane | Address: 1775 E. Palm Canyon Dr. Suite 110-162 |
| City: Sloughhouse, | City: Palm Springs |
| State: California    Zip: 95683 | State: California    Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| Print Name: c/o Law Offices of Mitchell Reed Sussman | Escrow # |
|---|---|
| Address: 30720 Palmetto Palm Ave | |
| City:  Homeland | State: California    Zip: 92548 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

(4)-1

Inst.#: 20170302-0000934
Fees: $19.00 N/C Fee: $0.00
RPTT: $2.55 Ex: #
03/02/2017 10:46:57 AM
Receipt #: 3022658
Requestor:
JEFFREY CORCORAN
Recorded By: CHONGMA  Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN# 163-25-102-003

WHEN RECORDED, MAIL
TAX STATEMENTS TO:
    Soleil LV LLC
    801 S. Rampart Suite 200
    Las Vegas, NV 89145

RETURN ORIGINAL TO:
    Jeffrey S. Corcoran
    c/o Law Offices of Mitchell Reed Sussman
    30720 Palmetto Palm Ave.
    Homeland, CA 92548

### QUIT CLAIM DEED

This Deed, created this __5th__ day of __January__, __2017__ between Frank J. Sifuentes and Herlinda M. Sifuentes, a married couple as Joint Tenants with Right of Survivorship as "Grantor", whose address is 1525 Robert Wynn St., El Paso, TX 79936

_____, for and in consideration of $500.00 hereby acknowledged as received, does hereby conveys, transfers, relinquishes, and surrenders to Terry Durst

as "Grantee", whose address is 1775 E. Palm Canyon Dr., Suite 110-162, Palm Springs, CA 92264 the real property in the city of Las Vegas, County of Clark, State of Nevada (the "Land"), more particularly described as: Unit Number: 316, Unit Type: Two Bedrooms, Season: Regular, Number of Vacation Plans: 1, Type of Vacation Plan: Every Other Year - Odd Years.

The property consisting of the following:
A) An undivided one one hundred and fourth (1/104th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designation below in the Club de Soleil condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.
B) The right to reserve and then exclusively to occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the nonexclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified, inclusive, in each "Owner's Use Year" which ends in "1", "3", "5", "7", "9".

Note: The terms "Use Week", "Season", "Unit Type", and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions, and Restrictions for Vacation Ownership in the Club de Soleil Vacation Club.

The condominium and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:
All of the premises comprising a portion of the Condominium common interest community known as "Club de Soleil" (herein called the "Condominium"), which Condominium consists of the land more particularly described in that certain Declaration of Condominium of Club de Soleil dated May 14, 1998 and recorded in Book 980701 as Instrument 01615, Official Records, Clark County, Nevada (herein with any amendments called the "Declaration"), to which reference is hereby made and which land description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by said Declaration, described as follows:
FIRST:
A) The condominium identified as that condominium is described in the Declaration and as shown on the Plat of Club de Soleil Annex recorded May 14, 2001 in Book 99, Page 88 of Plats, Official Records, Clark County, Nevada (herein with any amendments called the "Condominium Map").

Together with the following appurtenant rights and easements:

* Continued on Exhibit "A" attached

IN WITNESS WHEREOF, Grantor has caused its name to be affixed hereto and this instrument to be executed by its general partner thereunto duly authorized.

Dated as of _January 30, 2017_

"GRANTOR"

Name: _Frank J. Sifuentes_
Frank J. Sifuentes

Name: _Herlinda M. Sifuentes_
Herlinda M. Sifuentes

STATE OF ~~NEVADA~~ T€XAS
COUNTY OF _El PASo_

This instrument was acknowledged before me on _JAN/30/2017_ (date) by
_Frank J. Sifuentes and Herlinda M. Sifuentes_ (name(s) of person(s)).

Notary Public

SERGIO PEREZ
Notary Public, State of Texas
My Commission Expires 4-02-17

Printed Name: _SERGIO PEREZ_

My Commission Expires:
_APRIL/02/2017_

Exhibit "A"
Continuation of Legal Description

1) Nonexclusive easements for ingress, egress, and support of said condominium through the common elements of the Condominium and for repair of said condominium through all other condominium and through the common elements of the Condominium, all as more fully described in the Declaration.
2) All other rights, privileges, limited common elements, and easements described in the Declaration as being appurtenant to the condominium.

Subject to an easement in favor of the owners of all other condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines, and other common elements serving such other condominiums, and other parts of the building and for support and repair of the common elements and all other condominiums.

Excepting and reserving easements through said condominium appurtenant to the common elements of the Condominium and all other condominiums of the Condominium for support and repair of both the common elements of the Condominium and all other condominiums of the Condominium.

B) An undivided percentage interest equal to the percentage interest appurtenant to said condominium as established by the Declaration, or as set forth in any replacement declaration covering the Condominium, or if the Condominium is removed from the condominium property regime, then as set forth in the Declaration immediately preceding such removal, as tenant in common with the other owners of condominiums of the Condominium, in and to the common elements of the Condominium, including the land, as described in the Declaration, subject to nonexclusive easements appurtenant to all condominiums for ingress, egress, support, and repair.

Together with appurtenant easements described in said Declaration, and subject to the encumbrances, restrictions, covenants, agreements, obligations, conditions, and other provisions set forth in said Declaration, and the above mentioned Condominium Map, to which reference is hereby made.

Subject to:
1) The lien of real property taxes not yet due and owing.
2) The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in said Declaration and said Bylaws, and any amendments to either of them.
3) Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Club de Soleil Vacation Club, dated May 14, 1998, and recorded in Book 980701 as Instrument 01615, Official Records, Clark County, Nevada.
4) Amended and Restated Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Club de Soleil Vacation Club, dated September 25, 1998, and recorded October 16, 1998, in Book 981016 as Instrument 01823, Official Records, Clark County, Nevada.
5) Such other covenants, conditions, restrictions, easements, rights of way, and other matters of record, if any, which may now affect the Property.

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 163-25-102-003
   b. _____
   c. _____
   d. _____

2. Type of Property:
   | | | | |
   |---|---|---|---|
   | a. ☐ Vacant Land | b. ☐ Single Fam. Res. | | |
   | c. ☐ Condo/Twnhse | d. ☐ 2-4 Plex | | |
   | e. ☐ Apt. Bldg | f. ☐ Comm'l/Ind'l | | |
   | g. ☐ Agricultural | h. ☐ Mobile Home | | |
   | ☑ Other Timeshare | | | |

   FOR RECORDERS OPTIONAL USE ONLY
   Book_____ Page:_____
   Date of Recording: _____
   Notes:

3. a. Total Value/Sales Price of Property       $ 500.00
   b. Deed in Lieu of Foreclosure Only (value of property ( 0.00                    )
   c. Transfer Tax Value:                        $ 500.00
   d. Real Property Transfer Tax Due             $ 2.55

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: _____ %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _~signature~_    Capacity: Grantor / Seller

Signature _~signature~_    Capacity: _____

**SELLER (GRANTOR) INFORMATION**
**(REQUIRED)**
Print Name: Frank J. and Herlinda M. Sifuentes
Address: 1525 Robert Wynn St.
City: El Paso
State: Texas          Zip: 79936

**BUYER (GRANTEE) INFORMATION**
**(REQUIRED)**
Print Name: Terry Durst
Address: 1775 E. Palm Canyon Dr., Suite 110-162
City: Palm Springs
State: California          Zip:

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**
Print Name: c/o Law Offices of Mitchell Reed Sussman    Escrow #
Address: 30720 Palmetto Palm Ave
City: Homeland          State: California    Zip: 92548

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

C④-I

Inst #: 20170315-0000200
Fees: $19.00 N/C Fee: $25.00
RPTT: $2.55 Ex: #
03/15/2017 08:49:51 AM
Receipt #: 3032282
Requestor:
JEFFREY CORCORAN
Recorded By: TAH   Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN# 163-25-512-069

WHEN RECORDED, MAIL
TAX STATEMENTS TO:
   c/o Soleil LV, LLC
   801 South Rampart, Suite 200
   Las Vegas, NV 89145

RETURN ORIGINAL TO:
   Jeffrey S. Corcoran
   c/o Law Offices of Mitchell Reed Sussman
   30720 Palmetto Palm Ave.
   Homeland, CA 92548

## QUIT CLAIM DEED

This Deed, created this __17th__ day of _____January_____, __2017__ between John Danylak and Barbara Danylak, married couple as Joint Tenants with Right of Survivorship _____ as "Grantor", whose address is 2864 Saybrook Ave., North Port, FL 34286 _____, for and in consideration of $500.00 hereby acknowledged as received, does hereby conveys, transfers, relinquishes, and surrenders to Terry Durst _____ as "Grantee", whose address is 1775 E. Palm Canyon Dr., Suite 110-162, Palm Springs, CA 92264 _____ the real property in the city of Las Vegas _____, County of Clark, State of Nevada (the "Land"), more particularly described as: Unit Number: 332-A, Unit Type: One Bedroom Deluxe A, Season: Regular, Number of Vacation Plans: 1, Type of Vacation Plan: Every Other Year - Odd Years.

The property consists of the following:

A) An undivided one fifty second (1/104) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

B) The right to reserve and then exclusively to occupy and use such Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the nonexclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified, inclusive, in each "Owner's Use Year" which ends in " "1", "3", "5", "7", or "9".

Note: The terms "Use Week", "Season", "Unit Type", and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in the Tahiti Village Vacation Club.

The condominium and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:
All of the premises comprising a portion of the Condominium's common interest community known as "Tahiti" (herein called the "Condominium"), which Condominium consists of the land more particularly described in that certain Declaration of Condominium of Tahiti dated June 28, 2002, and recorded in Book 20020628 as Instrument 01877, Official Records, Clark County, Nevada (herein with any amendments called the "Declaration") to which reference is hereby made and which land description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by said Declaration, described as follows:

* Continued on Exhibit "A" attached

IN WITNESS WHEREOF, Grantor has caused its name to be affixed hereto and this instrument to be executed by its general partner thereunto duly authorized.

Dated as of January 27, 2017

"GRANTOR"

Name: _____
John Danylak

Name: _____
Barbara Danylak

Florida

STATE OF ~~NEVADA~~

COUNTY OF Sarasota

This instrument was acknowledged before me on 01-27-2017 (date) by

John Danylak and Barbara Danylak _____ (name(s) of person(s)).

_____
Notary Public

Printed Name: Mynisha S. Hill

MYNISHA S. HILL
Notary Public · State of Florida
Commission # GG 013704
My Comm. Expires Jul 20, 2020

My Commission Expires:
July 20, 2020

Exhibit "A"
Continuation of Legal Description

FIRST:
A) The condominium identified as that Unit is described in the Master Declaration and as shown on Official Records, Clark County Recorder, Clark County, Nevada (herein with any amendments called the "Condominium Map").

Together with the following appurtenant rights and easements:
1) Nonexclusive easements for ingress, easements, and support of such Unit through the other Units of the Condominium and through the common elements of the Condominium, all as more fully described in the Master Declaration.
2) All other rights, privileges, limited common elements, and easements described in the Master Declaration as being appurtenant to the Unit.

Subject to an easement in favor of the owners of all other Units of the Condominium to use the pipes, conduits, ducts, cables, wires, public utility lines, and other common elements serving such other Units, and other parts of the building and for support and repair of the common elements and all other Units.

Excepting and reserving easements through the Unit appurtenant to the common elements of the Condominiums and all other Units of the Condominiums for support and repair of both the common elements of the Condominiums and all other Units of the Condominiums.

B) An undivided percentage interest equal to the percentage interest appurtenant to the Unit as established by the Master Declaration, or as set forth in any replacement declaration covering the Condominiums, or if the Condominiums is removed from the condominium property regime, then as set forth in the Master Declaration immediately preceding such removal, as tenant in common with the other owners of Units of the Condominiums, in and to the common elements of the Condominiums, including the land, as described in the Master Declaration, subject to nonexclusive easements appurtenant to all Units for ingress, egress, support, and repair.

Together with appurtenant easements described in the Master Declaration, and subject to the encumbrances, restrictions, covenants, agreements, obligations, conditions, and other provisions set forth in the Master Declaration, and the above mentioned Condominium Map, to which reference is hereby made.

Subject to:
1) The lien of real property taxes not yet due and owing.
2) The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Master Declaration and the Bylaws, and any amendments to either of them.
3) Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Tahiti Vacation Club, dated July 2, 2002, and recorded in Book 20020702 as Instrument 01121, Official Records, Clark County, Nevada.
4) Such other covenants, conditions, restrictions, easements, rights of way, and other matters of record, if any, which may now affect the Property.

This being the same property conveyed to John Danylak and Barbara Danylak by Soleil LV, LLC in Deed dated September 26, 2003 and recorded October 2, 2003 in the Official Records of Clark County as Instrument 20031002-00755.

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 163-25-512-069
   b. _____
   c. _____
   d. _____

2. Type of Property:
   a. ☐ Vacant Land      b. ☐ Single Fam. Res.
   c. ☐ Condo/Twnhse    d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg       f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural    h. ☐ Mobile Home
   ☑ Other  Timeshare

| FOR RECORDERS OPTIONAL USE ONLY |
|---|
| Book_____ Page:_____ |
| Date of Recording: _____ |
| Notes: |

3. a. Total Value/Sales Price of Property           $  500.00
   b. Deed in Lieu of Foreclosure Only (value of property ( 0.00                    )
   c. Transfer Tax Value:                           $  500.00
   d. Real Property Transfer Tax Due                $  2.55

**4. If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: _____ %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____ Capacity: Grantor / Seller

Signature _____ Capacity: Grantor / Seller

| **SELLER (GRANTOR) INFORMATION** **(REQUIRED)** | **BUYER (GRANTEE) INFORMATION** **(REQUIRED)** |
|---|---|
| Print Name: John Danylak and Barbara Danylak | Print Name: Terry Durst |
| Address: 2864 Saybrook Ave. | Address: 1775 E. Palm Canyon Dr., Suite 110-162 |
| City: North Port | City: Palm Springs |
| State: Florida       Zip: 34286 | State: California       Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| Print Name: c/o Law Offices of Mitchell Reed Sussman | Escrow # |
|---|---|
| Address: 30720 Palmetto Palm Ave | |
| City: Homeland | State: California    Zip: 92548 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

C④-1

Inst #: 20170315-0000199
Fees: $19.00 N/C Fee: $25.00
RPTT: $2.55 Ex: #
03/15/2017 08:49:51 AM
Receipt #: 3032282
Requestor:
JEFFREY CORCORAN
Recorded By: TAH    Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN# 163-25-102-003

WHEN RECORDED, MAIL
TAX STATEMENTS TO:
    Soleil LV LLC
    801 S. Rampart Suite 200
    Las Vegas, NV 89145

RETURN ORIGINAL TO:
    Jeffrey S. Corcoran
    c/o U.S. Consumer Attorneys
    30720 Palmetto Palm Ave.
    Homeland, CA 92548

## QUIT CLAIM DEED

This Deed, created this __22nd__ day of _____January_____, __2017__ between __Thomas E. Bordenkircher__
and Jeanne L. Bordenkircher married as Joint Tenants with Right of Survivorship _____ as "Grantor",
whose address is 144 Leisure Lane, Chatham, IL 62629 _____
_____, for and in consideration of $500.00 hereby acknowledged as received, does
hereby conveys, transfers, relinquishes, and surrenders to Terry Durst _____
_____ as "Grantee", whose address is 1775 E. Palm Canyon Dr. Suite
110-162, Palm Springs, CA 92264 _____ the real property in the
city of Las Vegas _____, County of Clark, State of Nevada (the "Land"), more particularly described as:
Unit Number: 318, Unit Type: Two Bedroom, Season: Regular, Number of Vacation Plans: 1, Type of Vacation
Plan: Every Year.
The property consisting of the following:
A) An undivided one one hundred and fourth (1/52th) interest (as tenants in common with the holders of other
undivided interests) in and to (i) that certain condominium designation below in the Club de Soleil condominium;
and (ii) its appurtenant undivided interest in the common elements of the condominium.
B) The right to reserve and then exclusively to occupy and use said condominium (or another condominium which
is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and
easements appurtenant to the condominium and the nonexclusive right to use and enjoy the common elements of
the condominium for the number of "Use Weeks" and during the Season identified, inclusive, in each "Owner's Use
Year".

Note: The terms "Use Week", "Season", "Unit Type", and "Owner's Use Year" are defined in the Declaration of
Covenants, Conditions, and Restrictions for Vacation Ownership in the Club de Soleil Vacation Club.

The condominium and its appurtenant undivided interest in the common elements (including the land) are more
particularly described as follows:
All of the premises comprising a portion of the Condominium common interest community known as "Club de
Soleil" (herein called the "Condominium"), which Condominium consists of the land more particularly described in
that certain Declaration of Condominium of Club de Soleil dated May 14, 1998 and recorded in Book 980701 as
Instrument 01615, Official Records, Clark County, Nevada (herein with any amendments called the "Declaration"),
to which reference is hereby made and which land description as, is incorporated herein by this reference, and the
improvements and appurtenances thereof, as described in and established by said Declaration, described as follows:
FIRST:
A) The condominium identified as that condominium is described in the Declaration and as shown on the Plat of
Club de Soleil Annex recorded May 14, 2001 in Book 99, Page 88 of Plats, Official Records, Clark County,
Nevada (herein with any amendments called the "Condominium Map").

Together with the following appurtenant rights and easements:

* Continued on Exhibit "A" attached

Exhibit "A"
Continuation of Legal Description

1) Nonexclusive easements for ingress, egress, and support of said condominium through the common elements of the Condominium and for repair of said condominium through all other condominium and through the common elements of the Condominium, all as more fully described in the Declaration.
2) All other rights, privileges, limited common elements, and easements described in the Declaration as being appurtenant to the condominium.

Subject to an easement in favor of the owners of all other condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines, and other common elements serving such other condominiums, and other parts of the building and for support and repair of the common elements and all other condominiums.

Excepting and reserving easements through said condominium appurtenant to the common elements of the Condominium and all other condominiums of the Condominium for support and repair of both the common elements of the Condominium and all other condominiums of the Condominium.

B) An undivided percentage interest equal to the percentage interest appurtenant to said condominium as established by the Declaration, or as set forth in any replacement declaration covering the Condominium, or if the Condominium is removed from the condominium property regime, then as set forth in the Declaration immediately preceding such removal, as tenant in common with the other owners of condominiums of the Condominium, in and to the common elements of the Condominium, including the land, as described in the Declaration, subject to nonexclusive easements appurtenant to all condominiums for ingress, egress, support, and repair.

Together with appurtenant easements described in said Declaration, and subject to the encumbrances, restrictions, covenants, agreements, obligations, conditions, and other provisions set forth in said Declaration, and the above mentioned Condominium Map, to which reference is hereby made.

Subject to:
1) The lien of real property taxes not yet due and owing.
2) The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in said Declaration and said Bylaws, and any amendments to either of them.
3) Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Club de Soleil Vacation Club, dated May 14, 1998, and recorded in Book 980701 as Instrument 01615, Official Records, Clark County, Nevada.
4) Amended and Restated Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Club de Soleil Vacation Club, dated September 25, 1998, and recorded October 16, 1998, in Book 981016 as Instrument 01823, Official Records, Clark County, Nevada.
5) Such other covenants, conditions, restrictions, easements, rights of way, and other matters of record, if any, which may now affect the Property.

STATE OF NEVADA
DECLARATION OF VALUE

1.  Assessor Parcel Number(s)
    a. 163-25-102-003
    b. _____
    c. _____
    d. _____
2.  Type of Property:
    a. ☐ Vacant Land    b. ☐ Single Fam. Res.
    c. ☐ Condo/Twnhse   d. ☐ 2-4 Plex
    e. ☐ Apt. Bldg      f. ☐ Comm'l/Ind'l
    g. ☐ Agricultural   h. ☐ Mobile Home
    ☑ Other  Timeshare

| FOR RECORDERS OPTIONAL USE ONLY |
| Book_____ Page:_____ |
| Date of Recording: _____ |
| Notes: |

3.a. Total Value/Sales Price of Property    $  500.00
   b. Deed in Lieu of Foreclosure Only (value of property ( 0.00                    )
   c. Transfer Tax Value:    $  500.00
   d. Real Property Transfer Tax Due    $  2.55

**4.  If Exemption Claimed:**
    a. Transfer Tax Exemption per NRS 375.090, Section_____
    b. Explain Reason for Exemption: _____

5.  Partial Interest: Percentage being transferred: _____ %
The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060
and NRS 375.110, that the information provided is correct to the best of their information and belief,
and can be supported by documentation if called upon to substantiate the information provided herein.
Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of
additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant
to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _Thomas E. Bordenkircher_ Capacity: Grantor / Seller

Signature _Jeanne L. Bordenkircher_ Capacity: Grantor / Seller

| **SELLER (GRANTOR) INFORMATION** | **BUYER (GRANTEE) INFORMATION** |
| **(REQUIRED)** | **(REQUIRED)** |
| Print Name: Thomas and Jeanne Bordenkircher | Print Name: Terry Durst |
| Address: 144 Leisure Lane | Address: 1775 E. Palm Canyon Dr. Suite 110-162 |
| City: Chatham | City: Palm Springs |
| State: Illinois    Zip: 62629 | State: California    Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| Print Name: c/o Law Offices of Mitchell Reed Sussman | Escrow # |
| Address: 30720 Palmetto Palm Ave | |
| City:  Homeland | State: California    Zip: 92548 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

Inst #: 20170816-0000045
Fees: $19.00 N/C Fee: $0.00
RPTT: $2.55 Ex: #
08/16/2017 08:17:54 AM
Receipt #: 3167454
Requestor:
JEFFREY CORCORAN
Recorded By: CDE  Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN# 177-04-414-158

WHEN RECORDED, MAIL
TAX STATEMENTS TO:
c/o Soleil LV, LLC
801 South Rampart, Suite 200
Las Vegas, NV 89145

RETURN ORIGINAL TO:
Jeffrey S. Corcoran
c/o Law Offices of Mitchell Reed Sussman
30720 Palmetto Palm Ave.
Homeland, CA 92548

## QUIT CLAIM DEED

This Deed, created this  12th  day of  January  2017  between Ben Kayaani and Bernice Y. Kayaani, married couple as Joint Tenants with Right of Survivorship  as "Grantor", whose address is P.O. Box 476, Chinle, AZ 86503

_____, for and in consideration of $500.00 hereby acknowledged as received, does hereby conveys, transfers, relinquishes, and surrenders to Terry Durst _____ as "Grantee", whose address is 1775 E. Palm Canyon Dr., Suite 110-162, Palm Springs, CA 92264 _____ the real property in the city of Las Vegas _____, County of Clark, State of Nevada (the "Land"), more particularly described as: Unit Number: 5338, Interval Number: 31Y, Unit Type: One Bedroom (Bora Bora), Season: Regular, Number of Vacation Plans: 1, Type of Vacation Plan: Every Year.

The property consists of the following:

A) An undivided one fifty second (1/52) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified in the Tahiti Village Condominiums, and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

B) The right to reserve and then exclusively to occupy and use such Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the nonexclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified, inclusive, in each "Owner's Use Year".

Note: The terms "Use Week", "Season", "Unit Type", and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in the Tahiti Village Vacation Club dated January 6, 2004, and recorded January 7, 2004, in Book 2004017 as Instrument 00951, Official Records, Clark County, Nevada (as amended from time to time, the "Vacation Plan Declaration").

The Unit and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:

All of the premises comprising a portion of the Condominium's common interest community known as "Tahiti Village", which Condominiums consists of the land more particularly described in that certain Declaration of Condominium of Tahiti Village dated December 24, 2003, and recorded December 24, 2003 in Book 20031224 as Instrument 02271, Official Records, Clark County, Nevada, as amended and fully restated in the Amended and Restated Declaration of Condominium for Tahiti Village, dated February 18, 2004, and recorded February 23, 2004, in Book 20040223 as Instrument 01027, Amended September 15, 2004 in Book 20040915 as Instrument 0001861 and Amended December 22, 2005 in Book 20051222 as Instrument 0002215, Official Records, Clark County, Nevada (herein with any amendments called the "Master Declaration") to which reference is hereby made and which land description as is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by the Master Declaration, described as follows:

* Continued on Exhibit "A" attached

IN WITNESS WHEREOF, Grantor has caused its name to be affixed hereto and this instrument to be executed by its general partner thereunto duly authorized.

Dated as of _01-25-2017_

"GRANTOR"

Name: _Ben Kayaani_

Name: _B Kayaani_
                        Bernice Y. Kayaani

STATE OF ~~NEVADA~~ _Arizona_
COUNTY OF _Apache_

This instrument was acknowledged before me on _01/25/2017_ (date) by _Ben Kayaani, Bernice Y Kayaani_ (name(s) of person(s)).

_Vickie Littoll_
Notary Public

Printed Name: _Vernale J. Hickman_

My Commission Expires:
_Oct. 10, 2020_

Vernale J. Hickman
Notary Public
Apache County, Arizona
My Comm. Exp. 10-10-2020

Exhibit "A"
Continuation of Legal Description

FIRST:
A) The Unit identified as that Unit is described in the Master Declaration and as shown on either (a) the Third Amended Final Map of Tahiti Village Phase 1, recorded April 28, 2006 in Book 131, Page 0005 of Plats, Office of the Clark County Recorder, Clark County, Nevada (herein with any amendments called the "Phase 1 Map" and, collectively with the Phase 2 Map, the "Condominium Map"); or (b) the Final Map of Tahiti Village Phase 2 recorded on December 22, 2005, in Book 128, Page 85 of Plats, Official Records, Clark County, Nevada (herein with any amendments called the "Phase 2 Map" and, collectively with the Phase 1 Map, the "Condominium Map").

Together with the following appurtenant rights and easements:
1) Nonexclusive easements for ingress, easements, and support of such Unit through the other Units of the Condominium and through the common elements of the Condominium, all as more fully described in the Master Declaration.
2) All other rights, privileges, limited common elements, and easements described in the Master Declaration as being appurtenant to the Unit.

Subject to an easement in favor of the owners of all other Units of the Condominium to use the pipes, conduits, ducts, cables, wires, public utility lines, and other common elements serving such other Units, and other parts of the building and for support and repair of the common elements and all other Units;

Excepting and reserving easements through the Unit appurtenant to the common elements of the Condominiums and all other Units of the Condominiums for support and repair of both the common elements of the Condominiums and all other Units of the Condominiums;

B) An undivided percentage interest equal to the percentage interest appurtenant to the Unit as established by the Master Declaration, or as set forth in any replacement declaration covering the Condominiums, or if the Condominiums is removed from the condominium property regime, then as set forth in the Master Declaration immediately preceding such removal, as tenant in common with the other owners of Units of the Condominiums, in and to the common elements of the Condominiums, including the land, as described in the Master Declaration, subject to nonexclusive easements appurtenant to all Units for ingress, egress, support, and repair.

Together with appurtenant easements described in the Master Declaration, and subject to the encumbrances, restrictions, covenants, agreements, obligations, conditions, and other provisions set forth in the Master Declaration, and the above mentioned Condominium Map, to which reference is hereby made;

Subject to:
1) The lien of real property taxes not yet due and owing.
2) The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Master Declaration and the Bylaws, and any amendments to either of them.
3) The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Vacation Plan Declaration and Bylaws contemplated by the Vacation Plan Declaration, and any amendments to either of them.
4) Such other covenants, conditions, restrictions, easements, rights of way, and other matters of record, if any, which may now affect the Property.

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 177-04-414-158
   b.
   c.
   d.

2. Type of Property:
   a. ☐ Vacant Land    b. ☐ Single Fam. Res.
   c. ☐ Condo/Twnhse    d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg    f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural    h. ☐ Mobile Home
   ☑ Other Timeshare

| FOR RECORDERS OPTIONAL USE ONLY |
|---|
| Book_____ Page:_____ |
| Date of Recording:_____ |
| Notes:_____ |

3. a. Total Value/Sales Price of Property        $ 500.00
   b. Deed in Lieu of Foreclosure Only (value of property ( 0.00        )
   c. Transfer Tax Value:        $ 500.00
   d. Real Property Transfer Tax Due        $ 2.55

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption:_____

5. Partial Interest: Percentage being transferred:_____ %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature_____    Capacity: Grantor / Seller

Signature_____    Capacity: Grantor / Seller

**SELLER (GRANTOR) INFORMATION**    **BUYER (GRANTEE) INFORMATION**
**(REQUIRED)**    **(REQUIRED)**
Print Name: Ben & Bernice Kaydant    Print Name:_____
Address: PO Box 476    Address: 1775 E S Palm Cyn Dr Ste 110 -162
City: Chinle    City: Palm Springs
State: Az    Zip: 86503    State: California    Zip: 92264

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**
Print Name: c/o Law Offices of Mitchell Reed Sussman    Escrow #
Address: 30720 Palmetto Palm Ave
City: Homeland    State: California    Zip: 92548

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

③-1

APN# 163-25-512-072

WHEN RECORDED, MAIL
TAX STATEMENTS TO:
Soleil LV LLC
801 S. Rampart Suite 200
Las Vegas, NV 89145

RETURN ORIGINAL TO:
Jeffrey S. Corcoran
c/o U.S. Consumer Attorneys
30720 Palmetto Palm Ave.
Homeland, CA 92548

Inst #: 20170822-0001356
Fees: $18.00 N/C Fee: $0.00
RPTT: $2.55 Ex: #
08/22/2017 12:26:08 PM
Receipt #: 3172697
Requestor:
JEFFREY CORCORAN
Recorded By: RYUD    Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

QUIT CLAIM DEED

This Deed, created this __16th__ day of _____December_____, __2016__ between Robert C. Kremer and Kelly J. Kremer, a married couple as Joint Tenants with Right of Survivorship ___as "Grantor", whose address is 1085 Tasman Dr. 838, Sunnyvale, CA 94089

_____, for and in consideration of $10.00 hereby acknowledged as received, does hereby conveys, transfers, relinquishes, and surrenders to Terry Durst _____ as "Grantee", whose address is 1775 E. Palm Canyon Dr., Suite 110-162, Palm Springs, CA 92264 _____ the real property in the city of Las Vegas _____, County of Clark, State of Nevada (the "Land"), more particularly described as:
Unit Number: 335A, Unit Type: One Bedroom Deluxe A, Season: Regular, Number of Vacation Plans: 1, Type of Vacation Plan: Every Other Year - Odd Years
The property consists of the following:
A) An undivided one one hundred and fourth (1/104) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated above in the Tahiti condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.

B) The right to reserve and then exclusively to occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and nonexclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified, inclusive, in each "Owner's Use Year" which ends in "1", "3", "5", "7", or "9".

Note: The terms "Use Week", "Season", "Unit Type", and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in the Tahiti Village Vacation Club dated January 6, 2004, and recorded January 7, 2004, in Book 2004017 as Instrument 00951, Official Records, Clark County, Nevada (as amended from time to time, the "Vacation Plan Declaration").

The Unit and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:
All of the premises comprising a portion of the Condominium's common interest community know as "Tahiti Village", which Condominiums consists of the land more particularly described in that certain Declaration of Condominium of Tahiti Village dated December 24, 2003, and recorded December 24, 2003 in Book 20031224 as Instrument 02271, Official Records, Clark County, Nevada, as amended and fully restated in the Amended and Restated Declaration of condominium for Tahiti Village, dated February 18, 2004, and recorded February 23, 2004, in Book 20040223 as Instrument 01027, Amended September 15, 2004 in Book 20040915 as Instrument 0001861 and Amended December 22, 2005 in Book 20051222 as Instrument 0002215, Official Records, Clark County, Nevada (herein with any amendments called the "Master Declaration") to which reference is hereby made and which land description as, as incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by the Master Declaration, described as follows:
* Continued on Exhibit "A" attached

IN WITNESS WHEREOF, Grantor has caused its name to be affixed hereto and this instrument to be executed by its general partner thereunto duly authorized.

Dated as of _5/12/2017_

"GRANTOR"

Name: _____
Robert C. Kremer

Name: _____
Kelly J. Kremer

STATE OF ~~NEVADA~~ *California* M·K·T
COUNTY OF _Santa clara_

This instrument was acknowledged before me on _12 May 2017_ (date) by
Robert C. Kremer and Kelly J. Kremer _____ (name(s) of person(s)).

_____M·K·TOOR_____
Notary Public

Printed Name: _____M·K·TOOR_____

My Commission Expires:
_Jan·22,2021_

M. K. TOOR
COMM. # 2180864
NOTARY PUBLIC · CALIFORNIA
SANTA CLARA COUNTY
COMM. EXPIRES JAN. 22, 2021

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1.  Assessor Parcel Number(s)
    a. 163-25-512-072
    b. _____
    c. _____
    d. _____

2.  Type of Property:

| | | | |
|---|---|---|---|
| a. ☐ Vacant Land | b. ☐ Single Fam. Res. |
| c. ☐ Condo/Twnhse | d. ☐ 2-4 Plex |
| e. ☐ Apt. Bldg | f. ☐ Comm'l/Ind'l |
| g. ☐ Agricultural | h. ☐ Mobile Home |
| ☑ Other  Timeshare | |

```
FOR RECORDERS OPTIONAL USE ONLY
Book_____ Page:_____
Date of Recording: _____
Notes:
```

3.a. Total Value/Sales Price of Property          $  500.00 _____
  b. Deed in Lieu of Foreclosure Only (value of property ( 0.00 _____ )
  c. Transfer Tax Value:          $  500.00 _____
  d. Real Property Transfer Tax Due          $  2.55 _____

4.  **If Exemption Claimed:**
    a. Transfer Tax Exemption per NRS 375.090, Section_____
    b. Explain Reason for Exemption: _____
    _____

5.  Partial Interest: Percentage being transferred:_____ %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____    Capacity: Grantor / Seller _____

Signature _____    Capacity: Grantor / Seller _____

| **SELLER (GRANTOR) INFORMATION** **(REQUIRED)** | **BUYER (GRANTEE) INFORMATION** **(REQUIRED)** |
|---|---|
| Print Name: Robert C. Kremer and Kelly J. Kremer | Print Name: Terry Durst |
| Address: 1085 Tasman Dr. 838 | Address: 1775 E. Palm Canyon Dr., Suite 110-162 |
| City: Sunnyvale | City: Palm Springs |
| State: California          Zip: 94089 | State: California          Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| | |
|---|---|
| Print Name: c/o Law Offices of Mitchell Reed Sussman | Escrow # |
| Address: 30720 Palmetto Palm Ave | |
| City: Homeland | State: California     Zip: 92548 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

APN #: 177-04-401-024

WHEN RECORDED, MAIL
TAX STATEMENTS TO:
    Terry Durst
    1775 E. Palm Canyon Drive
    Palm Springs, CA 92264

RETURN ORIGINAL TO:
    The Law Offices of Mitchell Reed Sussman
    c/o Leslie Benjamin
    1053 S. Palm Canyon Drive
    Palm Springs, CA 92264

Inst #: 20180427-0000147
Fees: $40.00
RPTT: $2.55  Ex #:
04/27/2018 08:40:39 AM
Receipt #: 3386049
Requestor:
LAW OFFICES OF MITCHELL R
Recorded By: WIHD   Pgs: 6
DEBBIE CONWAY
CLARK COUNTY RECORDER
Src: MAIL
Ofc: MAIN OFFICE

## QUIT CLAIM DEED

This Deed, created this __28__ day of __October__, 2017, between William L. Voigt [DECEASED] and Diane E. Voigt, Husband and Wife, as Joint Tenants, as "Grantor," whose address is 1190 Live Oak Circle, Port Charlotte, FL 33948, for and in consideration of $10.00 hereby acknowledged as received, does hereby convey, transfer, relinquish and surrender to Terry Durst, a married man, as his sole and Separate Property, as "Grantee," whose address is 1775 E. Palm Canyon Drive, Palm Springs, CA 92264, the real property in the city of Las Vegas, County of Clark, State of Nevada (the "Property"), more particularly described as:

All of the property described in Exhibit "A" which is attached to and part of this document. It includes, among other things, (i) the number of Vacation Plans (as shown on page one) in the condominium identified on page one (the "Unit") of the Tahiti Village condominiums project (the "condominiums"); (ii) all rights and privileges that pertain to or otherwise go with the property described in Exhibit "A"; and (iii) all rights of the seller in that property (in legal terms, the "reversions, remainders, rents, profits, easements and appurtenances").

Unit Number: 1106; Unit Type: Two Bedroom (Royal Tahitian); Number of Vacation Plans: 1; Type of Vacation Plan: Every Year.

Together with all and singular the tenements, hereditaments, and appurtenances thereunto belonging or otherwise appertaining.

It is agreed for the benefit of the seller and the owners of other Vacation Plans in the vacation plan program (described in Exhibit "A" attached hereto) that the vacation plan documents are "covenants running with the land," "equitable servitudes" and "liens" on the Property and on the other Vacation Plans in the Unit. The vacation plan documents are binding on the Grantee and on any of his heirs, assigns, or successors in interest.

**EXHIBIT "A"**

THE PROPERTY CONSISTS OF THE FOLLOWING:

1.      For each (whole) Vacation Plan identified on page one (1) of the conveyance document (the "Conveyance Document") to which this Exhibit is attached:

      A.      An undivided one fifty-second (1/52) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Tahiti Village condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.

      B.      The right to reserve and then exclusively to occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year".

2.      For each One-Half Vacation Plan identified on page one (1) of the Conveyance Document:

      A.      An undivided one one-hundred and fourth (1/104th) interest (in tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Tahiti Village condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.

      B.      1)      For each Odd-Year One-Half Vacation Plan identified on page one (1) of the Conveyance Document, the right to reserve and then exclusively to occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "1", "3", "5", "7" or "9".

      2) For each Even-Year One-Half Vacation Plan identified on page one (1) of the Conveyance Document, the right to reserve and then exclusively to occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "0", "2", "4", "6" or "8".

3.      For each One-Third Vacation Plan identified on page one (1) of the Conveyance Document:

   A.      An undivided one one hundred fifty sixth (1/156th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Tahiti Village condominium; and )ii) its appurtenant undivided interest in the common elements of the condominium.

   B.      The right to reserve and then exclusively to occupy and use such condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for one "Use Week" during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year", the first Use Year being the calendar year in which your use is designated and every third calendar year thereafter.

NOTE AS TO 1, 2 & 3:  The terms "Use Week", "Season", "Unit Type" and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions and Restrictions for Vacation Ownership in the Tahiti Village Vacation Club.

---

**The condominium and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:**

All of the premises comprising a portion of the Condominium common interest community known as "Tahiti Village" (herein called the "Condominium"), which Condominium consists of the land more particularly described in that certain Declaration of Condominium of Tahiti Village dated December 24, 2003, and recorded December 24, 2003 in Book 20031224 as Instrument 02271, Official Records, Clark County, Nevada (herein with any amendments called the "Declaration") to which reference is hereby made and which land description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by said Declaration, described as follows:

**FIRST:**

   A.      The condominium identified on page 1 of the Conveyance Document to which this Exhibit is attached, as that condominium is described in the Declaration and as shown on the Plat of Tahiti Village condominiums dated January 6, 2004 and recorded January 7, 2004 in Book 2004010, Page 49 of Plats, Official Records, Clark County, Nevada (herein with any amendments called the "Condominiums Map").

   **TOGETHER WITH** the following appurtenant rights and easements:

   1.      Nonexclusive easements for ingress and egress and support of said condominium through the common elements of the Condominium and for repair of said condominium through

all other condominium and through the common elements of the Condominium, all a more fully described in the Declaration;

2.      All other rights, privileges, limited common elements and easements described in the Declaration as being appurtenant to the condominium.

SUBJECT, HOWEVER, to an easement in favor of the owners of all other condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines and other common elements serving such other condominiums, and other parts of the building and for support and repair of the common elements and all other condominiums.

EXCEPTING AND RESERVING easements through said condominium appurtenant to the common elements of the Condominium and all other condominiums of the Condominium for support and repair of both the common elements of the Condominium and all other condominiums of the Condominium.

B.      An undivided percentage interest equal to the percentage interest appurtenant to said condominium as established by the Declaration, or as set forth in any replacement declaration covering the Condominium, or if the Condominium is removed from the condominium property regime, then as set forth in the Declaration immediately preceding such removal, as tenant in common with the other owners of condominiums of the Condominium, in and to the common elements of the Condominium, including the land, as described in the Declaration, subject to nonexclusive easements appurtenant to all condominiums for ingress, egress, support and repair.

**TOGETHER WITH** appurtenant easements described in said Declaration, and **SUBJECT TO** the encumbrances, restrictions, covenants, agreements, obligations, conditions and other provisions set forth in said Declaration, and the above-mentioned Condominium Map, to which reference is hereby made.

**SUBJECT, HOWEVER, TO:**

1.      The lien of real property taxes not yet due and owing.

2.      The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in said Declaration and said Bylaws, and any amendments to either of them.

3.      Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Tahiti Village Vacation Club, dated January 6, 2004, and recorded January 7, 2004 as Instrument 00951, Official Records, Clark County, Nevada.

4.      Such other covenants, conditions restrictions, easements, rights of way and other matters of record, if any, which may now affect the Property.

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 177-04-401-024
   b. _____
   c. _____
   d. _____

2. Type of Property:
   a. ☐ Vacant Land     b. ☐ Single Fam. Res.
   c. ☐ Condo/Twnhse    d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg       f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural    h. ☐ Mobile Home
      ☑ Other  TIMESHARE

| FOR RECORDERS OPTIONAL USE ONLY |
| --- |
| Book_____ Page:_____ |
| Date of Recording: _____ |
| Notes: |

3. a. Total Value/Sales Price of Property      $ ~~10.00~~ 500.00 *JR*
   b. Deed in Lieu of Foreclosure Only (value of property ( _____ )
   c. Transfer Tax Value:                      $ ~~10.00~~ 500.00 *JR*
   d. Real Property Transfer Tax Due           $ 0.00  2.55 *JR*

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: 100 %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _Diane E. Voigt_      Capacity: Seller/Grantor

Signature _Diane E. Voigt_      Capacity: Seller/Grantor

| **SELLER (GRANTOR) INFORMATION** **(REQUIRED)** | **BUYER (GRANTEE) INFORMATION** **(REQUIRED)** |
| --- | --- |
| Print Name: William L. Voigt & Diane E. Voigt | Print Name: Terry Durst |
| Address: 1190 Live Oak Circle | Address: 1775 E. Palm Canyon Drive, #110-162 |
| City: Port Charlotte | City: Palm Springs |
| State: FL          Zip: 33948 | State: CA          Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| Print Name: Law Offices of Mitchell Reed Sussman | Escrow # |
| --- | --- |
| Address: 1053 S. Palm Canyon Drive | |
| City: Palm Springs | State: CA          Zip: 92264 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

INTENTIONALLY LEFT BLANK
EXHIBIT PAGE ONLY

# EXHIBIT E



HUTCHISON & STEFFEN

A PROFESSIONAL LLC

(9)-1

Inst #: 20141202-0004207
Fees: $24.00 N/C Fee: $0.00
RPTT: $2.55 Ex: #
12/02/2014 04:38:21 PM
Receipt #: 2237830
Requestor:
MITCHELL SUSSMAN
Recorded By: SHAWA  Pgs: 9
DEBBIE CONWAY
CLARK COUNTY RECORDER

## RECORDING COVER PAGE
(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)

APN#    177-04-401-024

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

## TITLE OF DOCUMENT
### (DO NOT Abbreviate)

## GRANT, BARGAIN, AND SALE DEED

**Document Title on cover page must appear EXACTLY as the first page of the document to be recorded.**

**RECORDING REQUESTED BY:**

Mitchell R. Sussman, Esq.

**RETURN TO: Name** Mitchell R. Sussman, Esq.

**Address** 1053 S. Palm Canyon Dr.

**City/State/Zip** Palm Springs, CA 92264

**MAIL TAX STATEMENT TO:** (Applicable to documents transferring real property)

**Name** Jose Alex Gomez

**Address** 1775 E. Palm Canyon Dr., Ste. 110-417

**City/State/Zip** Palm Springs, CA 92264

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly—do not use page scaling.

Prepared By:
Mitchell R. Sussman, Esq.
1053 S. Palm Canyon Dr.
Palm Springs, CA 92264

MAIL TAX STATEMENTS TO:
Tom Stanford
2392 Miramonte E., Unit D
Palm Springs, CA 92264

Affix R. P. T. T.: $2.55

APN: 177-04-401-024

## TAHITI VILLAGE VACATION CLUB
## GRANT, BARGAIN, SALE DEED

---

Unit No.    1308B
Unit Type:  One Bedroom (Moorea)
Season: Regular
Number of Vacation Plans:  1
Type of Vacation Plan: Every Year

This document takes effect on                    , 2014. It is made by and binding on:

**"GRANTOR"**    Sara R. Rowan, a Single Woman, whose mailing address is: 19025 SE
Jones Rd., Renton, WA 98058

In consideration of TEN DOLLARS ($10.00) and other valuable
consideration, the receipt of which is hereby acknowledged, do hereby
Grant, Bargain, Sell and Convey to:

**"GRANTEE"**    Tom Stanford, a Single Man, whose mailing address is: 2392 Miramonte
E., Unit D, Palm Springs, CA 92264

The real property described in Exhibit "A", attached hereto and incorporated herein by this
reference, located in Clark County, Nevada, (the "Conveyed Property").

**EXHIBIT A**

THE PROPERTY CONSISTS OF THE FOLLOWING:

1. For each (whole) Vacation Plan identified on page one (1) of the conveyance document (the "Conveyance Document") to which this Exhibit is attached:

    A. An undivided one fifty-second (1/52) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Tahiti Village condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.

    B. The right to reserve and then exclusively to occupy and use such condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year".

2. For each One-Half Vacation Plan identified on page one (1) of the Conveyance Document:

    A. An undivided one one-hundred and fourth (1/104th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Tahiti Village condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.

    B.

        1. For each Odd-Year One-Half Vacation Plan identified on page one (1) of the Conveyance Document, the right to reserve and then exclusively to occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "1", "3", "5", "7", or "9".

2.  For each Even-Year One-Half Vacation Plan identified on page one (1) of the Conveyance Document, the right to reserve and then exclusively to occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "0", "2", "4", "6", or "8".

3.  For each One-Third Vacation Plan identified on page one (1) of the Conveyance Document:

A.  An undivided one one hundred fifty-sixth (1/156th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Tahiti Village condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.

B.  The right to reserve and then exclusively to occupy and use such condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for one "Use Week" during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year", the first Use Year being the calendar year in which your use is designated and every third calendar year thereafter.

NOTE AS TO 1, 2 & 3: The terms "Use Week", "Season", "Unit Type" and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions and Restrictions for Vacation Plan Ownership in the Tahiti Village Vacation Club.

---

**The condominium and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:**

All of the premises comprising a portion of the Condominium common interest community known as "Tahiti Village" (herein called the "Condominium"), which Condominium consists of the land more particularly described in that certain Declaration of Condominium of Tahiti Village dated December 24, 2003, and recorded December 24, 2003 in Book 20031224 as Instrument 02271, Official Records, Clark County, Nevada,

(herein with any amendments called the "Declaration") to which reference is hereby made and which land description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by the Declaration, described as follows:

**FIRST:**

A.  The condominium identified on page 1 of the Conveyance Document to which this Exhibit is attached, as that condominium is described in the Declaration and as shown on the Plat of Tahiti Village condominiums recorded on January 6, 2004, recorded January 7, 2004 in Book 20040107 Page 49 of plats, Official Records, Clark County, Nevada (herein with any amendments called the "Condominium Map").

**TOGETHER WITH** the following appurtenant rights and easements:

1.  Nonexclusive easements for ingress and egress and support of such condominium through the common elements of the Condominium and for repair of such condominium through all other condominium and through the common elements of the Condominium, all as more fully described in the Declaration; and

2.  All other rights, privileges, limited common elements and easements described in the Declaration as being appurtenant to the condominium.

SUBJECT, HOWEVER, to an easement in favor of the owners of all other condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines and other common elements serving such other condominiums, and other parts of the building and for support and repair of the common elements and all other condominiums.

EXCEPTING AND RESERVING easements through the condominium appurtenant to the common elements of the Condominium and all other condominiums of the Condominium for support and repair of both the common elements of the Condominium and all other condominiums of the Condominium.

B.  An undivided percentage interest equal to the percentage interest appurtenant to the condominium as established by the Declaration, or as set forth in any replacement declaration covering the Condominium, or if the Condominium is removed from the condominium property regime, then as set forth in the Declaration immediately preceding such removal, as tenant in common with the other owners of condominiums of the Condominium, in and to the common elements of the Condominium, including the land, as

described in the Declaration, subject to nonexclusive easements appurtenant to all condominiums for ingress, egress, support and repair.

**TOGETHER WITH** appurtenant easements described in the Declaration, and **SUBJECT TO** the encumbrances, restrictions, covenants, agreements, obligations, conditions and other provisions set forth in the Declaration, and the above-mentioned Condominium Map, to which reference is hereby made.

**SUBJECT, HOWEVER, TO:**

1. The lien of real property taxes not yet due and owing.

2. The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Declaration and the Bylaws, and any amendments to either of them.

3. Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Tahiti Village Vacation Club, dated January 6, 2004, and recorded January 7, 2004, in Book 20040107 as Instrument 00951, Official Records, Clark County, Nevada,

4. Such other covenants, conditions, restrictions, easements, rights of way and other matters of record, if any, which may now affect the Property.

IN WITNESS WHEREOF, said Seller has executed the within instrument this ___/O___ day of
_____Nov_____ 2014.


By: ____Sara R. Rowan____
Sara R. Rowan

STATE OF  WASHINGTON )
                                                    ) ss.
COUNTY OF  KING              )

On this ___10^TH___ DAY OF NOVEMBER, 2014
appeared before me, a Notary Public,

___SARA R. ROWAN___

___

personally known or proven to me to be
the person(s) whose name(s) is/are
subscribed to the above instrument, who
acknowledged that he/she/they executed
the instrument for the purposes therein
contained.

___
Notary Public

My commission expires: ___07· 10· 2017___

STATE OF NEVADA
DECLARATION OF VALUE

1.  Assessor Parcel Number(s)
    a. 177-04-401-024
    b. _____
    c. _____
    d. _____
2.  Type of Property:
    a. [ ] Vacant Land      b. [ ] Single Fam. Res.
    c. [ ] Condo/Twnhse     d. [ ] 2-4 Plex
    e. [ ] Apt. Bldg        f. [ ] Comm'l/Ind'l
    g. [ ] Agricultural     h. [ ] Mobile Home
       [✓] Other Timeshare

    | FOR RECORDERS OPTIONAL USE ONLY |
    | Book_____ Page:_____ |
    | Date of Recording: _____ |
    | Notes: |

3.a. Total Value/Sales Price of Property    $ 500.00 _____
   b. Deed in Lieu of Foreclosure Only (value of property ( _____ )
   c. Transfer Tax Value:    $ 2.55 _____
   d. Real Property Transfer Tax Due    $ 2.55 _____

4.  **If Exemption Claimed:**
    a. Transfer Tax Exemption per NRS 375.090, Section_____
    b. Explain Reason for Exemption: _____

5.  Partial Interest: Percentage being transferred: 100    %
The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060
and NRS 375.110, that the information provided is correct to the best of their information and belief,
and can be supported by documentation if called upon to substantiate the information provided herein.
Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of
additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant
to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____Sara R. Rowan_____    Capacity: Grantor _____

Signature _____    Capacity: Grantor _____

| **SELLER (GRANTOR) INFORMATION** **(REQUIRED)** | **BUYER (GRANTEE) INFORMATION** **(REQUIRED)** |
|---|---|
| Print Name: Sara R. Rowan | Print Name: Tom Stanford |
| Address: 19025 SE Jones Rd | Address: 2392 Miramonte E., Unit D |
| City: Renton | City: Palm Springs |
| State: WA    Zip: 98058 | State: CA    Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| Print Name: Mitchell R. Sussman, Esq. | Escrow # |
| Address: 1053 S. Palm Canyon Dr. | |
| City: Palm Springs | State: CA    Zip: 92264 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

⑺  ·   /

**RECORDING COVER PAGE**
(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)

APN# _____ **177-04-414-402** _____

_____

_____

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

Inst #: 201302150002640
Fees: $22.00 N/C Fee: $0.00
RPTT: $2.55 Ex: #
02/15/2013 02:57:34 PM
Receipt #: 1499828
Requestor:
MITCHELL SUSSMAN
Recorded By: KGP   Pgs: 7
**DEBBIE CONWAY**
CLARK COUNTY RECORDER

## TITLE OF DOCUMENT
### (DO NOT Abbreviate)

QUITCLAIM DEED

_____

_____

**Document Title on cover page must appear EXACTLY as the first page of the
document to be recorded.**

RECORDING REQUESTED BY:
## LAW OFFICES OF MITCHELL REED SUSSMAN

RETURN TO: Name_**MITCHELL SUSSMAN**_

Address_**1052 SO. PALM CANYON DR.**_

City/State/Zip_**PALM SPRINGS, CA. 92264**_

**MAIL TAX STATEMENT TO: (Applicable to documents transferring real property)**

Name_**TAHITI INC/ SOLEIL LV, LLC**_

Address_**801 SO. RAMPART, SUITE 200**_

City/State/Zip_**LAS VEGAS, CA. 89145**_

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly—do not use page scaling.

REQUESTED BY /WHEN RECORDED
MAIL TO: Mitchell Sussman, Esquire
1053 Palm Canyon Drive
Palm Springs, CA 92264

MAIL TAX STATEMENTS TO:
Tahiti Inc.
801 So. Rampart Suite 200
Las Vegas, Nevada, 89145

## QUITCLAIM DEED

**APN: 177-04-414-402**

Unit Type: **1 Bedroom, Moorea**
Unit #: **5742**
Interval #: **37**
Season: **Regular**
Number of Vacation Plans: **1**
Type of Vacation Plan: **Every Year**

THIS QUITCLAIM DEED, Made this 6th day of February, 2013, by and between **John V. Bellin and Susan Heartlight Bellin, Husband and Wife,** whose address is 1032 S. Golden West Ave – A, Arcadia, CA. 91007,, hereinafter referred to as "Grantors"  and **Thomas D. Stanford, A Single Man,**  whose address is 2392 Miramonte East Unit #D,. Palm Springs, CA. 92264, hereinafter referred to as "Grantee"

### WITNESSETH

That the Grantors, in  consideration of **Ten Dollars ($10) only  and NO other good or valuable consideration** to them paid by the Grantee, the receipt of which is hereby acknowledged, have released, remised and quitclaimed and by these presents do release, remise and quitclaim all rights title and interest in and subject to the restrictions, easements, and other conditions hereinafter contained, unto the aforesaid Grantees, their heirs, devisees, successors, and assigns, the following described property:

All of the property described in Exhibit "A" which is attached to and part of this Vacation Plan Conveyance Document. It includes, among other things, (i) the number of Vacation Plans (as shown on page one) in the condominium(s) identified on page one (the "Unit") of the Tahiti Village condominium project (the "Condominiums"); (ii) all rights and privileges that pertain to or otherwise go with the property described in Exhibit "A";

The Property is subject to the document which created and governs (a) the Condominiums, i.e., the Master Declaration; and (b) the vacation plan program, i.e., the Vacation Plan Declaration (as each of those terms are defined in attached to this Vacation Plan Conveyance Document),

Rights Not Transferred. Only the Vacation Plans described in Exhibit "A" are transferred to Grantee.

**IN WITNESS WHEREOF**, Grantors have caused these presents to be signed on the day and year first above written.

_____
**John V. Bellin**

_____
**Susan Heartlight Bellin**

STATE OF CALIFORNIA          )
COUNTY OF LOS ANGELES     )

On this ___6___ day of ~~January~~, 2013 , before me,
___Connie A Williams___, the undersigned, Notary Public in the State of California, personally appeared **John V. Bellin and Susan Heartlight Bellin,** who proved to me on the basis of satisfactory evidence to be the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacities and that by their signatures on the within instrument the persons or entity upon behalf of which the persons acted, executed the instrument.

I certify under PENALTY OF PERJURY under the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal the day and year first above written.

_____
Signature Notary Public, State of California
Print Name ___Connie A Williams___
My Commission Expires___2-20-13___

CONNIE A. WILLIAMS
Commission # 1837381
Notary Public - California
Los Angeles County
My Comm. Expires Feb 20, 2013

EXHIBIT A

THE PROPERTY CONSISTS OF THE FOLLOWING:  Unit Type: **1 Bedroom, Moorea**
Season: **Regular** Number of Vacation Plans: **1** Type of Vacation Plan: **Every Year, Unit 5742,** Interval **37**

1. For each (whole) Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document to which this Exhibit is attached:

A.  An undivided one fifty-second (1/52) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

B.  The right to reserve and then exclusively to occupy and use such Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year".

2.  For each One-Half Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document

A.  An undivided one one-hundred and fourth (1/104th) interest in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

B.  1.  For each Odd-Year One-Half Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document, the right to reserve and then exclusively to occupy and use said Unit (or another Unit which is considered the same "Unit Type" purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for the number of and during the Season identified on page one the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in" 1 ", "3". "5", "7", or "9".

2. For each Even-Year One-Half Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document, the right to reserve and then exclusively to occupy and use said Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for

the number of "Use Weeks" and during the Season identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "0", "2", "4", "6", or "8".

3. For each One-Third Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document:

A. An undivided one one hundred fifty-sixth (1/156th) in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

B. The right to reserve and then exclusively to occupy and use such Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for one "Use Week" during the Season identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year", the first Use Year being the calendar year in which your use is designated and every third calendar year thereafter.

NOTE AS TO 1, 2 & 3: The terms "Use Week", "Season", "Unit Type" and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions and Restrictions for Vacation Plan Ownership in the Tahiti Village Vacation Club dated January 6, 2004, and recorded January 7, 2004, in Book 2004017 as Instrument 00951, Official Records, Clark County, Nevada (as amended from time to time, the "Vacation Plan Declaration")..

The Unit and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows All of the premises comprising a portion of the Condominium's common interest community known as 'Tahiti Village", which Condominiums consists of the land more particularly described in that certain Declaration of Condominium of Tahiti Village dated December 24, 2003, and recorded December 24, 2003 in Book 20031224 as instrument 02271, Official Records, Clark County, Nevada, as amended and fully restated in the Amended and Restated Declaration of Condominium for Tahiti Village, dated February 18, 2004, and recorded February 23, 2004, in Book 20040223 as Instrument 01027, Amended September 15, 2004 in Book 20040915 as Instrument 0001861 and Amended December 22, 2005 in Book 20051222 as Instrument 0002215, Official Records, Clark County, Nevada (herein with any amendments called the "Master Declaration") to which reference is hereby made and which land description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by the Master Declaration, described as follows:

FIRST:

A. The Unit identified on page 1 of the Vacation Plan Conveyance Document to which this Exhibit is attached, as that Unit is described in the Master Declaration and as shown on either (a) the Third Amended Final Map of Tahiti Village Phase 1, recorded April 28, 2006 in Book 131, Page 0005 of Plats, Office of the Clark County Recorder, Clark County, Nevada (herein with any amendments called the "Phase I Map" and, collectively with the Phase 2 Map, the "Condominium Map"); or (b) the Final Map of Tahiti Village Phase 2 recorded on December 22, 2005, in Book 128, Page 85 of Plats, Official Records, Clark County, Nevada (herein with any amendments called the "Phase 2 Map" and, collectively with the Phase I Map, the "Condominium Map").

TOGETHER WITH the following appurtenant rights and easements:

1. Nonexclusive easements for ingress and egress and support of such Unit through the common elements of the Condominiums and for repair of such Unit through all other Units of the Condominiums and through the common elements of the Condominiums, all as more fully described in the Master Declaration; and

2. All other rights, privileges, limited common elements and easements described in the Master Declaration as being appurtenant to the Unit.

SUBJECT, HOWEVER, to an easement in favor of the owners of all other Units of the Condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines and other common elements serving such other Units, and other parts of the building and for support and repair of the common elements and all other Units.

EXCEPTING AND RESERVING easements through the Unit appurtenant to the common elements of the Condominiums and all other Units of the Condominiums for support and repair of both the common elements of the Condominiums and all other Units of the Condominiums.

B. An undivided percentage interest equal to the percentage interest appurtenant to the Unit as established by the Master Declaration, or as set forth in any replacement declaration covering the Condominiums, or if the Condominiums is removed from the condominium property regime, then as set forth in the Master Declaration immediately preceding such removal, as tenant in common with the other owners of Units of the Condominiums, in and to the common elements of the Condominiums, including the land, as described in the Master Declaration, subject to nonexclusive easements appurtenant to all Units for ingress, egress, support and repair.

TOGETHER WITH appurtenant easements described in the Master Declaration, and SUBJECT TO the encumbrances, restrictions, covenants, agreements, obligations, conditions and other provisions set forth in the Master Declaration, and the above-mentioned Condominium Map, to which reference is hereby made.

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 177-04-414-402
   b. _____
   c. _____
   d. _____

2. Type of Property:
   a. ☐ Vacant Land  b. ☐ Single Fam. Res.
   c. ☐ Condo/Twnhse  d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg  f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural  h. ☐ Mobile Home
   ☑ Other Time Share

| FOR RECORDERS OPTIONAL USE ONLY |
|---|
| Book_____ Page:_____ |
| Date of Recording: _____ |
| Notes: |

3. a. Total Value/Sales Price of Property        $ 500
   b. Deed in Lieu of Foreclosure Only (value of property ( 0.00                                )
   c. Transfer Tax Value:        $ 500
   d. Real Property Transfer Tax Due        $ 2.55

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: 100 %
The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060
and NRS 375.110, that the information provided is correct to the best of their information and belief,
and can be supported by documentation if called upon to substantiate the information provided herein.
Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of
additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant
to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _John V. Bellin_        Capacity: SELLER

Signature _____        Capacity: SELLER

| **SELLER (GRANTOR) INFORMATION** **(REQUIRED)** | **BUYER (GRANTEE) INFORMATION** **(REQUIRED)** |
|---|---|
| Print Name: JOHN & SUSAN BELLIN | Print Name: THOMAS D. STANFORD |
| Address: 1032 S. GOLDEN WEST AVE. #A | Address: 2392 MIRAMONTE EAST UNIT D |
| City: ARCADIA | City: PALM SPRINGS |
| State: CA        Zip: 91007 | State: CA        Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| Print Name: MITCHELL SUSSMAN | Escrow # |
|---|---|
| Address: 1053 SO. PALM CANYON DR. | |
| City: PALM SPRINGS, CA. 92264 | State:        Zip: |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

Inst #: 201304150000744
Fees: $23.00 N/C Fee: $0.00
RPTT: $2.55 Ex: #
04/15/2013 09:56:42 AM
Receipt #: 1574258
Requestor:
MITCHELL SUSSMAN
Recorded By: LEX   Pgs: 8
DEBBIE CONWAY
CLARK COUNTY RECORDER

**RECORDING COVER PAGE**
(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)

APN# _____ 163-25-511-008 _____

_____

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

**TITLE OF DOCUMENT**
(DO NOT Abbreviate)

CLUB DE SOLEIL VACATION CLUB

QUITCLAIM DEED

**Document Title on cover page must appear EXACTLY as the first page of the
document to be recorded.**

**RECORDING REQUESTED BY:**

LAW OFFICES OF MITCHELL REED SUSSMAN

RETURN TO: Name MITCHELL SUSSMAN

Address 1053 SO. PALM CANYON DR.

City/State/Zip PALM SPRINGS, CA. 92264

**MAIL TAX STATEMENT TO:** (Applicable to documents transferring real property)

Name SOLEIL LV LLC

Address 801 S. RAMPART SUITE 200

City/State/Zip LAS VEGAS, NV 89145

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly—do not use page scaling.

Prepared By And When Recorded
Return To: Mitchell Sussman, Esq.
1053 So. Palm Canyon Dr.
Palm Springs, CA. 92264

Mail Tax Statement to: Soleil LV LLC
801 S. Rampart Suite 200
Las Vegas, Nevada, 89145

## CLUB DE SOLEIL VACATION CLUB
## QUITCLAIM DEED

| | |
|---|---|
| APN: | 163-25-511-008 |
| Unit Number: | 1008 |
| Unit Type: | One Bedroom |
| Season: | Regular |
| Number of Vacation Plans: | 1 |
| Type of Vacation Plan: | Every Other Year- Odd Years |

This document takes effect on the _25_ day of March, 2013. It is made by and is binding on:

**"SELLER"**  **Melvin R Szymczak  and Debra L Szymczak,  Husband and Wife (JTWROS)**
52292 Greenfield Manor
Granger, IN 46530

**"YOU"**  **Thomas D. Standford, A Single Man**
2392 Miramonte East Unit #D
Palm Springs, CA. 92262

1.  **Your Title.** There are various ways for co-owners of property to share the ownership of "title" to it. You have chosen to hold the Property as:

**A Single Man**

2.  **Transfer of Ownership.** In return for your promises in this document and for $10 Dollars Only and No more received from you, the seller transfers (or, in legal terms, "releases, remises and quitclaims") the following property (the "Property") to you:

All of the property described in <u>Exhibit "A"</u> which is attached to and part of this document. It includes, among other things, (i) the number of Vacation Plans (as shown on page one) in the condominium identified on page one (the "<u>Unit</u>") of the Club de Soleil condominiums project (the "<u>condominiums</u>"); (ii) all rights and privileges that pertain to or otherwise go with the property described in <u>Exhibit "A"</u>; and (iii) all rights of the seller in that property (in legal terms, the "<u>reversions, remainders, rents, profits, easements and appurtenances</u>").

The Property is yours to keep forever, in fee simple. Of course, the Property is subject to the documents which created and govern the condominium project (the "<u>condominium documents</u>"); and the vacation plan program (the "<u>vacation plan documents</u>").

3.    **Rights Not Transferred.** Only the Vacation Plans described in <u>Exhibit "A"</u> are transferred to you. All other Vacation Plans belong to seller or someone to whom seller has transferred them. Those people have the right to reserve and then occupy and use the Unit (or another one considered to be the same "<u>Unit Type</u>" under the vacation plan documents), its common furnishings, and the common elements of the condominiums during the remainder of each year.

4.    **The Vacation Plan Documents Are Binding And Are A Lien On The Property.** You agree for the benefit of the seller and the owners of other Vacation Plans in the vacation plan program that the vacation plan documents are "<u>covenants running with the land</u>", "<u>equitable servitudes</u>" and "<u>liens</u>" on the Property and on the other Vacation Plans in the Unit. This means that they will be binding on you and on anyone who later receives your Vacation Plan or any other interest in the Property. They will also be binding on the current owner and all later owners of the Vacation Plans in the Unit.

5.    **Seller's Promises To You.** Seller promises to you that: (i) seller now owns the Property; (ii) seller has the right and authority to sell the Property to you; and (iii) except as stated in this document or in <u>Exhibit "A"</u>, no one else has any rights or interests in the Property which would reduce its value or disturb your use and enjoyment of it.

6.    **Your Promises And Agreements.** For the benefit of the owners of other Units in the condominiums including owners of Vacation Plans, you promise to obey the condominium documents. You here and now accept and approve the condominium documents. For the benefit of all members of the Club de Soleil Vacation Club, you promise to obey the vacation plan documents. You here and now accept and approve the vacation plan documents. You also agree that the Property is and always will be subject to them and to the liens created by them. These liens permit the Property to be taken from you and sold if, for example, you fail to pay your debts to the Club.

7.    **Binding Nature Of Your Promises.** Each agreement and promise you make in this document is a "<u>covenant running with the land</u>", an "<u>equitable servitude</u>" and a "lien". This means that your agreements and promises in this document are binding on (i) you; and (ii) anyone who later owns the Property or any interest in it. Your promises and agreements can be enforced by (i) the seller; (ii) anyone else intended to benefit from them (the "<u>third parties</u>"); and (iii) anyone who later owns the interest of the seller or the third parties in the condominiums.

8.    **Your Indemnity Agreement.** You agree to defend the seller and the third parties from any claim or lawsuit threatened or made against any of them because you fail to keep your

promises and agreements. You also agree to pay all losses, damages, costs and expenses, including legal fees, they pay or incur because you fail to keep your promises or agreements.

9.      **The Extent Of Our Obligations.** Both you and the seller are bound by and are intended to benefit from each other's promises in this document. The words "seller" and "you" (and any pronouns used in their place) are used in this document to mean and include (i) males and females; (ii) one or more (or a combination of) real people, firms, and corporations; and (iii) anyone else who, by law or by agreement, stands in the place of seller, or you. (Such people are called, in technical legal terms, "heirs", "personal representatives", "successors", and "assigns".)

Each person who is one of "you" is jointly and severally (which means both independently and together as a group) obligated to keep his or her promises and agreements in this document.

IN WITNESS WHEREOF, the GRANTORS have hereunto signed and sealed these presents on this the _25_ day of March, 2013.

By _Melvin R Szymczak_                     By _Debra L Szymczak_
Melvin R Szymczak (Grantor)                Debra L Szymczak (Grantor)


STATE OF INDIANA                    )
                                    ) ss.
COUNTY OF ST. JOSEPH COUNTY  )


On this _25_ day of March, 2013, before me the undersigned notary public, personally appeared **Melvin R Szymczak  and Debra L Szymczak** . They are personally known/proven to me based on satisfactory evidence to be the persons whose names are subscribed to the within instrument and acknowledged that they executed the same for the purposes therein contained. In witness whereof, I hereunto set my hand and official seal.

By: _Janice K Seese_
    Notary Public
Printed Name: _Janice K. Seese_
My Commission Expires _3/21/2015_

Janice K Seese
Notary Public Seal State of Indiana
St Joseph County
My Commission Expires 03/21/2015

**EXHIBIT A**

**THE PROPERTY CONSISTS OF THE FOLLOWING:**

1.     For each (whole) Vacation Plan identified on page one (1) of the conveyance document (the "Conveyance Document") to which this Exhibit is attached:

A.     An undivided one fifty-second (1/52) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Club de Soleil condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.

B.     The right to reserve and then exclusively to occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year".

2.     For each One-Half Vacation Plan identified on page one (1) of the Conveyance Document:

A.     An undivided one one-hundred and fourth (1/104th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Club de Soleil condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.

B.     1)     For each Odd-Year One-Half Vacation Plan identified on page one (1) of the Conveyance Document, the right to reserve and then exclusively to occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "1", "3", "5", "7", or "9".

2)     For each Even-Year One-Half Vacation Plan identified on page one (1) of the Conveyance Document, the right to reserve and then exclusively to occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "0", "2", "4", "6", or "8".

NOTE AS TO 1 & 2: The terms "Use Week", "Season", "Unit Type" and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions and Restrictions for Vacation Ownership in the Club de Soleil Vacation Club.

**The condominium and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:**

All of the promises comprising a portion of the Condominium common interest community known as "Club de Soleil" (herein called the "Condominium"), which Condominium consists of the land more particularly described in that certain Declaration of Condominium of Club de Soleil dated May 14, 1998, and recorded in Book 980701 as Instrument 01615. Official Records, Clark County, Nevada, (herein with any amendments called the "Declaration") to which reference is hereby made and which land description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by said Declaration, described as follows:

**FIRST:**

A.    The condominium identified on page 1 of the Conveyance Document to which this Exhibit is attached, as that condominium is described in the Declaration and as shown on the Plat of Club de Soleil Condominiums recorded May 13, 1998, in Book 84 Page 40 of Plats, Official Records, Clark County, Nevada (herein with any amendments called the "Condominiums Map").

TOGETHER WITH the following appurtenant rights and easements:

1.    Nonexclusive easements for ingress and egress and support of said condominium through the common elements of the Condominium and for repair of said condominium through all other condominium and through the common elements of the Condominium, all as more fully described in the Declaration;

2.    All other rights, privileges, limited common elements and easements described in the Declaration as being appurtenant to the condominium.

SUBJECT, HOWEVER, to an easement in favor of the owners of all other condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines and other common elements serving such other condominiums, and other parts of the building and for support and repair of the common elements and all other condominiums.

EXCEPTING AND RESERVING easements through said condominiums appurtenant to the common elements of the Condominiums and all other condominiums of the Condominium for support and repair of both the common elements of the Condominium and all other condominiums of the Condominium.

B.    An undivided percentage interest equal to the percentage interest appurtenant to said condominium as established by the Declaration, or as set forth in any replacement declaration covering the Condominium, or if the Condominium is removed from the condominium property regime, then as set forth in the Declaration immediately preceding such removal, as tenant in common with the other owners of condominiums of the Condominium, in and to the common elements of the Condominium, including the land, as described in the

Declaration, subject to nonexclusive easements appurtenant to all condominiums for ingress, egress, support and repair.

**TOGETHER WITH** appurtenant easements described in said Declaration, and **SUBJECT TO** the encumbrances, restrictions, covenants, agreements, obligations, conditions and other provisions set forth in said Declaration, and the above-mentioned Condominium Map, to which reference is hereby made.

**SUBJECT, HOWEVER, TO:**

1.    The lien of real property taxes not yet due and owing.

2.    The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in said Declaration and said Bylaws, and any amendments to either of them.

3.    Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Club de Soleil Vacation Club, dated May 14, 1998, and recorded in Book 980701 as Instrument 01615, Official Records, Clark County, Nevada.

4.    Amended and Restated Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Club de Soleil Vacation Club, dated September 25, 1998, and recorded October 16, 1998, in Book 981016 as Instrument 01823, Official Records, Clark County, Nevada.

5.    Such other covenants, conditions, restrictions, easements, rights of way and other matters of record, if any, which may now affect the Property.

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 163-25-511-008    √
   b. _____
   c. _____
   d. _____

2. Type of Property:
   | | | | |
   |---|---|---|---|
   | a.☐ Vacant Land | b.☐ Single Fam. Res. | | |
   | c.☐ Condo/Twnhse | d.☐ 2-4 Plex | | |
   | e.☐ Apt. Bldg | f.☐ Comm'l/Ind'l | | |
   | g.☐ Agricultural | h.☐ Mobile Home | | |
   | ☑ Other *Time Share* | | | |

   | | |
   |---|---|
   | FOR RECORDERS OPTIONAL USE ONLY | |
   | Book_____ Page:_____ | |
   | Date of Recording: _____ | |
   | Notes: | |

3.a. Total Value/Sales Price of Property    $ 500 _____
   b. Deed in Lieu of Foreclosure Only (value of property ( 0 _____ )
   c. Transfer Tax Value:    $ 500 _____
   d. Real Property Transfer Tax Due    $ 2.55 _____

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: 100 %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _Debra Szymczak_    Capacity: Seller

Signature _____    Capacity: Buyer

| **SELLER (GRANTOR) INFORMATION** **(REQUIRED)** | **BUYER (GRANTEE) INFORMATION** **(REQUIRED)** |
|---|---|
| Print Name: Melvin R Szymczak | Print Name: Thomas D. Stanford |
| Address: 52292 Greenfield Manor | Address: 2392 Miramonte East Unit D |
| City: Granger | City: Palm Springs |
| State: IN      Zip: 46530 | State: CA      Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| | |
|---|---|
| Print Name: Mitchell Sussman | Escrow # |
| Address: 1053 So. Palm Canyon Dr. | |
| City: Palm Springs, CA. 92264 | State:      Zip: |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

Envelope 4 - page 2 of 10   Batch 99999 - page 17 of 25

LAC-504460 20160705 45

Inst #: 20150528-0000004
Fees: $22.00 N/C Fee: $0.00
RPTT: $2.55 Ex: #
05/28/2015 06:22:59 AM
Receipt #: 2438095
Requestor:
MITCHELL R SUSSMAN
Recorded By: SOL    Pgs: 7
DEBBIE CONWAY
CLARK COUNTY RECORDER

C/O AJ Underwood
Prepared By:
Mitchell R. Sussman, Attorney at Law
1053 S. Palm Canyon Dr.
Palm Springs, CA 92264

MAIL TAX STATEMENTS TO:
Tom Stanford
2392 Miramonte E., Unit D
Palm Springs, CA 92264

Affix R. P. T. T.: $2.55

APN: 163-25-571-030

## CLUB DE SOLEIL VACATION CLUB
## GRANT, BARGAIN, SALE DEED

Unit No. 3010
Interval Number(s): 17Y
Unit Type: Two Bedroom
Season: Regular
Number of Vacation Plans: 1
Type of Vacation Plan: Every Year

This document takes effect on                          , 2015. It is made by and binding on:

"GRANTOR"      Kerrick B. Lambert
               Linda S. Lambert
               Husband & Wife

               In consideration of TEN DOLLARS ($10.00) and other valuable
               consideration, the receipt of which is hereby acknowledged, do hereby
               Grant, Bargain, Sell and Convey to:

"GRANTEE"      Tom Stanford, a Single Man, whose mailing address is: 2392 Miramonte
               E., Unit D, Palm Springs, CA 92264

               The real property described in Exhibit "A", attached hereto and
               incorporated herein by this reference, located in Clark County, Nevada,
               (the "Conveyed Property").

LAC-504460 20160705 47

## EXHIBIT A

THE PROPERTY CONSISTS OF THE FOLLOWING:

1.    For each (whole) Vacation Plan identified on page one (1) of the conveyance document (the "Conveyance Document") to which this Exhibit is attached:

    A.    An undivided one fifty-second (1/52) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Conveyance Document to which this Exhibit is attached in the Club de Soleil condominiums; and (ii) its appurtenant undivided interest in the common elements of the condominium.

    B.    The right to reserve and then exclusively to occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year".

2.    For each One-Half Vacation Plan identified on page one (1) of the Conveyance Document:

    A.    An undivided one one-hundred and fourth (1/104th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Conveyance Document in the Club de Soleil condominium; and (ii) its appurtenant undivided interest in the common elements of the condominiums.

    B.    1)    For each Odd-Year One-Half Vacation Plan identified on page one (1) of the Conveyance Document, the right to reserve and then exclusively to occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "1", "3", "5", "7", or "9".

Account #: 721280960

2)      For each Even-Year One-Half Vacation Plan identified on page one (1) of the Conveyance Document, the right to reserve and then exclusively to occupy and use said Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Unit for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "0", "2", "4", "6", or "8".

NOTE AS TO 1 & 2: The terms "Use Week", "Season", "Unit Type" and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions and Restrictions for Vacation Ownership in the Club de Soleil Vacation Club.

**The Unit and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:**

All of the premises comprising a portion of the condominium common interest community known as "Club de Soleil" (herein called the "Condominium"), which Condominium consists of the land more particularly described in that certain Declaration of Condominium of Club de Soleil dated May 14, 1998, and recorded in Book 980701 as Instrument 01615, Official Records, Clark County, Nevada, (herein with any amendments called the "Declaration") to which reference is hereby made and which land description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by said Declaration, described as follows:

FIRST:

A.      The Unit identified on page one of the Conveyance Document to which this Exhibit is attached, as that Unit is described in the Declaration and as shown on either (a) the Map of Club de Soleil Condominiums recorded on May 13, 1998 in Book 84, Page 40 of Plats (herein with any amendments called the "Phase 1 Map" and, collectively with the Phase 2 Map, the "Condominium Map"); or (b) the Map of Club de Soleil Condominiums recorded on May 14, 2001 in Book 99, Page 88 of PlatsPlat of Club de Soleil Annex recorded May 14, 2001, in Book 99 Page 88 of Plats, Official Records, Clark County, Nevada (herein with any amendments called the "Phase 2 Map" and, collectively with the Phase 1 Map the "Condominiums Map").

TOGETHER WITH the following appurtenant rights and easements:

Account #: 721280960

Page 8 of 10

Envelope 4 - page 5 of 10   Batch 99999 - page 20 of 25                    LAC-504460 20160705 51

1.      Nonexclusive easements for ingress and egress and support of said Unit through the common elements of the Condominium and for repair of said Unit through all other Units and through the common elements of the Condominium, all as more fully described in the Declaration; and

2.      All other rights, privileges, limited common elements and easements described in the Declaration as being appurtenant to the Unit.

SUBJECT, HOWEVER, to an easement in favor of the owners of all other Units to use the pipes, conduits, ducts, cables, wires, public utility lines and other common elements serving such other Units, and other parts of the building and for support and repair of the common elements and all other Units.

EXCEPTING AND RESERVING easements through said Unit appurtenant to the common elements of the Condominium and all other Units of the Condominium for support and repair of both the common elements of the Condominium and all other Units of the Condominium.

B.      An undivided percentage interest equal to the percentage interest appurtenant to said Unit as established by the Declaration, or as set forth in any replacement declaration covering the Condominium, or if the Unit is removed from the condominium property regime, then as set forth in the Declaration immediately preceding such removal, as tenant in common with the other owners of Units of the Condominium, in and to the common elements of the Condominium, including the land, as described in the Declaration, subject to nonexclusive easements appurtenant to all Units for ingress, egress, support and repair.

TOGETHER WITH appurtenant easements described in said Declaration, and SUBJECT TO the encumbrances, restrictions, covenants, agreements, obligations, conditions and other provisions set forth in said Declaration, and the above-mentioned Condominium Map, to which reference is hereby made.

SUBJECT, HOWEVER, TO:

1.      The lien of real property taxes not yet due and owing.

2.      The restrictions, covenants, agreements, easements, obligations, conditions,        reservations, and other provisions set forth in said Declaration and said        Bylaws, and any amendments to either of them.

Account #: 721280960

Envelope 4 - page 6 of 10   Batch 99999 - page 21 of 25                    LAC-504460 20160705 53

3.    Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Club de Soleil Vacation Club, dated May 14, 1998, and recorded in Book 980701 as Instrument 01616, Official Records, Clark County, Nevada.

4.    Amended and Restated Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Club de Soleil Vacation Club, dated September 25, 1998, and recorded October 16, 1998, in Book 981016 as Instrument 01823, Official Records, Clark County, Nevada.

5,    Such other covenants, conditions, restrictions, easements, rights of way and other matters of record, if any, which may now affect the Property.

Account #: 721280960

LAC-504460 20160705 55

IN WITNESS WHEREOF, said Seller has executed the within instrument this ___ day of _____ 2015.

By: _____
Kerrick B. Lambert

By: _____
Linda S. Lambert

SUBSCRIBED AND SWORN BEFORE ME
THIS ___ DAY OF _____ 20 15

Notary Public in and for the State of
Washington residing in _____

LAC-504460 20160705 57

## STATE OF NEVADA
## DECLARATION OF VALUE

1. Assessor Parcel Number(s)
   a. 163-26-511-030
   b. _____
   c. _____
   d. _____

2. Type of Property:

| | | | |
|---|---|---|---|
| a. ☐ Vacant Land | b. ☐ Single Fam. Res. | |
| c. ☐ Condo/Twnhse | d. ☐ 2-4 Plex | |
| e. ☐ Apt. Bldg | f. ☐ Comm'l/Ind'l | |
| g. ☐ Agricultural | h. ☐ Mobile Home | |
| ☑ Other | | |

FOR RECORDERS OPTIONAL USE ONLY
Book_____ Page:_____
Date of Recording: _____
Notes:

3. a. Total Value/Sales Price of Property          $ 500.00
   b. Deed in Lieu of Foreclosure Only (value of property (_____)
   c. Transfer Tax Value:          $ 2.55
   d. Real Property Transfer Tax Due          $ 2.55

4. If Exemption Claimed:
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: 100 %
The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____ Capacity: Grantor

Signature _____ Capacity: Grantor

| SELLER (GRANTOR) INFORMATION (REQUIRED) | BUYER (GRANTEE) INFORMATION (REQUIRED) |
|---|---|
| Print Name: Kerrick & Linda Lambert | Print Name: Tom Stanford |
| Address: 7307 95th Ave. SW | Address: 2392 Miramonte E., Unit D |
| City: Lakewood | City: Palm Springs |
| State: WA          Zip: 98498 | State: CA          Zip: 92264 |

COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)

| | |
|---|---|
| Print Name: Mitchell R. Sussman, Esq. | Escrow # |
| Address: 1053 S. Palm Canyon Dr. | |
| City: Palm Springs | State: CA          Zip: 92264 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

APN NO. 177-04-414-097 & 177-04-414-099

Prepared by:
Mitchell Reed Sussman & Associates
Attn: Stephanie Jackson
Record and Return to:
Mitchell Reed Sussman & Associates
1053 S. Palm Canyon Dr
Palm Springs CA 92264
Mail Tax Statements to:
TOM STANFORD
2392 Miramonte Cir Apt D
Palm Springs CA 92264



Inst #: 20151005-0000674
Fees: $23.00 N/C Fee: $0.00
RPTT: $2.55 Ex: #
10/05/2015 09:19:12 AM
Receipt #: 2572170
Requestor:
MITCHELL REED SUSSMAN &
ASS
Recorded By: BERRYS   Pgs: 8
DEBBIE CONWAY
CLARK COUNTY RECORDER

## TAHITI VILLAGE VACATION CLUB
## GRANT, BARGAIN, SALE DEED

Unit No. (s) **5237/5239**
Interval Number(s): **13E**
Unit Type: **2BR Royal Tahitian**
Season: **Regular**
Number of Vacation Plans: **1**
Type of Vacation Plan: **Every Other Year – Even Year**

This Tahiti Village Vacation Club Grant, Bargain, Sale Deed (herein referred to as the "Vacation Plan Conveyance Document") Takes effect on ___August  21___, 2015. It is made by and is binding on:

**"GRANTOR"** Flint Rudnik & Lori Rudnik, HUSBAND AND WIFE

To

**"GRANTEE"** TOM STANFORD, A SINGLE MAN

**TRANSFER OF OWNERSHIP.** In return for your promises in this Vacation Plan Conveyance Document and for money or other valuable things received from you, the Seller transfers (or, in legal terms, "assigns, bargains, grants, sells and conveys") the following property to you:

All of the property described in Exhibit "A" which is attached to and part of this Vacation Plan Conveyance Document. It includes, among other things, (i) the number of Vacation Plans (as shown on page one) in the condominium(s) identified on page one (the "Unit") of the Tahiti Village condominium(s) identified on page one (the "unit") of this Tahiti Village condominium project (the "condominiums"); (ii) all rights and privileges that pertain to or otherwise go with the property described in Exhibit "A"; and (iii) all rights of the Seller in that property (in legal terms, the "reversions, remainders, rents, profits, easements, and appurtenances").

The property is yours to keep forever, fee simple. Of course, the Property is subject to the document which created and governs (a) the Condominiums, i.e., the Master Declaration; and (b) the vacation Plan Declaration (as each of those terms are defined in Exhibit "A" attached to this Vacation Plan Conveyance Document).

**RIGHTS NOT TRANSFERRED.** Only the Vacation Plans described in Exhibit "A" are transferred to you. All other Vacation Plans belong to Seller or someone to whom Seller has transferred them. Those people have the right to reserve and then occupy and use the Unit (or another Unit considered to be the

same "Unit Type" under Vacation Plan Declaration). Its common furnishings, the commons elements of the Condominiums during the remainder of each year.

This Vacation Plan Conveyance Document does not transfer to you the Seller's rights (if any) as the "developer" under the Master Declaration or Vacation Plan Declaration.

**THE MASTER DECLARATION AND VACATION PLAN DECLARATION ARE BINDING AND ARE A LIEN ON THE PROPERTY.** You agree for the benefit of the Seller and the Owners of other Vacation Plans in the Vacation Plan Declaration that the Master Declaration and Vacation Plan Declaration are "covenants running with the land," "equitable servitudes" and "liens" on the Property and on other Vacation Plans in the Unit. This means that they will be binding on you and on anyone who later receives you Vacation Plan or any other interest in the property. They will also be binding on the current owner and all later owners of the Vacation Plans in the Unit.

As provided in the Master Declaration and Vacation Plan Declaration, the Seller (i) gives you liens; and (ii) reserves liens upon the Property. The liens are for the benefit of the Tahiti Village Vacation Club (the "Club" and the owners of other Vacation Plans in the Vacation Plan Declaration. This means that the Property is put up as collateral to insure that you do everything required by the Master Declaration and Vacation Plan Declaration. If you do not, the liens permit the property to be taken from you and sold.

**GRANTORS PROMISES TO YOU.** Grantor promises to grantee that; (i) Grantor now owns the Property, (ii) Grantor has the right and authority to sell the property to grantee; and (iii) except as stated in this Vacation Plan Conveyance Document or in Exhibit "A", no one else has any rights or interests in the Property which would reduce its value or disturb your use and enjoyment of it.

Grantor agrees that it will WARRANT and DEFEND Grantor's title to the Property. This means that if the Grantor's promise in this paragraph 5 turn out to be untrue, Grantor will (a) defend Grantor's title against any lawful claim by someone else; and (b) pay any damages you suffer from the loss of the Property or any interest in it if the claim is not defeated.

**YOUR PROMISES AND AGREEMENTS.** For the benefit of the owners of other units in the Condominiums including owners of the Vacation Plans, you promise to obey the Master Declaration. You here and now accept and approve the Master Declaration. For the benefit of all members of the Tahiti Village Vacation Club, you promise to obey the Vacation Plan Declaration. You here and now accept and approve the Vacation Plan Declaration. You also agree that the Property is and always will be taken subject to it and to the liens created by it. These liens permit the Property to be taken from you and sold if, for example you fail to pay your debts to the Club.

**BINDING NATURE OF YOUR PROMISES.** For the benefit of the owners of other units in the Condominiums including owns of Vacation Plans, you promise to obey the master Declaration. You here and now accept and approve the Master Declaration. For the benefit of all members of the Tahiti Village Vacation Club, you promise to obey the Vacation Plan Declaration. You here and now accept and approve the Vacation Plan Declaration. You also agree that the Property is and always will be subject to it and to the liens created by it. These liens permit the Property to be taken from you and sold if, for example, you fail to pay your debts to the Club.

**BINDING NATURE OF YOUR PROMISE.** Each agreement and promise you make in this Vacation Plan Conveyance Document is a "covenant running with the land" an "equitable servitude" and a "lien." This means that your agreements and promises in this Vacation Plan Conveyance Document are binding on (i) you; and (ii) anyone who later owns the Property or any interest in it. Your promises and agreements can be enforced by (i) the Seller (ii) anyone else intended to benefit from them (the "third

parties"); and (iii) anyone who later owns the interest of the Seller or the third parties in the Condominiums.

**YOUR INDEMNITY AGREEMENT.** You agree to defend the seller and the third parties from any claim or lawsuit threatened or made against any of them because you fail to keep your promises and agreements. You also agree to pay all losses, damages, costs and expenses, including legal fees, they pay or incur because you fail to keep your promises or agreements.

**THE EXTENT OF OUR OBLIGATIONS.** Both grantee and grantor are bound by and are intended to benefit from each other's promises in this Vacation Plan Conveyance Document. The words "Grantor" and "Grantee" (and any pronouns used in their place) are used in this document to mean and include (i) males and females; (ii) one or more (or a combination of) real people, firms, and corporations' and (iii) anyone else who, by law or by agreement, stands in the place of Grantor or you. (such people are called in technical legal terms, "Heirs" "personal representatives," "successors" and "assigns"). All other capitalized terms used and defined in this Vacation Plan Conveyance Document shall include the singular and the plural.

Each person who is one of "grantee" is jointly and severally (which means both independently together as a group) obligated to keep his or her promises and agreements in this Vacation Plan Conveyance Document)

BY SIGNING THIS CONVEYANCE DOCUMENT, Grantor and Grantee agree to all of the things written above.

_Flint Rudnik_
FLINT RUDNIK
_Lori Rudnik_
LORI RUDNIK


Dated: _8-21-15_

State of _Colorado_
County _Kit Carson_

This instrument was acknowledged before me
This _21st_ _____ day of
_August_ , 20 _15_
By _Flint Rudnik_
_and Lori Rudnik_


Signature
_Dena K. Daniel_
Notary Public

My commission Expires _Jan. 31, 2016_

## EXHIBIT A

THE PROPERTY CONSISTS OF THE FOLLOWING:

1. For each (whole) Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document to which this Exhibit is attached:

   A. An undivided one fifty-second (1/52) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

   B. The right to reserve and then exclusively to occupy and use such Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year".

2. For each One-Half Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document:

   A. An undivided one one-hundred and fourth (1/104th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

   B.

      1. For each Odd-Year One-Half Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document, the right to reserve and then exclusively to occupy and use said Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "1", "3", "5", "7", or "9".

Account No.: 724383160

2. For each Even-Year One-Half Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document, the right to reserve and then exclusively to occupy and use said Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "0", "2", "4", "6", or "8".

3. For each One-Third Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document:

A. An undivided one one hundred fifty-sixth (1/156th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

B. The right to reserve and then exclusively to occupy and use such Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for one "Use Week" during the Season identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year", the first Use Year being the calendar year in which your use is designated and every third calendar year thereafter.

NOTE AS TO 1, 2 & 3: The terms "Use Week", "Season", "Unit Type" and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions and Restrictions for Vacation Plan Ownership in the Tahiti Village Vacation Club dated January 6, 2004, and recorded January 7, 2004, in Book 2004017 as Instrument 00951, Official Records, Clark County, Nevada (as amended from time to time, the "Vacation Plan Declaration").

The Unit and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:

All of the premises comprising a portion of the Condominium's common interest community known as "Tahiti Village", which Condominiums consists of the land more particularly described in

Account No.: 724383160

Page 8 of 10

that certain Declaration of Condominium of Tahiti Village dated December 24, 2003, and recorded December 24, 2003 in Book 20031224 as Instrument 02271, Official Records, Clark County, Nevada, as amended and fully restated in the Amended and Restated Declaration of Condominium for Tahiti Village, dated February 18, 2004, and recorded February 23, 2004, in Book 20040223 as Instrument 01027, Amended September 15, 2004 in Book 20040915 as Instrument 0001861 and Amended December 22, 2005 in Book 20051222 as Instrument 0002215 Official Records, Clark county, Nevada (herein with any amendments called the "Master Declaration") to which reference is hereby made and which land · description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by the Master Declaration, described as follows:

FIRST:

A.  The Unit identified on page 1 of the Vacation Plan Conveyance Document to which this Exhibit is attached, as that Unit is described in the Master Declaration and as shown on either (a) the Third Amended Final Map of Tahiti Village Phase 1 recorded on April 28, 2006 in Book 131 Page 0005 of Plats, Office of the Clark County Recorder, Clark County, Nevada (herein with any amendments called the "Phase 1 Map" and, collectively with the Phase 2 Map, the "Condominium Map"); or (b) the Final Map of Tahiti Village Phase 2 recorded on December 22, 2005, in Book 128, Page 85 of Plats, Official Records, Clark County, Nevada (herein with any amendments called the "Phase 2 Map" and, collectively with the Phase 1 Map, the "Condominium Map").

TOGETHER WITH the following appurtenant rights and easements:

1.  Nonexclusive easements for ingress and egress and support of such Unit through the common elements of the Condominiums and for repair of such Unit through all other Units of the Condominiums and through the common elements of the Condominiums, all as more fully described in the Master Declaration; and

2.  All other rights, privileges, limited common elements and easements described in the Master Declaration as being appurtenant to the Unit.

SUBJECT, HOWEVER, to an easement in favor of the owners of all other Units of the Condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines and other common elements serving such other Units, and other parts of the building and for support and repair of the common elements and all other Units.

Account No.: 724383160

EXCEPTING AND RESERVING easements through the Unit appurtenant to the common elements of the Condominiums and all other Units of the Condominiums for support and repair of both the common elements of the Condominiums and all other Units of the Condominiums.

B.  An undivided percentage interest equal to the percentage interest appurtenant to the Unit as established by the Master Declaration, or as set forth in any replacement declaration covering the Condominiums, or if the Condominiums is removed from the condominium property regime, then as set forth in the Master Declaration immediately preceding such removal, as tenant in common with the other owners of Units of the Condominiums, in and to the common elements of the Condominiums, including the land, as described in the Master Declaration, subject to nonexclusive easements appurtenant to all Units for ingress, egress, support and repair.

TOGETHER WITH appurtenant easements described in the Master Declaration, and SUBJECT TO the encumbrances, restrictions, covenants, agreements, obligations, conditions and other provisions set forth in the Master Declaration, and the above-mentioned Condominium Map, to which reference is hereby made

SUBJECT, HOWEVER, TO:

1.  The lien of real property taxes not yet due and owing.

2.  The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Master Declaration and the Bylaws, and any amendments to either of them.

3.  The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Vacation Plan Declaration and Bylaws contemplated by the Vacation Plan Declaration, and any amendments to either of them.

4.  Such other covenants, conditions, restrictions, easements, rights of way and other matters of record, if any, which may now affect the Property.

Account No.: 724383160

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 177-04-414-097
   b. 177-04-414-099
   c. _____
   d. _____

2. Type of Property:
   a. ☐ Vacant Land     b. ☐ Single Fam. Res.
   c. ☐ Condo/Twnhse    d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg       f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural    h. ☐ Mobile Home
      ☑ Other  Timeshare

   | FOR RECORDERS OPTIONAL USE ONLY |
   | --- |
   | Book_____ Page:_____ |
   | Date of Recording: _____ |
   | Notes: |

3. a. Total Value/Sales Price of Property          $ 500.00
   b. Deed in Lieu of Foreclosure Only (value of property (                    )
   c. Transfer Tax Value:                           $ 500.00
   d. Real Property Transfer Tax Due                $ 2.55

**4. If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: _____%

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _Flint Rudnik Lori Rudnik_ Capacity: GRANTOR

Signature _Tom Stanford_ Capacity: GRANTEE

| SELLER (GRANTOR) INFORMATION (REQUIRED) | BUYER (GRANTEE) INFORMATION (REQUIRED) |
| --- | --- |
| Print Name: FLINT & LORI RUDNIK | Print Name: TOM STANFORD |
| Address: 205 Eldridge Street | Address: 2392 MIRAMONTE E UNIT D |
| City: Burlington | City: PALM SPRINGS |
| State: CO    Zip: 80807 | State: CA    Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| Print Name: MITCHEEL R. SUSSMAN, ESQ. | Escrow # N/A |
| --- | --- |
| Address: 1053 S. PALM CANYON DR. | |
| City: PALM SPRINGS | State:CA    Zip: 92264 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED



Inst #: 20151009-0000216
Fees: $24.00 N/C Fee: $0.00
RPTT: $2.55 Ex: #
10/09/2015 08:36:47 AM
Receipt #: 2576396
Requestor:
MITCHELL SUSSMAN
Recorded By: BERRYS   Pgs: 9
DEBBIE CONWAY
CLARK COUNTY RECORDER

## RECORDING COVER PAGE
(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)

**APN#** _177-04-412-180_

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

## TITLE OF DOCUMENT
### (DO NOT Abbreviate)

Tahiti Village Vacation Club

Grant, Bargain, Sale Deed

**Document Title on cover page must appear EXACTLY as the first page of the document
to be recorded.**

**RECORDING REQUESTED BY:**

Mitchell R. Sussman, Esq.

**RETURN TO: Name** _Mitchell R. Sussman, Esq._

**Address** _1053 S. Palm Canyon Dr._

**City/State/Zip** _Palm Springs, CA 92264_

**MAIL TAX STATEMENT TO:** (Applicable to documents transferring real property)

**Name** _Tom Stanford_

**Address** _2392 E. Miramonte E. Unit D,_

**City/State/Zip** _Palm Springs, CA 92264_

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly, do not use page scaling.
Using this cover page does not exclude the document from assessing a noncompliance fee.
P:\Common\Forms & Notices\Cover Page Template Feb2014

WHEN RECORDED MAIL TO:
Mitchell R. Sussman, Attorney at Law
1053 S. Palm Canyon Dr.
Palm Springs, CA 92264

MAIL TAX STATEMENTS TO:
Tom Stanford
2392 Miramonte E., Unit D
Palm Springs, CA 92264

Affix R. P. T. T.: $2.55

APN: 177-04-412-180

## TAHITI VILLAGE VACATION CLUB
## GRANT, BARGAIN, SALE DEED

Unit No.    5360
Interval No. 364
Unit Type:   One Bedroom Bora Bora
Season: Regular
Number of Vacation Plans:    1
Type of Vacation Plan: Every Year

This document takes effect on August 12 , 2015. It is made by and binding on:

**"GRANTOR"**      Bernard F. Vail and Deborah L. Vail, Husband and Wife, whose mailing address is: 10312 NE 94th Ave, Vancouver, WA 98662

In consideration of TEN DOLLARS ($10.00) and other valuable consideration, the receipt of which is hereby acknowledged, do hereby Grant, Bargain, Sell and Convey to:

**"GRANTEE"**      Tom Stanford, a Single Man, whose mailing address is: 2392 Miramonte E., Unit D, Palm Springs, CA 92264

The real property described in Exhibit "A", attached hereto and incorporated herein by this reference, located in Clark County, Nevada, (the "Conveyed Property").

IN WITNESS WHEREOF, said Seller has executed the within instrument this ___12___ day of ___August___ 2015.

## EXHIBIT A

THE PROPERTY CONSISTS OF THE FOLLOWING:

1.    For each (whole) Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document to which this Exhibit is attached:

    A.    An undivided one fifty-second (1/52) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

    B.    The right to reserve and then exclusively to occupy and use such Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year".

2.    For each One-Half Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document:

    A.    An undivided one one-hundred and fourth (1/104th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

    B.

        1.    For each Odd-Year One-Half Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document, the right to reserve and then exclusively to occupy and use said Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "1", "3", "5", "7", or "9".

                                      Account No.:        724265420

2. For each Even-Year One-Half Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document, the right to reserve and then exclusively to occupy and use said Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "0", "2", "4", "6", or "8".

3. For each One-Third Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document:

   A. An undivided one one hundred fifty-sixth (1/156th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

   B. The right to reserve and then exclusively to occupy and use such Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for one "Use Week" during the Season identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year", the first Use Year being the calendar year in which your use is designated and every third calendar year thereafter.

NOTE AS TO 1, 2 & 3: The terms "Use Week", "Season", "Unit Type" and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions and Restrictions for Vacation Plan Ownership in the Tahiti Village Vacation Club dated January 6, 2004, and recorded January 7, 2004, in Book 2004017 as Instrument 00951, Official Records, Clark County, Nevada (as amended from time to time, the "Vacation Plan Declaration").

---

**The Unit and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:**

Account No.:          724265420

All of the premises comprising a portion of the Condominium's common interest community known as "Tahiti Village", which Condominiums consists of the land more particularly described in that certain Declaration of Condominium of Tahiti Village dated December 24, 2003, and recorded December 24, 2003 in Book 20031224 as Instrument 02271, Official Records, Clark County, Nevada, as amended and fully restated in the Amended and Restated Declaration of Condominium for Tahiti Village, dated February 18, 2004, and recorded February 23, 2004, in Book 20040223 as Instrument 01027, Amended September 15, 2004 in Book 20040915 as Instrument 0001861 and Amended December 22, 2005 in Book 20051222 as Instrument 0002215, Official Records, Clark County, Nevada (herein with any amendments called the "Master Declaration") to which reference is hereby made and which land description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by the Master Declaration, described as follows:

FIRST:

A.  The Unit identified on page 1 of the Vacation Plan Conveyance Document to which this Exhibit is attached, as that Unit is described in the Master Declaration and as shown on either (a) the Third Amended Final Map of Tahiti Village Phase 1, recorded April 28, 2006 in Book 131, Page 0005 of Plats, Office of the Clark County Recorder, Clark County, Nevada (herein with any amendments called the "Phase 1 Map" and, collectively with the Phase 2 Map, the "Condominium Map"); or (b) the Final Map of Tahiti Village Phase 2 recorded on December 22, 2005, in Book 128, Page 85 of Plats, Official Records, Clark County, Nevada (herein with any amendments called the "Phase 2 Map" and, collectively with the Phase 1 Map, the "Condominium Map").

TOGETHER WITH the following appurtenant rights and easements:

1.  Nonexclusive easements for ingress and egress and support of such Unit through the common elements of the Condominiums and for repair of such Unit through all other Units of the Condominiums and through the common elements of the Condominiums, all as more fully described in the Master Declaration; and

2.  All other rights, privileges, limited common elements and easements described in the Master Declaration as being appurtenant to the Unit.

SUBJECT, HOWEVER, to an easement in favor of the owners of all other Units of the Condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines and other common elements serving such other Units, and other parts of the building and for support and repair of the common elements and all other Units.

Account No.:                            724265420

EXCEPTING AND RESERVING easements through the Unit appurtenant to the common elements of the Condominiums and all other Units of the Condominiums for support and repair of both the common elements of the Condominiums and all other Units of the Condominiums.

B.   An undivided percentage interest equal to the percentage interest appurtenant to the Unit as established by the Master Declaration, or as set forth in any replacement declaration covering the Condominiums, or if the Condominiums is removed from the condominium property regime, then as set forth in the Master Declaration immediately preceding such removal, as tenant in common with the other owners of Units of the Condominiums, in and to the common elements of the Condominiums, including the land, as described in the Master Declaration, subject to nonexclusive easements appurtenant to all Units for ingress, egress, support and repair.

TOGETHER WITH appurtenant easements described in the Master Declaration, and SUBJECT TO the encumbrances, restrictions, covenants, agreements, obligations, conditions and other provisions set forth in the Master Declaration, and the above-mentioned Condominium Map, to which reference is hereby made.

SUBJECT, HOWEVER, TO:

1.   The lien of real property taxes not yet due and owing.

2.   The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Master Declaration and the Bylaws, and any amendments to either of them.

3.   The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Vacation Plan Declaration and Bylaws contemplated by the Vacation Plan Declaration, and any amendments to either of them.

4.   Such other covenants, conditions, restrictions, easements, rights of way and other matters of record, if any, which may now affect the Property.

Account No.:              724265420

By: _Bernard F Vail_
Bernard F. Vail

By: _Deborah L. Vail_
Deborah L. Vail

STATE OF Washington )
                    ) ss.
COUNTY OF Clark )

On this _August 12th, 2015_
appeared before me, a Notary Public,

_Bernard F. Vail_
_Deborah L. Vail_

personally known or proven to me to be
the person(s) whose name(s) is/are
subscribed to the above instrument, who
acknowledged that he/she/they executed
the instrument for the purposes therein
contained.

_Notary Public_

My commission expires: 04/30/2019

Notary Public
State of Washington
ARMAAN J MCCOY
My Appointment Expires Apr 30, 2019

**RECORDER'S NOTE:**
NOTARY STAMP/SEAL IS VISIBLE,
HOWEVER IT IS FRAGMENTED AND
MAY NOT BE REPRODUCIBLE

STATE OF NEVADA
DECLARATION OF VALUE

1.  Assessor Parcel Number(s)
    a. 177-04-412-180
    b. _____
    c. _____
    d. _____

2.  Type of Property:
    a. ☐ Vacant Land      b. ☐ Single Fam. Res.
    c. ☐ Condo/Twnhse     d. ☐ 2-4 Plex
    e. ☐ Apt. Bldg        f. ☐ Comm'l/Ind'l
    g. ☐ Agricultural     h. ☐ Mobile Home
       ☑ Other Timeshare

| | FOR RECORDERS OPTIONAL USE ONLY |
|---|---|
| | Book_____  Page:_____ |
| | Date of Recording: . |
| | Notes: |

3.a. Total Value/Sales Price of Property        $ 500.00
   b. Deed in Lieu of Foreclosure Only (value of property ( _____ )
   c. Transfer Tax Value:                       $ 2.55
   d. Real Property Transfer Tax Due            $ 2.55

4.  **If Exemption Claimed:**
    a.  Transfer Tax Exemption per NRS 375.090, Section_____
    b.  Explain Reason for Exemption: _____

5.  Partial Interest: Percentage being transferred: 100  %
The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060
and NRS 375.110, that the information provided is correct to the best of their information and belief,
and can be supported by documentation if called upon to substantiate the information provided herein.
Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of
additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant
to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _Bernard Vail_____    Capacity: Grantor

Signature _Deborah L. Vail_____    Capacity: Grantor

| **SELLER (GRANTOR) INFORMATION** | **BUYER (GRANTEE) INFORMATION** |
|---|---|
| **(REQUIRED)** | **(REQUIRED)** |
| Print Name: Bernard and Deborah Vail | Print Name: Tom Stanford |
| Address: 10313 NE 94th AVE | Address: 2392 Miramonte E., Unit D |
| City: VANCOUVER | City: Palm Springs |
| State: WA    Zip: 98662 | State: CA    Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| | |
|---|---|
| Print Name: Mitchell R. Sussman, Esq. | Escrow # |
| Address: 1053 S. Palm Canyon Dr. | |
| City: Palm Springs | State: CA    Zip: 92264 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

Inst #: 20151221-0001996
Fees: $24.00 N/C Fee: $0.00
RPTT: $2.55 Ex: #
12/21/2015 03:47:35 PM
Receipt #: 2640018
Requestor:
MITCHELL SUSSMAN
Recorded By: TAH   Pgs: 9
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN: 177-04-413-128

WHEN RECORDED MAIL TO:
Mitchell R. Sussman, Attorney at Law
1053 S. Palm Canyon Dr.
Palm Springs, CA 92264

(9-1)

MAIL TAX STATEMENTS TO:
Tom Stanford
2392 Miramonte E., Unit D
Palm Springs, CA 92264

Affix R. P. T. T.: $2.55

## TAHITI VILLAGE VACATION CLUB
## GRANT, BARGAIN, SALE DEED

Unit No.   2404A
Interval Number(s): 01Y
Unit Type:  One Bedroom (Bora Bora)
Season: Regular
Number of Vacation Plans:  1
Type of Vacation Plan: Every Year

This document takes effect on                    , 2015.  It is made by and binding on:

**"GRANTOR"**      Angelo Gioia and Carole Gioia, Husband and Wife,

In consideration of TEN DOLLARS ($10.00) and other valuable consideration, the receipt of which is hereby acknowledged, do hereby Grant, Bargain, Sell and Convey to:

**"GRANTEE"**      Tom Stanford, a Single Man, whose mailing address is: 2392 Miramonte E., Unit D, Palm Springs, CA 92264

The real property described in Exhibit "A", attached hereto and incorporated herein by this reference, located in Clark County, Nevada, (the "Conveyed Property").

## EXHIBIT A

THE PROPERTY CONSISTS OF THE FOLLOWING:

1.    For each (whole) Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document to which this Exhibit is attached:

     A.    An undivided one fifty-second (1/52) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

     B.    The right to reserve and then exclusively to occupy and use such Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year".

2.    For each One-Half Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document:

     A.    An undivided one one-hundred and fourth (1/104th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

     B.

          1.    For each Odd-Year One-Half Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document, the right to reserve and then exclusively to occupy and use said Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its

NOTE AS TO 1, 2 & 3: The terms "Use Week", "Season", "Unit Type" and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions and Restrictions for Vacation Plan Ownership in the Tahiti Village Vacation Club dated January 6, 2004, and recorded January 7, 2004, in Book 2004017 as Instrument 00951, Official Records, Clark County, Nevada (as amended from time to time, the "Vacation Plan Declaration")..

**The Unit and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:**

All of the premises comprising a portion of the Condominium's common interest community known as "Tahiti Village", which Condominiums consists of the land more particularly described in that certain Declaration of Condominium of Tahiti Village dated December 24, 2003, and recorded December 24, 2003 in Book 20031224 as Instrument 02271, Official Records, Clark County, Nevada, as amended and fully restated in the Amended and Restated Declaration of Condominium for Tahiti Village, dated February 18, 2004, and recorded February 23, 2004, in Book 20040223 as Instrument 01027, Amended September 15, 2004 in Book 20040915 as Instrument 0001861 and Amended December 22, 2005 in Book 20051222 as Instrument 0002215, Official Records, Clark County, Nevada (herein with any amendments called the "Master Declaration") to which reference is hereby made and which land description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by the Master Declaration, described as follows:

**FIRST:**

    A.    The Unit identified on page 1 of the Vacation Plan Conveyance Document to which this Exhibit is attached, as that Unit is described in the Master Declaration and as shown on either (a) the Third Amended Final Map of Tahiti Village Phase 1, recorded April 28, 2006 in Book 131, Page 0005 of Plats, Office of the Clark County Recorder, Clark County, Nevada (herein with any amendments called the "Phase 1 Map" and, collectively with the Phase 2 Map, the "Condominium Map"); or (b) the Final Map of Tahiti Village Phase 2 recorded on December 22, 2005, in Book 128, Page 85 of Plats, Official Records, Clark County, Nevada (herein with any amendments called the "Phase 2 Map" and, collectively with the Phase 1 Map, the "Condominium Map").

**TOGETHER WITH** the following appurtenant rights and easements:

1.  Nonexclusive easements for ingress and egress and support of such Unit through the common elements of the Condominiums and for repair of such Unit through all other Units of the Condominiums and through the common elements of the Condominiums, all as more fully described in the Master Declaration; and

2.  All other rights, privileges, limited common elements and easements described in the Master Declaration as being appurtenant to the Unit.

SUBJECT, HOWEVER, to an easement in favor of the owners of all other Units of the Condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines and other common elements serving such other Units, and other parts of the building and for support and repair of the common elements and all other Units.

EXCEPTING AND RESERVING easements through the Unit appurtenant to the common elements of the Condominiums and all other Units of the Condominiums for support and repair of both the common elements of the Condominiums and all other Units of the Condominiums.

B.  An undivided percentage interest equal to the percentage interest appurtenant to the Unit as established by the Master Declaration, or as set forth in any replacement declaration covering the Condominiums, or if the Condominiums is removed from the condominium property regime, then as set forth in the Master Declaration immediately preceding such removal, as tenant in common with the other owners of Units of the Condominiums, in and to the common elements of the Condominiums, including the land, as described in the Master Declaration, subject to nonexclusive easements appurtenant to all Units for ingress, egress, support and repair.

TOGETHER WITH appurtenant easements described in the Master Declaration, and SUBJECT TO the encumbrances, restrictions, covenants, agreements, obligations, conditions and other provisions set forth in the Master Declaration, and the above-mentioned Condominium Map, to which reference is hereby made.

SUBJECT, HOWEVER, TO:

1.  The lien of real property taxes not yet due and owing.

2.  The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Master Declaration and the Bylaws, and any amendments to either of them.

3.     The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Vacation Plan Declaration and Bylaws contemplated by the Vacation Plan Declaration, and any amendments to either of them.

4.     Such other covenants, conditions, restrictions, easements, rights of way and other matters of record, if any, which may now affect the Property.

IN WITNESS WHEREOF, said Seller has executed the within instrument this _____29_____ day of ___OCToBER___ 2015.

By: _____
Angelo Gioia

By: _____
Carole Gioia

Envelope 1 - page 3 of 10   Batch 99999 - page 3 of 10                          LAC-504460 20160622 17

Inst #: 20160108-0001837
Fees: $23.00 N/C Fee: $0.00
RPTT: $2.55 Ex: #
01/08/2016 01:01:39 PM
Receipt #: 2653376
Requestor:
MITCHELL SUSSMAN
Recorded By: DHG  Pgs: 8
DEBBIE CONWAY
CLARK COUNTY RECORDER

# RECORDING COVER PAGE
(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)

**APN#** 163-25-512-051

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

## TITLE OF DOCUMENT
(DO NOT Abbreviate)

Grant, Bargain, Sale Deed

Document Title on cover page must appear EXACTLY as the first page of the document
to be recorded.

RECORDING REQUESTED BY:

Mitchell R. Sussman, Esq.

RETURN TO: Name __Mitchell R. Sussman, Esq.__

Address __1053 S. Palm Canyon Dr.__

City/State/Zip __Palm Springs, CA 92264__

MAIL TAX STATEMENT TO: (Applicable to documents transferring real property)

Name __Tom Stanford__

Address __2392 E. Miramonte E. Unit D,__

City/State/Zip __Palm Springs, CA 92264__

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly, do not use page scaling.
Using this cover page does not exclude the document from assessing a noncompliance fee.
P:\Common\Forms & Notices\Cover Page Template Feb2014

Envelope 1 - page 4 of 10   Batch 99999 - page 4 of 10                    LAC-504460 20160622 19

APN: 163-25-512-051

C/O AJ Underwood
WHEN RECORDED MAIL TO:
Mitchell R. Sussman, Attorney at Law
1053 S. Palm Canyon Dr.
Palm Springs, CA 92264

MAIL TAX STATEMENTS TO:
Tom Stanford
2392 Miramonte E., Unit D
Palm Springs, CA 92264

Affix R. P. T. T.: $2.55

## TAHITI VILLAGE VACATION CLUB
## GRANT, BARGAIN, SALE DEED

Unit No.    316
Week        23
Unit Type: Two Bedroom Suite
Season: Regular
Number of Vacation Plans:   1
Type of Vacation Plan: Every Year (Annual)

This document takes effect on November 13, 2015. It is made by and binding on:

**"GRANTOR"**    David B. Wetz and Deborah A. Wetz, Husband and Wife, whose mailing
address is: 437 N.W. Sunflower Place, Jensen Beach, FL 34957

In consideration of TEN DOLLARS ($10.00) and other valuable
consideration, the receipt of which is hereby acknowledged, do hereby
Grant, Bargain, Sell and Convey to:

**"GRANTEE"**    Tom Stanford, a Single Man, whose mailing address is: 2392 Miramonte
E., Unit D, Palm Springs, CA 92264

The real property described in Exhibit "A", attached hereto and incorporated herein by this
reference, located in Clark County, Nevada, (the "Conveyed Property").

Envelope 1 - page 5 of 10   Batch 99999 - page 5 of 10                    LAC-504460 20160622 21

IN WITNESS WHEREOF, said Seller has executed the within instrument this ___13TH___ day of ___November___ 2015.

State of ___Florida___
County of ___Martin___
On this __13th__ day of __November 2015__
before me personally appeared
__David B. Wetz & Deborah A Wetz__
to me known to be the person who executed the
foregoing instrument, and acknowledged that he
executed the same as his free act and deed.
SEAL (signed)

NOTARY PUBLIC

By: _____
David B. Wetz

By: _____
Deborah A. Wetz

Kendal P. Duncan
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF192697
Expires 2/9/2019

Envelope 1 - page 6 of 10    Batch 99999 - page 6 of 10                     LAC-504460 20160622 23

## EXHIBIT A

### THE PROPERTY CONSISTS OF THE FOLLOWING:

1.      For each (whole) Vacation Plan identified on page one (1) of the conveyance document (the "Conveyance Document") to which this Exhibit is attached:

    A.      An undivided one fifty-second (1 52) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Tahiti condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.

    B.      The right to reserve and then exclusively to occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year".

2.      For each One-Half Vacation Plan identified on page one (1) of the Conveyance Document:

    A.      An undivided one one-hundred and fourth (1 104th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Tahiti condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.

    B.      1)      For each Odd-Year One-Half Vacation Plan identified on page one (1) of the Conveyance Document, the right to reserve and then exclusively to occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "1", "3", "5", "7", or "9".

        2)      For each Even-Year One-Half Vacation Plan identified on page one (1) of the Conveyance Document, the right to reserve and then exclusively to occupy

A-1                                                              722560546

Envelope 1 - page 7 of 10  Batch 99999 - page 7 of 10                    LAC-504460 20160622 25

and use said condominium for another condominium which is considered the same "Unit Type" for purposes of the Club and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season, identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "0", "2", "4", "6", or "8".

NOTE AS TO 1 & 2: The terms "Use Week", "Season", "Unit Type" and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions and Restrictions for Vacation Ownership in the Tahiti Vacation Club.

**The condominium and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:**

All of the premises comprising a portion of the Condominium common interest community known as "Tahiti" (herein called the "Condominium"), which Condominium consists of the land more particularly described in that certain Declaration of Condominium of Tahiti dated June 28, 2002, and recorded in Book 20020628 as Instrument 01877, Official Records, Clark County, Nevada, therein with any amendments called the "Declaration") to which reference is hereby made and which land description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by said Declaration, described as follows:

**FIRST:**

A.  The condominium identified on page 1 of the Conveyance Document to which this Exhibit is attached, as that condominium is described in the Declaration and as shown on the Plat of Tahiti Condominiums recorded June 28, 2002, in Book 105 Page 55 of Plats, Official Records, Clark County, Nevada (therein with any amendments called the "Condominium Map").

**TOGETHER WITH** the following appurtenant rights and easements:

1.  Nonexclusive easements for ingress and egress and support of said condominium through the common elements of the Condominium and for repair of said condominium through all other condominium and through the common elements of the Condominium, all as more fully described in the Declaration;

722560546

2.    All other rights, privileges, limited common elements and easements described in the Declaration as being appurtenant to the condominium.

SUBJECT, HOWEVER, to an easement in favor of the owners of all other condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines and other common elements serving such other condominiums, and other parts of the building and for support and repair of the common elements and all other condominiums.

EXCEPTING AND RESERVING easements through said condominium appurtenant to the common elements of the Condominium and all other condominiums of the Condominium for support and repair of both the common elements of the Condominium and all other condominiums of the Condominium.

B.    An undivided percentage interest equal to the percentage interest appurtenant to said condominium as established by the Declaration, or as set forth in any replacement declaration covering the Condominium, or if the Condominium is removed from the condominium property regime, then as set forth in the Declaration immediately preceding such removal, as tenant in common with the other owners of condominiums of the Condominium, in and to the common elements of the Condominium, including the land, as described in the Declaration, subject to nonexclusive easements appurtenant to all condominiums for ingress, egress, support and repair.

TOGETHER WITH appurtenant easements described in said Declaration, and SUBJECT TO the encumbrances, restrictions, covenants, agreements, obligations, conditions and other provisions set forth in said Declaration, and the above-mentioned Condominium Map, to which reference is hereby made.

SUBJECT, HOWEVER, TO:

1.    The lien of real property taxes not yet due and owing.

2.    The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in said Declaration and said Bylaws, and any amendments to either of them.

3.    Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Tahiti Vacation Club, dated July 2, 2002, and recorded in Book 20020702 as Instrument 01121, Official Records, Clark County, Nevada.

4.    Such other covenants, conditions, restrictions, easements, rights of way and other matters of record, if any, which may now affect the Property.

722560546

LAC-504460 20160622 29

STATE OF *Aflorida* )
                                    ) ss.
COUNTY OF *Martin* )

On this *November 13th, 2015*
appeared before me, a Notary Public.

*David B Wetz*

*Deborah A Wetz*

personally known or proven to me to be the person(s) whose name(s) is/are subscribed to the above instrument, who acknowledged that he/she/they executed the instrument for the purposes therein contained.

Notary Public

My commission expires: *2/9/19*

Kendal P. Duncan
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF192697
Expires 2/9/2019

LAC-504460 20160622 31

**Bank of America**
**Merrill Lynch**

General Information

Lockbox Name: Soleil Management
Lockbox Number: LAC-504461
Document Type: Envelope
Processing Date: 06/22/2016

Envelope Information

Envelope ID: EA-0570.02b.174.0005
Package Contents:
Checks: 0
Correspondence: 1

Documents

Transaction ID: G-0219152
Batch: Batch 99999 - Item 1
Group: -



U.S. POSTAGE
$1.15
FCM LG ENV
92823

MITCHELL REED SUSSMAN
ATTORNEY AT LAW
1053 S. Palm Canyon Drive
Palm Springs, CA 92264

Tahiti
Atten: Accts Receivable
File 50446
Los Angeles, CA 90074

Inst #: 20160108-0001839
Fees: $25.00 N/C Fee: $0.00
RPTT: $2.55 Ex: #
01/08/2016 01:01:39 PM
Receipt #: 2653376
Requestor:
MITCHELL SUSSMAN
Recorded By: DHG   Pgs: 10
DEBBIE CONWAY
CLARK COUNTY RECORDER

## RECORDING COVER PAGE

(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)

**APN#** _177-04-414-525_

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

### TITLE OF DOCUMENT
(DO NOT Abbreviate)

Tahiti Village Vacation Club

Grant, Bargain, Sale Deed

**Document Title on cover page must appear EXACTLY as the first page of the document
to be recorded.**

**RECORDING REQUESTED BY:**

Mitchell R. Sussman, Esq.

**RETURN TO: Name**___Mitchell R. Sussman, Esq.___

**Address**___1053 S. Palm Canyon Dr.___

**City/State/Zip**___Palm Springs, CA 92264___

**MAIL TAX STATEMENT TO: (Applicable to documents transferring real property)**

**Name**___Tom Stanford___

**Address**___2392 E. Miramonte E. Unit D,___

**City/State/Zip**___Palm Springs, CA 92264___

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly, do not use page scaling.
Using this cover page does not exclude the document from assessing a noncompliance fee.
P:\Common\Forms & Notices\Cover Page Template Feb2014

C/O AJ Underwood
WHEN RECORDED MAIL TO:
Mitchell R. Sussman, Attorney at Law
1053 S. Palm Canyon Dr.
Palm Springs, CA 92264

MAIL TAX STATEMENTS TO:
Tom Stanford
2392 Miramonte E., Unit D
Palm Springs, CA 92264

Affix R. P. T. T.: $2.55

APN: 177-04-414-525

## TAHITI VILLAGE VACATION CLUB
## GRANT, BARGAIN, SALE DEED

Unit No.    51001
Interval Number(s): 480
Unit Type: One Bedroom (Bora Bora)
Season: Regular
Number of Vacation Plans:  1
Type of Vacation Plan: Every Other Year – Odd Years

This document takes effect on *June 4*        , 2015. It is made by and binding on:

**"GRANTOR"**        Jack E. Nelson and Julie I. McKee (who acquired title as Julie I. Nelson), whose mailing address is:
2410 10th Ave., Milton, WA 98354

In consideration of TEN DOLLARS ($10.00) and other valuable consideration, the receipt of which is hereby acknowledged, do hereby Grant, Bargain, Sell and Convey to:

**"GRANTEE"**        Tom Stanford, a Single Man, whose mailing address is: 2392 Miramonte E., Unit D, Palm Springs, CA 92264

The real property described in Exhibit "A", attached hereto and incorporated herein by this reference, located in Clark County, Nevada, (the "Conveyed Property").

## EXHIBIT A

THE PROPERTY CONSISTS OF THE FOLLOWING:

1. For each (whole) Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document to which this Exhibit is attached:

   A. An undivided one fifty-second (1/52) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

   B. The right to reserve and then exclusively to occupy and use such Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year".

2. For each One-Half Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document:

   A. An undivided one one-hundred and fourth (1/104th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

   B.

      1. For each Odd-Year One-Half Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document, the right to reserve and then exclusively to occupy and use said Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its

Account No.:        724275262

common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "1", "3", "5", "7", or "9".

2. For each Even-Year One-Half Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document, the right to reserve and then exclusively to occupy and use said Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "0", "2", "4", "6", or "8".

3. For each One-Third Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document:

A. An undivided one one hundred fifty-sixth (1/156th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

B. The right to reserve and then exclusively to occupy and use such Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for one "Use Week" during the Season identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year", the first Use Year being the calendar year in which your use is designated and every third calendar year thereafter.

Account No.:    724275262

NOTE AS TO 1, 2 & 3: The terms "Use Week", "Season", "Unit Type" and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions and Restrictions for Vacation Plan Ownership in the Tahiti Village Vacation Club dated January 6, 2004, and recorded January 7, 2004, in Book 2004017 as Instrument 00951, Official Records, Clark County, Nevada (as amended from time to time, the "Vacation Plan Declaration")..

---

The Unit and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:

All of the premises comprising a portion of the Condominium's common interest community known as "Tahiti Village", which Condominiums consists of the land more particularly described in that certain Declaration of Condominium of Tahiti Village dated December 24, 2003, and recorded December 24, 2003 in Book 20031224 as Instrument 02271, Official Records, Clark County, Nevada, as amended and fully restated in the Amended and Restated Declaration of Condominium for Tahiti Village, dated February 18, 2004, and recorded February 23, 2004, in Book 20040223 as Instrument 01027, Amended September 15, 2004 in Book 20040915 as Instrument 0001861 and Amended December 22, 2005 in Book 20051222 as Instrument 0002215, Official Records, Clark County, Nevada (herein with any amendments called the "Master Declaration") to which reference is hereby made and which land description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by the Master Declaration, described as follows:

FIRST:

A.  The Unit identified on page 1 of the Vacation Plan Conveyance Document to which this Exhibit is attached, as that Unit is described in the Master Declaration and as shown on either (a) the Third Amended Final Map of Tahiti Village Phase 1, recorded April 28, 2006 in Book 131, Page 0005 of Plats, Office of the Clark County Recorder, Clark County, Nevada (herein with any amendments called the "Phase 1 Map" and, collectively with the Phase 2 Map, the "Condominium Map"); or (b) the Final Map of Tahiti Village Phase 2 recorded on December 22, 2005, in Book 128, Page 85 of Plats, Official Records, Clark County, Nevada (herein with any amendments called the "Phase 2 Map" and, collectively with the Phase 1 Map, the "Condominium Map").

TOGETHER WITH the following appurtenant rights and easements:

Account No.:    724275262

1.    Nonexclusive easements for ingress and egress and support of such Unit through the common elements of the Condominiums and for repair of such Unit through all other Units of the Condominiums and through the common elements of the Condominiums, all as more fully described in the Master Declaration; and

2.    All other rights, privileges, limited common elements and easements described in the Master Declaration as being appurtenant to the Unit.

SUBJECT, HOWEVER, to an easement in favor of the owners of all other Units of the Condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines and other common elements serving such other Units, and other parts of the building and for support and repair of the common elements and all other Units.

EXCEPTING AND RESERVING easements through the Unit appurtenant to the common elements of the Condominiums and all other Units of the Condominiums for support and repair of both the common elements of the Condominiums and all other Units of the Condominiums.

B.    An undivided percentage interest equal to the percentage interest appurtenant to the Unit as established by the Master Declaration, or as set forth in any replacement declaration covering the Condominiums, or if the Condominiums is removed from the condominium property regime, then as set forth in the Master Declaration immediately preceding such removal, as tenant in common with the other owners of Units of the Condominiums, in and to the common elements of the Condominiums, including the land, as described in the Master Declaration, subject to nonexclusive easements appurtenant to all Units for ingress, egress, support and repair.

TOGETHER WITH appurtenant easements described in the Master Declaration, and SUBJECT TO the encumbrances, restrictions, covenants, agreements, obligations, conditions and other provisions set forth in the Master Declaration, and the above-mentioned Condominium Map, to which reference is hereby made.

SUBJECT, HOWEVER, TO:

1.    The lien of real property taxes not yet due and owing.

2.    The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Master Declaration and the Bylaws, and any amendments to either of them.

Account No.:        724275262

3.  The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Vacation Plan Declaration and Bylaws contemplated by the Vacation Plan Declaration, and any amendments to either of them.

4.  Such other covenants, conditions, restrictions, easements, rights of way and other matters of record, if any, which may now affect the Property.

Account No.:    724275262

IN WITNESS WHEREOF, said Seller has executed the within instrument this ___ 4th day of ____June____ 2015.

By: _____
Jack E. Nelson

By: _____
Julie I. McKee

STATE OF _Washington_ )
                                    ) ss.
COUNTY OF _Pierce_ )

On this _June  4, 2015_
appeared before me, a Notary Public,

_Jack E. Nelson_

_Julie I. McKee_

personally known or proven to me to be
the person(s) whose name(s) is/are
subscribed to the above instrument, who
acknowledged that he/she/they executed
the instrument for the purposes therein
contained.

_Jefferson B Cook_
Notary Public

My commission expires: _03-25-17_

JEFFERSON B. COOK
STATE OF WASHINGTON
NOTARY PUBLIC
MY COMMISSION EXPIRES
03-25-17

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 177-04-414-525
   b. _____
   c. _____
   d. _____

2. Type of Property:
   | | | | |
   |---|---|---|---|
   | a. ☐ | Vacant Land | b. ☐ | Single Fam. Res. |
   | c. ☐ | Condo/Twnhse | d. ☐ | 2-4 Plex |
   | e. ☐ | Apt. Bldg | f. ☐ | Comm'l/Ind'l |
   | g. ☐ | Agricultural | h. ☐ | Mobile Home |
   | ☑ | Other Timeshare | | |

   FOR RECORDERS OPTIONAL USE ONLY
   Book_____ Page:_____
   Date of Recording: _____
   Notes:

3. a. Total Value/Sales Price of Property        $ 500.00
   b. Deed in Lieu of Foreclosure Only (value of property (_____)
   c. Transfer Tax Value:        $ 2.55
   d. Real Property Transfer Tax Due        $ 2.55

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: 100    %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _Jack Nelson_____ Capacity: Grantor _____

Signature _Judie McKee_____ Capacity: Grantor _____

| **SELLER (GRANTOR) INFORMATION (REQUIRED)** | **BUYER (GRANTEE) INFORMATION (REQUIRED)** |
|---|---|
| Print Name: Jack & Julie Nelson | Print Name: Tom Stanford |
| Address: 2410 10th Ave. | Address: 2392 Miramonte E., Unit D |
| City: Milton | City: Palm Springs |
| State: WA        Zip: 98353 | State: CA        Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| | |
|---|---|
| Print Name: Mitchell R. Sussman, Esq. | Escrow # |
| Address: 1053 S. Palm Canyon Dr. | |
| City: Palm Springs | State: CA        Zip: 92264 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

Inst #: 20160120-0001735
Fees: $24.00 N/C Fee: $0.00
RPTT: $2.55 Ex: #
01/20/2016 11:27:34 AM
Receipt #: 2661851
Requestor:
MITCHELL SUSSMAN AND ASSOCI
Recorded By: WHITAKER   Pgs: 9
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN NO. 177-04-413-128

Prepared by:
**Mitchell Reed Sussman & Associates**
**Attn: Stephanie Jackson**
Record and Return to:
**Mitchell Reed Sussman & Associates**
**1053 S. Palm Canyon Dr**
**Palm Springs CA 92264**
Mail Tax Statements to:
**TOM STANFORD**
**2392 MIRAMONTE CIR APT D**
**PALM SPRINGS CA 92264**



## TAHITI VILLAGE VACATION CLUB
## GRANT, BARGAIN, SALE DEED

Unit No. (s) **2404B**
Interval Number(s): **32Y**
Unit Type: **1 Bedroom (Moorea)**
Season: **Regular**
Number of Vacation Plans: **1**
Type of Vacation Plan: **Every Year**

This Tahiit Village Vacation Club Grant, Bargain, Sale Deed (herein referred to as the "Vacation Plan Conveyance Document") Takes effect on ___Nov. 24, 2015___, 2015. It is made by and is binding on:

**"GRANTOR"** Alex Garcia, an unmarried man

To

**"GRANTEE"** Tom Stanford, a single man

**TRANSFER OF OWNERSHIP.** In return for your promises in this Vacation Plan Conveyance Document and for money or other valuable things received from you, the Seller transfers (or, in legal terms, "assigns, bargains, grants, sells and conveys") the following property to you:

All of the property described in Exhibit "A" which is attached to and part of this Vacation Plan Conveyance Document. It includes, among other things, (i) the number of Vacation Plans (as shown on page one) in the condominium(s) identified on page one (the "Unit") of the Tahiti Village condominium(s) identified on page one (the "unit") of this Tahiti Village condominium project (the "condominiums"); (ii) all rights and privileges that pertain to or otherwise go with the property described in Exhibit "A"; and (iii) all rights of the Seller in that property (in legal terms, the "reversions, remainders, rents, profits, easements, and appurtenances").

The property is yours to keep forever, fee simple. Of course, the Property is subject to the document which created and governs (a) the Condominiums, i.e., the Master Declaration; and (b) the vacation Plan Declaration (as each of those terms are defined in Exhibit "A" attached to this Vacation Plan Conveyance Document).

**RIGHTS NOT TRANSFERRED.** Only the Vacation Plans described in Exhibit "A" are transferred to you. All other Vacation Plans belong to Seller or someone to whom Seller has transferred them. Those people have the right to reserve and then occupy and use the Unit (or another Unit considered to be the

same "Unit Type" under Vacation Plan Declaration). Its common furnishings, the commons elements of the Condominiums during the remainder of each year.

This Vacation Plan Conveyance Document does not transfer to you the Seller's rights (if any) as the "developer" under the Master Declaration or Vacation Plan Declaration.

**THE MASTER DECLARATION AND VACATION PLAN DECLARATION ARE BINDING AND ARE A LIEN ON THE PROPERTY.** You agree for the benefit of the Seller and the Owners of other Vacation Plans in the Vacation Plan Declaration that the Master Declaration and Vacation Plan Declaration are "covenants running with the land," "equitable servitudes" and "liens" on the Property and on other Vacation Plans in the Unit. This means that they will be binding on you and on anyone who later receives you Vacation Plan or any other interest in the property. They will also be binding on the current owner and all later owners of the Vacation Plans in the Unit.

As provided in the Master Declaration and Vacation Plan Declaration, the Seller (i) gives you liens; and (ii) reserves liens upon the Property. The liens are for the benefit of the Tahiti Village Vacation Club (the "Club" and the owners of other Vacation Plans in the Vacation Plan Declaration. This means that the Property is put up as collateral to insure that you do everything required by the Master Declaration and Vacation Plan Declaration. If you do not, the liens permit the property to be taken from you and sold.

**GRANTORS PROMISES TO YOU.** Grantor promises to grantee that: (i) Grantor now owns the Property, (ii) Grantor has the right and authority to sell the property to grantee; and (iii) except as stated in this Vacation Plan Conveyance Document or in Exhibit "A", no one else has any rights or interests in the Property which would reduce its value or disturb your use and enjoyment of it.

Grantor agrees that it will WARRANT and DEFEND Grantor's title to the Property. This means that if the Grantor's promise in this paragraph 5 turn out to be untrue, Grantor will (a) defend Grantor's title against any lawful claim by someone else; and (b) pay any damages you suffer from the loss of the Property or any interest in it if the claim is not defeated.

**YOUR PROMISES AND AGREEMENTS.** For the benefit of the owners of other units in the Condominiums including owners of the Vacation Plans, you promise to obey the Master Declaration. You here and now accept and approve the Master Declaration. For the benefit of all members of the Tahiti Village Vacation Club, you promise to obey the Vacation Plan Declaration. You here and now accept and approve the Vacation Plan Declaration. You also agree that the Property is and always will be taken subject to it and to the liens created by it. These liens permit the Property to be taken from you and sold if, for example you fail to pay your debts to the Club.

**BINDING NATURE OF YOUR PROMISES.** For the benefit of the owners of other units in the Condominiums including owns of Vacation Plans, you promise to obey the master Declaration. You here and now accept and approve the Master Declaration. For the benefit of all members of the Tahiti Village Vacation Club, you promise to obey the Vacation Plan Declaration. You here and now accept and approve the Vacation Plan Declaration. You also agree that the Property is and always will be subject to it and to the liens created by it. These liens permit the Property to be taken from you and sold if, for example, you fail to pay your debts to the Club.

**BINDING NATURE OF YOUR PROMISE.** Each agreement and promise you make in this Vacation Plan Conveyance Document is a "covenant running with the land" an "equitable servitude" and a "lien." This means that your agreements and promises in this Vacation Plan Conveyance Document are binding on (i) you; and (ii) anyone who later owns the Property or any interest in it. Your promises and agreements can be enforced by (i) the Seller (ii) anyone else intended to benefit from them (the "third

parties"); and (iii) anyone who later owns the interest of the Seller or the third parties in the Condominiums.

**YOUR INDEMNITY AGREEMENT.** You agree to defend the seller and the third parties from any claim or lawsuit threatened or made against any of them because you fail to keep your promises and agreements. You also agree to pay all losses, damages, costs and expenses, including legal fees, they pay or incur because you fail to keep your promises or agreements.

**THE EXTENT OF OUR OBLIGATIONS.** Both grantee and grantor are bound by and are intended to benefit from each other's promises in this Vacation Plan Conveyance Document. The words "Grantor" and "Grantee" (and any pronouns used in their place) are used in this document to mean and include (i) males and females; (ii) one or more (or a combination of) real people, firms, and corporations' and (iii) anyone else who, by law or by agreement, stands in the place of Grantor or you. (such people are called in technical legal terms, "Heirs" "personal representatives," "successors" and "assigns"). All other capitalized terms used and defined in this Vacation Plan Conveyance Document shall include the singular and the plural.

Each person who is one of "grantee" is jointly and severally (which means both independently together as a group) obligated to keep his or her promises and agreements in this Vacation Plan Conveyance Document)

BY SIGNING THIS CONVEYANCE DOCUMENT, Grantor and Grantee agree to all of the things written above.

_Alex Garcia_
Alex Garcia


Dated: _11/24/2015_

State of _Colorado_
County _Jefferson_

This instrument was acknowledged before me
This _____ 24 _____ day of
_November_ , 20 _15_
By_____ _Iris Lear_ _____


Signature _Lynnette M Schear_
Notary Public

My commission Expires _2/15/17_

LYNNETTE M. SCHEAR
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20054008221
MY COMMISSION EXPIRES FEBRUARY 15, 2017

**EXHIBIT A**

THE PROPERTY CONSISTS OF THE FOLLOWING:

1.  For each (whole) Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document to which this Exhibit is attached:

    A.  An undivided one fifty-second (1/52) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

    B.  The right to reserve and then exclusively to occupy and use such Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year".

2.  For each One-Half Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document:

    A.  An undivided one one-hundred and fourth (1/104th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

    B.

        1.  For each Odd-Year One-Half Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document, the right to reserve and then exclusively to occupy and use said Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its

common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "1", "3", "5", "7", or "9".

2. For each Even-Year One-Half Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document, the right to reserve and then exclusively to occupy and use said Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "0", "2", "4", "6", or "8".

3. For each One-Third Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document:

A. An undivided one one hundred fifty-sixth (1/156th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

B. The right to reserve and then exclusively to occupy and use such Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for one "Use Week" during the Season identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year", the first Use Year being the calendar year in which your use is designated and every third calendar year thereafter.

NOTE AS TO 1, 2 & 3: The terms "Use Week", "Season", "Unit Type" and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions and Restrictions for Vacation Plan Ownership in the Tahiti Village Vacation Club dated January 6, 2004, and recorded January 7, 2004, in Book 2004017 as Instrument 00951, Official Records, Clark County, Nevada (as amended from time to time, the "Vacation Plan Declaration")..

---

**The Unit and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:**

All of the premises comprising a portion of the Condominium's common interest community known as "Tahiti Village", which Condominiums consists of the land more particularly described in that certain Declaration of Condominium of Tahiti Village dated December 24, 2003, and recorded December 24, 2003 in Book 20031224 as Instrument 02271, Official Records, Clark County, Nevada, as amended and fully restated in the Amended and Restated Declaration of Condominium for Tahiti Village, dated February 18, 2004, and recorded February 23, 2004, in Book 20040223 as Instrument 01027, Amended September 15, 2004 in Book 20040915 as Instrument 0001861 and Amended December 22, 2005 in Book 20051222 as Instrument 0002215, Official Records, Clark County, Nevada (herein with any amendments called the "Master Declaration") to which reference is hereby made and which land description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by the Master Declaration, described as follows:

**FIRST:**

A. The Unit identified on page 1 of the Vacation Plan Conveyance Document to which this Exhibit is attached, as that Unit is described in the Master Declaration and as shown on either (a) the Third Amended Final Map of Tahiti Village Phase 1, recorded April 28, 2006 in Book 131, Page 0005 of Plats, Office of the Clark County Recorder, Clark County, Nevada (herein with any amendments called the "Phase 1 Map" and, collectively with the Phase 2 Map, the "Condominium Map"); or (b) the Final Map of Tahiti Village Phase 2 recorded on December 22, 2005, in Book 128, Page 85 of Plats, Official Records, Clark County, Nevada (herein with any amendments called the "Phase 2 Map" and, collectively with the Phase 1 Map, the "Condominium Map").

**TOGETHER WITH** the following appurtenant rights and easements:

1.    Nonexclusive easements for ingress and egress and support of such Unit through the common elements of the Condominiums and for repair of such Unit through all other Units of the Condominiums and through the common elements of the Condominiums, all as more fully described in the Master Declaration; and

2.    All other rights, privileges, limited common elements and easements described in the Master Declaration as being appurtenant to the Unit.

SUBJECT, HOWEVER, to an easement in favor of the owners of all other Units of the Condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines and other common elements serving such other Units, and other parts of the building and for support and repair of the common elements and all other Units.

EXCEPTING AND RESERVING easements through the Unit appurtenant to the common elements of the Condominiums and all other Units of the Condominiums for support and repair of both the common elements of the Condominiums and all other Units of the Condominiums.

B.    An undivided percentage interest equal to the percentage interest appurtenant to the Unit as established by the Master Declaration, or as set forth in any replacement declaration covering the Condominiums, or if the Condominiums is removed from the condominium property regime, then as set forth in the Master Declaration immediately preceding such removal, as tenant in common with the other owners of Units of the Condominiums, in and to the common elements of the Condominiums, including the land, as described in the Master Declaration, subject to nonexclusive easements appurtenant to all Units for ingress, egress, support and repair.

TOGETHER WITH appurtenant easements described in the Master Declaration, and SUBJECT TO the encumbrances, restrictions, covenants, agreements, obligations, conditions and other provisions set forth in the Master Declaration, and the above-mentioned Condominium Map, to which reference is hereby made.

SUBJECT, HOWEVER, TO:

1.    The lien of real property taxes not yet due and owing.

2.    The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Master Declaration and the Bylaws, and any amendments to either of them.

3.    The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Vacation Plan Declaration and Bylaws contemplated by the Vacation Plan Declaration, and any amendments to either of them.

4.    Such other covenants, conditions, restrictions, easements, rights of way and other matters of record, if any, which may now affect the Property.

STATE OF NEVADA
DECLARATION OF VALUE

1.  Assessor Parcel Number(s)
    a. 177-04-413-128
    b. _____
    c. _____
    d. _____

2.  Type of Property:

| | | | |
|---|---|---|---|
| a. ☐ Vacant Land | b. ☐ Single Fam. Res. |
| c. ☐ Condo/Twnhse | d. ☐ 2-4 Plex |
| e. ☐ Apt. Bldg | f. ☐ Comm'l/Ind'l |
| g. ☐ Agricultural | h. ☐ Mobile Home |
| ☑ Other Timeshare | |

FOR RECORDERS OPTIONAL USE ONLY
Book_____ Page:_____
Date of Recording: _____
Notes:

3.a. Total Value/Sales Price of Property          $ 500.00
  b. Deed in Lieu of Foreclosure Only (value of property ( _____ )
  c. Transfer Tax Value:                          $ 500.00
  d. Real Property Transfer Tax Due               $ 2.55

4.  **If Exemption Claimed:**
    a.  Transfer Tax Exemption per NRS 375.090, Section_____
    b.  Explain Reason for Exemption: _____

5.   Partial Interest: Percentage being transferred:_____ %
The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060
and NRS 375.110, that the information provided is correct to the best of their information and belief,
and can be supported by documentation if called upon to substantiate the information provided herein.
Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of
additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant
to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _Alex Garcia_____ Capacity: GRANTOR

Signature _Tom Stanford Jr_____ Capacity: GRANTEE

| **SELLER (GRANTOR) INFORMATION** | **BUYER (GRANTEE) INFORMATION** |
|---|---|
| **(REQUIRED)** | **(REQUIRED)** |
| Print Name: ALEX GARCIA | Print Name: TOM STANFORD |
| Address: 5326 Lincoln St | Address: 2392 MIRAMONTE CIR APT D |
| City: Denver | City: PALM SPRINGS |
| State: CO          Zip: 80216-1933 | State: CA          Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| | |
|---|---|
| Print Name: Mitchell Reed Sussman & Assoc | Escrow # n/a |
| Address: 2392 Miramonte Cir Apt D | |
| City: Palm Springs | State: CA          Zip: 92264 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED



APN# 177-04-401-010, -013, -027

WHEN RECORDED, MAIL
TAX STATEMENTS TO:
    c/o Soleil LV, LLC
    801 South Rampart, Suite 200
    Las Vegas, NV 89145

RETURN ORIGINAL TO:
    Jeffrey S. Corcoran
    c/o Law Offices of Mitchell Reed Sussman
    30720 Palmetto Palm Ave.
    Homeland, CA 92548

Inst #: 20160408-0001169
Fees: $19.00 N/C Fee: $0.00
RPTT: $2.55 Ex: #
04/08/2016 01:28:38 PM
Receipt #: 2730809
Requestor:
JEFFREY CORCORAN
Recorded By: SCHIABLE   Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

## QUIT CLAIM DEED

This Deed, created this __22nd__ day of _____February_____, __2016__ between James A. Mar and Sheryl H. Mar, husband and wife _____ as "Grantor", whose address is 4734 North Arrow Ridge Way, Clovis, CA 93619 _____ , for and in consideration of $10.00 hereby acknowledged as received, does hereby conveys, transfers, relinquishes, and surrenders to Tom Stanford _____ as "Grantee", whose address is 2392 Miramonte Circle, Unit D, Palm Springs, CA 92264 _____ the real property in the city of Las Vegas _____, County of Clark, State of Nevada (the "Land"), more particularly described as: Timeshare Interest in as tenants in common with other owners of Timeshare Interests within the community project known as Tahiti Village Condominiums, as recorded in Declaration of Condominium recorded December 24, 2003 in Book 20031224, Instrument 02271and Plat recorded on December 24, 2003, in Book 114, Page 49 of Plats, Official Records of Clark County, Nevada and in accordance with, and subject to, the Declaration of Covenants, Conditions, and Restrictions for Vacation Ownership in Tahiti Village, dated January 6, 2004, recorded January 7, 2004, Book 20040107, Instrument 00951, and First Amendment to Declaration of Covenants, Conditions, and Restrictions for Vacation Ownership in Tahiti Village recorded September 15, 2004, Book 20040915, Instrument 0001071, Official Records of Clark County, Nevada.

Unit Type: Two Bedroom (Royal Tahitian)
Season: Holiday
Number of Vacation Plans: 1
Type of Vacation Plan: Every Year

IN WITNESS WHEREOF, Grantor has caused its name to be affixed hereto and this instrument to be executed by its general partner thereunto duly authorized.

Dated as of _____3/16/2016_____

"GRANTOR"

Name: _____
James A. Mar

Name: _____
Sheryl H. Mar

STATE OF NEVADA

COUNTY OF _____

This instrument was acknowledged before me on _____ (date) by

_____ (name(s) of person(s)).

_____See Attached_____
Notary Public

Printed Name: _____

(Seal)

My Commission Expires:

_____

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**          **CIVIL CODE § 1189**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California          )
County of __Fresno__ )
On __March 16th, 2016__ before me, __Brett Gibson, Notary Public__,
      *Date*                  *Here Insert Name and Title of the Officer*
personally appeared __James A. Mar & Sheryl H. Mar__
                          *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that ~~he/she~~/they executed the same in ~~his/her~~/their authorized capacity(ies), and that by ~~his/her~~/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                *Signature of Notary Public*

**BRETT GIBSON**
Commission # 2105551
Notary Public - California
Fresno County
My Comm. Expires Apr 2, 2019

*Place Notary Seal Above*

―――――――――――――――― **OPTIONAL** ――――――――――――――――
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Quit Claim Deed__ Document Date: __3-16-16__
Number of Pages: __2__ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee      ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee      ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 177-04-401-010
   b. 177-04-401-013
   c. 177-04-401-027
   d.

2. Type of Property:

| | | | | |
|---|---|---|---|---|
| a.☐ | Vacant Land | b.☐ | Single Fam. Res. |
| c.☐ | Condo/Twnhse | d.☐ | 2-4 Plex |
| e.☐ | Apt. Bldg | f.☐ | Comm'l/Ind'l |
| g.☐ | Agricultural | h.☐ | Mobile Home |
| ☑ | Other Timeshare | | |

FOR RECORDERS OPTIONAL USE ONLY
Book_____ Page:_____
Date of Recording: _____
Notes:

3.a. Total Value/Sales Price of Property          $ 500.00
   b. Deed in Lieu of Foreclosure Only (value of property ( 0.00                    )
   c. Transfer Tax Value:                         $ 500.00
   d. Real Property Transfer Tax Due              $ 2.55

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred:_____%

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____ Capacity: Grantor / Seller _____

Signature _____ Capacity: Grantor / Seller _____

| **SELLER (GRANTOR) INFORMATION**<br>**(REQUIRED)** | **BUYER (GRANTEE) INFORMATION**<br>**(REQUIRED)** |
|---|---|
| Print Name: James A. Mar and Sheryl H. Mar | Print Name: Tom Stanford |
| Address: 4734 North Arrow Ridge Way | Address: 2392 Miramonte Circle, Unit D |
| City: Clovis | City: Palm Springs |
| State: California          Zip: 93619 | State: California          Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

Print Name: c/o Law Office of Mitchell Reed Sussman          Escrow #_____
Address: 30720 Palmetto Palm Ave.
City: Homeland                              State: California     Zip: 92548

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

⑨

−1

APN: 163-25-512-027

Inst #: 20160601-0003571
Fees: $24.00 N/C Fee: $0.00
RPTT: $2.55 Ex: #
06/01/2016 02:28:51 PM
Receipt #: 2780216
Requestor:
MITCHELL SUSSMAN
Recorded By: GWC    Pgs: 9
DEBBIE CONWAY
CLARK COUNTY RECORDER

C/O AJ Underwood
WHEN RECORDED MAIL TO:
Mitchell R. Sussman, Attorney at Law
1053 S. Palm Canyon Dr.
Palm Springs, CA 92264

MAIL TAX STATEMENTS TO:
Tom Stanford
2392 Miramonte E., Unit D
Palm Springs, CA 92264

Affix R. P. T. T.: $2.55

## TAHITI VILLAGE VACATION CLUB
## GRANT, BARGAIN, SALE DEED

Unit No.
Unit Type: One Bedroom
Season: Regular
Number of Vacation Plans:  1
Type of Vacation Plan: Every Year

This document takes effect on *March 4*          , 2016.  It is made by and binding on:

**"GRANTOR"**    Rodney Epstein, a Married Man, as his sole and separate property whose mailing address is: 23166 Respit Dr., Lake Forest, CA 92630

In consideration of TEN DOLLARS ($10.00) and other valuable consideration, the receipt of which is hereby acknowledged, do hereby Grant, Bargain, Sell and Convey to:

**"GRANTEE"**    Tom Stanford, a Single Man, whose mailing address is: 2392 Miramonte E., Unit D, Palm Springs, CA 92264

The real property described in Exhibit "A", attached hereto and incorporated herein by this reference, located in Clark County, Nevada, (the "Conveyed Property").

**EXHIBIT A**

THE PROPERTY CONSISTS OF THE FOLLOWING:

1. For each (whole) Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document to which this Exhibit is attached:

    A. An undivided one fifty-second (1/52) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

    B. The right to reserve and then exclusively to occupy and use such Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year".

2. For each One-Half Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document:

    A. An undivided one one-hundred and fourth (1/104th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

    B.

        1. For each Odd-Year One-Half Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document, the right to reserve and then exclusively to occupy and use said Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its

common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "1", "3", "5", "7", or "9".

2. For each Even-Year One-Half Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document, the right to reserve and then exclusively to occupy and use said Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "0", "2", "4", "6", or "8".

3. For each One-Third Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document:

A. An undivided one one hundred fifty-sixth (1/156th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

B. The right to reserve and then exclusively to occupy and use such Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for one "Use Week" during the Season identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year", the first Use Year being the calendar year in which your use is designated and every third calendar year thereafter.

NOTE AS TO 1, 2 & 3: The terms "Use Week", "Season", "Unit Type" and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions and Restrictions for Vacation Plan Ownership in the Tahiti Village Vacation Club dated January 6, 2004, and recorded January 7, 2004, in Book 2004017 as Instrument 00951, Official Records, Clark County, Nevada (as amended from time to time, the "Vacation Plan Declaration")..

---

**The Unit and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:**

All of the premises comprising a portion of the Condominium's common interest community known as "Tahiti Village", which Condominiums consists of the land more particularly described in that certain Declaration of Condominium of Tahiti Village dated December 24, 2003, and recorded December 24, 2003 in Book 20031224 as Instrument 02271, Official Records, Clark County, Nevada, as amended and fully restated in the Amended and Restated Declaration of Condominium for Tahiti Village, dated February 18, 2004, and recorded February 23, 2004, in Book 20040223 as Instrument 01027, Amended September 15, 2004 in Book 20040915 as Instrument 0001861 and Amended December 22, 2005 in Book 20051222 as Instrument 0002215, Official Records, Clark County, Nevada (herein with any amendments called the "Master Declaration") to which reference is hereby made and which land description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by the Master Declaration, described as follows:

**FIRST:**

A.      The Unit identified on page 1 of the Vacation Plan Conveyance Document to which this Exhibit is attached, as that Unit is described in the Master Declaration and as shown on either (a) the Third Amended Final Map of Tahiti Village Phase 1, recorded April 28, 2006 in Book 131, Page 0005 of Plats, Office of the Clark County Recorder, Clark County, Nevada (herein with any amendments called the "Phase 1 Map" and, collectively with the Phase 2 Map, the "Condominium Map"); or (b) the Final Map of Tahiti Village Phase 2 recorded on December 22, 2005, in Book 128, Page 85 of Plats, Official Records, Clark County, Nevada (herein with any amendments called the "Phase 2 Map" and, collectively with the Phase 1 Map, the "Condominium Map").

**TOGETHER WITH** the following appurtenant rights and easements:

1.     Nonexclusive easements for ingress and egress and support of such Unit through the common elements of the Condominiums and for repair of such Unit through all other Units of the Condominiums and through the common elements of the Condominiums, all as more fully described in the Master Declaration; and

2.     All other rights, privileges, limited common elements and easements described in the Master Declaration as being appurtenant to the Unit.

SUBJECT, HOWEVER, to an easement in favor of the owners of all other Units of the Condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines and other common elements serving such other Units, and other parts of the building and for support and repair of the common elements and all other Units.

EXCEPTING AND RESERVING easements through the Unit appurtenant to the common elements of the Condominiums and all other Units of the Condominiums for support and repair of both the common elements of the Condominiums and all other Units of the Condominiums.

B.     An undivided percentage interest equal to the percentage interest appurtenant to the Unit as established by the Master Declaration, or as set forth in any replacement declaration covering the Condominiums, or if the Condominiums is removed from the condominium property regime, then as set forth in the Master Declaration immediately preceding such removal, as tenant in common with the other owners of Units of the Condominiums, in and to the common elements of the Condominiums, including the land, as described in the Master Declaration, subject to nonexclusive easements appurtenant to all Units for ingress, egress, support and repair.

TOGETHER WITH appurtenant easements described in the Master Declaration, and SUBJECT TO the encumbrances, restrictions, covenants, agreements, obligations, conditions and other provisions set forth in the Master Declaration, and the above-mentioned Condominium Map, to which reference is hereby made.

SUBJECT, HOWEVER, TO:

1. The lien of real property taxes not yet due and owing.

2. The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Master Declaration and the Bylaws, and any amendments to either of them.

3.    The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Vacation Plan Declaration and Bylaws contemplated by the Vacation Plan Declaration, and any amendments to either of them.

4.    Such other covenants, conditions, restrictions, easements, rights of way and other matters of record, if any, which may now affect the Property.

IN WITNESS WHEREOF, said Seller has executed the within instrument this 4TH _____ day of ___M ARCH___ 2016.

By: _____
Rodney Epstein

STATE OF _California_ )

COUNTY OF _Orange_ ) ss.
)

On this _March 4th, 2016_

appeared before me, a Notary Public,

_Rodney Epstein_

personally known or proven to me to be the person(s) whose name(s) (is)/are subscribed to the above instrument, who acknowledged that (he)/she/they executed the instrument for the purposes therein contained.

Notary Public

My commission expires: _Aug 3, 2017_

YUE QIN LIN
COMM. # 2035753
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
MY COMM. EXP. AUG 3, 2017

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. ~~177-04-414-120~~ **163 - 25 - 512 - 027** RE
   b. _____
   c. _____
   d. _____

2. Type of Property:

   a. ☐ Vacant Land    b. ☐ Single Fam. Res.
   c. ☐ Condo/Twnhse   d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg      f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural   h. ☐ Mobile Home
      ☑ Other  _Timeshare_

| FOR RECORDERS OPTIONAL USE ONLY |
|---|
| Book_____ Page:_____ |
| Date of Recording: _____ |
| Notes: |

3.a. Total Value/Sales Price of Property       $ 500.00
   b. Deed in Lieu of Foreclosure Only (value of property (_____)
   c. Transfer Tax Value:                       $ ~~2.55~~ 500.
   d. Real Property Transfer Tax Due            $ 2.55

**4. If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: 100 %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____     Capacity: Grantor

Signature _____     Capacity: Grantor

| **SELLER (GRANTOR) INFORMATION** **(REQUIRED)** | **BUYER (GRANTEE) INFORMATION** **(REQUIRED)** |
|---|---|
| Print Name: Rodney Epstein | Print Name: Tom Stanford |
| Address: 23166 Respit Dr. | Address: 2392 Miramonte E., Unit D |
| City: Lake Forest | City: Palm Springs |
| State: CA    Zip: 92630 | State: CA    Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| Print Name: Mitchell R. Sussman, Esq. | Escrow # |
|---|---|
| Address: 1053 S. Palm Canyon Dr. | |
| City: Palm Springs | State: CA    Zip: 92264 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

APN# 163-25-511-003

WHEN RECORDED, MAIL
TAX STATEMENTS TO:
c/o Soleil LV, LLC
801 S. Rampart Blvd., Suite 200
Las Vegas, NV 89145

RETURN ORIGINAL TO:
Jeffrey S. Corcoran
c/o Law Offices of Mitchell Reed Sussman
30720 Palmetto Palm Ave.
Homeland, CA 92548

Inst #: 20160602-0001826
Fees: $18.00 N/C Fee: $25.00
RPTT: $2.55 Ex: #
06/02/2016 03:09:23 PM
Receipt #: 2781493
Requestor:
JEFFREY CORCORAN
Recorded By: CDE  Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

## QUIT CLAIM DEED

This Deed, created this __20th__ day of __March__, __2016__ between Michael J. Weber and Kathleen Weber, husband and wife _____ as "Grantor", whose address is 915 Grove Hill Ct., Fenton, MO 63026 _____, for and in consideration of $10.00 hereby acknowledged as received, does hereby conveys, transfers, relinquishes, and surrenders to Tom Stanford _____ as "Grantee", whose address is 2392 Miramonte Circle, Unit D, Palm Springs, CA 92264 _____ the real property in the city of Las Vegas _____, County of Clark, State of Nevada (the "Land"), more particularly described as: Unit No.: 1003, Interval Number: 2SE, Unit Type: 2BR, Season: Regular, Number of Vacation Plans: 1, Type of Vacation Plan: Every other Year - Even Year.

All of the property described below, including, among other things, (i) the number of Vacation Plans in the condominium identified above (the "Unit") of the Club de Soleil condominiums project (the "condominium"); (ii) all rights and privileges that pertain to or otherwise go with the property described below; and (iii) all rights of the seller in the property (in legal terms, the "reservations, remainders, rents, profits, easements, and appurtenances"). The Property is yours to keep forever, in fee simple. Of course, the Property is subject the documents which created and govern the condominium project (the "condominium document"); and the vacation plan program (the "vacation plan documents").

The Property consists of the following:

A) An undivided one hundred and fourth (1/104th) interest (as tenant in common with the holders of the undivided interest) in and to (i) that certain Unit identified above in the Club de Soleil condominiums; and (ii) its appurtenant undivided interest in the common elements of the condominiums.

B) For each Even Year One Half Vacation Plan identified above, the right to reserve and then exclusively to occupy and use said Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the nonexclusive right to use and enjoy the common elements of the Unit for the number of "Use Weeks" and during the Season identified above in each "Owner's Use Year" which ends in "0", "2", "4", "6", or "8".

NOTE: The terms "Use Week", "Season", "Unit Type", and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions, and Restrictions for Vacation Ownership in the Club de Soleil Vacation Club.

The Unit and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:

All of the premises comprising a portion of the condominium common interest commonly known as "Club de Soleil" (herein called the "Condominium"), which Condominium consists of the land more particularly described in that certain Declaration of Condominium of Club de Soleil dated May 14, 1998, and recorded in Book 980701 as Instrument 01615, Official Records, Clark County, Nevada, (herein with any amendments called the "Declaration") to which reference is hereby made and which land description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by said Declaration, described as follows:

* Continued on Exhibit "A" attached *

IN WITNESS WHEREOF, Grantor has caused its name to be affixed hereto and this instrument to be executed by its general partner thereunto duly authorized.

Dated as of _April 28th 2016_

"GRANTOR"

Name: _Michael Weber_
Michael J. Weber

Name: _Kathleen Weber_
Kathleen Weber

STATE OF ~~NEVADA~~ Missouri (MS)

COUNTY OF _St. Louis_

This instrument was acknowledged before me on _4/28/16_ (date) by _Michael & Kathleen Weber_ (name(s) of person(s)).

_____
Notary Public

Printed Name: _Melissa Sharamitaro_
(Seal)

My Commission Expires:
_September 15, 2019_

MELISSA SHARAMITARO
Notary Public-Notary Seal
State of Missouri, St Louis County
Commission # 15638260
My Commission Expires Sep 15, 2019

Attachment "A"
Continuation of Legal Description

A) The Unit identified on page one of the Conveyance Document to which this Exhibit is attached, as that Unit is described in the Declaration and as shown on either (a) the Map of Club de Soleil Condominiums recorded on May 13, 1998 in Book 84, Page 40 of Plats (herein with any amendments called the "Phase 1 Map" and, collectively with the Phase 2 Map, the "Condominium Map"); or (b) the Map of Club de Soleil Condominiums recorded on May 14, 2001 in Book 99, Page 88 of Plats, Plat of Club de Soleil Annex recorded May 14, 2001, in Book 99, Page 88 of Plats, Official Records, Clark County, Nevada (herein with any amendments called the "Phase 2 Map" and, collectively with the Phase 1 Map the "Condominium Map").

Together with the following appurtenant rights and easements:
1) Nonexclusive easements for ingress and egress and support of said Unit through the common elements of the Condominium and for repair of said Unit through all other Units and through the common elements of the Condominium, all as more fully described in the Declaration.
2) All other rights, privileges, limited common elements, and easements described in the Declaration as being appurtenant to the Unit.

Subject to an easement in favor of the owners of all other Units to use the pipes, conduits, ducts, cables, wires, public utility lines, and other common elements serving such other Units, and other parts of the building and for support and repair of the common elements and all other Units.
Excepting and reserving easements through said Unit appurtenant to the common elements of the Condominium and all other Units of the Condominium for support and repair of both the common elements of the Condominium and all other Units of the Condominium.

B) An undivided percentage interest equal to the percentage interest appurtenant to said Unit as established by the Declaration, or as set forth in any replacement declaration covering the Condominium, or if the Unit is removed from t he condominium property regime, then as set forth in the Declaration immediately preceding such removal, as tenant in common with other owners of Units of the Condominium, in and to the common elements of the Condominium, including to the land, as described in the Declaration, subject to nonexclusive easements appurtenant to all Units for ingress, egress, support, and repair.

Together with appurtenant easements described in said Declaration, and Subject To the encumbrances, restrictions, covenants, agreements, obligations, conditions, and other provisions set forth in said Declaration, and the above mentioned Condominium Map, to which reference is hereby made.

Subject to:
1) The lien of real property taxes not yet due and owing.
2) The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in said Declaration and said Bylaws, and any amendments to either of them.
3) Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Club de Soleil Vacation Club, dated May 14, 1998, and recorded in Book 980701 as Instrument 01616, Official Records, Clark County, Nevada.
4) Amended and Restated Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Club de Soleil Vacation Club, dated September 25, 1998, and recorded October 16, 1998, in Book 981016 as Instrument 01823, Official Records, Clark County, Nevada.
5) Such other covenants, conditions, restrictions, easements, rights of way, and other matters of record, if any, which may now affect the Property.

STATE OF NEVADA
DECLARATION OF VALUE

1. Assessor Parcel Number(s)
   a. 163-25-511-003
   b. _____
   c. _____
   d. _____

2. Type of Property:
   a. ☐ Vacant Land       b. ☐ Single Fam. Res.
   c. ☐ Condo/Twnhse      d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg         f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural      h. ☐ Mobile Home
      ☑ Other  Timeshare

| | FOR RECORDERS OPTIONAL USE ONLY |
|---|---|
| Book | Page: |
| Date of Recording: | |
| Notes: | |

3.a. Total Value/Sales Price of Property          $ 500.00
   b. Deed in Lieu of Foreclosure Only (value of property ( 0.00                    )
   c. Transfer Tax Value:                          $ 500.00
   d. Real Property Transfer Tax Due               $ 2.55

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: ____ %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____     Capacity: Grantor / Seller

Signature _____     Capacity: Grantor / Seller

| **SELLER (GRANTOR) INFORMATION** **(REQUIRED)** | **BUYER (GRANTEE) INFORMATION** **(REQUIRED)** |
|---|---|
| Print Name: Michael J. Weber and Kathleen Weber | Print Name: Tom Stanford |
| Address: 915 Grove Hill Ct. | Address: 2392 Miramonte Circle, Unit D |
| City: Fenton | City: Palm Springs |
| State: Missouri       Zip: 63026 | State: California       Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| | |
|---|---|
| Print Name: c/o Law Offices of Mitchell Reed Sussman | Escrow # |
| Address: 30720 Palmetto Palm Ave | |
| City: Homeland | State: California      Zip: 92548 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

(4-1)

Inst #: 20160922-0001182
Fees: $19.00 N/C Fee: $0.00
RPTT: $2.55 Ex: #
09/22/2016 11:33:29 AM
Receipt #: 2879844
Requestor:
JEFFREY CORCORAN
Recorded By: MAYSM   Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN# 163-25-511-024

WHEN RECORDED, MAIL
TAX STATEMENTS TO:
   Tom Stanford
   2392 Miramonte Circle, Unit D
   Palm Springs, CA 92264

RETURN ORIGINAL TO:
   Jeffrey S. Corcoran
   c/o Law Offices of Mitchell Reed Sussman
   30720 Palmetto Palm Ave.
   Homeland, CA 92548

## QUIT CLAIM DEED

This Deed, created this __2nd__ day of _____June_____, __2016__ between Jason Andrew Rulo and Dena Marie Rulo _____as "Grantor", whose address is 13615 Riverway Drive, Apt. E, Chesterfield, MO 63017 _____

_____, for and in consideration of $10.00 hereby acknowledged as received, does hereby conveys, transfers, relinquishes, and surrenders to Tom Stanford _____ as "Grantee", whose address is 2392 Miramonte Circle, Unit D, Palm Springs, CA 92264 _____the real property in the city of Las Vegas _____, County of Clark, State of Nevada (the "Land"), more particularly described as:

An undivided interest in and to interval No. 25Y, Unit 3004, 2 Bedroom, Every Year, in the project identified as Club De Soleil, as created and defined more fully in instrument recorded in Official Records of Clark County, State of Nevada, as more completely described below:

An undivided one fifty second (1/52nd) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated in the Club De Soleil Condominium; and (ii) its appurtenant undivided interests in the common elements of the condominium.

The right to reserve and then exclusively to occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the club) and its common furnishings and the rights and easements appurtenant to the condominium and the nonexclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the season identified above in each "Owners Use Year". The condominium and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:

All of the premises comprising a portion of the condominium common interest community known as "Club De Soleil" (herein called the "Condominium"), which condominium consists of the land more particularly described in that certain Declaration of Condominium of Club De Soleil dated May 14, 1998, and recorded in Book 980701 as Instrument No. 01615, Official Records, Clark County, Nevada (herein with any amendments called the "Declaration"), to which reference is made and which land description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by said Declaration, described as follows:

Together with the following appurtenant rights and easements:

1) Nonexclusive easements for ingress, egress, and support of said condominium through the common elements of the condominium and for repair of said condominium through all other condominium and through the common elements of the condominium, all as more fully described in the declaration.

2) All other rights, privileges, limited common elements, and easements described in the Declaration as being appurtenant to the condominium.

Subject to an easement in favor of the owners of all other condominiums to use the pipes, conduits, ducts, cables, wires, public unity lines, and other common elements serving such other condominiums, and other parts of the building and for support and repair of the common elements and all other condominiums.

\* Continued on Exhibit "A" attached

IN WITNESS WHEREOF, Grantor has caused its name to be affixed hereto and this instrument to be executed by its general partner thereunto duly authorized.

Dated as of _29 July 2016_

"GRANTOR"

Name: _____
Jason Andrew Rulo

Name: _____
Dena Marie Rulo

STATE OF ~~NEVADA~~ Missouri

COUNTY OF ___St Charles___.

This instrument was acknowledged before me on _July 29, 2016_ (date) by ___Jason Rulo and Dena Rulo___ (name(s) of person(s)).

___Catherine M Compton___
Notary Public

Printed Name: ___Catherine M Compton___

My Commission Expires:

___May 1, 2019___

CATHERINE M. COMPTON
Notary Public - Notary Seal
STATE OF MISSOURI
St. Charles County
My Commission Expires: May 1, 2019
Commission # 15411318

Exhibit "A"
Continuation of Legal Description

Excepting and reserving through said condominium appurtenant to the common elements of the condominium and all other condominiums of the condominium for support and repair or both the common elements of the condominium and all other condominiums of the condominium.

An undivided percentage interest equal to the percentage interest appurtenant to said condominium as established by the Declaration, or as set forth in any replacement Declaration covering the condominium, or if the condominium is removed from the condominium property regime, then as set forth in the Declaration immediately preceding such removal, as tenant in common with the other owners of condominiums of the condominiums, in and to the common elements of the condominium, including the land, as described in the Declaration, subject to nonexclusive easements appurtenant to all condominiums for ingress, egress, support, and repair.

Together with appurtenant easements described in said Declaration, and subject to the encumbrances, restrictions, covenants, agreements, obligations, conditions, and other provisions set forth in said Declaration, and the Condominium Map, to which reference is hereby made.

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 163-25-511-024 _____
   b. _____
   c. _____
   d. _____

2. Type of Property:

| | | | |
|---|---|---|---|
| a. ☐ Vacant Land | b. ☐ Single Fam. Res. | | FOR RECORDERS OPTIONAL USE ONLY |
| c. ☐ Condo/Twnhse | d. ☐ 2-4 Plex | | Book_____ Page:_____ |
| e. ☐ Apt. Bldg | f. ☐ Comm'l/Ind'l | | Date of Recording: _____ |
| g. ☐ Agricultural | h. ☐ Mobile Home | | Notes: |
| ☑ Other Timeshare | | | |

3.a. Total Value/Sales Price of Property         $ 500.00 _____
   b. Deed in Lieu of Foreclosure Only (value of property ( 0.00 _____ )
   c. Transfer Tax Value:                        $ 500.00 _____
   d. Real Property Transfer Tax Due             $ 2.55 _____

**4. If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred:_____ %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _Jeffray J Corcoran_____     Capacity: _Deed Preparer_____

Signature _____     Capacity: _____

| **SELLER (GRANTOR) INFORMATION** | **BUYER (GRANTEE) INFORMATION** |
|---|---|
| **(REQUIRED)** | **(REQUIRED)** |
| Print Name: Jason Andrew and Dena Marie Rulo | Print Name: Tom Stanford |
| Address: 13615 Riverway Drive, Apt. E | Address: 2392 Miramonte Circle, Unit D |
| City: Chesterfield | City: Palm Springs |
| State: Missouri      Zip: 63017 | State: California      Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| | |
|---|---|
| Print Name: c/o Law Offices of Mitchell Reed Sussman | Escrow # |
| Address: 30720 Palmetto Palm Ave | |
| City: Homeland | State: California    Zip: 92548 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

APN: 177-04-413-083

(8-1)

Inst #: 20161115-0000883
Fees: $23.00 N/C Fee: $0.00
RPTT: $2.55 Ex: #
11/15/2016 09:29:18 AM
Receipt #: 2929267
Requestor:
MITCHELL SUSSMAN
Recorded By: DROY   Pgs: 8
DEBBIE CONWAY
CLARK COUNTY RECORDER

WHEN RECORDED MAIL TO:
Mitchell R. Sussman, Attorney at Law
1053 S. Palm Canyon Dr.
Palm Springs, CA 92264

MAIL TAX STATEMENTS TO:
Tom Stanford.
2392 Miramonte E., Unit D
Palm Springs, CA 92264

Affix R. P. T. T.: $2.55

## TAHITI VILLAGE VACATION CLUB
## GRANT, BARGAIN, SALE DEED

Unit No.   1611B
Interval Number: 494
Unit Type:  One Bedroom Moorea
Season: Regular
Number of Vacation Plans:  1
Type of Vacation Plan: Every Year

This document takes effect on *August 11* , 2016.  It is made by and binding on:

**"GRANTOR"**    Mary Ruth Wilson, a Widow whose mailing address is: 3617 S. Garnsey St., Santa Ana, CA 92707

In consideration of TEN DOLLARS ($10.00) and other valuable consideration, the receipt of which is hereby acknowledged, do hereby Grant, Bargain, Sell and Convey to:

**"GRANTEE"**    Tom Stanford, an Unmarried Man, whose mailing address is: 2392 Miramonte E., Unit D, Palm Springs, CA 92264

The real property described in Exhibit "A", attached hereto and incorporated herein by this reference, located in Clark County, Nevada, (the "Conveyed Property").

## EXHIBIT A

THE PROPERTY CONSISTS OF THE FOLLOWING:

1.  For each (whole) Vacation Plan identified on page one (1) of the conveyance document (the "Conveyance Document") to which this Exhibit is attached:

    A.  An undivided one fifty-second (1/52) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Tahiti Village condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.

    B.  The right to reserve and then exclusively to occupy and use such condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year".

2.  For each One-Half Vacation Plan identified on page one (1) of the Conveyance Document:

    A.  An undivided one one-hundred and fourth (1/104th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Tahiti Village condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.

    B.

        1.  For each Odd-Year One-Half Vacation Plan identified on page one (1) of the Conveyance Document, the right to reserve and then exclusively to occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "1", "3", "5", "7", or "9".

        2.  For each Even-Year One-Half Vacation Plan identified on page one (1) of the Conveyance Document, the right to reserve and then exclusively to

occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "0", "2", "4", "6", or "8".

3.    For each One-Third Vacation Plan identified on page one (1) of the Conveyance Document:

A.    An undivided one one hundred fifty-sixth (1/156th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Tahiti Village condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.

B.    The right to reserve and then exclusively to occupy and use such condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for one "Use Week" during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year", the first Use Year being the calendar year in which your use is designated and every third calendar year thereafter.

NOTE AS TO 1, 2 & 3: The terms "Use Week", "Season", "Unit Type" and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions and Restrictions for Vacation Plan Ownership in the Tahiti Village Vacation Club.

---

**The condominium and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:**

All of the premises comprising a portion of the Condominium common interest community known as "Tahiti Village" (herein called the "Condominium"), which Condominium consists of the land more particularly described in that certain Declaration of Condominium of Tahiti Village dated December 24, 2003, and recorded December 24, 2003 in Book 20031224 as Instrument 02271, Official Records, Clark County, Nevada, (herein with any amendments called the "Declaration") to which reference is hereby made and which land description as, is incorporated herein by this reference, and the

improvements and appurtenances thereof, as described in and established by the Declaration, described as follows:

**FIRST:**

A.    The condominium identified on page 1 of the Conveyance Document to which this Exhibit is attached, as that condominium is described in the Declaration and as shown on the Plat of Tahiti Village condominiums recorded on January 6, 2004, recorded January 7, 2004 in Book 20040107 Page 49 of plats, Official Records, Clark County, Nevada (herein with any amendments called the "Condominium Map").

**TOGETHER WITH** the following appurtenant rights and easements:

1.    Nonexclusive easements for ingress and egress and support of such condominium through the common elements of the Condominium and for repair of such condominium through all other condominium and through the common elements of the Condominium, all as more fully described in the Declaration; and

2.    All other rights, privileges, limited common elements and easements described in the Declaration as being appurtenant to the condominium.

SUBJECT, HOWEVER, to an easement in favor of the owners of all other condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines and other common elements serving such other condominiums, and other parts of the building and for support and repair of the common elements and all other condominiums.

EXCEPTING AND RESERVING easements through the condominium appurtenant to the common elements of the Condominium and all other condominiums of the Condominium for support and repair of both the common elements of the Condominium and all other condominiums of the Condominium.

B.    An undivided percentage interest equal to the percentage interest appurtenant to the condominium as established by the Declaration, or as set forth in any replacement declaration covering the Condominium, or if the Condominium is removed from the condominium property regime, then as set forth in the Declaration immediately preceding such removal, as tenant in common with the other owners of condominiums of the Condominium, in and to the common elements of the Condominium, including the land, as described in the Declaration, subject to nonexclusive easements appurtenant to all condominiums for ingress, egress, support and repair.

**TOGETHER WITH** appurtenant easements described in the Declaration, and **SUBJECT TO** the encumbrances, restrictions, covenants, agreements, obligations, conditions and other provisions set forth in the Declaration, and the above-mentioned Condominium Map, to which reference is hereby made.

**SUBJECT, HOWEVER, TO:**

1.     The lien of real property taxes not yet due and owing.

2.     The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Declaration and the Bylaws, and any amendments to either of them.

3.     Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Tahiti Village Vacation Club, dated January 6, 2004, and recorded January 7, 2004, in Book 20040107 as Instrument 00951, Official Records, Clark County, Nevada,

4.     Such other covenants, conditions, restrictions, easements, rights of way and other matters of record, if any, which may now affect the Property.

IN WITNESS WHEREOF, said Seller has executed the within instrument this ___//___ day of
*August*___ 2016.

By: *Mary Ruth Wilson*
Mary Ruth Wilson

STATE OF *California*      )
                          ) ss.
COUNTY OF *Orange*        )

On this *August 11th 2016*

appeared before me, a Notary Public,

*Mary Ruth Wilson*

personally known or proven to me to be the person(s) whose name(s) is/are subscribed to the above instrument, who acknowledged that he/she/they executed the instrument for the purposes therein contained.



DAVID NATHAN RUDD JR.
Commission # 2131949
Notary Public - California
Orange County
My Comm. Expires Oct 27, 2019

*David Nathan Rudd Jr. Notary Public*

Notary Public

My commission expires: *Oct. 27th 2019*

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 177-04-413-083
   b. _____
   c. _____
   d. _____
2. Type of Property:
   a. ☐ Vacant Land    b. ☐ Single Fam. Res.
   c. ☐ Condo/Twnhse    d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg    f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural    h. ☐ Mobile Home
   ☑ Other Timeshare

   | FOR RECORDERS OPTIONAL USE ONLY |
   |---|
   | Book_____ Page:_____ |
   | Date of Recording: _____ |
   | Notes: |

3.a. Total Value/Sales Price of Property    $ 500.00
   b. Deed in Lieu of Foreclosure Only (value of property (_____)
   c. Transfer Tax Value:    $ 500.00
   d. Real Property Transfer Tax Due    $ 2.55

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred:_____ %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature *Mary Ruth Wilson*    Capacity: Grantor

Signature _____    Capacity: _____

| **SELLER (GRANTOR) INFORMATION**<br>**(REQUIRED)** | **BUYER (GRANTEE) INFORMATION**<br>**(REQUIRED)** |
|---|---|
| Print Name: Mary Ruth Wilson | Print Name: Tom Stanford |
| Address: 3617 S. Garnsey St. | Address: 2392 Miramonte E., Unit D |
| City: Santa Ana | City: Palm Springs |
| State: CA    Zip: 42707 | State: CA    Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| Print Name: Mitchell R. Sussman, Esq. | Escrow # |
|---|---|
| Address: 1053 S. Palm Canyon Dr. | |
| City: Palm Springs | State: CA    Zip: 92264 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

(CH)-1

Inst #: 20170126-0004492
Fees: $19.00 N/C Fee: $25.00
RPTT: $2.55 Ex: #
01/26/2017 04:29:09 PM
Receipt #: 2994348
Requestor:
LAW OFFICES OF MITCHELL REE
Recorded By: WONGC   Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN# 177-04-414-405

WHEN RECORDED, MAIL
TAX STATEMENTS TO:
    Tom Stanford
    2392 Miramonte Circle, Unit D
    Palm Springs, CA 92264

RETURN ORIGINAL TO:
    Jeffrey S. Corcoran
    c/o Law Offices of Mitchell Reed Sussman
    30720 Palmetto Palm Ave.
    Homeland, CA 92548

## QUIT CLAIM DEED

This Deed, created this __27th__ day of _____October_____, __2016__ between __Michele L. B. Hill__ _____ as "Grantor",

whose address is 6170 Stony Creek Rd., Ypsilanti, MI 48197 _____

_____, for and in consideration of $10.00 hereby acknowledged as received, does

hereby conveys, transfers, relinquishes, and surrenders to Tom Stanford _____

_____ as "Grantee", whose address is 2392 Miramonte Circle, Unit D,

Palm Springs, CA 92264 _____ the real property in the

city of Las Vegas _____, County of Clark, State of Nevada (the "Land"), more particularly described as:
An undivided 1/104th interest in and to Unit Number 5745, Interval 24E, Unit Type: 1 Bedroom (Bora Bora),
Season: Regular, Number of Vacation Plans: 1, Type of Vacation Plan: Every Other Year - Even Years, in the
project identified as Tahiti Village Vacation Club, as more completely described as:
A) An undivided on one hundred and fourth (1/104) interest (as tenants in common with the holders of other
undivided interests) in and to (i) that certain condominium designation below in the Tahiti Village condominium;
and (ii) its appurtenant undivided interests in the common elements of the condominium.

B) The right to reserve and then exclusively to occupy and use said condominium (or another condominium which
is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and
easements appurtenant to the condominium and the nonexclusive right to use and enjoy the common elements of
the condominium for the number of "Use Weeks" and during the Season identified, inclusive, in each "Owner's Use
Year" which ends in "0", "2", "4", "6", or "8".

Note: The terms "Use Week", "Season", "Unit Type", and "Owner's Use Year" are defined in the Declaration of
Covenants, Conditions, and Restrictions for Vacation Ownership in the Tahiti Village Vacation Club. The
condominium and its appurtenant undivided interest in the common elements (including the land) are more
particularly described as follows:
All of the premises comprising a portion of the condominium common interest community known as "Tahiti
Village" (herein called the "Condominium"), which Condominium consists of the land more particularly described
in the certain Declaration of Condominium of Tahiti Village dated December 24, 2003, and recorded December 24,
2003 in Book 20031224 as Instrument 02271, Official Records, Clark County, Nevada (herein with any
amendments called the "Declaration"), to which reference is hereby made and which land description as, is
incorporated herein by this reference, and the improvements and appurtenance thereof, as described in the
established by said Declaration, described as follows:
FIRST:
A) The condominium identified as that condominium is described in the Declaration and as shown on the Plat of
Tahiti Village condominiums recorded January 7, 2004 in Book 20040107, Page 49 of Plats, Official Records,
Clark County, Nevada (herein with any amendments called the "Condominium Map").

* Continued on Exhibit "A" attached

IN WITNESS WHEREOF, Grantor has caused its name to be affixed hereto and this instrument to be executed by its general partner thereunto duly authorized.

Dated as of __10·28·16__

"GRANTOR"

Name: _Michele LB Hill_
Michele L. B. Hill

Name: _____

STATE OF ~~NEVADA~~ _Michigan_
COUNTY OF __Washtenaw__

This instrument was acknowledged before me on __10·28·16__ (date) by
__Michele L.B. Hill__ (name(s) of person(s)).

_Lisa A. Muir_
Notary Public

Printed Name: _Lisa A. Muir_

My Commission Expires:
_05·29·2022_

> LISA A MUIR
> NOTARY PUBLIC - STATE OF MICHIGAN
> COUNTY OF LENAWEE
> My Commission Expires May 29, 2022
> Acting in the County of _Washtenaw_

**RECORDER'S NOTE:**
NOTARY STAMP/SEAL IS VISIBLE,
HOWEVER IT IS FRAGMENTED AND
MAY NOT BE REPRODUCIBLE

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1.  Assessor Parcel Number(s)
    a. 177-04-414-405
    b. _____
    c. _____
    d. _____

2.  Type of Property:

    | | | | |
    |---|---|---|---|
    | a. ☐ Vacant Land | b. ☐ Single Fam. Res. | | |
    | c. ☐ Condo/Twnhse | d. ☐ 2-4 Plex | | |
    | e. ☐ Apt. Bldg | f. ☐ Comm'l/Ind'l | | |
    | g. ☐ Agricultural | h. ☐ Mobile Home | | |
    | ☑ Other Timeshare | | | |

    FOR RECORDERS OPTIONAL USE ONLY
    Book_____ Page:_____
    Date of Recording: _____
    Notes:

3.a. Total Value/Sales Price of Property       $ 500.00
  b. Deed in Lieu of Foreclosure Only (value of property ( 0.00                     )
  c. Transfer Tax Value:                        $ 500.00
  d. Real Property Transfer Tax Due             $ 2.55

**4. If Exemption Claimed:**
    a. Transfer Tax Exemption per NRS 375.090, Section_____
    b. Explain Reason for Exemption: _____

5.  Partial Interest: Percentage being transferred: _____ %
The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060
and NRS 375.110, that the information provided is correct to the best of their information and belief,
and can be supported by documentation if called upon to substantiate the information provided herein.
Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of
additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant
to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _Michele Hill_____  Capacity: Grantor / Seller _____

Signature _____  Capacity: _____

| **SELLER (GRANTOR) INFORMATION (REQUIRED)** | **BUYER (GRANTEE) INFORMATION (REQUIRED)** |
|---|---|
| Print Name: Michele L. B. Hill | Print Name: Tom Stanford |
| Address: 6170 Stony Creek Rd. | Address: 2392 Miramonte Circle, Unit D |
| City: Ypsilanti | City: Palm Springs |
| State: Michigan    Zip: 48197 | State: California    Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| | |
|---|---|
| Print Name: c/o Law Offices of Mitchell Reed Sussman | Escrow # |
| Address: 30720 Palmetto Palm Ave | |
| City: Homeland | State: California    Zip: 92548 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

(04)-1

Inst #: 20170126-0004493
Fees: $19.00 N/C Fee: $25.00
RPTT: $2.55 Ex: #
01/26/2017 04:29:09 PM
Receipt #: 2994348
Requestor:
LAW OFFICES OF MITCHELL REE
Recorded By: WONGC   Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN# 163-25-102-003

WHEN RECORDED, MAIL
TAX STATEMENTS TO:
    Soleil LV LLC
    801 S. Rampart Suite 200
    Las Vegas, NV 89145

RETURN ORIGINAL TO:
    Jeffrey S. Corcoran
    c/o Law Offices of Mitchell Reed Sussman
    30720 Palmetto Palm Ave.
    Homeland, CA 92548

## QUIT CLAIM DEED

This Deed, created this __19th__ day of __October__, __2016__ between __Edna Joyce Obar, A.K.A.__ __Edna Joyce Obar-Helmuth__ as "Grantor", whose address is __9802 N. 24th Place, Phoenix, AZ 85028__ , for and in consideration of $10.00 hereby acknowledged as received, does hereby conveys, transfers, relinquishes, and surrenders to __Tom Stanford__ as "Grantee", whose address is __2392 Miramonte Circle, Unit D, Palm Springs, CA 92264__ the real property in the city of __Las Vegas__, County of Clark, State of Nevada (the "Land"), more particularly described as: Unit Number: 310, Unit Type: Two Bedroom, Season: Regular, Number of Vacation Plans: 1, Type of Vacation Plan: Every Year

The property consists of the following:
A) An undivided one fifty second (1/52) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Club de Soleil condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.
B) The right to reserve and then exclusively to occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the nonexclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified, inclusive, in each "Owner's Use year".
Note: the terms "Use Week", "Season", "Unit Type", and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions, and Restrictions for Vacation Ownership in the Club de Soleil Vacation Club.

The condominium and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:
All of the premises comprising a portion of the Condominium common interest community known as "Club de Soleil" (herein called the "Condominium"), which Condominium consists of the land more particularly described in that certain Declaration of Condominium of Club de Soleil dated May 14, 1998, and recorded in Book 980701 as Instrument 01615, Official Records, Clark County, Nevada (herein with any amendments called the "Declaration"), to which reference is hereby made and which land description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by said Declaration, described as follows:
FIRST:
A) The condominium identified as that condominium is described in the Declaration and as shown on the Plat of Club de Soleil Annex recorded May 14, 2001, in Book 99, Page 88 of Plats, Official Records, Clark County, Nevada (herein with any amendments called the "Condominium Map").

\* Continued on Exhibit "A" attached

Exhibit "A"
Continuation of Legal Description

Together with the following appurtenant rights and easements:
1) Nonexclusive easements for ingress and egress and support of said condominium through the common elements of the Condominium and for repair of said condominium through all other condominium and through the common elements of the Condominium, all as more fully described in the Declaration.
2) All other rights, privileges, limited common elements, and easements described in the Declaration as being appurtenant to the condominium.

Subject to an easement in favor of the owners of all other condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines, and other common elements serving such other condominiums, and other parts of the building and for support and repair of the common elements and all other condominiums.

Excepting and reserving easements through said condominium appurtenant to the common elements of the Condominium and all other condominiums of the Condominium for support and repair of both the common elements of the Condominium and all other condominiums of the Condominium.

B) An undivided percentage interest equal to the percentage interest appurtenant to said condominium as established by the Declaration, or as set forth in any replacement declaration covering the Condominium, or if the Condominium is removed from the condominium property regime, then as set forth in the Declaration immediately preceding such removal, as tenant in common with the other owners of condominiums of the Condominium, in and to the common elements of the Condominium, including the land, as described in the Declaration, subject to nonexclusive easements appurtenant to all condominiums for ingress, egress, support, and repair.

Together with appurtenant easements described in said Declaration, and subject to the encumbrances, restrictions, covenants, agreements, obligations, conditions, and other provisions set forth in said Declaration, and the above mentioned Condominium Map, to which reference is hereby made.

Subject to:
1) The lien of real property taxes not yet due and owing.
2) The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in said Declaration and said Bylaws, and any amendments to either of them.
3) Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Club de Soleil Vacation Club, dated May 14, 1998, and recorded in Book 980701 as Instrument 01615, Official Records, Clark County, Nevada.
4) Amended and Restated Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Club de Soleil Vacation Club, dated September 25, 1998, and recorded October 16, 1998, in Book 981016 as Instrument 01823, Official Records, Clark County, Nevada.
5) Such other covenants, conditions, restrictions, easements, rights of way, and other matters of record, if any, which may now effect the Property.

IN WITNESS WHEREOF, Grantor has caused its name to be affixed hereto and this instrument to be executed by its general partner thereunto duly authorized.

Dated as of _October 21, 2016_

"GRANTOR"

Name: _Edna Joy Helmuth_
<u>Edna Joyce Obar-Helmuth</u>

Name: _____

STATE OF NEVADA

COUNTY OF _Clark_

This instrument was acknowledged before me on _10/21/16_ (date) by _Edna Joyce Helmuth_ (name(s) of person(s)).

_____
Notary Public

Printed Name: _PATRICIA RODARTE_

PATRICIA RODARTE
Notary Public - Arizona
Maricopa County
My Comm. Expires Oct 31, 2018

My Commission Expires:
_10/31/2018_

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 163-25-102-003
   b. _____
   c. _____
   d. _____

2. Type of Property:
   a. ☐ Vacant Land      b. ☐ Single Fam. Res.
   c. ☐ Condo/Twnhse     d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg        f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural     h. ☐ Mobile Home
   ☑ Other  Timeshare

| FOR RECORDERS OPTIONAL USE ONLY |
| --- |
| Book_____ Page:_____ |
| Date of Recording: _____ |
| Notes: |

3.a. Total Value/Sales Price of Property      $ 500.00
   b. Deed in Lieu of Foreclosure Only (value of property ( 0.00                    )
   c. Transfer Tax Value:                     $ 500.00
   d. Real Property Transfer Tax Due          $ 2.55

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: _____ %
The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060
and NRS 375.110, that the information provided is correct to the best of their information and belief,
and can be supported by documentation if called upon to substantiate the information provided herein.
Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of
additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant
to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _Edna Joy Helmuth_      Capacity: Grantor / Seller

Signature _____      Capacity: _____

| **SELLER (GRANTOR) INFORMATION** **(REQUIRED)** | **BUYER (GRANTEE) INFORMATION** **(REQUIRED)** |
| --- | --- |
| Print Name: Edna Joyce Obar-Helmuth | Print Name: Tom Stanford |
| Address: 9802 N. 24th Place | Address: 2392 Miramonte Circle, Unit D |
| City: Phoenix | City: Palm Springs |
| State: Arizona    Zip: 85028 | State: California    Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| | |
| --- | --- |
| Print Name: c/o Law Offices of Mitchell Reed Sussman | Escrow # |
| Address: 30720 Palmetto Palm Ave | |
| City: Homeland | State: California    Zip: 92548 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

INTENTIONALLY LEFT BLANK
EXHIBIT PAGE ONLY

# EXHIBIT F



HUTCHISON & STEFFEN

A PROFESSIONAL LLC



Inst #: 20141021-0000139
Fees: $23.00 N/C Fee: $0.00
RPTT: $2.55 Ex: #
10/21/2014 08:35:39 AM
Receipt #: 2193703
Requestor:
MITCHELL R SUSSMAN ESQ
Recorded By: STN   Pgs: 8
DEBBIE CONWAY
CLARK COUNTY RECORDER

## RECORDING COVER PAGE
(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)

APN# ___177-04-413-043___

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

## TITLE OF DOCUMENT
(DO NOT Abbreviate)

Grant, Bargain, Sale Deed

**Document Title on cover page must appear EXACTLY as the first page of the document to be recorded.**

**RECORDING REQUESTED BY:**

Mitchell R. Sussman, Esq.

**RETURN TO: Name** Mitchell R. Sussman, Esq.

**Address** 1053 S. Palm Canyon Dr.

**City/State/Zip** Palm Springs, CA 92264

**MAIL TAX STATEMENT TO: (Applicable to documents transferring real property)**

**Name** Jose Alex Gomez

**Address** 1775 E. Palm Canyon Dr., Ste. 110-417

**City/State/Zip** Palm Springs, CA 92264

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly, do not use page scaling.
Using this cover page does not exclude the document from assessing a noncompliance fee.
P:\Common\Forms & Notices\Cover Page Template Feb2014

APN:  177-04-413-043

Affix R.P.T.T. $  2.55

WHEN RECORDED MAIL TO and MAIL TAX
STATEMENTS TO:

Jose Alex Gomez
1775 E. Palm Canyon Dr.
Ste. 110-417
Palm Springs, CA 92264

## GRANT, BARGAIN, SALE DEED

THIS INDENTURE WITNESSETH: That
SHAWN M GOULD AND RACHEL GOULD, HUSBAND AND WIFE AS JOINT TENANTS
in consideration of $10.00 and other valuable consideration, the receipt of which is hereby
acknowledged, do hereby Grant, Bargain, Sell and Convey to
JOSE ALEX GOMEZ, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY
all that real property situated in the County of Clark, State of Nevada, bounded and described as
follows: Unit No. 1311A, Interval No. 48Y

The real property described in Exhibit "A", attached hereto and incorporated herein by
this reference, located in Clark County, Nevada, (the "Conveyed Property").

Subject to:    1.    Taxes for the current fiscal year, paid current.
               2.    Conditions, covenants, restrictions, reservations, rights, rights of way and
                     easements now of record, if any.

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging
or in anywise appertaining.

Witness my/our hand(s) on

Date:

_9/25/14_                                    _9/25/14_

Shawn M Gould                                Rachel Gould

STATE OF ~~NEVADA~~ Montana )
COUNTY OF ~~CLARK~~ Cascade ) ss.

On this ___Sep 25, 2014___
appeared before me, a Notary Public,

___Shawn Gould___

___Rachel Gould___

personally known or proven to me to be
*the person(s)* whose name(s) is/are
subscribed to the above instrument, who
acknowledged that he/she/they executed
the instrument for the purposes therein
contained.

___Bonita R Rappe___
Notary Public

My commission expires: ___02/20/2018___

BONITA R. RAPPE
NOTARY PUBLIC for the
State of Montana
Residing at Great Falls, Montana
My Commission Expires
February 20, 2018

## EXHIBIT A

THE PROPERTY CONSISTS OF THE FOLLOWING:

1.  For each (whole) Vacation Plan identified on page one (1) of the conveyance document (the "Conveyance Document") to which this Exhibit is attached:

    A.  An undivided one fifty-second (1/52) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Tahiti Village condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.

    B.  The right to reserve and then exclusively to occupy and use such condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year".

2.  For each One-Half Vacation Plan identified on page one (1) of the Conveyance Document:

    A.  An undivided one one-hundred and fourth (1/104th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Tahiti Village condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.

    B.

        1.  For each Odd-Year One-Half Vacation Plan identified on page one (1) of the Conveyance Document, the right to reserve and then exclusively to occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "1", "3", "5", "7", or "9".

        2.  For each Even-Year One-Half Vacation Plan identified on page one (1) of the Conveyance Document, the right to reserve and then exclusively to

occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "0", "2", "4", "6", or "8".

3. For each One-Third Vacation Plan identified on page one (1) of the Conveyance Document:

   A. An undivided one one hundred fifty-sixth (1/156th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Tahiti Village condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.

   B. The right to reserve and then exclusively to occupy and use such condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for one "Use Week" during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year", the first Use Year being the calendar year in which your use is designated and every third calendar year thereafter.

NOTE AS TO 1, 2 & 3: The terms "Use Week", "Season", "Unit Type" and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions and Restrictions for Vacation Plan Ownership in the Tahiti Village Vacation Club.

---

**The condominium and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:**

All of the premises comprising a portion of the Condominium common interest community known as "Tahiti Village" (herein called the "Condominium"), which Condominium consists of the land more particularly described in that certain Declaration of Condominium of Tahiti Village dated December 24, 2003, and recorded December 24, 2003 in Book 20031224 as Instrument 02271, Official Records, Clark County, Nevada, (herein with any amendments called the "Declaration") to which reference is hereby made and which land description as, is incorporated herein by this reference, and the

improvements and appurtenances thereof, as described in and established by the Declaration, described as follows:

**FIRST:**

A.    The condominium identified on page 1 of the Conveyance Document to which this Exhibit is attached, as that condominium is described in the Declaration and as shown on the Plat of Tahiti Village condominiums recorded on January 6, 2004, recorded January 7, 2004 in Book 20040107 Page 49 of plats, Official Records, Clark County, Nevada (herein with any amendments called the "Condominium Map").

**TOGETHER WITH** the following appurtenant rights and easements:

1.    Nonexclusive easements for ingress and egress and support of such condominium through the common elements of the Condominium and for repair of such condominium through all other condominium and through the common elements of the Condominium, all as more fully described in the Declaration; and

2.    All other rights, privileges, limited common elements and easements described in the Declaration as being appurtenant to the condominium.

**SUBJECT, HOWEVER,** to an easement in favor of the owners of all other condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines and other common elements serving such other condominiums, and other parts of the building and for support and repair of the common elements and all other condominiums.

**EXCEPTING AND RESERVING** easements through the condominium appurtenant to the common elements of the Condominium and all other condominiums of the Condominium for support and repair of both the common elements of the Condominium and all other condominiums of the Condominium.

B.    An undivided percentage interest equal to the percentage interest appurtenant to the condominium as established by the Declaration, or as set forth in any replacement declaration covering the Condominium, or if the Condominium is removed from the condominium property regime, then as set forth in the Declaration immediately preceding such removal, as tenant in common with the other owners of condominiums of the Condominium, in and to the common elements of the Condominium, including the land, as described in the Declaration, subject to nonexclusive easements appurtenant to all condominiums for ingress, egress, support and repair.

**TOGETHER WITH** appurtenant easements described in the Declaration, and **SUBJECT TO** the encumbrances, restrictions, covenants, agreements, obligations, conditions and other provisions set forth in the Declaration, and the above-mentioned Condominium Map, to which reference is hereby made.

**SUBJECT, HOWEVER, TO:**

1.    The lien of real property taxes not yet due and owing.

2.    The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Declaration and the Bylaws, and any amendments to either of them.

3.    Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Tahiti Village Vacation Club, dated January 6, 2004, and recorded January 7, 2004, in Book 20040107 as Instrument 00951, Official Records, Clark County, Nevada.

4.    Such other covenants, conditions, restrictions, easements, rights of way and other matters of record, if any, which may now affect the Property.

STATE OF NEVADA
DECLARATION OF VALUE

1.  Assessor Parcel Number(s)
    a. 177-04-413-043
    b. _____
    c. _____
    d. _____
2.  Type of Property:
    a. ☐ Vacant Land        b. ☐ Single Fam. Res.
    c. ☐ Condo/Twnhse     d. ☐ 2-4 Plex
    e. ☐ Apt. Bldg          f. ☐ Comm'l/Ind'l
    g. ☐ Agricultural      h. ☐ Mobile Home
       ☑ Other  Time Share

| FOR RECORDERS OPTIONAL USE ONLY |
|---|
| Book_____ Page:_____ |
| Date of Recording: _____ |
| Notes: |

3. a. Total Value/Sales Price of Property        $ 500.00
   b. Deed in Lieu of Foreclosure Only (value of property ( 0.00                    )
   c. Transfer Tax Value:                          $ 500.00
   d. Real Property Transfer Tax Due             $ 2.55

4. **If Exemption Claimed:**
    a. Transfer Tax Exemption per NRS 375.090, Section_____
    b. Explain Reason for Exemption: _____

5.  Partial Interest: Percentage being transferred: 100   %
The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060
and NRS 375.110, that the information provided is correct to the best of their information and belief,
and can be supported by documentation if called upon to substantiate the information provided herein.
Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of
additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant
to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _Shaun M. Gauld_                Capacity: Grantor

Signature _Rachel Gauld_                  Capacity: Grantor

| **SELLER (GRANTOR) INFORMATION** (REQUIRED) | **BUYER (GRANTEE) INFORMATION** (REQUIRED) |
|---|---|
| Print Name: Shaun + Rachel Gauld | Print Name: Jose Alex Gomez |
| Address: PO Box 371 | Address: 1775 E. Palm Canyon Dr. Ste. |
| City: Ulm | City: Palm Springs |
| State: MT      Zip: 59435 | State: CA      Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| Print Name: Mitchell R. Sussman, Esq. | Escrow # |
|---|---|
| Address: 1053 S. Palm Canyon Dr. | |
| City: Palm Springs | State: CA      Zip: 92264 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

Inst #: 20141024-0000366
Fees: $26.00 N/C Fee: $0.00
RPTT: $2.55 Ex: #
10/24/2014 08:57:48 AM
Receipt #: 2198312
Requestor:
MITCHELL R SUSSMAN ESQ
Recorded By: STN   Pgs: 11
DEBBIE CONWAY
CLARK COUNTY RECORDER

## RECORDING COVER PAGE

(Must be typed or printed clearly in BLACK ink only and avoid printing in the 1" margins of document)

(11) –1

APN# __177-04-413-001 through__

__155__

_____

(11 digit Assessor's Parcel Number may be obtained at: http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

## TITLE OF DOCUMENT
### (DO NOT Abbreviate)

## GRANT, BARGAIN, AND SALE DEED

_____

_____

**Document Title on cover page must appear EXACTLY as the first page of the document to be recorded.**

**RECORDING REQUESTED BY:**

Mitchell R. Sussman, Esq.

_____

**RETURN TO: Name** Mitchell R. Sussman, Esq.

**Address** 1053 S. Palm Canyon Dr.

**City/State/Zip** Palm Springs, CA 92264

**MAIL TAX STATEMENT TO: (Applicable to documents transferring real property)**

**Name** Jose Alex Gomez

**Address** 1775 E. Palm Canyon Dr., Ste. 110-417

**City/State/Zip** Palm Springs, CA 92264

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly—do not use page scaling.

WHEN RECORDED MAIL TO:
Mitchell R. Sussman, Attorney at Law
1053 S. Palm Canyon Dr.
Palm Springs, CA 92264

MAIL TAX STATEMENTS TO:
Jose Alex Gomez
1775 E. Palm Canyon Dr.
Suite 110-417
Palm Springs, CA 92264

Affix R. P. T.: $2.55

APN: 177-04-413-001
      through 155

## TAHITI VILLAGE VACATION CLUB
## GRANT, BARGAIN, SALE DEED

---

Unit No.
Unit Type: One Bedroom (Moorea)
Season: Regular
Number of Vacation Plans: 1
Type of Vacation Plan: Every Other Year – Even Years

This document takes effect on _____, 2014. It is made by and binding on:

**"SELLER"**    Jeffrey A. Hedberg and Julia P. Hedberg, Husband and Wife, whose mailing address is: 445 Broadway, #3E, Hastings, NY 10706, in consideration of $10.00 and other valuable consideration, the receipt of which is hereby acknowledged, do hereby Grant, Bargain, Sell and Convey to:

**"BUYER"**    Jose Alex Gomez, a Single Man, whose mailing address is: 1775 E. Palm Canyon Dr., Suite 110-417, Palm Springs, CA 92264

1. **Transfer of Ownership**. In return for the buyer's promises in this document and for money or other valuable things received from the buyer, the seller transfers (or, legal terms, "assigns, bargains, grants, sells, and conveys") the following property (the "Property") to the buyer:

All of the property described in Exhibit "A" which is attached to and part of this document. It includes, among other things, (i) the number of Vacation Plans (as shown above) in the condominium identified above (the "Unit") of the Tahiti Village condominium project (the "condominiums"); (ii) all rights and privileges that pertain to or otherwise go with the

property described in Exhibit "A"; and (iii) all rights of the seller in that property (in legal terms, the "reversions, remainders, rents profits, easements and appurtenances").

The Property is the buyer's to keep forever, in fee simple. Of course, the Property is subject to the documents which created and govern the condominium project (the "condominium documents"); and the vacation plan program (the "vacation plan documents").

2. **Rights Not Transferred.** Only the Vacation Plans described in Exhibit "A" are transferred to the buyer. All other Vacation Plans belong to seller or someone to whom seller has transferred them. Those people have the right to reserve and then occupy and use the Unit (or another one considered to be the same "Unit Type" under the vacation plan documents), its common furnishings, and the common elements of the condominiums during the remainder of each year.

This document does not transfer to the buyer, the seller's rights (if any) as the "developer" under the condominium documents or the vacation plan documents.

3. **The Vacation Plan Documents Are Binding And Are A Lien On The Property.** The buyer agrees for the benefit of the seller and the owners of the other Vacation Plans in the vacation plan program that the program documents are "covenants running with the land," "equitable servitudes" and "liens" on the Property and on the other Vacation Plans in the Unit. This means that they will be binding on the buyer and on anyone who later receives the buyer's Vacation Plan or any other interest in the Property. They will also be binding on the current owner and all later owners of the Vacation Plans in the Unit.

As provided in the vacation plan documents, the seller (i) gives the buyer liens; and (ii) reserves liens upon the Property. The liens are for the benefit of the Tahiti Village Vacation Club (the "Club") and the owners of other Vacation Plans in the vacation plan program. This means that the Property is put up as collateral to insure that you do everything required by the vacation plan documents. If the buyer does not, the lien permits the Property to be taken from the buyer and to be sold.

4. **Seller's Promises To Buyer.** Seller promises the buyer that: (i) seller now owns the Property; (ii) seller has the right and authority to sell the Property to buyer; and (iii) except as stated in this document or in Exhibit "A", no one else has any rights or interests in the Property which would reduce its value or disturb the buyer's use and enjoyment of it.

Seller agrees that it will **WARRANT** and **DEFEND** seller's title to the Property. This means that if the seller's promises in this paragraph 4 turn out to be untrue, seller will (a) defend seller's title against any lawful claim by someone else; and (b) pay any damages the buyer suffers from the loss of the Property or any interest in it if the claim is not defeated.

5. **Your Promises And Agreements.** For the benefit of the owners of other Units in the condominiums including owners of Vacation Plans, the buyer promises to obey the condominium documents. The buyer here and now accepts and approves the condominium documents. For the benefit of all members of the Tahiti Village Vacation Club, the buyer

promises to obey the vacation plan documents. The buyer here and now accepts and approves the vacation plan documents. The buyer also agrees that the Property is and always will be subject to them and to the liens created by them. These liens permit the Property to be taken from the buyer and sold, for example, the buyer fails to pay their debts to the Club.

6. **Binding Nature Of The Buyer's Promises.** Each agreement and promise you make in this document is a "covenant running with the land," an "equitable servitude" and a "lien." This means that the buyer's agreements and promises in this document are binding on (i) the buyer; and (ii) anyone who later owns the Property or any interest in it. The buyer's promises and agreements are enforced by (i) the seller; (ii) anyone else intended to benefit from them (the "third parties"); and (iii) anyone who later owns the interest of the seller or the third parties in the condominiums.

7. **Buyer's Indemnity Agreement.** The buyer agrees to defend the seller and the third parties from any claim or lawsuit threatened or made against any of them because the buyer fails to keep their promises and agreements. The buyer also agrees to pay all losses, damages, costs and expenses, including legal fees, they pay or incur because the buyer fails to keep their promises or agreements.

8. **The Extent Of Our Obligations.** Both the buyer and the seller are bound by and are intended to benefit from each other's promises in this document. The words "seller" and "buyer" (and any pronouns used in their place) are used in this document to mean and include (i) males and females; (ii) one or more (or a combination of) real people, firms, and corporation; and (iii) anyone else who, by law or by agreement, stands in the place of seller, or buyer. (Such people are called, in technical legal terms, "heirs," "personal representatives," "successors" and "assigns.")

Each person who is one of "you" is jointly and severally (which means both independently and together as a group) obligated to keep his or her promises and agreements in this document.

IN WITNESS WHEREOF, said Seller has executed the within instrument this ___16___ day of ___July___ 2014.

By: _____
   Jeffrey A. Hedberg

By: _____
   Julia P. Hedberg

STATE OF N~~EVADA~~ <u>New york</u> )
         <u>Westchester</u> ) ss.
COUNTY OF ~~CLARK~~ )

On this <u>July 16, 2014</u>
appeared before me, a Notary Public,
<u>Jeffrey A. Hedberg</u>
<u>Julia P. Hedberg</u>
personally known or proven to me to be
the person(s) whose name(s) is/are
subscribed to the above instrument, who
acknowledged that he/she/they executed
the instrument for the purposes therein
contained.

_____
Notary Public

My commission expires: <u>2/19/2016</u>

HYUNSOOK LEE KIM
Notary Public - State of New York
NO. 01LE6182171
Qualified in Westchester County
My Commission Expires 2/19/2016

**EXHIBIT A**

THE PROPERTY CONSISTS OF THE FOLLOWING:

1.  For each (whole) Vacation Plan identified on page one (1) of the conveyance document (the "Conveyance Document") to which this Exhibit is attached:

    A.  An undivided one fifty-second (1/52) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Tahiti Village condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.

    B.  The right to reserve and then exclusively to occupy and use such condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year".

2.  For each One-Half Vacation Plan identified on page one (1) of the Conveyance Document:

    A.  An undivided one one-hundred and fourth (1/104th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Tahiti Village condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.

    B.

        1.  For each Odd-Year One-Half Vacation Plan identified on page one (1) of the Conveyance Document, the right to reserve and then exclusively to occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "1", "3", "5", "7", or "9".

        2.  For each Even-Year One-Half Vacation Plan identified on page one (1) of the Conveyance Document, the right to reserve and then exclusively to

723133390

occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "0", "2", "4", "6", or "8".

3. For each One-Third Vacation Plan identified on page one (1) of the Conveyance Document:

    A. An undivided one one hundred fifty-sixth (1/156th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Tahiti Village condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.

    B. The right to reserve and then exclusively to occupy and use such condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for one "Use Week" during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year", the first Use Year being the calendar year in which your use is designated and every third calendar year thereafter.

NOTE AS TO 1, 2 & 3: The terms "Use Week", "Season", "Unit Type" and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions and Restrictions for Vacation Plan Ownership in the Tahiti Village Vacation Club.

---

**The condominium and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:**

All of the premises comprising a portion of the Condominium common interest community known as "Tahiti Village" (herein called the "Condominium"), which Condominium consists of the land more particularly described in that certain Declaration of Condominium of Tahiti Village dated December 24, 2003, and recorded December 24, 2003 in Book 20031224 as Instrument 02271, Official Records, Clark County, Nevada, (herein with any amendments called the "Declaration") to which reference is hereby made and which land description as, is incorporated herein by this reference, and the

723133390

improvements and appurtenances thereof, as described in and established by the Declaration, described as follows:

**FIRST:**

A.   The condominium identified on page 1 of the Conveyance Document to which this Exhibit is attached, as that condominium is described in the Declaration and as shown on the Plat of Tahiti Village condominiums recorded on January 6, 2004, recorded January 7, 2004 in Book 20040107 Page 49 of plats, Official Records, Clark County, Nevada (herein with any amendments called the "Condominium Map").

**TOGETHER WITH** the following appurtenant rights and easements:

1.   Nonexclusive easements for ingress and egress and support of such condominium through the common elements of the Condominium and for repair of such condominium through all other condominium and through the common elements of the Condominium, all as more fully described in the Declaration; and

2.   All other rights, privileges, limited common elements and easements described in the Declaration as being appurtenant to the condominium.

**SUBJECT, HOWEVER**, to an easement in favor of the owners of all other condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines and other common elements serving such other condominiums, and other parts of the building and for support and repair of the common elements and all other condominiums.

**EXCEPTING AND RESERVING** easements through the condominium appurtenant to the common elements of the Condominium and all other condominiums of the Condominium for support and repair of both the common elements of the Condominium and all other condominiums of the Condominium.

B.   An undivided percentage interest equal to the percentage interest appurtenant to the condominium as established by the Declaration, or as set forth in any replacement declaration covering the Condominium, or if the Condominium is removed from the condominium property regime, then as set forth in the Declaration immediately preceding such removal, as tenant in common with the other owners of condominiums of the Condominium, in and to the common elements of the Condominium, including the land, as described in the Declaration, subject to nonexclusive easements appurtenant to all condominiums for ingress, egress, support and repair.

723133390

**TOGETHER WITH** appurtenant easements described in the Declaration, and **SUBJECT TO** the encumbrances, restrictions, covenants, agreements, obligations, conditions and other provisions set forth in the Declaration, and the above-mentioned Condominium Map, to which reference is hereby made.

**SUBJECT, HOWEVER, TO:**

1.   The lien of real property taxes not yet due and owing.

2.   The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Declaration and the Bylaws, and any amendments to either of them.

3.   Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Tahiti Village Vacation Club, dated January 6, 2004, and recorded January 7, 2004, in Book 20040107 as Instrument 00951, Official Records, Clark County, Nevada,

4.   Such other covenants, conditions, restrictions, easements, rights of way and other matters of record, if any, which may now affect the Property.

723133390

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 177-04-413-001 through 155
   b. _____
   c. _____
   d. _____

2. Type of Property:
   a. ☐ Vacant Land    b. ☐ Single Fam. Res.
   c. ☐ Condo/Twnhse   d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg      f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural   h. ☐ Mobile Home
   ☑ Other  Timeshare

| FOR RECORDERS OPTIONAL USE ONLY |
|---|
| Book_____ Page:_____ |
| Date of Recording: _____ |
| Notes: |

3.a. Total Value/Sales Price of Property        $ 500.00
   b. Deed in Lieu of Foreclosure Only (value of property ( _____ )
   c. Transfer Tax Value:        $ 2.55
   d. Real Property Transfer Tax Due        $ 2.55

**4. If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: 100 %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____    Capacity: Grantor _____

Signature _____    Capacity: Grantor _____

| **SELLER (GRANTOR) INFORMATION** **(REQUIRED)** | **BUYER (GRANTEE) INFORMATION** **(REQUIRED)** |
|---|---|
| Print Name: Jeffrey A. Hedberg | Print Name: Jose Alex Gomez |
| Address: 445 Broadway #3E | Address: 1775 E. Palm Canyon Dr. Ste. |
| City: Hastings on the Hudson | City: Palm Springs |
| State: NY    Zip: 10706 | State: CA    Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| Print Name: Mitchell R. Sussman, Esq. | Escrow # |
|---|---|
| Address: 1053 S. Palm Canyon Dr. | |
| City: Palm Springs | State: CA    Zip: 92264 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED



Inst #: 20141202-0004208
Fees: $21.00 N/C Fee: $0.00
RPTT: $2.55 Ex: #
12/02/2014 04:41:12 PM
Receipt #: 2237832
Requestor:
MITCHELL SUSMAN
Recorded By: SHAWA   Pgs: 6
DEBBIE CONWAY
CLARK COUNTY RECORDER

## RECORDING COVER PAGE
(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)

APN# __177-04-411-070__

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

## TITLE OF DOCUMENT
(DO NOT Abbreviate)

Grant, Bargain, Sale Deed

**Document Title on cover page must appear EXACTLY as the first page of the document
to be recorded.**

**RECORDING REQUESTED BY:**

Mitchell R. Sussman, Esq.

**RETURN TO: Name**__Mitchell R. Sussman, Esq.__

**Address**__1053 S. Palm Canyon Dr.__

**City/State/Zip**__Palm Springs, CA 92264__

**MAIL TAX STATEMENT TO:** (Applicable to documents transferring real property)

**Name**__Jose Alex Gomez__

**Address**__1775 E. Palm Canyon Dr., Ste. 110-417__

**City/State/Zip**__Palm Springs, CA 92264__

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly, do not use page scaling.
Using this cover page does not exclude the document from assessing a noncompliance fee.
P:\Common\Forms & Notices\Cover Page Template Feb2014

**APN:** 177-04-411-070

**Affix R.P.T.T. $** 2.55

**WHEN RECORDED MAIL TO and MAIL TAX STATEMENTS TO:**

Jose Alex Gomez
1775 E. Palm Canyon Dr.
Ste. 110-417
Palm Springs, CA 92264

## GRANT, BARGAIN, SALE DEED

THIS INDENTURE WITNESSETH: That Salvador E. Pena and Leonor Pena, an Unmarried Man and an Unmarried Woman, who acquired tile as Salvador E. Pena and Leonor Pena, husband and wife. in consideration of $10.00 and other valuable consideration, the receipt of which is hereby acknowledged, do hereby Grant, Bargain, Sell and Convey to

Jose Alex Gomez, a Married Man as his sole and separate property.
all that real property situated in the County of Clark, State of Nevada, bounded and described as follows:

The real property described in Exhibit "A", attached hereto and incorporated herein by this reference, located in Clark County, Nevada, (the "Conveyed Property").

Subject to:   1.   Taxes for the current fiscal year, paid current.
              2.   Conditions, covenants, restrictions, reservations, rights, rights of way and easements now of record, if any.

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining.

Witness my/our hand(s) on

Date: 9-17-14

_____
Salvador E Pena

_____
Leonor Pena

STATE OF ~~NEVADA~~ ⓔ California )

COUNTY OF ~~CLARK~~ ⓔ Los Angeles ) ss.

On this ___9-19-14___
appeared before me, a Notary Public,
___Salvador E. Pena___

~~personally known or~~ proven to me to be the person(s) whose name(s) is/are subscribed to the above instrument, who acknowledged that he/she/they executed the instrument for the purposes therein contained.



_____
Notary Public

My commission expires: ___01-21-15___

T. STINE
Commission # 1918699
Notary Public - California
Los Angeles County
My Comm. Expires Jan 21, 2015

ⓣ California
STATE OF ~~NEVADA~~    )
          ⓣ  Los Angeles  ) ss.
COUNTY OF ~~CLARK~~        )

On this ___9-17-14___

appeared before me, a Notary Public,

___Leonor Peno___



~~personally known or~~ proven to me to be the person(s) whose name(s) is/are subscribed to the above instrument, who acknowledged that he/she/they executed the instrument for the purposes therein contained.

___T S̶c̶___

Notary Public

My commission expires: ___01-21-15___

T. STINE
Commission # 1918699
Notary Public - California
Los Angeles County
My Comm. Expires Jan 21, 2015

STATE OF NEVADA
DECLARATION OF VALUE

1. Assessor Parcel Number(s)
   a. 177-04-411-070
   b. _____
   c. _____
   d. _____

2. Type of Property:

| | | | | |
|---|---|---|---|---|
| a. [ ] | Vacant Land | b. [ ] | Single Fam. Res. | |
| c. [ ] | Condo/Twnhse | d. [ ] | 2-4 Plex | |
| e. [ ] | Apt. Bldg | f. [ ] | Comm'l/Ind'l | |
| g. [ ] | Agricultural | h. [ ] | Mobile Home | |
| [✓] | Other Timeshare | | | |

FOR RECORDERS OPTIONAL USE ONLY
Book_____ Page:_____
Date of Recording: _____
Notes:

3.a. Total Value/Sales Price of Property             $ 500.00
   b. Deed in Lieu of Foreclosure Only (value of property ( 0.00                    )
   c. Transfer Tax Value:                            $ 500.00
   d. Real Property Transfer Tax Due                 $ 2.55

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: 100   %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____    Capacity: Grantor _____

Signature _____    Capacity: Grantor _____

**SELLER (GRANTOR) INFORMATION**          **BUYER (GRANTEE) INFORMATION**
**(REQUIRED)**                            **(REQUIRED)**
Print Name: Salvador and Leonor Pena      Print Name: Jose Alex Gomez
Address: 11686 English Ct.                Address: 1775 E. Palm Canyon Dr. Ste.
City: Adelanto                            City: Palm Springs
State: CA          Zip: 92301             State: CA          Zip: 92264

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**
Print Name: Mitchell R. Sussman, Esq.     Escrow #
Address: 1053 S. Palm Canyon Dr.
City: Palm Springs                        State: CA          Zip: 92264

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

(8)-1

Inst #: 20141202-0004204
Fees: $23.00 N/C Fee: $0.00
RPTT: $2.55 Ex: #
12/02/2014 04:38:21 PM
Receipt #: 2237830
Requestor:
MITCHELL SUSSMAN
Recorded By: SHAWA   Pgs: 8
DEBBIE CONWAY
CLARK COUNTY RECORDER

## RECORDING COVER PAGE

(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)

APN# 177-04-413-043
_____

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

## TITLE OF DOCUMENT
### (DO NOT Abbreviate)

Grant, Bargain, Sale Deed
_____

_____

**Document Title on cover page must appear EXACTLY as the first page of the document
to be recorded.**

**RECORDING REQUESTED BY:**

Mitchell R. Sussman, Esq.
_____

**RETURN TO: Name** Mitchell R. Sussman, Esq.
_____

**Address** 1053 S. Palm Canyon Dr.
_____

**City/State/Zip** Palm Springs, CA 92264
_____

**MAIL TAX STATEMENT TO:** (Applicable to documents transferring real property)

**Name** Jose Alex Gomez
_____

**Address** 1775 E. Palm Canyon Dr., Ste. 110-417
_____

**City/State/Zip** Palm Springs, CA 92264
_____

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly, do not use page scaling.
Using this cover page does not exclude the document from assessing a noncompliance fee.
P:\Common\Forms & Notices\Cover Page Template Feb2014

APN:  177-04-414-524/177-04-414-522

Affix R.P.T.T. $  2.55

WHEN RECORDED MAIL TO and MAIL TAX
STATEMENTS TO:

Jose Alex Gomez
1775 E. Palm Canyon Dr.
Ste. 110-417
Palm Springs, CA 92264

## GRANT, BARGAIN, SALE DEED

THIS INDENTURE WITNESSETH: That
SHAWN M GOULD AND RACHEL GOULD, HUSBAND AND WIFE AS JOINT TENANTS
in consideration of $10.00 and other valuable consideration, the receipt of which is hereby
acknowledged, do hereby Grant, Bargain, Sell and Convey to
JOSE ALEX GOMEZ, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY
all that real property situated in the County of Clark, State of Nevada, bounded and described as
follows: Unit Nos. 5944/5942, Interval No. 39Y

The real property described in Exhibit "A", attached hereto and incorporated herein by
this reference, located in Clark County, Nevada, (the "Conveyed Property").

Subject to:    1.  Taxes for the current fiscal year, paid current.
               2.  Conditions, covenants, restrictions, reservations, rights, rights of way and
                   easements now of record, if any.

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging
or in anywise appertaining.

Witness my/our hand(s) on

Date:  10/22/14

Shawn M Gould                              Rachel Gould

**EXHIBIT A**

THE PROPERTY CONSISTS OF THE FOLLOWING:

1.    For each (whole) Vacation Plan identified on page one (1) of the conveyance document (the "Conveyance Document") to which this Exhibit is attached:

    A.    An undivided one fifty-second (1/52) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Tahiti Village condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.

    B.    The right to reserve and then exclusively to occupy and use such condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year".

2.    For each One-Half Vacation Plan identified on page one (1) of the Conveyance Document:

    A.    An undivided one one-hundred and fourth (1/104th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Tahiti Village condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.

    B.

        1.    For each Odd-Year One-Half Vacation Plan identified on page one (1) of the Conveyance Document, the right to reserve and then exclusively to occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "1", "3", "5", "7", or "9".

        2.    For each Even-Year One-Half Vacation Plan identified on page one (1) of the Conveyance Document, the right to reserve and then exclusively to

occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "0", "2", "4", "6", or "8".

3. For each One-Third Vacation Plan identified on page one (1) of the Conveyance Document:

A. An undivided one one hundred fifty-sixth (1/156th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Tahiti Village condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.

B. The right to reserve and then exclusively to occupy and use such condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for one "Use Week" during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year", the first Use Year being the calendar year in which your use is designated and every third calendar year thereafter.

NOTE AS TO 1, 2 & 3: The terms "Use Week", "Season", "Unit Type" and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions and Restrictions for Vacation Plan Ownership in the Tahiti Village Vacation Club.

---

**The condominium and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:**

All of the premises comprising a portion of the Condominium common interest community known as "Tahiti Village" (herein called the "Condominium"), which Condominium consists of the land more particularly described in that certain Declaration of Condominium of Tahiti Village dated December 24, 2003, and recorded December 24, 2003 in Book 20031224 as Instrument 02271, Official Records, Clark County, Nevada, (herein with any amendments called the "Declaration") to which reference is hereby made and which land description as, is incorporated herein by this reference, and the

improvements and appurtenances thereof, as described in and established by the Declaration, described as follows:

**FIRST:**

A.      The condominium identified on page 1 of the Conveyance Document to which this Exhibit is attached, as that condominium is described in the Declaration and as shown on the Plat of Tahiti Village condominiums recorded on January 6, 2004, recorded January 7, 2004 in Book 20040107 Page 49 of plats, Official Records, Clark County, Nevada (herein with any amendments called the "Condominium Map").

**TOGETHER WITH** the following appurtenant rights and easements:

1.      Nonexclusive easements for ingress and egress and support of such condominium through the common elements of the Condominium and for repair of such condominium through all other condominium and through the common elements of the Condominium, all as more fully described in the Declaration; and

2.      All other rights, privileges, limited common elements and easements described in the Declaration as being appurtenant to the condominium.

**SUBJECT, HOWEVER,** to an easement in favor of the owners of all other condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines and other common elements serving such other condominiums, and other parts of the building and for support and repair of the common elements and all other condominiums.

**EXCEPTING AND RESERVING** easements through the condominium appurtenant to the common elements of the Condominium and all other condominiums of the Condominium for support and repair of both the common elements of the Condominium and all other condominiums of the Condominium.

B.      An undivided percentage interest equal to the percentage interest appurtenant to the condominium as established by the Declaration, or as set forth in any replacement declaration covering the Condominium, or if the Condominium is removed from the condominium property regime, then as set forth in the Declaration immediately preceding such removal, as tenant in common with the other owners of condominiums of the Condominium, in and to the common elements of the Condominium, including the land, as described in the Declaration, subject to nonexclusive easements appurtenant to all condominiums for ingress, egress, support and repair.

**TOGETHER WITH** appurtenant easements described in the Declaration, and **SUBJECT TO** the encumbrances, restrictions, covenants, agreements, obligations, conditions and other provisions set forth in the Declaration, and the above-mentioned Condominium Map, to which reference is hereby made.

**SUBJECT, HOWEVER, TO:**

1.    The lien of real property taxes not yet due and owing.

2.    The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Declaration and the Bylaws, and any amendments to either of them.

3.    Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Tahiti Village Vacation Club, dated January 6, 2004, and recorded January 7, 2004, in Book 20040107 as Instrument 00951, Official Records, Clark County, Nevada.

4.    Such other covenants, conditions, restrictions, easements, rights of way and other matters of record, if any, which may now affect the Property.

STATE OF NEVADA            )
                          ) ss.
COUNTY OF CLARK           )

On this 22nd Day of October 2014
appeared before me, a Notary Public,

Shawn M. Gould

Rachel Gould

personally known or proven to me to be
the person(s) whose name(s) is/are
subscribed to the above instrument, who
acknowledged that he/she/they executed
the instrument for the purposes therein
contained.

Heather S. Austin

Notary Public

My commission expires: 10/31/2015



HEATHER S AUSTIN
NOTARY PUBLIC for the
State of Montana
Residing at Great Falls, MT
My Commission Expires
October 31, 2015

STATE OF NEVADA
DECLARATION OF VALUE

1. Assessor Parcel Number(s)
   a. 177-04-414-524
   b. 177-04-414-522
   c. _____
   d. _____

2. Type of Property:
   a. [ ] Vacant Land      b. [ ] Single Fam. Res.
   c. [ ] Condo/Twnhse     d. [ ] 2-4 Plex
   e. [ ] Apt. Bldg        f. [ ] Comm'l/Ind'l
   g. [ ] Agricultural     h. [ ] Mobile Home
      [✓] Other

FOR RECORDERS OPTIONAL USE ONLY
Book_____ Page:_____
Date of Recording: _____
Notes:

3. a. Total Value/Sales Price of Property          $ 500.00
   b. Deed in Lieu of Foreclosure Only (value of property ( 0.00                                    )
   c. Transfer Tax Value:                          $ 500.00
   d. Real Property Transfer Tax Due               $ 2.55

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: 100 %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _Shawn M Gould_   Capacity: Grantor

Signature _Rachel Gould_   Capacity: Grantor

| SELLER (GRANTOR) INFORMATION (REQUIRED) | BUYER (GRANTEE) INFORMATION (REQUIRED) |
|---|---|
| Print Name: Shawn + Rachel Gould | Print Name: Jose Alex Gomez |
| Address: PO Box 372 | Address: 1775 E. Palm Canyon Dr. Ste. |
| City: Ulm | City: Palm Springs |
| State: MT   Zip: 59485 | State: CA   Zip: 92264 |

COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)

| Print Name: Mitchell R. Sussman, Esq. | Escrow # |
|---|---|
| Address: 1053 S. Palm Canyon Dr. | |
| City: Palm Springs | State: CA   Zip: 92264 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

Inst #: 20150915-0002363
Fees: $20.00 N/C Fee: $0.00
RPTT: $2.55 Ex: #
09/15/2015 03:58:13 PM
Receipt #: 2553784
Requestor:
MITCHELL SUSSMAN
Recorded By: BERRYS   Pgs: 5
DEBBIE CONWAY
CLARK COUNTY RECORDER

## RECORDING COVER PAGE
(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)

APN# 177-04-414-061
(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

### TITLE OF DOCUMENT
(DO NOT Abbreviate)

Quitclaim Deed

(Timeshare Property)

**Document Title on cover page must appear EXACTLY as the first page of the document
to be recorded.**

**RECORDING REQUESTED BY:**

Jose Alex Gomez

**RETURN TO: Name** Mitchell R. Sussman C/O Tricia Ruiz

**Address** 9176 San Luis Obispo Lane

**City/State/Zip** Riverside CA 92508

**MAIL TAX STATEMENT TO:** (Applicable to documents transferring real property)

**Name** Jose Alex Gomez

**Address** 1775 East Palm Canyon Drive Suite 110-417

**City/State/Zip** Palm Springs, Ca. 92264

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly, do not use page scaling.
Using this cover page does not exclude the document from assessing a noncompliance fee.
P:\Common\Forms & Notices\Cover Page Template Feb2014

WHEN RECORDED MAIL TO:
Tricia Ruiz
C/O: Mitchell R. Sussman, Attorney at Law
1053 S. Palm Canyon Dr.
Palm Springs, CA 92264

MAIL TAX STATEMENTS TO:
Jose Alex Gomez
1775 E. Palm Canyon Drive
Suite 110-417
Palm Springs, CA 92264

## QUITCLAIM DEED

Parcel ID: #177-04-414-061
This indenture witnesseth that:

**STEPHEN SKRABAK and ANGIE SKRABAK, (Grantors): Husband and Wife** as Joint Tenants, with rights of survivorship, who resides at: 22046 48ᵗʰ Ave. CT East Spanaway, Washington, 98387, RELEASES AND QUIT CLAIMS TO:

For and in consideration of:   The sum of $10 dollars

**JOSE ALEX GOMEZ (Grantee), a Single Man who resides at:** 1775 E. Palm Canyon Drive Suite 110-417 Palm Springs, California 92264, in the County of Riverside, the following described real property:

The following described real property: Situated in the City of Las Vegas, County of Clark, State of Nevada:

Unit No: 5201
Interval No.: 160
Unit Type: One Bedroom (Bora Bora)
Number of Vacation Plans: 1
Type of Vacation Plan: Every Other Year (ODD)

All of the property described in Exhibit "A" which is attached to and part of this document. It includes, among other things,

(i)     The Time Share Interest shown above
(ii)    All rights and privileges that pertain to or otherwise go with the property described in Exhibit "A", and
(iii)   All rights of the seller in that property (in legal terms, the "reversions, remainders, rents, profits, easements and appurtenances")

The property is yours to keep forever, in fee simple, Of course, the Property is subject to the recorded Declaration of Covenants, Conditions and Restrictions for the Plat of Tahiti Village condominiums dated on January 6, 2004, recorded January 7, 2004 in Bok 2004017 as Instrument 00951, Official Records of Clark County, Nevada as the same may be amended from time to time (the "Declaration")

Subject further to current taxes and other assessments, reservations in patents and all easements, rights of way, covenants, conditions, restrictions, obligations, liabilities and all other matters as may appear of record. Subject to the foregoing, the Grantor warrants the title against its acts, and none other, against all persons whomsoever.

Dated this __6__ day of __August__, 2015.

By: _____

Stephen Skrabak

By_____

Angie Skrabak

STATE OF: Washington

COUNTY OF: Pierce

On this 10th day of August _____, 2015, before me personally appeared Stephen Skrabak and Angie Skrabak, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document, and who acknowledged that he/she signed the above/attached document.

(seal)

_____
Notary Public Signature

Lisa Larsen
Notary Public Printed Name

Commission expires: 4-29-19

Commission No: 178478

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 177-04-414-061
   b. _____
   c. _____
   d. _____

2. Type of Property:

   | | | | |
   |---|---|---|---|
   | a. ☐ Vacant Land | b. ☐ Single Fam. Res. | | |
   | c. ☐ Condo/Twnhse | d. ☐ 2-4 Plex | | |
   | e. ☐ Apt. Bldg | f. ☐ Comm'l/Ind'l | | |
   | g. ☐ Agricultural | h. ☐ Mobile Home | | |
   | ☑ Other _Timeshare_ | | | |

   FOR RECORDERS OPTIONAL USE ONLY
   Book _____ Page: _____
   Date of Recording: _____
   Notes: _____

3. a. Total Value/Sales Price of Property    $ 500.00
   b. Deed in Lieu of Foreclosure Only (value of property (_____)
   c. Transfer Tax Value:    $ 2.55
   d. Real Property Transfer Tax Due    $ 2.55

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section _____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: 100 %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _Stephen Skrabak_    Capacity: Grantor

Signature _[signature]_    Capacity: Grantor

| **SELLER (GRANTOR) INFORMATION** **(REQUIRED)** | **BUYER (GRANTEE) INFORMATION** **(REQUIRED)** |
|---|---|
| Print Name: Stephen Skrabak | Print Name: Jose Alex Gomez |
| Address: 22046 48th Ave. | Address: 1775 E. Palm Canyon Drive |
| City: East Spanaway | City: Palm Springs |
| State: WA        Zip: 98387 | State: CA        Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| | |
|---|---|
| Print Name: Mitchell R. Sussman | Escrow #: |
| Address: 1053 S. Palm Canyon Dr. | |
| City: Palm Springs | State: CA        Zip: 92264 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

Inst #: 20151201-0000261
Fees: $22.00 N/C Fee: $25.00
RPTT: $2.55 Ex: #
12/01/2015 07:40:51 AM
Receipt #: 2621404
Requestor:
MITCHELL R SUSSMAN
Recorded By: DXI   Pgs: 7
DEBBIE CONWAY
CLARK COUNTY RECORDER

WHEN RECORDED MAIL TO:
Tricia Ruiz
C/O: Mitchell R. Sussman, Attorney at Law
1053 S. Palm Canyon Dr.
Palm Springs, CA 92264

MAIL TAX STATEMENTS TO:
Jose Alex Gomez
1775 E. Palm Canyon Drive
Suite 110-417
Palm Springs, CA 92264

## QUITCLAIM DEED

Parcel ID: #177-04-414-037

This indenture witnesseth that:

**MELVIN D. HENDERSON and ALINE E. HENDERSON (Grantors) Husband and Wife,**
who resides at: 13373 W. Cloquallum Road, Elma, Washington 98541, RELEASES AND QUIT
CLAIMS TO:

For and in consideration of:   The sum of $10 dollars

**JOSE ALEX GOMEZ (Grantee), a Single Man who resides at:** 1775 E. Palm Canyon Drive
Suite 110-417 Palm Springs, California 92264, in the County of Riverside, the following
described real property:

The following described real property: Situated in the City of Las Vegas, County of Clark, State
of Nevada:

The following described real property in the county of Clark, State of Nevada, described as follows: A one
fifty-second (1/52) undivided interest, known as Tahiti Village which condominiums consists of the land
more particularly described in Exhibit "A"

1, 2, & 3: The Terms "Use Week", "Season", "Unit Type", and "Owner's Use Year" are defined in the
Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in the Tahiti Village
in the Tahiti Village Vacation Club dated January 6, 2004 and recorded January 7, 2004, in Book 2004017
as Instrument 00951, Official Records, Clark County, Nevada (as amended from time to time, the
"Vacation Plan Declaration")

## EXHIBIT A

THE PROPERTY CONSISTS OF THE FOLLOWING:

1.   For each (whole) Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document to which this Exhibit is attached:

   A.   An undivided one fifty-second (1/52) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

   B.   The right to reserve and then exclusively to occupy and use such Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year".

2.   For each One-Half Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document:

   A.   An undivided one one-hundred and fourth (1/104th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

   B.

      1.   For each Odd-Year One-Half Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document, the right to reserve and then exclusively to occupy and use said Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "1", "3", "5", "7", or "9".

Account No.: 724280429

2.  For each Even-Year One-Half Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document, the right to reserve and then exclusively to occupy and use said Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "0", "2", "4", "6", or "8".

3.  For each One-Third Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document:

    A.  An undivided one one hundred fifty-sixth (1/156th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

    B.  The right to reserve and then exclusively to occupy and use such Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for one "Use Week" during the Season identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year", the first Use Year being the calendar year in which your use is designated and every third calendar year thereafter.

NOTE AS TO 1, 2 & 3: The terms "Use Week", "Season", "Unit Type" and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions and Restrictions for Vacation Plan Ownership in the Tahiti Village Vacation Club dated January 6, 2004, and recorded January 7, 2004, in Book 2004017 as Instrument 00951, Official Records, Clark County, Nevada (as amended from time to time, the "Vacation Plan Declaration").

**The Unit and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:**

All of the premises comprising a portion of the Condominium's common interest community known as "Tahiti Village", which Condominiums consists of the land more particularly described in

Account No.: 724280429

that certain Declaration of Condominium of Tahiti Village dated December 24, 2003, and recorded December 24, 2003 in Book 20031224 as Instrument 02271, Official Records, Clark County, Nevada, as amended and fully restated in the Amended and Restated Declaration of Condominium for Tahiti Village, dated February 18, 2004, and recorded February 23, 2004, in Book 20040223 as Instrument 01027, Amended September 15, 2004 in Book 20040915 as Instrument 0001861 and Amended December 22, 2005 in Book 20051222 as Instrument 0002215 Official Records, Clark county, Nevada (herein with any amendments called the "Master Declaration") to which reference is hereby made and which land description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by the Master Declaration, described as follows:

FIRST:

A.    The Unit identified on page 1 of the Vacation Plan Conveyance Document to which this Exhibit is attached, as that Unit is described in the Master Declaration and as shown on either (a) the Third Amended Final Map of Tahiti Village Phase 1 recorded on April 28, 2006 in Book 131 Page 0005 of Plats, Office of the Clark County Recorder, Clark County, Nevada (herein with any amendments called the "Phase 1 Map" and, collectively with the Phase 2 Map, the "Condominium Map"); or (b) the Final Map of Tahiti Village Phase 2 recorded on December 22, 2005, in Book 128, Page 85 of Plats, Official Records, Clark County, Nevada (herein with any amendments called the "Phase 2 Map" and, collectively with the Phase 1 Map, the "Condominium Map").

TOGETHER WITH the following appurtenant rights and easements:

1.    Nonexclusive easements for ingress and egress and support of such Unit through the common elements of the Condominiums and for repair of such Unit through all other Units of the Condominiums and through the common elements of the Condominiums, all as more fully described in the Master Declaration; and

2.    All other rights, privileges, limited common elements and easements described in the Master Declaration as being appurtenant to the Unit.

SUBJECT, HOWEVER, to an easement in favor of the owners of all other Units of the Condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines and other common elements serving such other Units, and other parts of the building and for support and repair of the common elements and all other Units.

Account No.: 724280429

EXCEPTING AND RESERVING easements through the Unit appurtenant to the common elements of the Condominiums and all other Units of the Condominiums for support and repair of both the common elements of the Condominiums and all other Units of the Condominiums.

B.    An undivided percentage interest equal to the percentage interest appurtenant to the Unit as established by the Master Declaration, or as set forth in any replacement declaration covering the Condominiums, or if the Condominiums is removed from the condominium property regime, then as set forth in the Master Declaration immediately preceding such removal, as tenant in common with the other owners of Units of the Condominiums, in and to the common elements of the Condominiums, including the land, as described in the Master Declaration, subject to nonexclusive easements appurtenant to all Units for ingress, egress, support and repair.

TOGETHER WITH appurtenant easements described in the Master Declaration, and SUBJECT TO the encumbrances, restrictions, covenants, agreements, obligations, conditions and other provisions set forth in the Master Declaration, and the above-mentioned Condominium Map, to which reference is hereby made

SUBJECT, HOWEVER, TO:

1.    The lien of real property taxes not yet due and owing.

2.    The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Master Declaration and the Bylaws, and any amendments to either of them.

3.    The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Vacation Plan Declaration and Bylaws contemplated by the Vacation Plan Declaration, and any amendments to either of them.

4.    Such other covenants, conditions, restrictions, easements, rights of way and other matters of record, if any, which may now affect the Property.

Account No.: 724280429

Subject further to current taxes and other assessments, reservations in patents and all easements, rights of way, covenants, conditions, restrictions, obligations, liabilities and all other matters as may appear of record. Subject to the foregoing, the Grantor warrants the title against its acts, and none other, against all persons whomsoever.

Dated this 23 day of October, 2015.

By: _Melvin D. Henderson_
Melvin D. Henderson

By: _Aline E. Henderson_
Aline E. Henderson

---

STATE OF: Washington

COUNTY OF: Mason

On this 23 day of October, 2015, before me personally appeared MELVIN D. HENDERSON and ALINE E. HENDERSON, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document, and who ~~acknowledged that he/she signed~~ the above/attached document.

\* who acknowledged that he/she signed\*

(seal)

MARIE ZAMBRANO
Notary Public
State of Washington
My Commission Expires
June 15, 2018

_Marie Zambrano_
Notary Public Signature

_Marie Zambrano_
Notary Public Printed Name

Commission expires: June 15, 2018

Commission No: 172340

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 177-04-414-037
   b. _____
   c. _____
   d. _____

2. Type of Property:

   | | | | |
   |---|---|---|---|
   | a. ☐ Vacant Land | b. ☐ Single Fam. Res. |
   | c. ☐ Condo/Twnhse | d. ☐ 2-4 Plex |
   | e. ☐ Apt. Bldg | f. ☐ Comm'l/Ind'l |
   | g. ☐ Agricultural | h. ☐ Mobile Home |
   | ☑ Other   Time Share | |

   FOR RECORDERS OPTIONAL USE ONLY
   Book_____ Page:_____
   Date of Recording: _____
   Notes:

3. a. Total Value/Sales Price of Property            $ 500.00
   b. Deed in Lieu of Foreclosure Only (value of property ( _____ )
   c. Transfer Tax Value:                            $ 2.55
   d. Real Property Transfer Tax Due                 $ 2.55

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: 100    %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _~Melvin M Henderson~_          Capacity: Seller

Signature _~Aline E Henderson~_          Capacity: Seller

| **SELLER (GRANTOR) INFORMATION** **(REQUIRED)** | **BUYER (GRANTEE) INFORMATION** **(REQUIRED)** |
|---|---|
| Print Name: Melvin & Aline Henderson | Print Name: Jose Alex Gomez |
| Address: 13373 W. Cloquallum Road | Address: 1775 E. Palm Canyon Dr. # 110-417 |
| City: Elma | City:   Palm Springs |
| State: Washington        Zip: 98541 | State: CA             Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| Print Name: Mitchell Sussman | Escrow # |
|---|---|
| Address: 1053 S. Palm Canyon Dr | |
| City: Palm Springs | State: CA         Zip: 92264 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

Inst #: 20151204-0001671
Fees: $22.00 N/C Fee: $0.00
RPTT: $2.55 Ex: #
12/04/2015 11:33:57 AM
Receipt #: 2626587
Requestor:
MITCHELL SUSSMAN
Recorded By: OSA   Pgs: 7
**DEBBIE CONWAY**
CLARK COUNTY RECORDER

WHEN RECORDED MAIL TO:
Mitchell R. Sussman, Attorney at Law
1053 S. Palm Canyon Dr.
Palm Springs, CA 92264

MAIL TAX STATEMENTS TO:
Jose Alex Gomez
1775 E. Palm Canyon Drive
Suite 110-417
Palm Springs, CA 92264

Affix R. P. T. T.: $2.55

APN: 163-25-512-053

## TAHITI VILLAGE VACATION CLUB
## GRANT, BARGAIN, SALE DEED

Unit No.    318
Unit Type:  Two Bedroom Suite
Season: Regular
Number of Vacation Plans:  1
Type of Vacation Plan: Every Other Year – Odd Years

This document takes effect on                        , 2015. It is made by and binding on:

"GRANTOR"    Raymond Bronco, an Unmarried Man and
Linda Bertha Moskovics, an Unmarried Woman

In consideration of TEN DOLLARS ($10.00) and other valuable
consideration, the receipt of which is hereby acknowledged, do hereby
Grant, Bargain, Sell and Convey to:

"GRANTEE"    Jose Alex Gomez, a Married Man, whose mailing address is: 1775 E.
Palm Canyon Dr., Suite 110-417, Palm Springs, CA 92264

The real property described in Exhibit "A", attached hereto and incorporated herein by this
reference, located in Clark County, Nevada, (the "Conveyed Property").

IN WITNESS WHEREOF, said Seller has executed the within instrument this _____24 th_____ day of
_____October_____ 2015.


By: _Raymond Bronco_____
    Raymond Bronco

By: _Linda Bertha Moskovics_
    Linda Bertha Moskovics

**EXHIBIT A**

THE PROPERTY CONSISTS OF THE FOLLOWING:

1.      For each (whole) Vacation Plan identified on page one (1) of the conveyance document (the "Conveyance Document") to which this Exhibit is attached:

A.      An undivided one fifty-second (1/52) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Tahiti condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.

B.      The right to reserve and then exclusively to occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year".

2.      For each One-Half Vacation Plan identified on page one (1) of the Conveyance Document:

A.      An undivided one one-hundred and fourth (1/104th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Tahiti condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.

B.      1)      For each Odd-Year One-Half Vacation Plan identified on page one (1) of the Conveyance Document, the right to reserve and then exclusively to occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "1", "3", "5", "7", or "9".

2)      For each Even-Year One-Half Vacation Plan identified on page one (1) of the Conveyance Document, the right to reserve and then exclusively to occupy

A-vi                                        722560546

and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "0", "2", "4", "6", or "8".

NOTE AS TO 1 & 2: The terms "Use Week", "Season", "Unit Type" and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions and Restrictions for Vacation Ownership in the Tahiti Vacation Club.

---

**The condominium and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:**

All of the premises comprising a portion of the Condominium common interest community known as "Tahiti" (herein called the "Condominium"), which Condominium consists of the land more particularly described in that certain Declaration of Condominium of Tahiti dated June 28, 2002, and recorded in Book 20020628 as Instrument 01877, Official Records, Clark County, Nevada, (herein with any amendments called the "Declaration") to which reference is hereby made and which land description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by said Declaration, described as follows:

**FIRST:**

A.    The condominium identified on page 1 of the Conveyance Document to which this Exhibit is attached, as that condominium is described in the Declaration and as shown on the Plat of Tahiti Condominiums recorded June 28, 2002, in Book 105 Page 55 of Plats, Official Records, Clark County, Nevada (herein with any amendments called the "Condominium Map").

**TOGETHER WITH** the following appurtenant rights and easements:

1.    Nonexclusive easements for ingress and egress and support of said condominium through the common elements of the Condominium and for repair of said condominium through all other condominium and through the common elements of the Condominium, all as more fully described in the Declaration;

A-vii                                        722560546

2.      All other rights, privileges, limited common elements and easements described in the Declaration as being appurtenant to the condominium.

SUBJECT, HOWEVER, to an easement in favor of the owners of all other condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines and other common elements serving such other condominiums, and other parts of the building and for support and repair of the common elements and all other condominiums.

EXCEPTING AND RESERVING easements through said condominium appurtenant to the common elements of the Condominium and all other condominiums of the Condominium for support and repair of both the common elements of the Condominium and all other condominiums of the Condominium.

B.      An undivided percentage interest equal to the percentage interest appurtenant to said condominium as established by the Declaration, or as set forth in any replacement declaration covering the Condominium, or if the Condominium is removed from the condominium property regime, then as set forth in the Declaration immediately preceding such removal, as tenant in common with the other owners of condominiums of the Condominium, in and to the common elements of the Condominium, including the land, as described in the Declaration, subject to nonexclusive easements appurtenant to all condominiums for ingress, egress, support and repair.

TOGETHER WITH appurtenant easements described in said Declaration, and SUBJECT TO the encumbrances, restrictions, covenants, agreements, obligations, conditions and other provisions set forth in said Declaration, and the above-mentioned Condominium Map, to which reference is hereby made.

SUBJECT, HOWEVER, TO:

1.      The lien of real property taxes not yet due and owing.

2.      The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in said Declaration and said Bylaws, and any amendments to either of them.

3.      Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Tahiti Vacation Club, dated July 2, 2002, and recorded in Book 20020702 as Instrument 01121, Official Records, Clark County, Nevada.

4.      Such other covenants, conditions, restrictions, easements, rights of way and other matters of record, if any, which may now affect the Property.

A-viii                                          722560546

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**　　　　　　　　CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California           )
County of _San Diego_      )
On _October 24, 2015_ before me, _M. Richard, Notary Public_,
      Date                  Here Insert Name and Title of the Officer
personally appeared _Raymond Bronco and Linda Bertha_
_Moskovics_ ————
                      Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**M. RICHARD**
**Commission # 1960612**
**Notary Public - California**
**San Diego County**
**My Comm. Expires Nov 17, 2015**

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _M. Schul_
              Signature of Notary Public

            _Place Notary Seal Above_
———————————————— **OPTIONAL** ————————————————
_Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document._

**Description of Attached Document**
Title or Type of Document: _State of Nevada Declaration of Value_ —
Document Date: _October 24, 2015_ ———— Number of Pages: —_2_—
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee    ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee    ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2015 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 163-25-512-053
   b. _____
   c. _____
   d. _____

2. Type of Property:
   a. ☐ Vacant Land      b. ☐ Single Fam. Res.
   c. ☐ Condo/Twnhse    d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg         f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural      h. ☐ Mobile Home
      ☑ Other Timeshare

| FOR RECORDERS OPTIONAL USE ONLY |
| --- |
| Book_____ Page:_____ |
| Date of Recording: _____ |
| Notes: |

3. a. Total Value/Sales Price of Property        $ 500.00
   b. Deed in Lieu of Foreclosure Only (value of property ( _____ )
   c. Transfer Tax Value:                          $ 2.55
   d. Real Property Transfer Tax Due               $ 2.55

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: 100    %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _Raymond Bronco_          Capacity: Grantor
Signature _Linda Bertha Moskovis_   Capacity: Grantor

| **SELLER (GRANTOR) INFORMATION** **(REQUIRED)** | **BUYER (GRANTEE) INFORMATION** **(REQUIRED)** |
| --- | --- |
| Print Name: Raymond Bronco & Linda Moskovi | Print Name: Jose Alex Gomez |
| Address: 948 Rancho Terrace Ct. | Address: 1775 E. Palm Canyon Dr. Ste. |
| City: El Cajon | City: Palm Springs |
| State: CA          Zip: 92019 | State: CA          Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| Print Name: Mitchell R. Sussman, Esq. | Escrow # |
| --- | --- |
| Address: 1053 S. Palm Canyon Dr. | |
| City: Palm Springs | State:          Zip: |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

Inst #: 20160119-0000531
Fees: $22.00 N/C Fee: $25.00
RPTT: $2.55 Ex: #
01/19/2016 09:35:45 AM
Receipt #: 2660137
Requestor:
TRICIA RUIZ
Recorded By: DHG   Pgs: 7
**DEBBIE CONWAY**
CLARK COUNTY RECORDER

WHEN RECORDED MAIL TO:
Tricia Ruiz
C/O: Mitchell R. Sussman, Attorney at Law
1053 S. Palm Canyon Dr.
Palm Springs, CA 92264

MAIL TAX STATEMENTS TO:
Jose Alex Gomez
1775 E. Palm Canyon Drive
Suite 110-417
Palm Springs, CA 92264



## QUITCLAIM DEED

---

Parcel ID: #177-04-113-080

This indenture witnesseth that:

**ORLANDO ROMAN and BARBARA K. ROMAN (Grantors) husband and wife,** who
resides at: 10571 W. 83rd Place, Arvada, Colorado 80005, RELEASES AND QUIT CLAIMS
TO:

For and in consideration of:   The sum of $10 dollars

**JOSE ALEX GOMEZ (Grantee), a Single Man who resides at:** 1775 E. Palm Canyon Drive
Suite 110-417 Palm Springs, California 92264, in the County of Riverside, the following
described real property:

The following described real property: Situated in the City of Las Vegas, County of Clark, State
of Nevada:

Tahiti Village Vacation Club

Unit No(s): 1516A
Interval Numbers(s): 354
Unit Type: 1 Bedroom Bora Bora
Season: Regular
Number of Vacation Plans: 1
Type of Vacation Plan: Every Year

See Attached Exhibit "A"

Subject further to current taxes and other assessments, reservations in patents and all easements, rights of way, covenants, conditions, restrictions, obligations, liabilities and all other matters as may appear of record. Subject to the foregoing, the Grantor warrants the title against its acts, and none other, against all persons whomsoever.

Dated this 9 day of _December_, 2015.

By: _____
Orlando Roman

By: _____
Barbara K. Roman

STATE OF: Colorado

COUNTY OF: Jefferson

On this ____9____ day of ____Dec____, 2015, before me personally appeared **ORLANDO ROMAN and BARBARA K. ROMAN**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document, and who acknowledged that he/she signed the above/attached document.

(seal)

_____
Notary Public Signature

_____
Notary Public Printed Name

Commission expires: ____10.28.2019____

Commission No: _____

NICOLE NUANES
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19994029930
MY COMMISSION EXPIRES OCTOBER 28, 2019

## EXHIBIT A

THE PROPERTY CONSISTS OF THE FOLLOWING:

1.  For each (whole) Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document to which this Exhibit is attached:

    A.  An undivided one fifty-second (1/52) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

    B.  The right to reserve and then exclusively to occupy and use such Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year".

2.  For each One-Half Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document:

    A.  An undivided one one-hundred and fourth (1/104th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

    B.

        1.  For each Odd-Year One-Half Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document, the right to reserve and then exclusively to occupy and use said Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "1", "3", "5", "7", or "9".

Account No.: 723280273

Page 7 of 10

2. For each Even-Year One-Half Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document, the right to reserve and then exclusively to occupy and use said Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "0", "2", "4", "6", or "8".

3. For each One-Third Vacation Plan identified on page one (1) of the Vacation Plan Conveyance Document:

A. An undivided one one hundred fifty-sixth (1/156th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

B. The right to reserve and then exclusively to occupy and use such Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the non-exclusive right to use and enjoy the common elements of the Condominiums for one "Use Week" during the Season identified on page one of the Vacation Plan Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year", the first Use Year being the calendar year in which your use is designated and every third calendar year thereafter.

NOTE AS TO 1, 2 & 3: The terms "Use Week", "Season", "Unit Type" and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions and Restrictions for Vacation Plan Ownership in the Tahiti Village Vacation Club dated January 6, 2004, and recorded January 7, 2004, in Book 2004017 as Instrument 00951, Official Records, Clark County, Nevada (as amended from time to time, the "Vacation Plan Declaration").

The Unit and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:

All of the premises comprising a portion of the Condominium's common interest community known as "Tahiti Village", which Condominiums consists of the land more particularly described in

Account No.: 723280273

Page 8 of 10

that certain Declaration of Condominium of Tahiti Village dated December 24, 2003, and recorded December 24, 2003 in Book 20031224 as Instrument 02271, Official Records, Clark County, Nevada, as amended and fully restated in the Amended and Restated Declaration of Condominium for Tahiti Village, dated February 18, 2004, and recorded February 23, 2004, in Book 20040223 as Instrument 01027, Amended September 15, 2004 in Book 20040915 as Instrument 0001861 and Amended December 22, 2005 in Book 20051222 as Instrument 0002215 Official Records, Clark county, Nevada (herein with any amendments called the "Master Declaration") to which reference is hereby made and which land description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by the Master Declaration, described as follows:

FIRST:

A. The Unit identified on page 1 of the Vacation Plan Conveyance Document to which this Exhibit is attached, as that Unit is described in the Master Declaration and as shown on either (a) the Third Amended Final Map of Tahiti Village Phase 1 recorded on April 28, 2006 in Book 131 Page 0005 of Plats, Office of the Clark County Recorder, Clark County, Nevada (herein with any amendments called the "Phase 1 Map" and, collectively with the Phase 2 Map, the "Condominium Map"); or (b) the Final Map of Tahiti Village Phase 2 recorded on December 22, 2005, in Book 128, Page 85 of Plats, Official Records, Clark County, Nevada (herein with any amendments called the "Phase 2 Map" and, collectively with the Phase 1 Map, the "Condominium Map").

TOGETHER WITH the following appurtenant rights and easements:

1. Nonexclusive easements for ingress and egress and support of such Unit through the common elements of the Condominiums and for repair of such Unit through all other Units of the Condominiums and through the common elements of the Condominiums, all as more fully described in the Master Declaration; and

2. All other rights, privileges, limited common elements and easements described in the Master Declaration as being appurtenant to the Unit.

SUBJECT, HOWEVER, to an easement in favor of the owners of all other Units of the Condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines and other common elements serving such other Units, and other parts of the building and for support and repair of the common elements and all other Units.

Account No.: 723280273

Page 9 of 10

EXCEPTING AND RESERVING easements through the Unit appurtenant to the common elements of the Condominiums and all other Units of the Condominiums for support and repair of both the common elements of the Condominiums and all other Units of the Condominiums.

B.      An undivided percentage interest equal to the percentage interest appurtenant to the Unit as established by the Master Declaration, or as set forth in any replacement declaration covering the Condominiums, or if the Condominiums is removed from the condominium property regime, then as set forth in the Master Declaration immediately preceding such removal, as tenant in common with the other owners of Units of the Condominiums, in and to the common elements of the Condominiums, including the land, as described in the Master Declaration, subject to nonexclusive easements appurtenant to all Units for ingress, egress, support and repair.

TOGETHER WITH appurtenant easements described in the Master Declaration, and SUBJECT TO the encumbrances, restrictions, covenants, agreements, obligations, conditions and other provisions set forth in the Master Declaration, and the above-mentioned Condominium Map, to which reference is hereby made

SUBJECT, HOWEVER, TO:

1.      The lien of real property taxes not yet due and owing.

2.      The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Master Declaration and the Bylaws, and any amendments to either of them.

3.      The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Vacation Plan Declaration and Bylaws contemplated by the Vacation Plan Declaration, and any amendments to either of them.

4.      Such other covenants, conditions, restrictions, easements, rights of way and other matters of record, if any, which may now affect the Property.

Account No.: 723280273

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 177-04-113-080
   b. _____
   c. _____
   d. _____
2. Type of Property:
   a. ☐ Vacant Land    b. ☐ Single Fam. Res.
   c. ☐ Condo/Twnhse   d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg      f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural   h. ☐ Mobile Home
      ☑ Other  Time Share

   | | FOR RECORDERS OPTIONAL USE ONLY |
   |---|---|
   | Book_____ Page:_____ |
   | Date of Recording: _____ |
   | Notes: |

3.a. Total Value/Sales Price of Property          $ 500.00
   b. Deed in Lieu of Foreclosure Only (value of property (                    )
   c. Transfer Tax Value:                          $ 2.55
   d. Real Property Transfer Tax Due               $ 2.55

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: 1/2    %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____  Capacity: Seller _____

Signature _Barbara K Roman_  Capacity: Seller _____

**SELLER (GRANTOR) INFORMATION**
**(REQUIRED)**  Roman
Print Name:  Orlando & Barbara K. Ramon
Address: 10571 W. 83rd Place
City: Arvada
State: Colorado          Zip: 80005

**BUYER (GRANTEE) INFORMATION**
**(REQUIRED)**
Print Name: Alex Gomez
Address: 1775 E. Palm Canyon Drive
City:  Suite 110-417  Palm Springs
State: CA          Zip: 92264

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**
Print Name: Mitchell Sussman c/of T. Ruiz          Escrow # _____
Address: 9176 San Luis Obispo Lane
City: Riverside          State: CA          Zip: 92508

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

C⟨8⟩-1

Inst #: 20160218-0002021
Fees: $23.00 N/C Fee: $25.00
RPTT: $2.55 Ex: #
02/18/2016 03:42:42 PM
Receipt #: 2687448
Requestor:
MITCHELL SUSSMAN
Recorded By: COJ   Pgs: 8
DEBBIE CONWAY
CLARK COUNTY RECORDER

WHEN RECORDED MAIL TO:
Tricia Ruiz
C/O: Mitchell R. Sussman, Attorney at Law
1053 S. Palm Canyon Dr.
Palm Springs, CA 92264

MAIL TAX STATEMENTS TO:
Jose Alex Gomez
1775 E. Palm Canyon Drive
Suite 110-417
Palm Springs, CA 92264

## QUITCLAIM DEED

Parcel ID: #177-04-401-024

This indenture witnesseth that:

**Benedito Mercado Camacho, a widowed man with rights of survivorship (Grantor) Jackie A. Camacho (Deceased):** with rights of survivorship, who resides at: 4098 SW Dalton PL. Beaverton, Oregon 97008, RELEASES AND QUIT CLAIMS TO:

For and in consideration of:   The sum of $10 dollars

**JOSE ALEX GOMEZ (Grantee), a Single Man who resides at:** 1775 E. Palm Canyon Drive Suite 110-417 Palm Springs, California 92264, in the County of Riverside, the following described real property:

The following described real property: Situated in the City of Las Vegas, County of Clark, State of Nevada:

> Unit No: 1110 A
> Unit Type: One Bedroom (Bora Bora)
> Number of Vacation Plans: 1
> Type of Vacation Plan: Every Year

All of the property described in Exhibit "A" which is attached to and part of this document. It includes, among other things,

(i)     The Time Share Interest shown above
(ii)    All rights and privileges that pertain to or otherwise go with the property described in Exhibit "A", and
(iii)   All rights of the seller in that property (in legal terms, the "reversions, remainders, rents, profits, easements and appurtenances")

The property is yours to keep forever, in fee simple, Of course, the Property is subject to the recorded Declaration of Covenants, Conditions and Restrictions for the Plat of Tahiti Village condominiums recorded on January 6, 2004, recorded January 7, 2004 in Bok 20040107 Page 49 of Plats, Official Records of Clark County, Nevada as the same may be amended from time to time (the "Declaration")

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or otherwise appertaining.

Subject further to current taxes and other assessments, reservations in patents and all easements, rights of way, covenants, conditions, restrictions, obligations, liabilities and all other matters as may appear of record. Subject to the foregoing, the Grantor warrants the title against its acts, and none other, against all persons whomsoever.

Dated this 20ᵗʰ day of _October_____, 2015.

By: _~~Death Certificate Attached~~_
      Jacki A. Camacho

By: _Benedito Camacho_
      Benedito Camacho-Mercado

STATE OF: _Oregon_

COUNTY OF: _Washington_

On this _20th_ day of _October_ , 2015, before me personally appeared Jacki A. Camacho and Benedito Camacno-Mercado, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document, and who acknowledged that he/she signed the above/attached document.

(seal)

_____
Notary Public Signature

_Katelyn Renee Myers_
Notary Public Printed Name

Commission expires: _September 03rd 2018_

Commission No: _931994_



Subscribed before me on _October 20th 2015_
by _Benedito Camacno-Mercado – only_

Notary Public For Oregon
County of Washington

OFFICIAL STAMP
KATELYN RENEE MYERS
NOTARY PUBLIC-OREGON
COMMISSION NO. 931994
MY COMMISSION EXPIRES SEPTEMBER 03, 2018

**RECORDER'S NOTE:**
NOTARY STAMP/SEAL IS VISIBLE,
HOWEVER IT IS FRAGMENTED AND
MAY NOT BE REPRODUCIBLE

## EXHIBIT A

THE PROPERTY CONSISTS OF THE FOLLOWING:

1.  For each (whole) Vacation Plan identified on page one (1) of the conveyance document (the "Conveyance Document") to which this Exhibit is attached:

    A.  An undivided one fifty-second (1/52) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Tahiti Village condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.

    B.  The right to reserve and then exclusively to occupy and use such condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year".

2.  For each One-Half Vacation Plan identified on page one (1) of the Conveyance Document:

    A.  An undivided one one-hundred and fourth (1/104th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Tahiti Village condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.

    B.

        1.  For each Odd-Year One-Half Vacation Plan identified on page one (1) of the Conveyance Document, the right to reserve and then exclusively to occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "1", "3", "5", "7", or "9".

723230215

2. For each Even-Year One-Half Vacation Plan identified on page one (1) of the Conveyance Document, the right to reserve and then exclusively to occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year" which ends in "0", "2", "4", "6", or "8".

3. For each One-Third Vacation Plan identified on page one (1) of the Conveyance Document:

   A. An undivided one one hundred fifty-sixth (1/156th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designated below in the Tahiti Village condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.

   B. The right to reserve and then exclusively to occupy and use such condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the non-exclusive right to use and enjoy the common elements of the condominium for one "Use Week" during the Season identified on page one of the Conveyance Document to which this Exhibit is attached, inclusive, in each "Owner's Use Year", the first Use Year being the calendar year in which your use is designated and every third calendar year thereafter.

NOTE AS TO 1, 2 & 3: The terms "Use Week", "Season", "Unit Type" and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions and Restrictions for Vacation Plan Ownership in the Tahiti Village Vacation Club.

---

**The condominium and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:**

All of the premises comprising a portion of the Condominium common interest community known as "Tahiti Village" (herein called the "Condominium"), which Condominium consists of the land more particularly described in that certain Declaration of Condominium of Tahiti Village dated December 24, 2003, and recorded December 24, 2003 in Book 20031224 as Instrument 02271, Official Records, Clark County, Nevada,

723230215

(herein with any amendments called the "Declaration") to which reference is hereby made and which land description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by the Declaration, described as follows:

**FIRST:**

A.    The condominium identified on page 1 of the Conveyance Document to which this Exhibit is attached, as that condominium is described in the Declaration and as shown on the Plat of Tahiti Village condominiums recorded on January 6, 2004, recorded January 7, 2004 in Book 20040107 Page 49 of plats, Official Records, Clark County, Nevada (herein with any amendments called the "Condominium Map").

TOGETHER WITH the following appurtenant rights and easements:

1.    Nonexclusive easements for ingress and egress and support of such condominium through the common elements of the Condominium and for repair of such condominium through all other condominium and through the common elements of the Condominium, all as more fully described in the Declaration; and

2.    All other rights, privileges, limited common elements and easements described in the Declaration as being appurtenant to the condominium.

SUBJECT, HOWEVER, to an easement in favor of the owners of all other condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines and other common elements serving such other condominiums, and other parts of the building and for support and repair of the common elements and all other condominiums.

EXCEPTING AND RESERVING easements through the condominium appurtenant to the common elements of the Condominium and all other condominiums of the Condominium for support and repair of both the common elements of the Condominium and all other condominiums of the Condominium.

B.    An undivided percentage interest equal to the percentage interest appurtenant to the condominium as established by the Declaration, or as set forth in any replacement declaration covering the Condominium, or if the Condominium is removed from the condominium property regime, then as set forth in the Declaration immediately preceding such removal, as tenant in common with the other owners of condominiums of the Condominium, in and to the common elements of the Condominium, including the land, as

723230215

described in the Declaration, subject to nonexclusive easements appurtenant to all condominiums for ingress, egress, support and repair.

**TOGETHER WITH** appurtenant easements described in the Declaration, and **SUBJECT TO** the encumbrances, restrictions, covenants, agreements, obligations, conditions and other provisions set forth in the Declaration, and the above-mentioned Condominium Map, to which reference is hereby made.

**SUBJECT, HOWEVER, TO:**

1.   The lien of real property taxes not yet due and owing.

2.   The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Declaration and the Bylaws, and any amendments to either of them.

3.   Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Tahiti Village Vacation Club, dated January 6, 2004, and recorded January 7, 2004, in Book 20040107 as Instrument 00951, Official Records, Clark County, Nevada,

4.   Such other covenants, conditions, restrictions, easements, rights of way and other matters of record, if any, which may now affect the Property.

723230215

STATE OF NEVADA
DECLARATION OF VALUE

1. Assessor Parcel Number(s)
   a. 177-04-401-024
   b. _____
   c. _____
   d. _____

2. Type of Property:
   a. ☐ Vacant Land     b. ☐ Single Fam. Res.
   c. ☐ Condo/Twnhse    d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg       f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural    h. ☐ Mobile Home
      ☑ Other  Timeshare

   FOR RECORDERS OPTIONAL USE ONLY
   Book_____  Page:_____
   Date of Recording: _____
   Notes:

3. a. Total Value/Sales Price of Property          $ 500.00
   b. Deed in Lieu of Foreclosure Only (value of property ( _____ )
   c. Transfer Tax Value:          $  500.00
   d. Real Property Transfer Tax Due          $ 2.55

4. If Exemption Claimed:
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: 100 %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _BENEDITO CAMACHO_ Capacity: Grantor

Signature _____ Capacity: Grantor

| SELLER (GRANTOR) INFORMATION (REQUIRED) | BUYER (GRANTEE) INFORMATION (REQUIRED) |
|---|---|
| Print Name: Benedito Camacho | Print Name: Jose Alex Gomez |
| Address: 4098 SW Dalton Pl | Address: 1775 E. Palm Canyon Drive |
| City: Beaverton | City: Palm Springs |
| State: Oregon          Zip: 97008 | State: CA          Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| Print Name: Mitchell R. Sussman | Escrow # |
|---|---|
| Address: 1053 S. Palm Canyon Dr. | |
| City: Palm Springs | State: CA          Zip: 92264 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED



APN# 177-04-414-102, 177-04-414-124

WHEN RECORDED, MAIL
TAX STATEMENTS TO:
    c/o The ASNY Company, LLC
    801 South Rampart, Suite 200
    Las Vegas, NV 89145

RETURN ORIGINAL TO:
    Jeffrey S. Corcoran
    c/o Law Offices of Mitchell Reed Sussman
    30720 Palmetto Palm Ave.
    Homeland, CA 92548

Inst #: 20160624-0001901
Fees: $19.00 N/C Fee: $25.00
RPTT: $2.55 Ex: #
06/24/2016 02:53:29 PM
Receipt #: 2800747
Requestor:
JEFFREY CORCORAN
Recorded By: DROY   Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

## QUIT CLAIM DEED

This Deed, created this __11th__ day of _____April_____, __2016__ between Shirley J. Yearick and Dale Yearick, a married couple as Joint Tenants with Right of Survivorship _____ as "Grantor", whose address is 5108 Brittany Dr. South, Apt. 605, St. Petersburg, FL 33715

_____, for and in consideration of $10.00 hereby acknowledged as received, does hereby conveys, transfers, relinquishes, and surrenders to Jose Alex Gomez

_____ as "Grantee", whose address is 1735 E. Palm Canyon Dr. #417, Palm Springs, CA 92264 _____ the real property in the city of Las Vegas _____, County of Clark, State of Nevada (the "Land"), more particularly described as: For APN 177-04-414-102; Unit No.: 5242, Interval Number: 410, Unit Type: 1BR Moorea, Season: Regular, Number of Vacation Plans: 1, Type of Vacation Plan: Every Other Year - Odd Years For APN 177-04-414-124; Unit No.: 2312, Unit Type: Two Bedroom (Royal Tahitian), Season: Regular, Number of Vacation Plans: 1, Type of Vacation Plan: Every Year

All of the property described below including, among other things, (i) the number of Vacation Plans (as shown on page one) in the condominium(s) identified above of the Tahiti Village condominium project (the "Condominium"); (ii) all rights and privileges that pertain to or otherwise go with the property described; and (iii) all rights of the Seller in that property (in legal terms, the "reversions, remainders, rents, profits, easements, and appurtenances").
The property is yours to keep forever, in fee simple, subject to the document which created and governs (a) the Condominium, i.e., the Vacation Plan Declaration (as each of those terms are defined).
The Property consists of the following:
1) for each (whole) Vacation Plan identified:
  A) An undivided one fifty second (1/52) interest (as tenants in common with the holders of other undivided interest) in and to (i) that certain Unit identified above; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.
  B) The right to reserve and then exclusively to occupy and use such Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the nonexclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified. Inclusive, in each "Owner's Use Year."
2) For each One-Half Vacation Plan identified:
  A) An undivided one hundred and fourth (1/104th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.
  B) 1) For each Odd-Year One-Half Vacation Plan identified, the right to reserve and then use exclusively to occupy and use said Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the nonexclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified, inclusive, in each "Owner's Use Year" which ends in "1", "3", "5", "7", or "9".
* Continued on Exhibit "A" attached *

Exhibit "A"
Continuation of Legal Description

2) For each Even-Year One-Half Vacation Plan identified, the right to reserve and then exclusively to occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the nonexclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified, inclusive, in each "Owner's Use Year" which ends in "0", "2", "4", "6", or "8".

Note as to 1 and 2: The terms "Use Week", "Season", "Unit Type", and "Owner's Use Year" as defined in the Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in the Tahiti Village Vacation Club.

The condominium and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:
All of the premises comprising a portion of the Condominium common interest community known as "Tahiti Village" (herein called the "Condominium"), which Condominium consists of the land more particularly described in that certain Declaration of Condominium of Tahiti Village dated December 24, 2003, and recorded December 23, 2004 in Book 20031224 as Instrument 02271, Official Records, Clark County, Nevada, as amended and fully restated in the Amended and Restated Declaration of Condominium for Tahiti Village, dated February 18, 2004, and recorded February 23, 2004, in Book 20040223 as Instrument 01127, Amended September 15, 2004 in Book 20040915 as Instrument 0001861 and Amended December 22, 2005 in Book 20051222 as Instrument 0002215, Official Records, Clark County, Nevada (herein with any amendments called the "Master Declaration") to which reference is hereby made and which land description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by the Master Declaration, described as follows:

FIRST:
A) The Unit identified as that Unit is described in the Master Declaration and as shown on either (a) the Third Amended Final Map of Tahiti Village Phase 1 recorded on April 28, 2006 in Book 131, Page 0005 of Plats, Office of the Clark County Recorder, Clark County, Nevada (herein with any amendments called the "Phase 1 Map"; and, collectively with the Phase 2 Map, the "Condominium Map"); or (b) the Final Map of Tahiti Village Phase 2 recorded on December 22, 2005, in Book 128, Page 85 of Plats, Official Records, Clark County, Nevada (herein with any amendments called the "Phase 2 Map" and, collectively with the Phase 1 Map, the "Condominium Map"). Together with the following appurtenant rights and easements:

1) Nonexclusive easement for ingress and egress and support of such Unit through the common elements of the Condominiums and for repair of such Unit through all other Units of the Condominiums and through the common elements of the Condominiums, all as more fully described in the Master Declaration.

2) All other rights, privileges, limited common elements, and easements described in the Master Declaration as being appurtenant to the Unit.

Subject to as easements in favor of the owners of all other condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines, and other common elements serving such other condominiums, and other parts of the building and for support and repair of the common elements and all other condominiums.
Excepting and reserving easements through the condominium appurtenant to the common elements of the Condominium and all other condominiums of the Condominium for support and repair of both the common elements of the Condominium and all other condominiums of the Condominium.

B) An undivided percentage interest equal to the percentage interest appurtenant to the condominium as established by the Declaration, or as set forth in any replacement declaration covering the Condominium, or if the Condominium is removed from the condominium property regime, then as set forth in the Declaration immediately preceding such removal, as tenant in common with the other owners of condominiums of the Condominium, in fee simple.

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 177-04-414-102
   b. 177-04-414-124
   c. _____
   d. _____

2. Type of Property:
   a. ☐ Vacant Land      b. ☐ Single Fam. Res.
   c. ☐ Condo/Twnhse     d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg        f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural     h. ☐ Mobile Home
   ☑ Other  Timeshare

   FOR RECORDERS OPTIONAL USE ONLY
   Book_____ Page: /
   Date of Recording: _____
   Notes: _____

3. a. Total Value/Sales Price of Property                    $ 500.00
   b. Deed in Lieu of Foreclosure Only (value of property ( 0.00                    )
   c. Transfer Tax Value:                                    $ 500.00
   d. Real Property Transfer Tax Due                         $ 2.55

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: _____ %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _Jeffrey L Cameron_          Capacity: Preparer

Signature _____          Capacity: _____

**SELLER (GRANTOR) INFORMATION**
**(REQUIRED)**
Print Name: Shirley J. Yearick and Dale Yearick
Address: 5108 Brittany Dr. South, Apt. 605
City: St. Petersburg
State: Florida          Zip: 33715

**BUYER (GRANTEE) INFORMATION**
**(REQUIRED)**
Print Name: Jose Alex Gomez
Address: 1775 E. Palm Canyon Dr. #417
City: Palm Springs
State: California          Zip: 92264

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**
Print Name: c/o Law Offices of Mitchell Reed Sussman          Escrow #
Address: 30720 Palmetto Palm Ave
City: Homeland          State: California     Zip: 92548

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

Inst #: 20160624-0001902
Fees: $19.00 N/C Fee: $25.00
RPTT: $2.55 Ex: #
06/24/2016 02:53:29 PM
Receipt #: 2800747
Requestor:
JEFFREY CORCORAN
Recorded By: DROY   Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN# 163-25-511-058

·WHEN RECORDED, MAIL
TAX STATEMENTS TO:
Jose Alex Gomez
1775 E. Palm Canyon Dr. #417
Palm Springs, CA 92264

RETURN ORIGINAL TO:
Jeffrey S. Corcoran
c/o Law Offices of Mitchell Reed Sussman
30720 Palmetto Palm Ave.
Homeland, CA 92548

## QUIT CLAIM DEED

This Deed, created this __5th__ day of _____May_____, __2016__ between __Fernando Ponce Sr. and__
__Maria D. Ponce__ as "Grantor",
whose address is __5609 Lime Avenue, Long Beach, CA 90805__
_____, for and in consideration of $10.00 hereby acknowledged as received, does
hereby conveys, transfers, relinquishes, and surrenders to __Jose Alex Gomez, as his sole and separate property__
as "Grantee", whose address is __1775 E. Palm Canyon Dr. #417,__
__Palm Springs, CA 92264__ the real property in the
city of __Las Vegas__, County of Clark, State of Nevada (the "Land"), more particularly described as:
Unit Number: 2020, Unit Type: Two Bedroom, Season: Regular, Number of Vacation Plans: 1, Type of Vacation
Plan: Every Year.
A) An undivided one fifty second (1/52) interest (as tenants in common with the holders of other undivided
interests) in and to (i) that certain condominium designated below in the Club de Soleil condominium; and (ii) its
appurtenant undivided interest in the common elements of the condominium.
B) The right to reserve and then exclusively to occupy and use said condominium (or another condominium which
is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and
easements appurtenant to the condominium and the nonexclusive right to use and enjoy the common elements of
the condominium for the number of "Unit Weeks" and during the Season identified, inclusive, in each "Owner's
Use Year."

NOTE: The terms "Use Week", "Season", "Unit Type", and "Owner's Use Year" are defined in the Declaration of
Covenants, Conditions, and Restrictions for Vacation Ownership in the Club de Soleil Vacation Club.

All of the premises comprising a portion of the Condominium common interest commonly known as "Club de
Soleil" (herein called the "Condominium"), which Condominium consists of the land more particularly described
in that certain Declaration of Condominium of Club de Soleil dated May 14, 1998, and recorded in Book 980701
as Instrument 01615, Official Records, Clark County, Nevada (herein with any amendments called the
"Declaration") to which reference is hereby made and which land description as, is incorporated herein by this
reference, and the improvements and appurtenances thereof, as described in and established by said Declaration,
described as follows:

A) The condominium identified as that condominium is described in the Declaration and as shown on the Plat of
Club de Soleil condominiums recorded on May 13, 1998, in Book 84, Page 40 of Plats, Official Records, Clark
County, Nevada (herein with any amendments called the "Condominium Map").
Together with the following rights and easements:

1) Nonexclusive easements for ingress, egress, and support of said condominium through the common elements of
the Condominium and for repair of said condominium through all other condominium and through the common
elements of the Condominium, all as more fully described in the Declaration.
* Continued on Exhibit "A" attached

IN WITNESS WHEREOF, Grantor has caused its name to be affixed hereto and this instrument to be executed by its general partner thereunto duly authorized.

Dated as of _May 19, 2016_

"GRANTOR"

Name: _____
Fernando Ponce Sr.

Name: _____
Maria D. Ponce

STATE OF ~~NEVADA~~ _California_
COUNTY OF _Los Angeles_

This instrument was acknowledged before me on _May 19, 2016_ (date) by _Fernando Ponce, Sr. and Maria Ponce_ (name(s) of person(s)).

_____
Notary Public

Printed Name: _Tony Lopez_

(Seal)

TONY LOPEZ
Commission # 2145311
Notary Public - California
Los Angeles County
My Comm. Expires Mar 6, 2020

My Commission Expires:
_March 6, 2020_

Exhibit "A"
Continuation of Legal Description

2) All other rights, privileges, limited common elements, and easements described in the Declaration as being appurtenant to the condominium.

Subject to an easements in favor of the owners of all other condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines, and other common elements serving such other condominiums, and other parts of the building and for support and repair of the common elements and all other condominiums.
Excepting and reserving easements through said condominium appurtenant to the common elements of the Condominium and all other condominiums of the Condominium for support and repair of both the common elements of the Condominium and all other condominiums of the Condominium.

B) An undivided percentage interest equal to the percentage interest appurtenant to said condominium as established by the Declaration, or as set forth in any replacement declaration covering the Condominium, or if the Condominium is removed from the condominium property regime, then as set forth in the Declaration immediately preceding such removal, as tenant in common with the other owners of condominiums of the Condominium, in and to the common elements of the Condominium, including the land, as described in the Declaration, subject to nonexclusive easements appurtenant to all condominium for ingress, egress, support, and repair.

Together with appurtenant easements described in said Declaration and subject to the encumbrances, restrictions, covenants, agreements, obligations, conditions, and other provisions set forth in said Declaration, and the above mentioned Condominium Map, to which reference is hereby made.

Subject to:
1) The lien of real property taxes not yet due and owing.
2) The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in said Declaration and said Bylaws, and any amendments to either of them.
3) Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Club de Soleil Vacation Club, dated May 14, 1998, and recorded in Book 980701 as Instruments 01615, Official Records, Clark County, Nevada.
4) Amended and Restated Declaration of Covenants, Conditions, and Restrictions for Vacation Ownership in Club de Soleil Vacation Club, dated September 25, 1998, and recorded October 16, 1998, in Book 981016 as Instrument 01823, Official Records, Clark County, Nevada.
5) Such other covenants, conditions, restrictions, easements, rights of way, and other matters of record, if any, which may now affect the Property.

**STATE OF NEVADA
DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 163-25-511-058
   b. _____
   c. _____
   d. _____

2. Type of Property:
   a. ☐ Vacant Land    b. ☐ Single Fam. Res.
   c. ☐ Condo/Twnhse   d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg      f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural   h. ☐ Mobile Home
   ☑ Other  Timeshare

| | FOR RECORDERS OPTIONAL USE ONLY |
|---|---|
| | Book_____ Page:_____ |
| | Date of Recording: _____ |
| | Notes: |

3.a. Total Value/Sales Price of Property          $  500.00
   b. Deed in Lieu of Foreclosure Only (value of property ( 0.00                    )
   c. Transfer Tax Value:                         $  500.00
   d. Real Property Transfer Tax Due              $  2.55

**4. If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: _____ %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____ Capacity: Grantor / Seller

Signature _____ Capacity: Grantor / Seller

| **SELLER (GRANTOR) INFORMATION** **(REQUIRED)** | **BUYER (GRANTEE) INFORMATION** **(REQUIRED)** |
|---|---|
| Print Name: Fernando Sr. and Maria D. Ponce | Print Name: Jose Alex Gomez |
| Address: 5609 Lime Avenue | Address: 1775 E. Palm Canyon Dr. #417 |
| City: Long Beach | City: Palm Springs |
| State: California    Zip: 90805 | State: California    Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| | |
|---|---|
| Print Name: c/o Law Offices of Mitchell Reed Sussman | Escrow # |
| Address: 30720 Palmetto Palm Ave | |
| City: Homeland | State: California    Zip: 92548 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

Inst #: 20160809-0001706
Fees: $19.00 N/C Fee: $0.00
RPTT: $2.55 Ex: #
08/09/2016 02:31:34 PM
Receipt #: 2840813
Requestor:
LAW OFFICES OF MITCHELL REE
Recorded By: GWC   Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN# 163-25-511-073



WHEN RECORDED, MAIL
TAX STATEMENTS TO:
   Soleil LV, LLC
   801 S. Rampart Suite 200
   Las Vegas, NV 89145

RETURN ORIGINAL TO:
   Jeffrey S. Corcoran
   c/o Law Offices of Mitchell Reed Sussman
   30720 Palmetto Palm Ave.
   Homeland, CA 92548

## QUIT CLAIM DEED

This Deed, created this __31st__ day of _____May_____, 2016 _____ between __William F. Martin and__
__Laura A. Martin, AKA Laura Moralez as Joint Tenants with Right of Survivorship__ as "Grantor",
whose address is __4711 Pioneer St., Edinberg, TX 78542__
_____, for and in consideration of $10.00 hereby acknowledged as received, does
hereby conveys, transfers, relinquishes, and surrenders to __Jose Alex Gomez, as his sole and separate property__
_____ as "Grantee", whose address is __1775 E. Palm Canyon Dr. #417,__
__Palm Springs, CA 92264_____ the real property in the
city of __Las Vegas_____, County of Clark, State of Nevada (the "Land"), more particularly described as:
Unit Type: Two Bedroom, Season: Regular, Number of Vacation Plans: 1, Type of Vacation Plan: Every Other
Year - Even Years.
All of the property described below which includes, among other things, (i) the number of Vacation Plans (as
shown above) in the condominium identified (the "Unit") of Club de Soleil condominiums project (the
"condominiums"); (ii) all rights and privileges that pertain to or otherwise go with the property described below;
and (iii) all rights of the seller in that property (in legal terms, the "reversions, remainders, rents, profits, easements,
and appurtenances").
The property consists of the following:
1) For each One-Half Vacation Plan identified above:
  A) An undivided one one hundred and fourth (1/104th) interest (as tenants in common with the holders of other
undivided interests) in and to (i) that certain condominium designated below in the Club de Soleil condominium;
and (ii) its appurtenant undivided interest in the common elements of the condominium.
  B) For each Even Year One Half Vacation Plan identified above, the right to reserve and then exclusively to
occupy and use said condominium (or another condominium which is considered the same "Unit Type" for
purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium
and the non exclusive right to use and enjoy the common elements of the condominium for the number of "Use
Weeks" and during the Season identified above, inclusive, in each "Owner's Use Year" which ends in "0", "2", "4",
"6", or "8".

Note, the terms "Use Week", "Season", "Unit Type", and "Owner's Use Year" are defined in the Declaration of
Covenants, Conditions, and Restrictions for Vacation Ownership in the Club de Soleil Vacation Club.

The condominium and its appurtenant undivided interest in the common elements (including the land) are more
particularly described as follows:
All of the premises comprising a portion of the Condominium common interest community known as "Club de
Soleil" (herein called the "Condominium"), which Condominium consists of the land more particularly described
in that certain Declaration of Condominium of Club de Soleil dated May 14, 1998, and recorded in Book 980701
as Instrument 01615, Official Records, Clark County, Nevada, (herein with any amendments called the
"Declaration") to which reference is hereby made and which land description as, is incorporated herein by this
reference, and the improvements and appurtenances thereof, as described in and established by said Declaration,
described in Exhibit "A" attached.

IN WITNESS WHEREOF, Grantor has caused its name to be affixed hereto and this instrument to be executed by its general partner thereunto duly authorized.

Dated as of _May 31, 2016_

"GRANTOR"

Name: _____
William F. Martin

Name: _____
Laura Moralez

STATE OF ~~NEVADA~~ Texas
COUNTY OF _Hidalgo_

This instrument was acknowledged before me on _May 31, 2016_ (date) by
_William F. Martin & Laura Moralez_ (name(s) of person(s)).

_____
Notary Public

Printed Name: _Thelma Y. Garza Vela_

(Seal)

THELMA Y GARZA VELA
My Commission Expires
March 31, 2018

My Commission Expires
_March 31, 2018_

Exhibit "A"
Continuation of Legal Description

FIRST:
A) The condominium identified on page one of this Deed, as that condominium is described in the Declaration and as shown on the Plat of Club de Soleil Annex recorded May 14, 2001, in Book 99, Page 88 of Plats, Official Records, Clark County, Nevada (herein with any amendments called the "Condominium Map").

Together with the following appurtenant rights and easements:
1) Nonexclusive easements for ingress and egress and support of said condominium through the common elements of the Condominium and for repair of said condominium through all other condominium and through the common elements of the Condominium, all as more fully described in the Declaration.
2) All other rights, privileges, limited common elements, and easements described in the Declaration as being appurtenant to the condominium.

Subject to an easement in favor of the owners of all other condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines, and other common elements serving such other condominiums, and other parts of the building and for support and repair of the common elements and all other condominiums.

Excepting and reserving easements through said condominium appurtenant to the common elements of the Condominium and all other condominiums of the Condominium for support and repair of both the common elements of the Condominium and all other condominiums of the Condominium.

B) An undivided percentage interest equal to the percentage interest appurtenant to said condominium as established by the Declaration, or as set forth in any replacement declaration covering the Condominium, or if the Condominium is removed from the condominium property regime, then as set forth in the Declaration immediately preceding such removal, as tenant in common with the other owners of condominiums of the Condominium, in and to the common elements of the Condominium, including the land, as described in the Declaration, subject to nonexclusive easements appurtenant to all condominiums for ingress, egress, support, and repair.

Together with appurtenant easements described in said Declaration, and subject to the encumbrances, restrictions, covenants, agreements, obligations, conditions, and other provisions set forth in said Declaration, and the above mentioned Condominium Map, to which reference is hereby made.

Subject to:
1) The lien of real property taxes not yet due and owing.
2) The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in said Declaration and said Bylaws, and any amendments to either of them.
3) Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Club de Soleil Vacation Club, dated May 14, 1998, and recorded in Book 980701 as Instrument 01615, Official Records, Clark County, Nevada.
4) Amended and Restated Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Club de Soleil Vacation Club, dated September 25, 1998, and recorded October 16, 1998, in Book 981016 as Instrument 01823, Official Records, Clark County, Nevada.
5) Such other covenants, conditions, restrictions, easements, rights of way, and other matters of record, if any, which may now affect the Property.

STATE OF NEVADA
DECLARATION OF VALUE

1. Assessor Parcel Number(s)
   a. 163-25-511-073
   b. _____
   c. _____
   d. _____

2. Type of Property:
   | a. ☐ Vacant Land | b. ☐ Single Fam. Res. |
   | c. ☐ Condo/Twnhse | d. ☐ 2-4 Plex |
   | e. ☐ Apt. Bldg | f. ☐ Comm'l/Ind'l |
   | g. ☐ Agricultural | h. ☐ Mobile Home |
   | ☑ Other Timeshare | |

FOR RECORDERS OPTIONAL USE ONLY
Book_____ Page:_____
Date of Recording: _____
Notes:

3.a. Total Value/Sales Price of Property          $ 500.00
   b. Deed in Lieu of Foreclosure Only (value of property ( 0.00                              )
   c. Transfer Tax Value:                          $ 500.00
   d. Real Property Transfer Tax Due               $ 2.55

**4. If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: _____ %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____  Capacity: Grantor / Seller

Signature _____  Capacity: Grantor / Seller

| **SELLER (GRANTOR) INFORMATION** **(REQUIRED)** | **BUYER (GRANTEE) INFORMATION** **(REQUIRED)** |
|---|---|
| Print Name: William F. Martin and Laura Moralez | Print Name: Jose Alex Gomez |
| Address: 4711 Pioneer St. | Address: 1775 E. Palm Canyon Dr. #417 |
| City: Edinberg | City: Palm Springs |
| State: Texas    Zip: 78542 | State: California    Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| Print Name: c/o Law Offices of Mitchell Reed Sussman | Escrow # |
|---|---|
| Address: 30720 Palmetto Palm Ave | |
| City: Homeland | State: California    Zip: 92548 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

Inst #: 20161101-0000626
Fees: $21.00 N/C Fee: $25.00
RPTT: $2.55 Ex: #
11/01/2016 09:13:03 AM
Receipt #: 2917395
Requestor:
JEFFREY CORCORAN
Recorded By: CDE   Pgs: 6
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN# 163-25-511-035

WHEN RECORDED, MAIL
TAX STATEMENTS TO:
. Soleil LV, LLC.
   801 South Rampart Blvd., Suite 200
   Las Vegas, NV 89145

RETURN ORIGINAL TO:
   Jeffrey S. Corcoran
   c/o Law Offices of Mitchell Reed Sussman
   30720 Palmetto Palm Ave.
   Homeland, CA 92548

QUIT CLAIM DEED

This Deed, created this __11th__ day of _____May_____ , __2016__ between Jack D. Mendez and
Katherine M. Mendez, as Joint Tenants with Right of Survivorship _____ as "Grantor",
whose address is 736 Encino Place, Santa Paula, CA 93060 _____
_____, for and in consideration of $10.00 hereby acknowledged as received, does
hereby conveys, transfers, relinquishes, and surrenders to Jose Alex Gomez, as his sole and separate property
_____ as "Grantee", whose address is 1775 E. Palm Canyon Dr. #417,
Palm Springs, CA 92264 _____the real property in the
city of Las Vegas _____, County of Clark, State of Nevada (the "Land"), more particularly described as:
Unit Number 1015, Unit Type: Two Bedroom, Season: Regular, Number of Vacation Plan: 1, Type of Vacation
Plan: Every Year.
All of the property described below, including, among other things, (i) the number of Vacation Plans (as shown) in
the condominium identified (the "Unit") of the Club de Soleil condominiums project (the "condominiums"); (ii) all
rights and privileges that pertain to or otherwise go with the property described; and (iii) all rights of the seller in
that property (in legal terms, the "reservations, remainders, rents, profits, easements, and appurtenances").

A) An undivided one fifty second (1/52nd) interest (as tenants in common with the holders of other undivided
interests) in and to (i) that certain condominium designated below in the Club de Soleil condominium; and (ii) its
appurtenant undivided interest in the common elements of the condominium.
B) The right to reserve and then exclusively to occupy and use said condominium (or another condominium which
is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and
easements appurtenant to the condominium and the nonexclusive right to use and enjoy the common elements of
the condominium for the number of "Use Weeks" and during the Season identified, inclusive, in each "Owner's
Use Year".
Note: The terms "Use Week", "Season", "Unit Type", and "Owner's Use Year" are defined in the Declaration of
Covenants, Conditions, and Restrictions for Vacation Ownership in the Club Soleil Vacation Club.
The condominium and its appurtenant undivided interest in the common elements (including the land) are more
parcicularly descirbe as follows:
All of the premises comprising a portion of the Condominium common interest community known as "Club de
Soleil" (herein called the "Condominium"), which Condominium consists of the land more particularly described
in that certain Declaration of Condominium of Club de Soleil dated May 14, 1998, and recorded in Book 980701
as Instrument 01615, Official Records, Clark County, Nevada, (herein with any amendments called the
"Declaration") to which reference is hereby made and which land description as, is incorporated herein by this
reference, and the improvements and appurtenances thereof, as described in and established by said Declaration, as
described as follows:

* Continued on Exhibit "A" attached

IN WITNESS WHEREOF, Grantor has caused its name to be affixed hereto and this instrument to be executed by its general partner thereunto duly authorized.

Dated as of _9-6-2016_

"GRANTOR"

Sign: _____
Jack D. Mendez

Sign: _____
Katherine M. Mendez

STATE OF NEVADA

COUNTY OF _____

This instrument was acknowledged before me on _____ (date) by

_____ (name(s) of person(s)).

Notary Public _____    See Attached

Printed Name: _____

My Commission Expires:

_____

# CALIFORNIA ALL-PURPOSE
## CERTIFICATE OF ACKNOWLEDGMENT
### (CALIFORNIA CIVIL CODE § 1189)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA                                    )
COUNTY OF __Ventura__                                  )

On __September 6th 2016__ before me, __Jon Charles Buckley, Notary Public__
     (Date)                     (Here Insert Name and Title of the Officer)

personally appeared __Jack O. Mendez_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

(Notary Seal)

JON CHARLES BUCKLEY
Commission # 2083102
Notary Public - California
Ventura County
My Comm. Expires Sep 25, 2018

_____ADDITIONAL OPTIONAL INFORMATION_____

**Description of Attached Document**

Title or Type of Document: __Quit Claim Deed_____ Document Date: _____

Number of Pages: _____ Signer(s) Other Than Named Above: _____

Additional Information: _____

revision date 01/01/2015

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ VENTURA _____ )

On _September 10th 2016_____ before me, __JON CHARLES BUCKLEY, NOTARY PUBLIC__
(insert name and title of the officer)

personally appeared __Katherine M. Mendez_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

JON CHARLES BUCKLEY
Commission # 2083102
Notary Public - California
Ventura County
My Comm. Expires Sep 25, 2018

Signature _____ (Seal)

Exhibit "A"
Continuation of Legal Description

A) The condominium identified, as that condominium is described in the Declaration and as shown on the Plat of Club de Soleil condominiums recorded on May 13, 1998, in Book 84, Page 40 of Plats, Official Records, Clark County, Nevada (herein with any amendments called the "Condominium Map").
Together with the following appurtenant rights and easements:

1) Nonexclusive easements for ingress, egress, and support of said condominium through the common elements of the Condominium and for repair of said condominium through all other condominium and through the common elements of the Condominium, all as more fully described in the Declaration.

2) All other rights, privileges, limited common elements, and easements described in the Declaration as being appurtenant to the condominium.

Subject to an easement in favor of the owners of all other condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines, and other common elements serving such other condominiums, and other parts of the building and for support and repair of the common elements and all other condominiums.

The Property is yours to keep forever, in fee simple, subject to the documents which created and govern the condominium project (the "condominium documents"); and the vacation plan program (the "vacation plan documents").

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1.  Assessor Parcel Number(s)
    a. 163-25-511-035
    b.
    c.
    d.
2.  Type of Property:
    a. ☐ Vacant Land       b. ☐ Single Fam. Res.
    c. ☐ Condo/Twnhse      d. ☐ 2-4 Plex
    e. ☐ Apt. Bldg         f. ☐ Comm'l/Ind'l
    g. ☐ Agricultural      h. ☐ Mobile Home
       ☑ Other Timeshare

| FOR RECORDERS OPTIONAL USE ONLY |
| --- |
| Book_____ Page:_____ |
| Date of Recording: _____ |
| Notes: |

3.a. Total Value/Sales Price of Property       $ 500.00
  b. Deed in Lieu of Foreclosure Only (value of property ( 0.00                    )
  c. Transfer Tax Value:                         $ 500.00
  d. Real Property Transfer Tax Due              $ 2.55

**4. If Exemption Claimed:**
    a. Transfer Tax Exemption per NRS 375.090, Section_____
    b. Explain Reason for Exemption: _____

5.  Partial Interest: Percentage being transferred: _____ %
The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060
and NRS 375.110, that the information provided is correct to the best of their information and belief,
and can be supported by documentation if called upon to substantiate the information provided herein.
Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of
additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant
to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____   Capacity: Grantor / Seller _____

Signature _____   Capacity: Grantor / Seller _____

| **SELLER (GRANTOR) INFORMATION**<br>**(REQUIRED)** | **BUYER (GRANTEE) INFORMATION**<br>**(REQUIRED)** |
| --- | --- |
| Print Name: Jack D. and Katherine M. Mendez | Print Name: Jose Alex Gomez |
| Address: 736 Encino Place | Address: 1775 E. Palm Canyon Dr. #417 |
| City: Santa Paula | City: Palm Springs |
| State: California    Zip: 93060 | State: California    Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| Print Name: c/o Law Offices of Mitchell Reed Sussman | Escrow # |
| --- | --- |
| Address: 30720 Palmetto Palm Ave | |
| City: Homeland | State: California    Zip: 92548 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

④ - 1

Inst #: 20170302-0000936
Fees: $19.00 N/C Fee: $0.00
RPTT: $2.55 Ex: #
03/02/2017 10:46:57 AM
Receipt #: 3022658
Requestor:
JEFFREY CORCORAN
Recorded By: CHONGMA   Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN# 163-25-102-003

WHEN RECORDED, MAIL
TAX STATEMENTS TO:
.  Soleil LV LLC
   801 S. Rampart Suite 200
   Las Vegas, NV 89145

RETURN ORIGINAL TO:
   Jeffrey S. Corcoran
   c/o Law Offices of Mitchell Reed Sussman
   30720 Palmetto Palm Ave.
   Homeland, CA 92548

## QUIT CLAIM DEED

This Deed, created this __12th__ day of _____January_____, 2017_____ between Dennis E. Noster and Sharon G. Noster, as Joint Tenants with Right of Survivorship _____ as "Grantor", whose address is 2787 Ranchero Drive, Lake Havasu City, AZ 86406 _____ , for and in consideration of $500.00 hereby acknowledged as received, does hereby conveys, transfers, relinquishes, and surrenders to Jose Alex Gomez, as his sole and separate property _____ as "Grantee", whose address is 1775 E. Palm Canyon Dr. #417, Palm Springs, CA 92264 _____ the real property in the city of Las Vegas_____ , County of Clark, State of Nevada (the "Land"), more particularly described as: Unit Number: 1008, Unit Type: One Bedroom, Season: Regular, Number of Vacation Plans: 1, Type of Vacation Plan: Every Year.
The property consisting of the following:
A) An undivided one one hundred and fourth (1/52th) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain condominium designation below in the Club de Soleil condominium; and (ii) its appurtenant undivided interest in the common elements of the condominium.
B) The right to reserve and then exclusively to occupy and use said condominium (or another condominium which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and · easements appurtenant to the condominium and the nonexclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified, inclusive, in each "Owner's Use Year".

Note: The terms "Use Week", "Season", "Unit Type", and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions, and Restrictions for Vacation Ownership in the Club de Soleil Vacation Club.

The condominium and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:
All of the premises comprising a portion of the Condominium common interest community known as "Club de Soleil" (herein called the "Condominium"), which Condominium consists of the land more particularly described in that certain Declaration of Condominium of Club de Soleil dated May 14, 1998 and recorded in Book 980701 as Instrument 01615, Official Records, Clark County, Nevada (herein with any amendments called the "Declaration"), to which reference is hereby made and which land description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by said Declaration, described as follows:
FIRST:
A) The condominium identified as that condominium is described in the Declaration and as shown on the Plat of Club de Soleil Annex recorded May 14, 2001 in Book 99, Page 88 of Plats, Official Records, Clark County, Nevada (herein with any amendments called the "Condominium Map").

Together with the following appurtenant rights and easements: .

* Continued on Exhibit "A" attached

Exhibit "A"
Continuation of Legal Description

1) Nonexclusive easements for ingress, egress, and support of said condominium through the common elements of the Condominium and for repair of said condominium through all other condominium and through the common elements of the Condominium, all as more fully described in the Declaration.
2) All other rights, privileges, limited common elements, and easements described in the Declaration as being appurtenant to the condominium.

Subject to an easement in favor of the owners of all other condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines, and other common elements serving such other condominiums, and other parts of the building and for support and repair of the common elements and all other condominiums.

Excepting and reserving easements through said condominium appurtenant to the common elements of the Condominium and all other condominiums of the Condominium for support and repair of both the common elements of the Condominium and all other condominiums of the Condominium.

B) An undivided percentage interest equal to the percentage interest appurtenant to said condominium as established by the Declaration, or as set forth in any replacement declaration covering the Condominium, or if the Condominium is removed from the condominium property regime, then as set forth in the Declaration immediately preceding such removal, as tenant in common with the other owners of condominiums of the Condominium, in and to the common elements of the Condominium, including the land, as described in the Declaration, subject to nonexclusive easements appurtenant to all condominiums for ingress, egress, support, and repair.

Together with appurtenant easements described in said Declaration, and subject to the encumbrances, restrictions, covenants, agreements, obligations, conditions, and other provisions set forth in said Declaration, and the above mentioned Condominium Map, to which reference is hereby made.

Subject to:
1) The lien of real property taxes not yet due and owing.
2) The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in said Declaration and said Bylaws, and any amendments to either of them.
3) Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Club de Soleil Vacation Club, dated May 14, 1998, and recorded in Book 980701 as Instrument 01615, Official Records, Clark County, Nevada.
4) Amended and Restated Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Club de Soleil Vacation Club, dated September 25, 1998, and recorded October 16, 1998, in Book 981016 as Instrument 01823, Official Records, Clark County, Nevada.
5) Such other covenants, conditions, restrictions, easements, rights of way, and other matters of record, if any, which may now affect the Property.

## STATE OF NEVADA
## DECLARATION OF VALUE

1. Assessor Parcel Number(s)
   a. 163-25-102-003
   b. _____
   c. _____
   d. _____

2. Type of Property:
   a. ☐ Vacant Land    b. ☐ Single Fam. Res.
   c. ☐ Condo/Twnhse   d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg      f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural   h. ☐ Mobile Home
      ☑ Other Timeshare

| | FOR RECORDERS OPTIONAL USE ONLY |
|---|---|
| | Book_____ Page:_____ |
| | Date of Recording: _____ |
| | Notes: |

3.a. Total Value/Sales Price of Property          $ 500.00
   b. Deed in Lieu of Foreclosure Only (value of property ( 0.00                    )
   c. Transfer Tax Value:                          $ 500.00
   d. Real Property Transfer Tax Due               $ 2.55

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: _____ %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _Dennis E Noster_                Capacity: Grantor / Seller
Signature _Sharon G Noster_                Capacity: Grantor / Seller

**SELLER (GRANTOR) INFORMATION**          **BUYER (GRANTEE) INFORMATION**
**(REQUIRED)**                            **(REQUIRED)**

Print Name: Dennis E. Noster and Sharon G. Noster    Print Name: Jose Alex Gomez
Address: 2787 Ranchero Drive              Address: 1775 E. Palm Canyon Dr. #417
City: Lake Havasu City                    City: Palm Springs
State: Arizona     Zip: 86406             State: California    Zip: 92264

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

Print Name: c/o Law Offices of Mitchell Reed Sussman     Escrow # _____
Address: 30720 Palmetto Palm Ave
City: Homeland                            State: California    Zip: 92548

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

(4-1)

Inst #: 20170731-0000632
Fees: $19.00 N/C Fee: $25.00
RPTT: $2.55 Ex: #
07/31/2017 08:53:41 AM
Receipt #: 3153208
Requestor:
ASNY COMPANY LLC
Recorded By: TAH   Pgs: 4
**DEBBIE CONWAY**
CLARK COUNTY RECORDER

APN# 177-04-413-051

WHEN RECORDED, MAIL
TAX STATEMENTS TO:
    c/o The ASNY Company, LLC
    801 South Rampart, Suite 200
    Las Vegas, NV 89145

RETURN ORIGINAL TO:
    Jeffrey S. Corcoran
    c/o U.S. Consumer Attorneys
    30720 Palmetto Palm Ave.
    Homeland, CA 92548

## QUIT CLAIM DEED

This Deed, created this ___5th___ day of _____December_____, ___2016___ between __Fernando F. Lopez and__ __Lusta H. Lopez, as Joint Tenants with Right of Survivorship__ as "Grantor", whose address is __4106 Cope Street 1, Anchorage, AK 99503__ _____, for and in consideration of $10.00 hereby acknowledged as received, does hereby conveys, transfers, relinquishes, and surrenders to __Jose Alex Gomez, as his sole and separate property__ as "Grantee", whose address is __1775 E. Palm Canyon Dr. #417,__ __Palm Springs, CA 92264__ the real property in the city of __Las Vegas__, County of Clark, State of Nevada (the "Land"), more particularly described as: Unit Number: 1403B, Interval Number: 460, Unit Type: 1BR Moorea, Season: Regular, Number of Vacation Plans: 1, Type of Vacation Plan: Every Other Year - Odd Years.

The property consists of the following:

A) An undivided one one hundred and fourth (1/104) interest (as tenants in common with the holders of the other undivided interests) in and to (i) that certain Unit identified in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.

B) For each Odd year One Half Vacation Plan identified, the right to reserve and then exclusively to occupy and use said Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the Unit and the nonexclusive right to use and enjoy the common elements of the Condominiums for the number of "Use Weeks" and during the Season identified in each "Owner's Use Year" which ends in "1", "3", "5", "7", or "9".

Note: The terms "Use Week", "Season", "Unit Type", and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in the Tahiti Village Vacation Club dated January 6, 2004, and recorded January 7, 2004, in Book 2004017 as Instrument 00951, Official Records, Clark County, Nevada (as amended from time to time, the "Vacation Plan Declaration").

The Unit and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:

All of the premises comprising a portion of the Condominium's common interest community know as "Tahiti Village", which Condominiums consists of the land more particularly described in that certain Declaration of Condominium of Tahiti Village dated December 24, 2003, and recorded December 24, 2003 in Book 20031224 as Instrument 02271, Official Records, Clark County, Nevada, as amended and fully restated in the Amended and Restated Declaration of condominium for Tahiti Village, dated February 18, 2004, and recorded February 23, 2004, in Book 20040223 as Instrument 01027, Amended September 15, 2004 in Book 20040915 as Instrument 0001861 and Amended December 22, 2005 in Book 20051222 as Instrument 0002215, Official Records, Clark County, Nevada (herein with any amendments called the "Master Declaration") to which reference is hereby made and which land description as, as incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by the Master Declaration, described as follows:

\* Continued on Exhibit "A" attached

IN WITNESS WHEREOF, Grantor has caused its name to be affixed hereto and this instrument to be executed by its general partner thereunto duly authorized.

Dated as of __7/3/2017__

"GRANTOR"

Name: _____
Fernando F. Lopez

Name: _____
Lusta H. Lopez

STATE OF ~~NEVADA~~ Alaska
COUNTY OF __Anchorage__

This instrument was acknowledged before me on __7/3/2017__ (date) by __Fernand Florendo Lopez and Lusta Hidalgo Lopez__ (name(s) of person(s)).

_____
Notary Public

Printed Name: __Anna Georgiou__

Notary Public
ANNA GEORGIOU
State of Alaska
My Commission Expires Nov. 3, 2020

My Commission Expires:
__Nov. 3rd, 2020__

Exhibit "A"
Continuation of Legal Description

FIRST:
A) The Unit identified as that Unit is described in the Master Declaration and as shown on either (a) the Third Amended Final Map of Tahiti Village Phase 1 recorded on April 28, 2006 in Book 131, Page 0005 of Plats, Office of the Clark County Recorder, Clark County, Nevada (herein with any amendments called the "Phase 1 Map" and, collectively with the Phase 2 Map, the "Condominium Map"); or (b) the Final Map of Tahiti Village Phase 2 recorded on December 22, 2005, in Book 128, Page 85 of Plats, Official Records, Clark County, Nevada (herein with any amendments called the "Phase 2 Map" and, collectively with the Phase 1 Map, the "Condominium Map").

Together with the following appurtenant rights and easements:
1) Nonexclusive easement for ingress and egress and support of such Unit through the common elements of the Condominiums and for repair of such Unit through all other Units of the Condominiums and through the common elements of the Condominiums, all as more fully described in the Master Declaration.
2) All other rights, privileges, limited common elements, and easements described in the Master Declaration as being appurtenant to the Unit.

Subject to an easement in favor of the owners of all other Units of the Condominiums to use the pipes, conduits, ducts, cables, wires, public utility lines, and other common elements serving such other Units, and other parts of the building and for support and repair of the common elements and all other Unites.

Excepting and reserving easements through the Unit appurtenant to the common elements of the Condominiums and all other Units of the Condominiums for support and repair of both the common elements of the Condominiums and all other Units of the Condominiums.

B) An undivided percentage interest equal to the percentage interest appurtenant to the Unit as established by the Master Declaration, as as set forth in any replacement declaration covering the Condominiums, or if the Condominiums is removed form the condominium property regime, then as set forth in the Master Declaration immediately preceding such removal, as tenant in common with the other owners of Units of the Condominiums, in and to the common elements of the Condominiums, including the land, as described in the Master Declaration, subject to nonexclusive easements appurtenant to all Units for ingress, egress, support, and repair.

Together with appurtenant easements described in the Master Declaration, and subject to the encumbrances, restrictions, covenants, agreements, obligations, conditions, and other provisions set forth in the Master Declaration, and the above mentioned Condominium Map, to which reference is hereby made.

Subject to:
1) The lien of real property taxes not yet due and owing.
2) The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Master Declaration and the Bylaws, and any amendments to either of them.
3) The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Vacation Plan Declaration and Bylaws contemplated by the Vacation Plan Declaration, and any amendments to either of them.
4) Such other covenants, conditions, restrictions, easements, rights of way, and other matters of record, if any, which may now affect the Property.

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1.  Assessor Parcel Number(s)
    a. 177-04-413-051
    b. _____
    c. _____
    d. _____
2.  Type of Property:
    a. ☐ Vacant Land      b. ☐ Single Fam. Res.
    c. ☐ Condo/Twnhse     d. ☐ 2-4 Plex
    e. ☐ Apt. Bldg        f. ☐ Comm'l/Ind'l
    g. ☐ Agricultural     h. ☐ Mobile Home
    ☑ Other  Timeshare

| FOR RECORDERS OPTIONAL USE ONLY |
| Book_____ Page:_____ |
| Date of Recording: _____ |
| Notes: |

3.a. Total Value/Sales Price of Property        $ 500.00
  b. Deed in Lieu of Foreclosure Only (value of property ( 0.00 )
  c. Transfer Tax Value:                         $ 500.00
  d. Real Property Transfer Tax Due              $ 2.55

4. **If Exemption Claimed:**
    a. Transfer Tax Exemption per NRS 375.090, Section_____
    b. Explain Reason for Exemption: _____

5.  Partial Interest: Percentage being transferred:_____%
The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060
and NRS 375.110, that the information provided is correct to the best of their information and belief,
and can be supported by documentation if called upon to substantiate the information provided herein.
Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of
additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant
to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____    Capacity: Grantor / Seller

Signature _____    Capacity: Grantor / Seller

**SELLER (GRANTOR) INFORMATION**          **BUYER (GRANTEE) INFORMATION**
**(REQUIRED)**                            **(REQUIRED)**

Print Name: Fernando F. Lopez and Lusta H. Lopez    Print Name: Jose Alex Gomez
Address: 4106 Cope Street 1                         Address: 1775 E. Palm Canyon Dr. #417
City: Anchorage                                     City: Palm Springs
State: Alaska        Zip: 99503                     State: California      Zip: 92264

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**
Print Name: c/o Law Offices of Mitchell Reed Sussman    Escrow #
Address: 30720 Palmetto Palm Ave
City: Homeland                                          State: California   Zip: 92548

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

Inst #: 20170628-0001537
Fees: $20.00 N/C Fee: $25.00
RPTT: $2.55 Ex: #
06/28/2017 02:34:11 PM
Receipt #: 3126840
Requestor:
JEFFREY CORCORAN
Recorded By: SOV   Pgs: 5
**DEBBIE CONWAY**
CLARK COUNTY RECORDER

APN# 163-25-512-040

WHEN RECORDED, MAIL
TAX STATEMENTS TO:
 c/o Soleil LV, LLC
 801 South Rampart, Suite 200
 Las Vegas, NV 89145

RETURN ORIGINAL TO:
 Jeffrey S. Corcoran
 c/o U.S. Consumer Attonreys
 30720 Palmetto Palm Ave.
 Homeland, CA 92548

## QUIT CLAIM DEED

This Deed, created this __16th__ day of __February__, __2017__ between __Steven Michael Kalfman__ and Kathleen Marie Kalfman, as Joint Tenants with Right of Survivorship __as "Grantor"__, whose address is 11112 Sonoma Creek Court, Bakersfield, CA 93312 ___, for and in consideration of $500.00 hereby acknowledged as received, does hereby conveys, transfers, relinquishes, and surrenders to Jose Alex Gomez, as his sole and separate property__ as "Grantee", whose address is 1775 E. Palm Canyon Dr. #417, Palm Springs, CA 92264 __the real property in the city of Las Vegas__, County of Clark, State of Nevada (the "Land"), more particularly described as: Unit Number: 303B, Interval Number: NA, Unit Type: One Bedroom Deluxe B, Season: regular, Number of Vacation Plans: 1, Type of Vacation Plan: Every Other Year - Even Years.
The property consists of the following:
A) An undivided one fifty second (1/104) interest (as tenants in common with the holders of other undivided interests) in and to (i) that certain Unit identified in the Tahiti Village Condominiums; and (ii) its appurtenant undivided interest in the common elements of the Condominiums.
B) The right to reserve and then exclusively to occupy and use such Unit (or another Unit which is considered the same "Unit Type" for purposes of the Club) and its common furnishings and the rights and easements appurtenant to the condominium and the nonexclusive right to use and enjoy the common elements of the condominium for the number of "Use Weeks" and during the Season identified, inclusive, in each "Owner's Use Year" which ends in " "0", "2", "4", "6", or "8".

Note: The terms "Use Week", "Season", "Unit Type", and "Owner's Use Year" are defined in the Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in the Tahiti Village Vacation Club.

The condominium and its appurtenant undivided interest in the common elements (including the land) are more particularly described as follows:
All of the premises comprising a portion of the Condominium's common interest community known as "Tahiti" (herein called the "Condominium"), which Condominium consists of the land more particularly described in that certain Declaration of Condominium of Tahiti dated June 28, 2002, and recorded in Book 20020628 as Instrument 01877, Official Records, Clark County, Nevada (herein with any amendments called the "Declaration") to which reference is hereby made and which land description as, is incorporated herein by this reference, and the improvements and appurtenances thereof, as described in and established by said Declaration, described as follows:

\* Continued on Exhibit "A" attached

IN WITNESS WHEREOF, Grantor has caused its name to be affixed hereto and this instrument to be executed by its general partner thereunto duly authorized.

Dated as of FEB. 22, 2017

"GRANTOR"

Name: _____
Steven Michael Kalfman

Name: _____
Kathleen Marie Kalfman

STATE OF ~~NEVADA~~ C.A.
COUNTY OF Kern

This instrument was acknowledged before me on Feb. 22. 2017 (date) by
Steven Michael Kalfman and Kathleen Marie Kalfman (name(s) of person(s)).

_____
Notary Public

Printed Name: Laura Galicia

LAURA GALICIA
Commission # 2070145
Notary Public - California
Kern County
My Comm. Expires Jun 29, 2018

My Commission Expires:
June 29, 18

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ Kern _____ )

On __Feb. 22, 2017__ before me, __Laura Galicia, Notary Public__
                                    (insert name and title of the officer) Kaufman
personally appeared __Steven Michael Kaufman and Kathleen Marie__
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

LAURA GALICIA
Commission # 2070145
Notary Public - California
Kern County
My Comm. Expires Jun 29, 2018

Signature __Galicia__                    (Seal)

Exhibit "A"
Continuation of Legal Description

FIRST:

A) The condominium identified as that Unit is described in the Master Declaration and as shown on Official Records, Clark County Recorder, Clark County, Nevada (herein with any amendments called the "Condominium Map").

Together with the following appurtenant rights and easements:

1) Nonexclusive easements for ingress, easements, and support of such Unit through the other Units of the Condominium and through the common elements of the Condominium, all as more fully described in the Master Declaration.

2) All other rights, privileges, limited common elements, and easements described in the Master Declaration as being appurtenant to the Unit.

Subject to an easement in favor of the owners of all other Units of the Condominium to use the pipes, conduits, ducts, cables, wires, public utility lines, and other common elements serving such other Units, and other parts of the building and for support and repair of the common elements and all other Units.

Excepting and reserving easements through the Unit appurtenant to the common elements of the Condominiums and all other Units of the Condominiums for support and repair of both the common elements of the Condominiums and all other Units of the Condominiums.

B) An undivided percentage interest equal to the percentage interest appurtenant to the Unit as established by the Master Declaration, or as set forth in any replacement declaration covering the Condominiums, or if the Condominiums is removed from the condominium property regime, then as set forth in the Master Declaration immediately preceding such removal, as tenant in common with the other owners of Units of the Condominiums, in and to the common elements of the Condominiums, including the land, as described in the Master Declaration, subject to nonexclusive easements appurtenant to all Units for ingress, egress, support, and repair.

Together with appurtenant easements described in the Master Declaration, and subject to the encumbrances, restrictions, covenants, agreements, obligations, conditions, and other provisions set forth in the Master Declaration, and the above mentioned Condominium Map, to which reference is hereby made.

Subject to:

1) The lien of real property taxes not yet due and owing.

2) The restrictions, covenants, agreements, easements, obligations, conditions, reservations, and other provisions set forth in the Master Declaration and the Bylaws, and any amendments to either of them.

3) Declaration of Covenants, Conditions, and Restrictions for Vacation Plan Ownership in Tahiti Vacation Club, dated July 2, 2002, and recorded in Book 20020702 as Instrument 01121, Official Records, Clark County, Nevada.

4) Such other covenants, conditions, restrictions, easements, rights of way, and other matters of record, if any, which may now affect the Property.

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 163-25-512-040 _____
   b. _____
   c. _____
   d. _____

2. Type of Property:
   a. ☐ Vacant Land      b. ☐ Single Fam. Res.
   c. ☐ Condo/Twnhse     d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg        f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural     h. ☐ Mobile Home
      ☑ Other  Timeshare

| FOR RECORDERS OPTIONAL USE ONLY |
|---|
| Book_____    Page:_____ |
| Date of Recording: _____ |
| Notes: |

3.a. Total Value/Sales Price of Property          $ 500.00 _____
   b. Deed in Lieu of Foreclosure Only (value of property ( 0.00 _____ )
   c. Transfer Tax Value:                          $ 500.00 _____
   d. Real Property Transfer Tax Due               $ 2.55 _____

**4. If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: _____ %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____    Capacity: Grantor / Seller _____

Signature _____    Capacity: Grantor / Seller _____

| **SELLER (GRANTOR) INFORMATION** **(REQUIRED)** | **BUYER (GRANTEE) INFORMATION** **(REQUIRED)** |
|---|---|
| Print Name: Steven Kalfman and Kathleen Kalfman | Print Name: Jose Alex Gomez |
| Address: 11112 Sonoma Creek Court | Address: 1775 E. Palm Canyon Dr. #417 |
| City: Bakersfield | City: Palm Springs |
| State: California       Zip: 93312 | State: California       Zip: 92264 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**

| Print Name: c/o Law Offices of Mitchell Reed Sussman | Escrow # |
|---|---|
| Address: 30720 Palmetto Palm Ave | |
| City: Homeland | State: California       Zip: 92548 |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED