MARC S. CWIK, ESQ.
Nevada Bar No. 006946
ADAM J. PERNSTEINER, ESQ.
Nevada Bar No. 007862
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada  89118
PH:	702.893.3383
FAX:	702.893.3789
E-Mail: Marc.Cwik@lewisbrisbois.com
E-Mail: Adam.Pernsteiner@lewisbrisbois.com

*Attorneys for Defendant Mitchell Reed Sussman*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SOLEIL MANAGEMENT, LLC, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>MITCHELL REED SUSSMAN, *et al.*,<br><br>Defendants. | CASE NO.:	2:20-cv-00312-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT MITCHELL REED SUSSMAN TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS**<br><br>**(First Request)**<br><br>ECF No. 21 |

IT IS HEREBY STIPULATED between Defendant Mitchell Reed Sussman ("Defendant"), by and through his counsel of record, Marc S. Cwik, Esq., and Adam J. Pernsteiner, Esq., of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP and Plaintiffs Soleil Management, LLC, Club De Soleil Vacation Club, and Tahiti Village Vacation Club ("Plaintiffs"), by and through their counsel of record Jeffrey R. Hall and Joshua O. Igeleke, Jr., of the law firm HUTCHISON & STEFFEN, PLLC pursuant to LR 7-1 and 7-2(b), that the time for Defendants to file their Reply to Plaintiffs' Opposition to Motion to Dismiss [ECF No. 11] is hereby extended up to and including Friday, April 16, 2021.  An extension is necessitated due to Defendant's counsel being out of town the week of March 29 and to allows sufficient time to consult with Defendant.

4815-0015-4339.1

This is the first request for an extension and it is not intended to cause delay, but made in good faith after discussions between counsel.

DATED this 30th day of March 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Marc S. Cwik
    MARC S. CWIK, ESQ.
    Nevada Bar No. 006946
    ADAM J. PERNSTEINER, ESQ.
    Nevada Bar No. 007862
    6385 S. Rainbow Bld., Suite 600
    Las Vegas, NV 89118

*Attorney for Defendant,*
*MITCHELL REED SUSSMAN*

DATED this 30th day of March 2021.

HUTCHISON & STEFFEN, PLLC

By: /s/ Jeffrey R. Hall
    JEFFREY R. HALL, ESQ.
    Nevada Bar No. 009572
    JOSHUA O. IGELEKE, JR., ESQ.
    Nevada Bar No. 013506
    10080 West Alta Drive, Suite 200
    Las Vegas, Nevada 89145

*Attorneys For Plaintiffs,*
*SOLEIL MANAGEMENT, LLC, CLUB DE SOLEIL VACATION CLUB, AND TAHITI VILLAGE VACATION CLUB*

## **ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: 4/1/2021